# EXHIBIT

# 1



1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
202.728.1888
www.relmanlaw.com

March 26, 2021

**Via: Email**
Office of the Attorney General
400 6th Street NW
Washington, DC 20001

Office of the Mayor
1350 Pennsylvania Avenue NW
Washington, DC 20004

chad.copeland@dc.gov
stephanie.litos@dc.gov
tonia.robinson@dc.gov

>    Re: 1:21-cv-00806-BAH *Goodwin et al v. District of Columbia et al*; Summons, Request for Identity of Defendants, Litigation Hold

To Whom It May Concern:

We represent Pamela Goodwin, Allison Lane, Jenny Lazo, Sebastian Medina-Tayac, Jesse Pearlmutter, Osea Remick, Priyanka Surio, and Eliana Troper (collectively "Plaintiffs") in the above-captioned lawsuit. Enclosed, pleased find a summons and copy of Plaintiffs' Complaint that is being served by email upon the District of Columbia and the Attorney General of the District of Columbia pursuant to the District of Columbia's Temporary Service of Process instructions at https://oag.dc.gov/oag-services-and-operating-status.

Plaintiffs' suit also names John Doe MPD Officers who Plaintiffs allege used force against them, among other allegations in the Complaint. The identity of these individuals is unknown to Plaintiffs but is, upon information and belief, within your possession, custody, or control. Accordingly, the only way that Plaintiffs can identify these John Doe Officers is to obtain their names from you. Therefore, we ask that you provide us with the names of the following individuals, by category described below, so that we may properly identify the John Doe Officers.

- All officers involved in the seizure or arrest of Plaintiffs Sebastian Medina-Tayac, Jesse Pearlmutter, Jane (Osea) Remick, and Priyanka Surio (6/1/2020, 1400 Block



**RELMAN COLFAX** PLLC

Office of the Attorney General, District of Columbia
March 26, 2021
Page 2 of 3

- of Swann Street, NW, CCN #s 20081260, 20081255, 20081492, and 20081489, respectively.
- All officers involved in transporting arrestees to and processing arrestees at the Maurice T. Turner Jr., Metropolitan Police Academy or the Washington Convention Center following their arrests on the 1400 Block of Swann Street NW on 6/1/2020.
- All MPD officers who deployed pepper spray, used force, employed the use of batons, shields, or other weapons, or completed any use of force reports regarding actions taken on the 1400 block of Swann Street NW on 6/1/2020.
- All MPD officers about whom a report or complaint for use of excessive force was made regarding actions on or around the 1400 block of Swann Street NW on 6/1/2020.
- All MPD supervisory officers on the 1400 Block of Swann Street NW and the Maurice T. Turner Jr., Metropolitan Police Academy on 6/1/2020.

Please let us know by **April 2, 2021** whether you will agree to provide this information by **April 9, 2021.**

Additionally, we remind you of your obligation to preserve all electronically stored information, copies, and backup, along with any tangible things, paper files, and/or other documents, as defined by Rule 34 of the Federal Rules of Civil Procedure, related to Plaintiffs' claims. Among other things, Plaintiffs will be seeking in discovery electronic data in your possession that is related to Plaintiffs' allegations in this lawsuit, including without limitation emails and other information contained on your computer systems and any electronic storage systems. Plaintiffs consider this electronic data, as well as any other documents or tangible evidence related to Plaintiffs or the allegations in this lawsuit, to be valuable and irreplaceable sources of discoverable information in this matter. Plaintiffs thus place you on notice to preserve all documents and tangible items regarding the allegations in this lawsuit. In addition, Plaintiffs ask that you not allow the deletion of any electronic communications, such as emails, social media posts and/or messages, and/or other electronically stored information relating to Plaintiffs and/or the allegations in this lawsuit, and that you inform your employees accordingly.

Should you have questions or wish to discuss this matter further, please do not hesitate to contact counsel identified below.

Regards,

/s/ Gabriel Diaz
Jia Cobb
Gabriel Diaz
Tahir Duckett
Kali Schellenberg

Case 1:21-cv-00806-BAH   Document 11-1   Filed 04/23/21   Page 4 of 4



**RELMAN COLFAX** PLLC

Office of the Attorney General, District of Columbia
March 26, 2021
Page 3 of 3

RELMAN COLFAX, PLLC
1225 19th St NW
Suite 600
Washington, DC 20036
Tel: 202-728-1888
Fax: 202-728-0848
jcobb@relmanlaw.com
gdiaz@relmanlaw.com
tduckett@relmanlaw.com
kschellenberg@relmanlaw.com

Attorneys for Plaintiffs