**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Pamela Goodwin, *et al.*<br><br>    Plaintiffs,<br><br>  v.<br><br>District of Columbia, *et al.*<br><br>    Defendants. | Civil Action No.: 1:21-cv-806-BAH |

**ORDER**

Upon consideration of Plaintiffs' Motion for Leave to Conduct Limited Expedited Discovery for the Purpose of Identifying "John Doe" Defendants, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. Further, it is hereby ORDERED that Defendant District of Columbia provide information sufficient to identify the John Doe officers who used force against Plaintiffs as alleged in their Complaint by May 17, 2021.

Dated:

_____
U.S. District Judge