UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pamela Goodwin, *et al.*<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>District of Columbia, *et al.*<br><br>　　　　Defendants. | Civil Action No.: 1:21-cv-806-BAH |

**NOTICE REGARDING SUMMONSES FOR AMENDED COMPLAINT**

On May 28, 2021, Plaintiffs filed an Amended Complaint that added as Defendants to the above-captioned case Robert Glover, Andrew Horos, Carlos Mejia, James Crisman, and Steven Quarles. Dkt. 18. Plaintiffs inadvertently neglected to attach summonses for these added Defendants. Those summonses are included as attachments to this notice.

Dated: June 1, 2021

Respectfully Submitted,

/s/ Gabriel Diaz
Gabriel Diaz [DCD Bar ID: 991618]
Jia Cobb [DCD Bar ID: 503340]
Tahir Duckett*
Kali Schellenberg [DCD Bar ID: 198422]
RELMAN COLFAX, PLLC
1225 19th St NW
Suite 600
Washington, DC 20036
Tel: 202-728-1888
Fax: 202-728-0848
jcobb@relmanlaw.com
gdiaz@relmanlaw.com
tduckett@relmanlaw.com
kschellenberg@relmanlaw.com

1

*Attorneys for Plaintiffs*

\*Admission to the District Court of the District of Columbia pending

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2021, a copy of the foregoing Plaintiffs' Notice Regarding Summonses for Amended Complaint was filed on the CM/ECF system for the District Court of the District of Columbia, which will send notification of such filing to all counsel of record.

/s/ Gabriel Diaz
Gabriel Diaz
*Attorney for Plaintiffs*