### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

PAMELA GOODWIN, *et al.*
Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*

Defendants.

Civil Action No. 1:21-cv-00806 (BAH)

## STIPULATION OF DISMISSAL OF PLAINTIFF SEBASTIAN MEDINA-TAYAC

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs Pamela Goodwin, Allison Lane, Jenny Lazo, Sebastian Medina-Tayac, Jesse Pearlmutter, Osea Remnick, Priyanka Surio, and Eliana Troper, and Defendants District of Columbia, Peter Newsham, Robert Glover, Andrew Horos, Carlos Mejia, James Crisman, and Steven Quarles (collectively, "the Parties") that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sebastian Medina-Tayac shall be dismissed with prejudice as a party in this action. As a condition of his dismissal, the Parties agree that Plaintiffs will not seek to rely on testimony from Mr. Medina-Tayac at the summary judgment stage or at trial unless necessary to establish chain of custody or for authentication of evidence, and further agree that Mr. Medina-Tayac will complete his responses to Defendants' outstanding written discovery requests prior to the close of fact discovery, regardless of whether he is dismissed from the lawsuit. Each party shall bear its own costs and attorneys' fees, including expert witness fees. This stipulation shall not otherwise affect the above-captioned action.

Dated: February 5, 2024

| | |
|---|---|
| /s/ *Rebecca Livengood* | BRIAN L. SCHWALB |
| Rebecca Livengood [DCD Bar ID: 1674010] | Attorney General for the District of Columbia |
| Jennifer Klar [DCD Bar ID: 479629] | |
| Gabriel Diaz [DCD Bar ID: 991618] | |
| Nicholas Abbott [DCD Bar ID: 90010173] | STEPHANIE E. LITOS |
| | Deputy Attorney General |
| RELMAN COLFAX PLLC | Civil Litigation Division |
| 1225 19th Street, NW, Suite 600 | |
| Washington, DC 20036 | /s/ *Matthew R. Blecher* |
| Phone: (202) 728-1888 | MATTHEW R. BLECHER [1012957] |
| Email: rlivengood@relmanlaw.com | Chief, Equity Section, Civil Litigation Division |
| | |
| *Counsel for Plaintiffs* | |
| | /s/ *Amanda C. Pescovitz* |
| | RICHARD P. SOBIECKI [500163] |
| | GREGORY KETCHAM-COLWILL [1632660] |
| | AMANDA C. PESCOVITZ [1735780][1] |
| | MARCUS D. IRELAND [90005124] |
| | Assistant Attorneys General |
| | 400 6th Street, NW |
| | Washington, D.C. 20001 |
| | Phone: (202) 805-7495 |
| | Email: amanda.pescovitz1@dc.gov |
| | |
| | *Counsel for Defendants* |

---

[1] Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver). Practicing under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant to D.C. App. R. 46-A(d)(2).