UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAMELA GOODWIN,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-00806-BAH |

## JOINT STATUS REPORT

Pursuant to the Court's May 13, 2024 Minute Order, the Parties have conferred regarding Defendants' need for additional discovery in response to Plaintiffs' filing of the Second Amended Complaint. The Parties have agreed that Plaintiffs will amend the Interrogatory responses that were served on February 29, 2024—specifically, their responses to the second Interrogatory—by May 31, 2024, and that no additional discovery relating to Plaintiffs' selective enforcement claim is necessary. Further, the Parties do not seek any modifications to the current scheduling order.

| | |
|---|---|
| Dated: May 20, 2024. | Respectfully submitted, |
| /s/ *Rebecca Livengood* <br> Jennifer Klar [DCD Bar ID: 479629] <br> Rebecca Livengood [DCD Bar ID: 1674010] <br> Gabriel Diaz [DCD Bar ID: 991618] <br> Ellora Israni [DCD Bar ID: 1740904] <br> Nicholas Abbott [DCD Bar ID: 90010173] <br><br> RELMAN COLFAX PLLC <br> 1225 19th Street, NW, Suite 600 <br> Washington, DC 20036 <br> Phone: (202) 728-1888 <br> Email: gdiaz@relmanlaw.com | BRIAN L. SCHWALB <br> Attorney General for the District of Columbia <br><br> STEPHANIE E. LITOS <br> Deputy Attorney General <br> Civil Litigation Division <br><br> /s/ *Matthew R. Blecher* <br> MATTHEW R. BLECHER [1012957] <br> Chief, Equity Section, Civil Litigation Division <br><br> /s/ *Honey Morton* <br> HONEY MORTON [1019878] |

| | |
|---|---|
| *Counsel for Plaintiffs* | Assistant Chief, Equity Section |
| | */s/ Richard P. Sobiecki* <br> RICHARD P. SOBIECKI [500163] <br> GREGORY KETCHAM-COLWILL [1632660] <br> AMANDA C. PESCOVITZ [1735780][*] <br> MARCUS D. IRELAND [90005124] <br> Assistant Attorneys General <br> 400 6th Street, NW <br> Washington, D.C. 20001 <br> Phone: (202) 805-7512 <br> Email: richard.sobiecki@dc.gov |
| | *Counsel for Defendants* |

---

[*] Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver). Practicing under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant to D.C. App. R. 46-A(d)(2).