UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAMELA GOODWIN,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>Defendants. | **Civil Action No. 1:21-cv-00806-BAH** |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants District of Columbia (the District), Peter Newsham, Robert Glover, Andrew Horos, Carlos Mejia, James Crisman, and Steven Quarles move for summary judgment under Federal Rule of Civil Procedure 56. A memorandum of points and authorities, statement of undisputed material facts, and proposed order are attached. Because this Motion is dispositive, Defendants have not sought Plaintiffs' consent. *See* LCvR 7(m).

Date: July 29, 2024.                                             Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTION [1019878]
Assistant Chief, Equity Section

*/s/ Richard P. Sobiecki*
RICHARD P. SOBIECKI [500163]

GREGORY KETCHAM-COLWILL [1632660]
AMANDA C. PESCOVITZ [1735780]
MARCUS D. IRELAND [90005124]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7512
Email: richard.sobiecki@dc.gov

*Counsel for Defendants*