UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAMELA GOODWIN**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-00806-BAH |

**DEFENDANTS' EXHIBIT LIST**

1. Dalton Bennett, *et al.*, *The death of George Floyd: What video and other records show about his final minutes*, Wash. Post, May 30, 2020, at 1, 2020 WLNR 15136139.

2. Deposition of Assistant Chief Jeffery Carroll (Carroll Dep.) (Feb. 27, 2024).

3. Mayor's Order 2020-068, COVID-19 Public Emergency and Declaration of a Second Public Emergency – District-wide Curfew (May 31 Curfew Order).

4. Final Investigative Report re: Swann Street (IAD Report).

5. Email from Lauren Kelly (May 31, 2020, 06:07 a.m.) (MPD Situational Report (2:00 a.m., May 30, 2020)).

6. Email from Lauren Kelly (May 31, 2020, 8:54 a.m.) (MPD Situational Report (4:00 a.m., May 30, 2020)).

7. Email from Erich Koehler (May 31, 2020, 10:43 p.m.) (United States Park Police (USPP) Situational Report (6:30 p.m., May 31, 2020)).

8. Email from Erich Koehler (June 1, 2020, 2:31 a.m.) (USPP Situational Report (10:30 p.m., May 31, 2020)).

9. Email from NOC Media Monitoring to noc.mmc@hq.dhs.gov (June 1, 2020, 3:59 p.m.).

10. Deposition of Commander Robert Glover (Glover Dep.) (Feb. 16, 2024).

11. Deposition of Officer James Crisman (Crisman Dep.) (Jan. 16, 2024).

12. Deposition of Chief Peter Newsham (Newsham Dep.) (Feb. 23, 2024).

13. Mayor's Order 2020-069, Continuation of District-wide Curfew during COVID-19 Public Emergency and Second Public Emergency (June 1 Curfew Order).

14. MPD Injuries for May 31–June 1.

15. MPD Vehicle Damage May 31–June 1.

16. Email from Leeann Turner to Peter Newsham, Chief of Police (June 3, 2020, 12:01 p.m.).

17. May 31, 2020 AlertDC Curfew Message

18. Mayor Muriel Bowser (@MayorBowser), X (May 31, 2020, 7:04 p.m.) https://x.com/MayorBowser/status/1267230528002023425.

19. Nicky Robertson & Paul LeBlanc, DC Mayor Institutes Curfew and Urges Calm After Weekend of Unrest, CNN (May 31, 2020, 9:28 p.m.), https://www.cnn.com/ 2020/05/31/politics/dc-protests-white-house-donald-trump-mayor-muriel-bowser/index.html.

20. Matt Blitz, Mayor Muriel Bowser Institutes a Sunday Night Curfew Starting at 11 P.M., DCist (May 31, 2020, 9:10 p.m.), https://dcist.com/story/20/05/31/mayor-muriel-bower-institutes-a-sunday-night-curfew-starting-at-11-p-m/.

21. Natasha Bertrand (@NatashaBertrand), X (May 31, 2020, 7:54 p.m.), https://twitter.com/NatashaBertrand/status/ 1267243070430593025.

22. Sahil Kapur (@sahilkapur), X (May 31, 2020, 7:55 p.m.), https://twitter.com/sahilkapur/status/1267243270452674563

23. NBC4 Washington (@nbcwashington), X (May 31, 2020, 7:22 p.m.), https://x.com/nbcwashington/status/ 1267234913125830656

24. 7News DC (@7NewsDC), X (May 31, 2020, 7:23 p.m.), https://x.com/7NewsDC/status/1267235193192153095

25. Fox 5 DC (@fox5DC), X (May 31, 2020, 7:13 p.m.), https://x.com/fox5dc/status/1267232854808973312

26. WAMU 88.5 (@wamu885), X (May 31, 2020, 7:17 p.m.), https://x.com/wamu885/status/ 1267233813580648449.

27. TT 05-074-20, DC_2021-cv-00806-00006278.

28. Deposition of Captain Daniel Harrington (Harrington Dep.) (Feb. 6, 2024).

29. Mayor Muriel Bowser (@MayorBowser), X (June 1, 2020, 5:34 PM) https://x.com/MayorBowser/status/1267570116713209858.

30. Press Release, Mayor Bowser, Mayor Bowser Orders Curfew (June 1, 2020), https://mayor.dc.gov/release/mayor-bowser-orders-curfew.

