# EXHIBIT 7

| | |
|---|---|
| **Message** | |
| From: | Koehler, Erich O [Erich_Koehler@nps.gov] |
| Sent: | 5/31/2020 10:43:16 PM |
| To: | NPS USPP Notifications [USPP_Notifications@nps.gov]; Carroll, Jeffery W. (MPD) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d1be18e3973744f492a50b0425a97c6b-Jefferyw Ca]; alfonzo.dyson@usss.dhs.gov; Flynn, Jennifer [Jennifer_Flynn@nps.gov]; Steven.Sund@uscp.gov; Maclean, Robert D [robert_maclean@ios.doi.gov]; Hawkins, Derron (FEMS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=343bbd3dca88470497ca7fb0452064e3-Derron T. H]; katrina.bonus@usss.dhs.gov; WF-ID-Incident-2@FBI.gov; matthew.miller@usss.dhs.gov |
| CC: | DOI, WatchOffice [DOI_Watch_Office@ios.doi.gov]; NPS USPP Intel Group [USPP_Intel_Group@nps.gov] |
| Subject: | SITREP 7: 05312020--1830 hrs Lafayette Park and Lincoln Memorial |

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Since the last SITREP, the crowd size on the north side of Lafayette Park has grown.

Agitators within the crowd broke through the outer bike fence and established police line on the north side of Lafayette Park. Some agitators climbed the comfort station on the north side of the park. Additionally, agitators have thrown projectiles at officers to include rocks, paint, and bags containing what smelled like petroleum-based flammable liquids.

At 1739 hours, the last of three verbal warnings, with 2 minute breaks, was issued to the crowd. Currently, the crowd is within Lafayette Park at the secondary bike fence line with US Park Police, USSS, and assisting agencies maintaining the secondary line perimeter. Direct pepper-ball was deployed on agitators within the crowd.

Another large group of demonstrators have marched from the west side of the Washington Monument, and are currently assembled at the Lincoln Memorial.

No officer injuries to report.

Respectfully,

Lieutenant Erich Koehler
Aviation Commander
United States Park Police, Special Forces Branch
1100 Ohio Drive, SW
Washington, DC 20242
202-839-0254 (cell)