# EXHIBIT 9

| | |
|---|---|
| **Message** | |
| From: | NOC Media Monitoring [mmc@techopsolutions.net] |
| Sent: | 6/1/2020 3:59:08 PM |
| To: | noc.mmc@hq.dhs.gov |
| Subject: | (U) Citywide Curfew Reissued For Washington, D.C.-MMC Update 171 [Civil Disturbances - Multiple Cities, U.S.] NOC 0378-20 |

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Unclassified

**Location(s): Washington, D.C.**

- A senior official has reissued a citywide curfew for Washington, D.C., starting at 7 p.m. on Monday
    - The official had previously issued a curfew for the city from 11 p.m. Sunday to 6 a.m. Monday
    - "We are not done making arrests, we are urging our business owners that if they do have images of people destroying property or hurting people to please share them with us," a police official said
- A total of 88 people were arrested and seven police officers were injured during unrest late Sunday and early Monday

**New Media Sources** (some page content may change or not be available over time):
- Twitter [WUSA9]
-- http://tinyurl.com/y9aco45x
- Twitter [NBCWashington]
-- http://tinyurl.com/yd9g28rl

*The above information summarizes emerging open source reporting that has not been corroborated by official government sources. It is provided to rapidly enhance situational awareness on items of interest to the homeland security enterprise.*

**Matthew Lysczek**
**Operations Analyst**
**DHS NOC Media Monitoring**
**Phone: 703-596-1015**
**Cell: 202-684-6325**

Unclassified