# EXHIBIT 14

# MPD Injuries for May 31 – June 1

**1D Injured Officer: 15th & I Street, NW**
Sergeant Childs, D., badge # S-721 is reporting Officer with CAD #11051 is complaining of injury to her left shin. The Officer will be going to the Police and Fire Clinic. 0230 hours, CCN: 080-297,2D PSA 207; Received by CIC Turner 0800 hours

**1D Injured Officer: 601 Massachusetts Avenue, NW (rear CVS)**
Sgt Thau, badge# S-580   reports Officer w/ CAD# 8114 sustained laceration to the knee and arm at 0120 hours.  The Officer will respond to the PFC at 0700, CCNS Pending; Received by CIC Flynn at 0307 hours.

**1D Injured Officer: 601 Massachusetts Avenue, NW (rear CVS)**
Sgt Morrison, G, badge# S-974   reports Officer w/ CAD# 12026 bruises and cuts to the right knee and Officer with CAD#11884 left shoulder pain and limited mobility and cuts to chin, bleeding and pain when objects thrown by protesters ,2400 hours.  The Officer will respond to the PFC at 0700, CCNS 080-130; Received by CIC Buie at 1645 hours.

**3D Injured Officer: 7th and M Street, NW**
Sgt Hoak, P.  badge# S-732 reports Officer w/ CAD# 9558 sustained laceration to the left arm during an arrest at 2330 hours.  The Officer was treated at WHC and released, CCNS 080-788; Received by CIC Flynn at 0400 hours.

**7D Injured Officer: 600 Block of K Street, NW**
Capt. Dorsey, P.  badge# L-336 reports Officer w/ CAD# 9385 sustained laceration to the left hand and elbow assisting during an arrest at 0200 hours.  The Officer will respond to the PFC, CCNS 080-434; Received by CIC Flynn at 0400 hours.

**CID Injured Officer: 801 7th Street, NW**
Sgt Morrison, G, badge# S-974   reports Officer w/ CAD# 7155 received a laceration to the forearm ,0001 hours.  The Member was transported to WHC by ambulance 13 at 0001 and released, CCNS 080-726; Received by CIC Conboy at 0315 hours.

DC_2021-cv-00806-00006625