# EXHIBIT 15

## MPD Vehicle Damage May 31 – June 1

**1D MPD Destruction of Property: 800  Mount Vernon Place, NW**
Sgt Deroo, A.  badge# S-527 reports Cruiser 127 was set on fire and Cruiser 1083 rock damage to the roof.  This occurred at 800 Mount Vernon Place, NW.  CCNS 080-811 Received by CIC West at 00255 hours.

**3D MPD Destruction of Property: 1400 I Street, NW**
Sgt Geiger, R.  badge# S-999 reports Cruiser 389 spray painted on passenger side and Cruiser 1313 spray painted on the front hood and Wagon 35 spray painted on the hood/windshield.  The event occurred at 1400 I Street, NW.  CCNS 080-633 Received by CIC Flynn at 0255 hours.

**3D MPD Destruction of Property: 1400 I Street, NW**
Sgt Hoak, P.  badge# S-732 reports Cruiser 318 spray painted.  The event occurred at 1400 I Street, NW.  CCNS 080-Pending Received by CIC Flynn at 00527 hours.

**4D MPD Destruction of Property: 1500 H Street, NW**
Sgt Vitullio, S.  badge# S-0 reports Cruiser 422 front windshield was smashed, spray painted passenger side front door spray painted on passenger side and Cruiser 1313 spray painted on the front hood and Wagon 35 spray painted on the hood/windshield.  The event occurred at 1500 H Street, NW.  CCNS 080-Pending Received by CIC Flynn at 0412 hours.

**5D MPD Destruction of Property: 700 15th Street, NW**
Sgt Ruiz, M, S.  badge# S-877 reports Cruiser 5063 driver side rear door dent from being kicked by protesters.  The event occurred at 700 15th Street, NW.  CCNS 080-938 Received by CIC Flynn at 0607 hours.

**7D MPD Destruction of Property: 805 15th Street, NW**
Sgt Hakins, J.  badge# S-752 reports Cruiser 725 and 1703 driver side rear door dent from being kicked by protesters.  The event occurred at 805 15th Street, NW.  CCNS 080-922 Received by CIC Flynn at 0607 hours.

**SOD MPD Destruction of Property: 1100 4th Street, NW**
Sgt.  Foskett, badge# S-564 reports Cruiser 8719 passenger window was broken at 2315 hours.  This occurred at 1100 4th Street, NW.  CCNS 080-821 Received by CIC Tedrow at 00251 hours.

**SOD MPD Destruction of Property: 800 I Street, NW**
Sgt Gross, badge# S-625 reports Motor 14 was damaged.  This occurred at 800 I Street, NW.  CCNS 080-Pending Received by CIC Flynn at 0251 hours.

**4D MPD Stolen Property: 1500 H Street, NW**
Sgt Vitullio, S.  badge# S-0 reports Office with CAD 10727 Baton was taken during First Amendment Activities.  The event occurred at 1500 H Street, NW.  CCNS 080-679 Received by CIC Flynn at 0412 hours.

Confidential Subject to Protective Order

Confidential Subject to Protective Order    DC_2021-cv-00806-00006627