# EXHIBIT 16

Message

**From:** Turner, Leeann (MPD) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=85796499396C4F1F8B21CF868BD0D752-LEEANN TURN]
**Sent:** 6/3/2020 12:01:38 PM
**To:** Newsham, Peter (MPD) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8c38f83ecc24499896a73b060e2ac6c9-Peter Newsh]
**Subject:** Re: Arrests update as of 0600 hours


No injuries reported. Property damage:


4d Station – Destruction of MPD property:
Approximately 2305 hours, members at the 4th District Station heard the sounds of breaking glass and exited the stationhouse to investigate. Alongside of the station, in the 900 block of Peabody Street, NW, they discovered several vehicles had been vandalized.
Cruiser P407 sustained a smashed rear windshield and front passenger window, and a destroyed front passenger side mirror.
Three vehicles belonging to 4d members sustained damage, with two windshields destroyed, and one driver's side mirror smashed.
CCN 082-117

Get Outlook for iOS

---

**From:** Newsham, Peter (MPD) <peter.newsham@dc.gov>
**Sent:** Wednesday, June 3, 2020 8:00:02 AM
**To:** Turner, Leeann (MPD) <Leeann.Turner@dc.gov>
**Subject:** RE: Arrests update as of 0600 hours

Any information on damages?

---

**From:** Turner, Leeann (MPD) <Leeann.Turner@dc.gov>
**Sent:** Wednesday, June 3, 2020 7:19 AM
**To:** Newsham, Peter (MPD) <peter.newsham@dc.gov>
**Subject:** Fwd: Arrests update as of 0600 hours

This is the update for overnight. He also just ran the 0700 report and there haven't been any additional arrests.

Most of last nights arrests happened in 2D overnight.

19 overnight.


Get Outlook for iOS

---

**From:** Azmera, Michael (MPD) <michael.azmera@dc.gov>
**Sent:** Wednesday, June 3, 2020 7:07 AM
**To:** Turner, Leeann (MPD); Mikula, Lane (MPD); Sternbeck, Dustin (MPD); Metzger, Kristen (MPD); Montagna, Carolyn (MPD); Conboy, Sean (MPD); Kelly, Lauren M. (MPD); Katakamsetty, Ram (MPD); Kornfield, Daniel

(MPD)
**Cc:** MPDRAS
**Subject:** RE: Arrests update as of 0600 hours

Corrected below:
---------------------
Good morning,
There have been **fifteen (15)** unrest-related arrests in the past six hours. The summary below is updated to reflect that it is current as of 0600 hours.

**From Saturday night May 30 through 0600 hours on Wednesday, June 3, 2020**

- There have been 418 individuals arrested and processed for curfew violations, riot-related burglary, and other riot-related events. Of these, twenty-three (23) were juveniles.

    o 19: Saturday night into Sunday morning (1 juvenile)

    o 92: Sunday night into Monday morning (curfew in effect at 11pm) (10 juveniles)

    o 288: Monday night into Tuesday morning (curfew in effect at 7pm) (9 juveniles)

    o 19: Tuesday night into Wednesday morning (curfew in effect at 7pm) (3 juveniles)

       ▪ The last processed arrest took place at 0501 hours Wednesday, June 3.

- The persons arrested have home addresses in:

    o 41%: DC

    o 35%: MD

    o 14%: VA

    o 1%: from other U.S. states

    o 9%: Unknown

- 561 charges have been filed against the 418 individuals.  These charges are in the following categories:

    o 351 (63%): Curfew Violations

    o 64 (11%): Felony Rioting (tumultuous and violent conduct with grave danger of or actual serious injury to persons or serious property damage)

    o 61 (11%): Burglary

    o 16 (2%): Other property crimes (damaging, receiving stolen)

    o 6 (1%): Assault on a police officer

    o 6 (1%): Resisting arrest

    o 6 (1%): Weapons violations

    o 4 (1%): Simple assaults and threats

    o 47 (8%): Other (disorderly, riot misdemeanor, narcotics, traffic, release violations)

