# EXHIBIT 39

P.D. 360 Rev. 9/85 METROPOLITAN POLICE DEPARTMENT - Washington, D.C. - REQUEST FOR TELETYPE MESSAGE

| 1. REQUEST FOR<br>☐ LOCAL LOOKOUT<br>☐ INTERSTATE TT<br>☐ ADMINISTRATIVE TT<br>☐ DETAIL (See Reverse) | 2. TYPE<br>☐ ORIGINAL<br>☐ EXPEDITE<br>☐ ADDITIONAL<br>☐ CANCEL<br>☐ CORRECTION<br>☐ REPEAT<br>☐ REPLY | 3. COMPLAINT NUMBER | 6. DATE OF REQUEST<br>June 1, 2020 |
|---|---|---|---|
| | | 4. UNIT NUMBER | 7. REQUESTING ELEMENT |
| | | 5. ☐ NOT FOR THE PRESS | 8. ☐ FLASH TT REQUESTED |

9. TO THE FORCE –

| 10. NAME OF WANTED PERSON | 11. WANTED BY | 12. CHARGE |
|---|---|---|
| 13. COMPLAINANTS NAME | 14. COMPLAINANTS ADDRESS | |

15. DESCRIPTION OF WANTED PERSON OR MESSAGE

### Announcement of Publication: EO-20-032 (District-Wide Curfew)

The purpose of this teletype is to announce the publication of EO-20-032 (District-Wide Curfew).

**The Mayor has ordered a District-wide curfew for June 1 and June 2, 2020, commencing at 7:00 pm and ending at 6:00 am each day.** During the hours of the curfew, no person, other than persons officially designated by the Mayor, shall walk, bike, run, loiter, stand, or motor by car or other mode of transport upon any street, alley, park, or other public place within the District.

When practical, members who observe individuals in violation of the curfew shall provide a **warning** advising individuals that they are in violation of the curfew, and if they remain on public space, are subject to arrest (e.g., "A citywide curfew is in effect from 7:00 pm tonight until 6:00 am tomorrow. You are in violation of the curfew. If you remain on public space, you are subject to arrest.")

When the decision is made to arrest, the SOD detail commander or district watch commander, as appropriate, shall determine whether the arrest will be custodial or non-custodial (61-D). The collateral amount for the charge to be included on the 61-D for non-custodial arrests is $25.00.

Individuals who fail to comply with the curfew shall be charged with a violation of Mayor's Order which shall be recorded in Cobalt as a curfew violation. Upon conviction, individuals may be subject to a criminal fine of up to $300 or to imprisonment for not more than 10 days pursuant to 24 DCMR § 2203.4.

| SENDER-BADGE-ORG.ELM. | AUTHORIZED BY-BADGE-ORG.ELM. | BUREAU HEAD APPROVAL<br><br>*[signature]*<br>Peter Newsham<br>Chief of Police |
|---|---|---|

COMMUNICATIONS DIVISION USE ONLY

| REMARKS<br><br>**PAGE 1 OF 3** | DATE AND TIME<br>June 1, 2020  1930hrs |
|---|---|
| | FILE |
| | TELETYPE NUMBER<br>TT 06-001-20 |

Distribution:   1- Communications Division       2- Element File Copy

P.D. 360 Rev. 9/85 METROPOLITAN POLICE DEPARTMENT - Washington, D.C. - REQUEST FOR TELETYPE MESSAGE

| 1. REQUEST FOR<br>☐ LOCAL LOOKOUT<br>☐ INTERSTATE TT<br>☐ ADMINISTRATIVE TT<br>☐ DETAIL (See Reverse) | 2. TYPE<br>☐ ORIGINAL<br>☐ EXPEDITE<br>☐ ADDITIONAL<br>☐ CANCEL<br>☐ CORRECTION<br>☐ REPEAT<br>☐ REPLY | 3. COMPLAINT NUMBER | 6. DATE OF REQUEST<br>June 1, 2020 |
|---|---|---|---|
| | | 4. UNIT NUMBER | 7. REQUESTING ELEMENT |
| | | 5. ☐ NOT FOR THE PRESS | 8. ☐ FLASH TT REQUESTED |