31. Fox 5 DC (@Fox5DC), X (June 1, 2020, 6:14 p.m.), https://x.com/fox5dc/status/1267580382192578565.

32. 7News DC (@7NewsDC), X (June 1, 2020, 3:23 p.m.), https://x.com/7NewsDC/status/1267537175513567236.

33. NBC4 Washington (@nbcwashington), X (June 1, 2020, 5:04 p.m.).

34. WUSA9 (@wusa9), X (June 1, 2020, 3:33 p.m.), https://x.com/wusa9/status/1267539684990898177.

35. Jane Recker, *Mayor Bowser Announces 7 PM Citywide Curfew for DC*, Washingtonian (June 1, 2020), https://www.washingtonian.com/2020/06/01/mayor-bowser-announces-7-pm-citywide-curfew-for-dc/.

36. Elizabeth O'Gorek, *Bowser Orders Two Day 7 pm Curfew*, HillRag (June 1, 2020), https://www.hillrag.com/2020/06/01/mayor-imposes-two-day-7-pm-curfew-in-dc/.

37. Will Vitka, *Bowser orders new curfew; 'sad and angry' after destruction, mayhem in DC during protests*, WTOP (June 1, 2020, 11:57 a.m.), https://wtop.com/dc/2020/06/sad-and-angry-after-destruction-mayhem-in-dc-duringprotests/.