Curfew, burglary, riot related arrests as of 0000 060320 by district processed

| **Count of Arrest_Number** | **Column Labels** |
|---|---|

| Row Labels | May 30 - May 31 | May 31 - June 1 | June 1 - June 2 | June 2 - June 3 | Grand Total | % of Total |
|---|---|---|---|---|---|---|
| 1D | 17 | 18 | 2 | 2 | 39 | 10% |
| 2D | 1 | 38 | 20 | 11 | 70 | 17% |
| 3D |  | 6 | 5 |  | 11 | 3% |
| 4D |  | 4 | 7 |  | 11 | 3% |
| 5D |  | 3 | 1 | 3 | 7 | 2% |
| 6D |  | 3 | 5 |  | 8 | 2% |
| 7D |  | 1 | 1 |  | 2 | 0% |
| Juvenile Processing* | 1 | 10 | 10 | 3 | 24 | 6% |
| NSID |  | 6 | 238 |  | 244 | 61% |
| Special Operations Division |  | 2 |  |  | 2 | 0% |
| Grand Total | 19 | 91 | 289 | 19 | 418 | 100% |

*One of the individuals initially processes as a juvenile was lying about their age and turned out to be an adult.

Curfew, burglary, riot related arrests as of 0000 060320 by home state

| Count of Arrest_Number Row Labels | Column Labels May 30 - May 31 | May 31 - June 1 | June 1 - June 2 | June 2 - June 3 | Grand Total | % of Total |
|---|---|---|---|---|---|---|
| DC | 6 | 46 | 96 | 17 | 165 | 41% |
| MD | 2 | 21 | 117 |  | 140 | 35% |
| VA | 4 | 10 | 43 |  | 57 | 14% |
| Unknown | 6 | 14 | 16 |  | 36 | 9% |
| NY | 1 |  | 2 |  | 3 | 1% |
| RI |  |  | 2 |  | 2 | 0% |
| NC |  |  | 1 | 1 | 2 | 0% |
| IL |  |  | 2 |  | 2 | 0% |
| DE |  |  | 2 |  | 2 | 0% |
| GA |  |  | 1 |  | 1 | 0% |
| FL |  |  | 1 |  | 1 | 0% |
| HI |  |  | 1 |  | 1 | 0% |
| MI |  |  | 1 |  | 1 | 0% |
| MS |  |  | 1 |  | 1 | 0% |
| CO |  |  | 1 |  | 1 | 0% |
| PA |  |  |  | 1 | 1 | 0% |
| CA |  |  | 1 |  | 1 | 0% |
| ME |  |  | 1 |  | 1 | 0% |
| (blank) |  |  |  |  |  | 0% |
| Grand Total | 19 | 91 | 289 | 19 | 418 | 100% |

Charges as of 0000 060320

| Row Labels | Count of Arrest_Number | % of Total |
|---|---|---|
| **Offenses Against Family & Children** | **351** | **63%** |
|     Curfew Violation | 351 | 63% |
| **Disorderly Conduct** | **86** | **15%** |
|     Riot Act -Felony | 64 | 11% |
|     Riot Act -Misd | 6 | 1% |
|     Unlawful Assembly-Disorderly Conduct | 12 | 2% |