| 9. TO THE FORCE – |
|---|

| 10. NAME OF WANTED PERSON | 11. WANTED BY | 12. CHARGE |
|---|---|---|

| 13. COMPLAINANTS NAME | 14. COMPLAINANTS ADDRESS |
|---|---|

**EXEMPTIONS**

A. The following individuals are **exempt** from the curfew:

    1. Essential workers, including health care personnel, working members of the media with their outlet-issued credentials, and other workers for traveling to or from their jobs at essential businesses. Members are reminded that essential businesses include, but are not limited to:

| Essential Businesses | | |
|---|---|---|
| Healthcare and Public Health Operations | Energy and Automotive | Legal Services |
| Food and Household Products and Services | Transportation and Logistics | Childcare and Childcare Facilities |
| Social Services/Community Organizations Providing the Necessities of Life (e.g., food, housing) | Construction and Building Trades | Essential Infrastructure (e.g., public works, utilities) |
| Telecommunications and Information Technology Services (e.g., personnel responsible for communications and IT support) | Housing and Living Facilities | |

| SENDER-BADGE-ORG.ELM. | AUTHORIZED BY-BADGE-ORG.ELM. | BUREAU HEAD APPROVAL<br><br>*[signature]*<br><br>Peter Newsham<br>Chief of Police |
|---|---|---|

COMMUNICATIONS DIVISION USE ONLY

| REMARKS<br><br>**PAGE 2 OF 3** | DATE AND TIME<br>June 1, 2020   1931hrs |
|---|---|
| | FILE |
| | TELETYPE NUMBER<br>TT 06-002-20 |

Distribution:   1- Communications Division   2- Element File Copy

P.D. 360 Rev. 9/85 METROPOLITAN POLICE DEPARTMENT - Washington, D.C. - REQUEST FOR TELETYPE MESSAGE

| 1. REQUEST FOR<br>☐ LOCAL LOOKOUT<br>☐ INTERSTATE TT<br>☐ ADMINISTRATIVE TT<br>☐ DETAIL (See Reverse) | 2. TYPE<br>☐ ORIGINAL<br>☐ EXPEDITE<br>☐ ADDITIONAL<br>☐ CANCEL<br>☐ CORRECTION<br>☐ REPEAT<br>☐ REPLY | 3. COMPLAINT NUMBER | 6. DATE OF REQUEST<br>June 1, 2020 |
|---|---|---|---|
| | | 4. UNIT NUMBER | 7. REQUESTING ELEMENT |
| | | 5. ☐ NOT FOR THE PRESS | 8. ☐ FLASH TT REQUESTED |

9. TO THE FORCE –

| 10. NAME OF WANTED PERSON | 11. WANTED BY | 12. CHARGE |
|---|---|---|
| 13. COMPLAINANTS NAME | 14. COMPLAINANTS ADDRESS | |

2. Individuals who are voting and participating in election activities. Including poll workers, volunteers, and individuals exercising their right to vote.

3. Individuals engaged in essential functions including engaging in an activity or performing a task essential to an individual's own health or safety or to the health or safety of the individual's family or household members or individuals under their care (including pets and pet walking).

4. Homeless individuals.

EO-20-032 is being distributed to members via their MPD email address and is available for review and printing through the use of "Directives Online."

| SENDER-BADGE-ORG.ELM. | AUTHORIZED BY-BADGE-ORG.ELM. | BUREAU HEAD APPROVAL<br><br>*[signature]*<br>Peter Newsham<br>Chief of Police |
|---|---|---|

COMMUNICATIONS DIVISION USE ONLY

| REMARKS<br><br>PAGE 3 OF 3 | DATE AND TIME<br>June 1, 2020  1931hrs |
|---|---|
| | FILE |
| | TELETYPE NUMBER<br>TT 06-002-20 |

Distribution:   1- Communications Division     2- Element File Copy