38. Rule 30(b)(6) Deposition of District of Columbia (District Dep.) (Mar. 8, 2024)

39. TT 06-002-20, DC_2021-cv-00806-00015337.

40. TT 05-074-20, DC_2021-cv-00806-00006278.

41. Radio Run, DC_2021-cv-00806-00000345.

42. Radio Run Tr., DC_2021-cv-00806-00018360.

43. Deposition of Lieutenant Andrew Horos (Horos Dep.) (Dec. 11, 2023).

44. Deposition of Lieutenant Carlos Mejia (Mejia Dep.) (Dec. 6, 2023).

45. Arrest Query – Curfew_Public Narratives.xlsx, DC_2021-cv-00806-00016492.

46. CCN_20081398 – Combined Reports, DC_2021-cv-00806-00019985–20008.

47. CCN_20081525 - Combined Reports, DC_2021-cv-00806-00019803.

48. CCN_20081537 - Combined Reports, DC_2021-cv-00806-00019928.

49. CCN_20081457 - Combined Reports, DC_2021-cv-00806-00019939.

50. CCN_20081437 - Combined Reports, DC_2021-cv-00806-00019969.

51. Report Packet – FC2001324 Field Contact, DC_2021-cv-00806-00021202.

52. Body-Worn Camera Footage, Officer Quarles, DC_2021-cv-00806-00015033.

53. Deposition of Pamela Goodwin (Goodwin Dep.) (Apr. 2, 2024).

54. Deposition of Priyanka Surio (Surio Dep.) (Feb. 16, 2024).

55. Deposition of Osea Remick (Remick Dep.) (Jan. 16, 2024).

56. Body-Worn Camera Footage, Sergeant Schmoeller, DC_2021-cv-00806-00018227.

57. Remick Arrest Photo, DC_2021-cv-00806-00005613.

58. Deposition of Jesse Pearlmutter (Pearlmutter Dep.) (Feb. 8, 2024).

59. Deposition of Eliana Troper (Troper Dep.) (Feb. 28, 2024).

60. Deposition of Jenny Lazo (Lazo Dep.) (Feb. 5, 2024).

61. Deposition of Allison Lane (Lane Dep.) (Jan. 18, 2024).

62. Body-Worn Camera Footage, Officer Tindall, DC_2021-cv-00806-00018218.

63. Body-Worn Camera Footage Officer Johnson, DC_2021-cv-00806-00018226.

64. Deposition of John Haines (Haines Dep.) (Mar. 5, 2024).

65. High Volume Arrest and Processing After Action–June 2020 Events (After Action Report), DC_2021-cv-00806-00019609.

66. Body-Worn Camera Footage Officer Singh BWC, DC_2021-cv-00806-00018228.

67. Body-Worn Camera Footage Officer Bolton, DC_2021-cv-00806-00018235, (Clip 1 [20:44:13–20:47:14]).

68. Body-Worn Camera Footage Officer Torres, DC_2021-cv-00806-00018220.

69. Body-Worn Camera Footage Officer Lucas, DC_2021-cv-00806-00018222.

70. Pls.' Resps. to Defs.' Requests for Admission.

71. Lazo Curfew Text, PL_0001034.

72. Body-Worn Camera Footage Officer Bolton, DC_2021-cv-00806-00018235, (Clip 2 [20:59:24–21:02:06]).

73. Belmont Street Cell Phone Video, PL_0000259.

74. Body-Worn Camera Footage Officer Miller, DC_2021-cv-00806-00018221.

75. Florida Ave. Cell Phone Video, PL_0000243.

76. Lazo Cell Phone Video, PL_0000501.

77. Swann Street Google Maps Image, https://tinyurl.com/yhfhutdv.

78. 15th & Swann Cell Phone Video, PL_0000260.

79. Swann Street Overhead Cell Phone Footage, PL_0000325.

80. 15th Street Advance Cell Phone Video, PL_0000329.

81. Body-Worn Camera Footage, Officer Coleman, DC_2021-cv-00806-00014245, (Clip 2 [21:30:08-21:30:32]).

82. Deposition of Sergeant Frank Edwards (Edwards Dep.) (Mar. 7, 2024).

83. Deposition of Officer Steven Quarles (Quarles Dep.) (Jan. 12, 2024).

84. Body-Worn Camera Footage, Officer Quarles, DC_2021-cv-00806-00011646.

85. Body-Worn Camera Footage, Officer Celano, DC_2021-cv-00806-00014090.

86. Body-Worn Camera Footage, Sergeant Stacks, DC_2021-cv-00806-00015324.

87. CDU Grenadier Certification Lesson Plan, DC_2021-cv-00806-00017369.

88. Body-Worn Camera Footage, Officer Buchanan, DC_2021-cv-00806-00014244 (Clip 1 [21:29:30–21:30:07]).

89. Body-Worn Camera Footage, Officer Coleman, DC_2021-cv-00806-00014245 (Clip 1 [21:29:42 – 21:30:11]).

90. Body-Worn Camera Footage, Officer Buchanan, DC_2021-cv-00806-00014244, (Clip 2 [21:30:07–21:30:44]).

91. Body-Worn Camera Footage, Officer Niewenhous III, DC_2021-cv-00806-00014243, (Clip 1 [21:29:33–21:30:41]).

92. Body-Worn Camera Footage, Officer Rosenthal, DC_2021-cv-00806-00018240.

93. Body-Worn Camera Footage, Officer Niewenhous III, DC_2021-cv-00806-00014243, (Clip 2 [21:30:41–21:30:48]).

94. TT 06-001-20, DC_2021-cv-00806-00010021.

95. Females Arrestees Food and Rest Room Log, DC_2021-cv-00806-00021193.

96. Males Arrestees Food and Rest Room Log, DC_2021-cv-00806-00021175.

97. GO-RAR-901.07 (Use of Force), DC_2021-cv-00806-00003952.

98. SOP-16-01 (Handling First Amendment Assemblies and Mass Demonstrations), DC_2021-cv-00806-00003683.

99. Expert Report of Dr. Scott Mourtgos (Mourtgos First Report) (Mar. 14, 2024).

100. Supplemental Report of Dr. Scott Mourtgos (June 10, 2024).

101. Deposition of Scott Mourtgos (Mourtgos Dep.) (Apr. 29, 2024).

102. Transcript of Sept. 27, 2019 Status Conference, *Horse v. District of Columbia*, No. 17-cv-1216 (ABJ) and *Schultz v. District of Columbia*, 18-cv-0120 (ABJ).

103. Surio Texts, PL_0001422.

Date: July 29, 2024.                                Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

        */s/ Matthew R. Blecher*
        MATTHEW R. BLECHER [1012957]
        Chief, Civil Litigation Division, Equity Section

        */s/ Honey Morton*
        HONEY MORTON [1019878]
        Assistant Chief, Equity Section

        */s/ Richard P. Sobiecki*
        RICHARD P. SOBIECKI [500163]
        GREGORY KETCHAM-COLWILL [1632660]
        AMANDA C. PESCOVITZ [1735780]
        MARCUS D. IRELAND [90005124]
        Assistant Attorneys General
        Civil Litigation Division
        400 6th Street, NW
        Washington, D.C. 20001
        Phone: (202) 805-7512
        Email: richard.sobiecki@dc.gov

        *Counsel for Defendants*