| | | |
|---|---:|---:|
| (blank) | 4 | 1% |
| **Burglary** | **61** | **11%** |
| Burglary Two | 61 | 11% |
| **Other Crimes** | **10** | **2%** |
| Unlawful Entry | 10 | 2% |
| **Property Crimes** | **8** | **1%** |
| Receiving Stolen Property | 2 | 0% |
| Receiving Stolen Property-Misd | 6 | 1% |
| **Damage to Property** | **8** | **1%** |
| Deface Private/Public Property | 2 | 0% |
| Destruction of Property $1000 or More | 1 | 0% |
| Destruction of Property less than $1000 | 3 | 1% |
| Destruction of Public Property | 2 | 0% |
| **Weapon Violations** | **6** | **1%** |
| CPWOL Outside Home or Business in violation of 2nd Emergency Act of 2014 Act 20-0564 | 1 | 0% |
| Poss Implements of Crime | 1 | 0% |
| Possess Prohibited Weapon | 1 | 0% |
| Possession of Unregistered Ammunition | 2 | 0% |
| Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device | 1 | 0% |
| **(blank)** | **6** | **1%** |
| Resisting Arrest | 6 | 1% |
| **Assault on a Police Officer** | **6** | **1%** |
| Assault On A Police Officer | 6 | 1% |
| **Liquor Law Violations** | **4** | **1%** |
| Possession of Open Container of Alcohol - Vehicle | 3 | 1% |
| (blank) | 1 | 0% |
| **Simple Assault** | **4** | **1%** |
| Simple Assault | 2 | 0% |
| Threats to Do Bodily Harm -Misd | 2 | 0% |
| **Narcotics** | **3** | **1%** |
| Poss Of A Controlled Substance -felony | 1 | 0% |
| Poss of a Controlled Substance -Misd | 1 | 0% |
| Poss W/I to Dist Marijuana-Fel | 1 | 0% |
| **Release Violations/Fugitive** | **3** | **1%** |
| Absconder (Custody Order) | 1 | 0% |
| Fugitive from Justice | 1 | 0% |
| (blank) | 1 | 0% |
| **Traffic Violations** | **3** | **1%** |
| Leaving After Colliding- Property Damage | 1 | 0% |
| No Permit | 2 | 0% |
| **Fraud and Financial Crimes** | **2** | **0%** |
| Identity Theft Second Degree | 2 | 0% |
| **Grand Total** | **561** | **100%** |

**Explanatory Note:** MPD COBALT/Data Warehouse system data as of **06/03/2020** from a custom COBALT query refreshed hourly, rather than the usual Data Warehouse query refreshed every 24 hours at midnight. Totals are based solely on the top arrest charge (number of arrestees). One person may be booked on more than one arrest charge. Arrests with addresses that could not be mapped are included in the "unknown" category or excluded from district level data (between 1 and 3% of all crimes). Data available includes arrests made by MPD only. This report should be considered 'Preliminary' in nature due to ongoing data validation procedures. Not all charges are categorized or categorized correctly. This data may not match arrest information previously released via MPDs Annual Reports.

*The term "juvenile" used in the data is defined as individuals under the age of 18 years (≤ 17 years of age). These "juvenile" totals may include Title 16 cases where juveniles are tried as adults.*

---

**From:** Turner, Leeann (MPD) <Leeann.Turner@dc.gov>
**Sent:** Wednesday, June 3, 2020 7:03 AM
**To:** Azmera, Michael (MPD) <michael.azmera@dc.gov>; Mikula, Lane (MPD) <Lane.Mikula@dc.gov>; Sternbeck, Dustin (MPD) <dustin.sternbeck@dc.gov>; Metzger, Kristen (MPD) <Kristen.Metzger@dc.gov>; Montagna, Carolyn (MPD) <carolyn.montagna@dc.gov>; Conboy, Sean (MPD) <Sean.Conboy@dc.gov>; Kelly, Lauren M. (MPD) <lauren.kelly@dc.gov>; Katakamsetty, Ram (MPD) <ram.katakamsetty@dc.gov>; Kornfield, Daniel (MPD) <Daniel.Kornfield@dc.gov>
**Cc:** MPDRAS <MPDRAS@dc.gov>
**Subject:** Re: Arrests update as of 0600 hours

Is it 418 total or 403? Your summary info has two figures listed. Please update and resend.

Get Outlook for iOS

---

**From:** Azmera, Michael (MPD) <michael.azmera@dc.gov>
**Sent:** Wednesday, June 3, 2020 7:01:28 AM
**To:** Mikula, Lane (MPD) <Lane.Mikula@dc.gov>; Sternbeck, Dustin (MPD) <dustin.sternbeck@dc.gov>; Metzger, Kristen (MPD) <Kristen.Metzger@dc.gov>; Turner, Leeann (MPD) <Leeann.Turner@dc.gov>; Montagna, Carolyn (MPD) <carolyn.montagna@dc.gov>; Conboy, Sean (MPD) <Sean.Conboy@dc.gov>; Kelly, Lauren M. (MPD) <lauren.kelly@dc.gov>; Katakamsetty, Ram (MPD) <ram.katakamsetty@dc.gov>; Kornfield, Daniel (MPD) <Daniel.Kornfield@dc.gov>
**Cc:** MPDRAS <MPDRAS@dc.gov>
**Subject:** Arrests update as of 0600 hours

Good evening,
There have been **fifteen (15)** unrest-related arrests in the past six hours. The summary below is updated to reflect that it is current as of 0600 hours.

**From Saturday night May 30 through 0600 hours on Wednesday, June 3, 2020**
- There have been 418 individuals arrested and processed for curfew violations, riot-related burglary, and other riot-related events. Of these, twenty-three (23) were juveniles.
    - 19: Saturday night into Sunday morning (1 juvenile)
    - 92: Sunday night into Monday morning (curfew in effect at 11pm) (10 juveniles)
    - 288: Monday night into Tuesday morning (curfew in effect at 7pm) (9 juveniles)
    - 19: Tuesday night into Wednesday morning (curfew in effect at 7pm) (3 juveniles)
        - The last processed arrest took place at 0501 hours Wednesday, June 3.
- The persons arrested have home addresses in:
    - 41%: DC
    - 35%: MD
    - 14%: VA
    - 1%: from other U.S. states

- o 9%: Unknown

- 561 charges have been filed against the 403 individuals. These charges are in the following categories:

    - o 351 (63%): Curfew Violations
    - o 64 (11%): Felony Rioting (tumultuous and violent conduct with grave danger of or actual serious injury to persons or serious property damage)
    - o 61 (11%): Burglary
    - o 16 (2%): Other property crimes (damaging, receiving stolen)
    - o 6 (1%): Assault on a police officer
    - o 6 (1%): Resisting arrest
    - o 6 (1%): Weapons violations
    - o 4 (1%): Simple assaults and threats
    - o 47 (8%): Other (disorderly, riot misdemeanor, narcotics, traffic, release violations)

Curfew, burglary, riot related arrests as of 0000 060320 by district processed

| Count of Arrest_Number | Column Labels | | | | | |
|---|---|---|---|---|---|---|
| Row Labels | May 30 - May 31 | May 31 - June 1 | June 1 - June 2 | June 2 - June 3 | Grand Total | % of Total |
| 1D | | 17 | 18 | 2 | 2 | 39 | 10% |
| 2D | | 1 | 38 | 20 | 11 | 70 | 17% |
| 3D | | | 6 | 5 | | 11 | 3% |
| 4D | | | 4 | 7 | | 11 | 3% |
| 5D | | | 3 | 1 | 3 | 7 | 2% |
| 6D | | | 3 | 5 | | 8 | 2% |
| 7D | | | 1 | 1 | | 2 | 0% |
| Juvenile Processing* | | 1 | 10 | 10 | 3 | 24 | 6% |
| NSID | | | 6 | 238 | | 244 | 61% |
| Special Operations Division | | | 2 | | | 2 | 0% |
| Grand Total | | 19 | 91 | 289 | 19 | 418 | 100% |

*One of the individuals initially processes as a juvenile was lying about their age and turned out to be an adult.

Curfew, burglary, riot related arrests as of 0000 060320 by home state

| Count of Arrest_Number | Column Labels | | | | | |
|---|---|---|---|---|---|---|
| Row Labels | May 30 - May 31 | May 31 - June 1 | June 1 - June 2 | June 2 - June 3 | Grand Total | % of Total |
| DC | 6 | 46 | 96 | 17 | 165 | 41% |
| MD | 2 | 21 | 117 | | 140 | 35% |
| VA | 4 | 10 | 43 | | 57 | 14% |
| Unknown | 6 | 14 | 16 | | 36 | 9% |
| NY | 1 | | 2 | | 3 | 1% |
| RI | | | 2 | | 2 | 0% |
| NC | | | 1 | 1 | 2 | 0% |
| IL | | | 2 | | 2 | 0% |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| DE | | | 2 | | 2 | 0% |
| GA | | | 1 | | 1 | 0% |
| FL | | | 1 | | 1 | 0% |
| HI | | | 1 | | 1 | 0% |
| MI | | | 1 | | 1 | 0% |
| MS | | | 1 | | 1 | 0% |
| CO | | | 1 | | 1 | 0% |
| PA | | | | 1 | 1 | 0% |
| CA | | | 1 | | 1 | 0% |
| ME | | | 1 | | 1 | 0% |
| (blank) | | | | | | 0% |
| **Grand Total** | **19** | **91** | **289** | **19** | **418** | **100%** |

Charges as of 0000 060320

| Row Labels | Count of Arrest_Number | % of Total |
|---|---:|---:|
| **Offenses Against Family & Children** | **351** | **63%** |
| Curfew Violation | 351 | 63% |
| **Disorderly Conduct** | **86** | **15%** |
| Riot Act -Felony | 64 | 11% |
| Riot Act -Misd | 6 | 1% |
| Unlawful Assembly-Disorderly Conduct | 12 | 2% |
| (blank) | 4 | 1% |
| **Burglary** | **61** | **11%** |
| Burglary Two | 61 | 11% |
| **Other Crimes** | **10** | **2%** |
| Unlawful Entry | 10 | 2% |
| **Property Crimes** | **8** | **1%** |
| Receiving Stolen Property | 2 | 0% |
| Receiving Stolen Property-Misd | 6 | 1% |
| **Damage to Property** | **8** | **1%** |
| Deface Private/Public Property | 2 | 0% |
| Destruction of Property $1000 or More | 1 | 0% |
| Destruction of Property less than $1000 | 3 | 1% |
| Destruction of Public Property | 2 | 0% |
| **Weapon Violations** | **6** | **1%** |
| CPWOL Outside Home or Business in violation of 2nd Emergency Act of 2014 Act 20-0564 | 1 | 0% |
| Poss Implements of Crime | 1 | 0% |
| Possess Prohibited Weapon | 1 | 0% |
| Possession of Unregistered Ammunition | 2 | 0% |
| Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device | 1 | 0% |
| **(blank)** | **6** | **1%** |
| Resisting Arrest | 6 | 1% |
| **Assault on a Police Officer** | **6** | **1%** |
| Assault On A Police Officer | 6 | 1% |
| **Liquor Law Violations** | **4** | **1%** |
| Possession of Open Container of Alcohol - Vehicle | 3 | 1% |
| (blank) | 1 | 0% |
| **Simple Assault** | **4** | **1%** |
| Simple Assault | 2 | 0% |
| Threats to Do Bodily Harm -Misd | 2 | 0% |

| | | |
|---|---:|---:|
| **Narcotics** | **3** | **1%** |
| Poss Of A Controlled Substance -felony | 1 | 0% |
| Poss of a Controlled Substance -Misd | 1 | 0% |
| Poss W/I to Dist Marijuana-Fel | 1 | 0% |
| **Release Violations/Fugitive** | **3** | **1%** |
| Absconder (Custody Order) | 1 | 0% |
| Fugitive from Justice | 1 | 0% |
| (blank) | 1 | 0% |
| **Traffic Violations** | **3** | **1%** |
| Leaving After Colliding- Property Damage | 1 | 0% |
| No Permit | 2 | 0% |
| **Fraud and Financial Crimes** | **2** | **0%** |
| Identity Theft Second Degree | 2 | 0% |
| **Grand Total** | **561** | **100%** |

***Explanatory Note***: *MPD COBALT/Data Warehouse system data as of **06/03/2020** from a custom COBALT query refreshed hourly, rather than the usual Data Warehouse query refreshed every 24 hours at midnight. Totals are based solely on the top arrest charge (number of arrestees). One person may be booked on more than one arrest charge. Arrests with addresses that could not be mapped are included in the "unknown" category or excluded from district level data (between 1 and 3% of all crimes). Data available includes arrests made by MPD only. This report should be considered 'Preliminary' in nature due to ongoing data validation procedures. Not all charges are categorized or categorized correctly. This data may not match arrest information previously released via MPDs Annual Reports.*

*The term "juvenile" used in the data is defined as individuals under the age of 18 years (≤ 17 years of age). These "juvenile" totals may include Title 16 cases where juveniles are tried as adults.*

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.