# EXHIBIT 44

Mejia, Lieutenant Carlos                    December 6, 2023

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - X

PAMELA GOODWIN, et al.,          :

    Plaintiffs,                  :

        v.                      :    Civil Action No.

DISTRICT OF COLUMBIA, et         :    1:21-cv-00806-BAH

al.,                             :

    Defendants.                  :

- - - - - - - - - - - - - - - X

Washington, D.C.

Wednesday, December 6, 2023

Deposition of LIEUTENANT CARLOS MEJIA, a

witness herein, called for examination by counsel for

Plaintiffs in the above-entitled matter, pursuant to

notice, the witness being duly sworn by Stephanie

Barnes, a Notary Public in and for the District of

Columbia, taken at the offices of Relman Colfax,

PLLC, 1225 19th Street, Northwest, 6th Floor,

Washington, D.C. 20036, at 9:32 a.m., Wednesday,

December 6, 2023, and the proceedings being taken

down by Stenotype by Stephanie Barnes, and

transcribed under her direction.

Mejia, Lieutenant Carlos                    December 6, 2023

2

1    APPEARANCES:

2

3        On behalf of the Plaintiffs:

4            GABRIEL DIAZ, ESQ.

5            NICHOLAS ABBOTT, ESQ.

6            REBECCA LIVENGOOD, ESQ.

7            Relman Colfax, PLLC

8            1225 19th Street, Northwest

9            Suite 600

10           Washington, D.C.  20036

11           (202) 728-1888

12           Gdiaz@relmanlaw.com

13           Nabbott@relmanlaw.com

14           Rlivengood@relmanlaw.com

15

16       On behalf of the Defendants:

17           RICHARD SOBIECKI, ESQ.

18           AMANDA PESCOVITZ, ESQ.

19           Office of the Attorney General

20           400 6th Street, Northwest

21           Washington, D.C.

22           (202) 805-7512

23           Richard.sobiecki@dc.gov

24

25

Mejia, Lieutenant Carlos                    December 6, 2023

3

1                    C O N T E N T S

2    WITNESS                    EXAMINATION BY COUNSEL FOR

3    LIEUTENANT CARLOS MEJIA        PLAINTIFFS   DEFENDANTS

4        BY MR. DIAZ               4

5        BY MR. SOBIECKI                         228

6

7                    E X H I B I T S

8    MEJIA EXHIBIT NO.                          PAGE

9    Exhibit No. 7 - Training History Report        51

10   Exhibit No. 8 - Riot Control Agents and        93

11                The Extended Impact Training Slides

12   Exhibit No. 9 - FEMA Training Slides        95

13   Exhibit No. 10 - First Amendment Training Slides   95

14   Exhibit No. 11 - October 21, 2020 Memorandum     100

15   Exhibit No. 12 - Commanding Officer's        104

16                Commendation

17   Exhibit No. 13 - E-mails                123

18   Exhibit No. 14 - MPD CIC Alert E-mail        131

19   Exhibit No. 15 - E-mails                136

20   Exhibit No. 16 - Report of Investigation       161

21   Exhibit No. 17 - Audio                   175

22   Exhibit No. 18 - Video                   222

23   Exhibit No. 19 - Deployment of Munitions Report   217

24   * Exhibits attached to transcript.

25

Mejia, Lieutenant Carlos                    December 6, 2023

144

| | | |
|---|---|---|
| 1 | been involved with curfew violations with juveniles, | 13:51:18 |
| 2 | truancy. | 13:51:24 |
| 3 | Q.    Is truancy different from curfews? | 13:51:24 |
| 4 | A.    And truancy. | 13:51:27 |
| 5 | Q.    From your understanding, does MPD treat -- | 13:51:30 |
| 6 | does MPD respond to -- actually, before I ask that. | 13:51:34 |
| 7 | Any other curfew besides the curfew on or | 13:51:40 |
| 8 | around June 1st, 2020, and the curfew for juveniles | 13:51:48 |
| 9 | that you mentioned? | 13:51:53 |
| 10 | A.    I think there was a curfew after | 13:51:55 |
| 11 | January 6th as well. | 13:51:59 |
| 12 | Q.    Of 2020? | 13:52:00 |
| 13 | A.    No. | 13:52:01 |
| 14 | Q.    2021 -- | 13:52:03 |
| 15 | A.    The Capitol Insurrection. | 13:52:08 |
| 16 | Q.    Yeah.  I just got the year wrong. | 13:52:08 |
| 17 | Okay.  And have you -- do you understand | 13:52:11 |
| 18 | that from the MDP's perspective, it -- the procedures | 13:52:19 |
| 19 | for responding to violations of, say, the curfew of | 13:52:26 |
| 20 | June 1st, 2020, is treated the same as responding to | 13:52:31 |
| 21 | violations of the juvenile curfew or suspicion of | 13:52:39 |
| 22 | violation of the juvenile curfew? | 13:52:40 |
| 23 | MR. SOBIECKI:  Object to form. | 13:52:43 |
| 24 | THE WITNESS:  I'm sorry.  Repeat that | 13:52:44 |
| 25 | again. | 13:52:46 |

Mejia, Lieutenant Carlos                              December 6, 2023

145

| | | |
|---|---|---|
| 1 | BY MR. DIAZ: | 13:52:46 |
| 2 | Q.    Is it the same sort of policies and | 13:52:47 |
| 3 | procedures that apply to responding to the curfew on | 13:52:49 |
| 4 | June 1st, 2020, as applied to responding to the | 13:52:53 |
| 5 | curfew imposed for juveniles in D.C.? | 13:52:56 |
| 6 | MR. SOBIECKI:  Object to form and legal | 13:52:59 |
| 7 | conclusion. | 13:53:02 |
| 8 | MR. DIAZ:  I'm asking about MPD policy. | 13:53:03 |
| 9 | MR. SOBIECKI:  Sorry.  Just to the | 13:53:06 |
| 10 | extent -- he's not a policy maker, so to the extent | 13:53:07 |
| 11 | his answer could be construed to be -- | 13:53:10 |
| 12 | MR. DIAZ:  You're understanding of the | 13:53:10 |
| 13 | policy. | 13:53:11 |
| 14 | THE WITNESS:  I believe the juvenile | 13:53:14 |
| 15 | curfew is different than the mayor's orders. | 13:53:18 |
| 16 | BY MR. DIAZ: | 13:53:18 |
| 17 | Q.    How so? | 13:53:22 |
| 18 | **A.    During the curfew, our goal was to get** | 13:53:22 |
| 19 | **people to comply with the curfew order, and with** | 13:53:26 |
| 20 | **juveniles, it's not an option for them.** | 13:53:29 |
| 21 | Q.    What does that mean? | 13:53:32 |
| 22 | **A.    If you found a juvenile out after hours,** | 13:53:33 |
| 23 | **they had to be picked up.** | 13:53:37 |
| 24 | Q.    So for the curfew on June 1st, 2020, your | 13:53:38 |
| 25 | understanding is that -- well, let me say it the | 13:53:42 |

Mejia, Lieutenant Carlos                          December 6, 2023

146

| | | |
|---|---|---|
| 1 | other way. | 13:53:49 |
| 2 | When you're dealing with a juvenile | 13:53:50 |
| 3 | curfew, your understanding is that officers do not | 13:53:54 |
| 4 | have discretion of whether or not to arrest a | 13:53:58 |
| 5 | juvenile spotted out after curfew? | 13:54:02 |
| 6 | A.    Yeah.  Well, juveniles are not arrested. | 13:54:05 |
| 7 | Q.    What are they? | 13:54:08 |
| 8 | A.    They're taken into custody and remanded to | 13:54:10 |
| 9 | their parents. | 13:54:13 |
| 10 | Q.    So taken into custody?  Yes? | 13:54:14 |
| 11 | A.    I'm sorry.  Restate. | 13:54:16 |
| 12 | Q.    So your understanding is that when a | 13:54:18 |
| 13 | juvenile is seen out after curfew or seen outside in | 13:54:20 |
| 14 | violation of the curfew, officers do not have | 13:54:27 |
| 15 | discretion as to whether or not to take them into | 13:54:27 |
| 16 | custody; correct? | 13:54:30 |
| 17 | A.    Right. | 13:54:30 |
| 18 | Q.    But on June 1st, 2020, you're saying | 13:54:31 |
| 19 | officers did have discretion as to whether or not to | 13:54:36 |
| 20 | arrest? | 13:54:40 |
| 21 | A.    I know what we discussed during our | 13:54:40 |
| 22 | communications. | 13:54:43 |
| 23 | Q.    What did you discuss during your | 13:54:43 |
| 24 | communications? | 13:54:47 |
| 25 | A.    That we would advise people that there was | 13:54:47 |

Mejia, Lieutenant Carlos                                    December 6, 2023

150

| | | |
|---|---|---|
| 1 | surrounding why SOD was going to exercise its | 13:58:44 |
| 2 | discretion to not arrest people despite them being | 13:58:50 |
| 3 | out after curfew? | 13:58:55 |
| 4 | **A.    The curfew was not absolute.  There were** | 13:58:58 |
| 5 | **people who, if they were going to work or heading to** | 13:59:04 |
| 6 | **the grocery store, some version of that, would be** | 13:59:09 |
| 7 | **allowed out.** | 13:59:12 |
| 8 | Q.    From what you're saying, it doesn't sound | 13:59:15 |
| 9 | like the plan from the SOD was to check if people | 13:59:18 |
| 10 | should be out or not.  We're just going to tell | 13:59:23 |
| 11 | everybody to go home and not arrest people.  Do I | 13:59:27 |
| 12 | have that right? | 13:59:29 |
| 13 | MR. SOBIECKI:  Object to form. | 13:59:30 |
| 14 | THE WITNESS:  I believe if -- the goal was | 13:59:31 |
| 15 | to inform people and get voluntary compliance.  If | 13:59:34 |
| 16 | there wasn't voluntary compliance, people would be | 13:59:38 |
| 17 | informed that they were subject to arrest or could be | 13:59:42 |
| 18 | subject to arrest. | 13:59:46 |
| 19 | BY MR. DIAZ: | 13:59:46 |
| 20 | Q.    Okay.  Was there any discussion about how | 13:59:48 |
| 21 | people were going to be informed?  In other words -- | 13:59:49 |
| 22 | yeah.  About how people were going to be informed? | 13:59:52 |
| 23 | **A.    I believe the mayor's office sent out** | 13:59:55 |
| 24 | **information over text alerts, multiple forms of** | 14:00:01 |
| 25 | **information.  I believe it was out in the news.** | 14:00:06 |

Mejia, Lieutenant Carlos                               December 6, 2023

151

1              From our side, I believe we did in-person    14:00:08

2   when we saw people on the street, and we used PAs to    14:00:11

3   let people know.                                        14:00:14

4       Q.    What's the PA?                                14:00:15

5       A.    The Public Address System on a car.           14:00:16

6       Q.    Is that -- what is LRAD, L-R-A-D?             14:00:19

7       A.    It's a long range acoustic device.            14:00:23

8       Q.    How is LRAD different from a PA?              14:00:27

9       A.    An LRAD is much more powerful.                14:00:29

10      Q.    And a PA is sort of like attached to a        14:00:33

11  police cruiser, necessarily?                            14:00:38

12      A.    Yes.                                           14:00:39

13      Q.    Is there any recording done of information    14:00:39

14  broadcast through PAs?                                  14:00:48

15      A.    No.                                            14:00:50

16      Q.    Is there any -- do you have to log it at      14:00:50

17  all?                                                    14:00:54

18      A.    No.                                            14:00:54

19      Q.    Is there any -- and how about LRADs?  Same    14:00:54

20  questions.                                              14:01:01

21      A.    No.                                            14:01:02

22      Q.    Okay.  Did you personally give any            14:01:02

23  warnings to people to go home in the way that you       14:01:18

24  discussed in the briefing?                              14:01:22

25      A.    Yes.                                           14:01:23

Mejia, Lieutenant Carlos                                December 6, 2023

152

| | | | |
|---|---|---|---|
| 1 | Q. | Where did you do that, and how often? | 14:01:23 |
| 2 | A. | **I couldn't say, but many times throughout** | 14:01:26 |
| 3 | **the evening.** | | 14:01:30 |
| 4 | Q. | Did you do it over LRAD? | 14:01:31 |
| 5 | A. | **No.** | 14:01:35 |
| 6 | Q. | Did you do it over PA? | 14:01:36 |
| 7 | A. | **I believe I did.** | 14:01:38 |
| 8 | Q. | Okay.  Were you in -- were you driving in | 14:01:40 |
| 9 | a car that night? | | 14:01:43 |
| 10 | A. | **Yes.** | 14:01:44 |
| 11 | Q. | Does your car have a Dash Cam that records | 14:01:44 |
| 12 | what -- that records? | | 14:01:50 |
| 13 | A. | **No.** | 14:01:52 |
| 14 | Q. | What was your -- at the time that you | 14:01:52 |
| 15 | notified -- that you state that you notified people | | 14:02:14 |
| 16 | to go home, I guess, first, where -- can you identify | | 14:02:19 |
| 17 | any specific locations where you did that? | | 14:02:25 |
| 18 | A. | **No.  Not off the top of my head.** | 14:02:28 |
| 19 | Q. | Do you recall any people's reactions to | 14:02:33 |
| 20 | you telling them to go home? | | 14:02:42 |
| 21 | A. | **Yes.** | 14:02:44 |
| 22 | Q. | What were they? | 14:02:44 |
| 23 | A. | **Most were compliant.** | 14:02:45 |
| 24 | Q. | They were compliant? | 14:02:48 |
| 25 | A. | **Yes.** | 14:02:49 |

Mejia, Lieutenant Carlos                    December 6, 2023

153

1    Q.    How do you know?                              14:02:49

2    **A.    Because they waved and said, "Thanks for**  14:02:51

3    **letting me know.  I'm on my way home."**           14:02:56

4    Q.    And you said most were complaint.  Those      14:02:59

5    who were not compliant, I guess, what did they do?  14:03:02

6    **A.    A number of them swore at me, but they**     14:03:05

7    **went on their way.**                               14:03:10

8    Q.    So you say they went on their way, meaning    14:03:11

9    you understood them to be going home?               14:03:19

10         MR. SOBIECKI:  Object to form.                14:03:22

11         THE WITNESS:  Either home or work.            14:03:23

12   BY MR. DIAZ:                                        14:03:23

13   Q.    Okay.  And how would you know -- well --      14:03:26

14   and I guess -- let me withdraw that.               14:03:29

15         And even those people who you say, you        14:03:33

16   know, they swore at you, but they sort of did what 14:03:38

17   you told them to do; right?                        14:03:43

18   **A.    Yeah.  Yes.**                               14:03:44

19   Q.    And so were there any circumstances in       14:03:45

20   which you can recall that day telling people to go 14:03:49

21   home where they did not?                           14:03:52

22   **A.    Not on an individual basis.**              14:03:54

23   Q.    What does that mean?                          14:04:02

24   **A.    I believe we were telling the crowd that**  14:04:03

25   **was marching up 14th Street that eventually went down** 14:04:07

Mejia, Lieutenant Carlos                          December 6, 2023

154

1    **to Swann Street that there was a curfew.**                14:04:12

2       Q.    So what you're saying is that you would       14:04:16

3    see individual people out on the streets, tell them     14:04:18

4    to go home, and they would go home.  Is that correct?   14:04:22

5       **A.    Yes.**                                           14:04:25

6       Q.    But the crowd on 14th Street did not go       14:04:25

7    home when you told it to go home.  Is that what         14:04:28

8    you're saying?                                          14:04:31

9       **A.    Yes.**                                           14:04:32

10      Q.    Now, who, if anybody, do you recall           14:04:34

11   notifying the crowd to go home?                         14:04:37

12      **A.    I told them on several occasions that**        14:04:39

13   **there was a curfew.**                                     14:04:47

14      Q.    Okay.  What specifically did you tell         14:04:48

15   them?                                                   14:04:51

16      **A.    I told them that there was a curfew in**       14:04:51

17   **effect.**                                                 14:04:56

18      Q.    And what was -- well, how many times did      14:04:56

19   you do that with the crowd on 14th Street?              14:04:59

20      **A.    Several times.**                                 14:05:02

21      Q.    More than three?                              14:05:03

22      **A.    Yeah, more than three.**                        14:05:05

23      Q.    And this was over the PA system?              14:05:11

24      **A.    Both the PA and in-person.**                    14:05:13

25      Q.    Okay.  And what were people's reactions       14:05:16

Mejia, Lieutenant Carlos                           December 6, 2023

155

1    when you told them to go home?                    14:05:19

2        A.    They didn't.                            14:05:21

3        Q.    What were they doing?                   14:05:22

4        A.    They kept marching.                     14:05:23

5        Q.    What is it about the crowd that made you   14:05:25

6    think they were sort of marching rather than like,   14:05:30

7    say, walking north?                               14:05:33

8        A.    Because they were all moving together in   14:05:36

9    the street.                                       14:05:38

10       Q.    Were they -- I mean, so what was to     14:05:39

11   differentiate them as -- well, what does marching   14:05:47

12   mean to you?                                      14:05:51

13       A.    A group of individuals moving together in   14:05:51

14   unison, either chanting or carrying signs or slogans.   14:05:57

15       Q.    Was the group on 14th Street chanting?   14:06:01

16       A.    I believe they were.                    14:06:04

17       Q.    What were they chanting?                14:06:05

18       A.    I don't recall all of their stuff.      14:06:07

19       Q.    Do you recall any of it?                14:06:11

20       A.    Yes.                                    14:06:14

21       Q.    What do you recall?                     14:06:16

22       A.    There was a lot of "defund the police" and   14:06:18

23   chants like that and "Fuck 12" and versions of that.   14:06:23

24       Q.    What does Fuck 12 mean, as far as your   14:06:27

25   understanding?                                    14:06:30

Mejia, Lieutenant Carlos                          December 6, 2023

156

| | | |
|---|---|---|
| 1 | A.    It's a slang against the police. | 14:06:30 |
| 2 | Q.    Other than yourself -- well, let's take a | 14:06:33 |
| 3 | step back. | 14:06:45 |
| 4 | Can you tell me sort of where your -- what | 14:06:45 |
| 5 | your posting or assignment was for the day on | 14:06:48 |
| 6 | June 1st, 2020? | 14:06:53 |
| 7 | A.    Mobile. | 14:06:54 |
| 8 | Q.    Were you assigned to a geographic area of | 14:06:57 |
| 9 | the city? | 14:07:04 |
| 10 | A.    The entire city. | 14:07:05 |
| 11 | Q.    Do you remember what time your shift | 14:07:06 |
| 12 | started? | 14:07:09 |
| 13 | A.    Approximately, 1:30 p.m. | 14:07:09 |
| 14 | Q.    P.m. | 14:07:11 |
| 15 | All right.  Do you recall where you went | 14:07:12 |
| 16 | to start your shift? | 14:07:14 |
| 17 | A.    I think I went down to Lafayette Park at | 14:07:16 |
| 18 | the beginning of my shift first. | 14:07:23 |
| 19 | Q.    And do you remember how long you were | 14:07:24 |
| 20 | there for? | 14:07:27 |
| 21 | A.    I don't. | 14:07:27 |
| 22 | Q.    Did you go straight from Lafayette Park to | 14:07:28 |
| 23 | 14th Street? | 14:07:32 |
| 24 | A.    I don't recall if I went straight to | 14:07:33 |
| 25 | 14th Street. | 14:07:35 |

Mejia, Lieutenant Carlos                                December 6, 2023

157

```
 1        Q.    So you mentioned being on 14th Street with   14:07:36
 2   a group of people marching north.  Do you recall       14:07:39
 3   where you were coming from when you found that group?  14:07:44
 4        A.    I believe I was driving north on 14th in    14:07:47
 5   front of the group.                                    14:07:51
 6        Q.    So you were kind of leading the caravan,    14:07:52
 7   in a sense?                                            14:07:55
 8             MR. SOBIECKI:  Object to form.               14:07:56
 9             THE WITNESS:  I was in front of the group.   14:07:57
10   BY MR. DIAZ:                                           14:07:57
11        Q.    Okay.  Why were you driving in front of     14:08:00
12   it?  Were you clearing the road?                       14:08:02
13        A.    I believe I was calling out to other units  14:08:04
14   to effect street closures so that traffic would not    14:08:08
15   drive into this crowd.                                 14:08:13
16        Q.    So MPD was effectively clearing             14:08:15
17   14th Street of traffic so that the crowd could march   14:08:20
18   north?                                                 14:08:26
19             MR. SOBIECKI:  Object to form.               14:08:28
20             THE WITNESS:  Yes.  For safety reasons, we   14:08:29
21   don't want vehicles intermixed with a crowd of         14:08:31
22   individuals.                                           14:08:35
23   BY MR. DIAZ:                                           14:08:35
24        Q.    I understand.                               14:08:35
25             And were you -- okay.  At what point --      14:08:36
```

Mejia, Lieutenant Carlos                                    December 6, 2023

158

| | | |
|---|---|---|
| 1 | you mentioned that you notified people on 14th Street | 14:08:39 |
| 2 | both in-person and over your PA to go home.  Do I | 14:08:45 |
| 3 | have that right? | 14:08:50 |
| 4 | A.    Yes. | 14:08:51 |
| 5 | Q.    All right.  Those who you engaged with | 14:08:51 |
| 6 | in-person, where did that happen? | 14:08:55 |
| 7 | A.    **Probably at a number of points on** | 14:08:57 |
| 8 | **14th Street.** | 14:09:02 |
| 9 | Q.    And how would that occur?  Did you like | 14:09:04 |
| 10 | stop your car and get out and talk to people? | 14:09:07 |
| 11 | A.    **On some occasions.** | 14:09:09 |
| 12 | Q.    And when you stopped your car, would the | 14:09:13 |
| 13 | people march past the car or would they stop? | 14:09:16 |
| 14 | A.    **They were marching.** | 14:09:19 |
| 15 | Q.    So whenever you stopped the car, the group | 14:09:24 |
| 16 | of people that were walking north would kind of | 14:09:27 |
| 17 | overtake the car and walk north on 14th Street? | 14:09:32 |
| 18 | MR. SOBIECKI:  Object to form. | 14:09:37 |
| 19 | THE WITNESS:  I was in front of the crowd, | 14:09:38 |
| 20 | and then I was on the side streets, and then I was in | 14:09:40 |
| 21 | front of the crowd again.  So it wasn't always I was | 14:09:43 |
| 22 | in front of the group. | 14:09:47 |
| 23 | BY MR. DIAZ: | 14:09:47 |
| 24 | Q.    Okay.  So can you sort of walk me through | 14:09:49 |
| 25 | how -- when it was -- when did you first get in front | 14:09:52 |

Mejia, Lieutenant Carlos                          December 6, 2023

159

| | | |
|---|---|---|
| 1 | of the crowd in your car? | 14:09:55 |
| 2 | A.    I don't recall when that was. | 14:09:56 |
| 3 | Q.    Or not when, where on 14th Street or where | 14:09:58 |
| 4 | in the city, approximately? | 14:10:03 |
| 5 | A.    I don't recall where on -- where they were | 14:10:04 |
| 6 | physically located when I pulled in front of the | 14:10:09 |
| 7 | group. | 14:10:13 |
| 8 | Q.    Where were you? | 14:10:15 |
| 9 | A.    I'm sorry? | 14:10:17 |
| 10 | Q.    You said you don't know where the group | 14:10:18 |
| 11 | was.  So, I guess, you don't know where that was that | 14:10:22 |
| 12 | you pulled in front? | 14:10:25 |
| 13 | A.    Yeah.  I don't recall where. | 14:10:27 |
| 14 | Q.    Do you recall if it was -- never mind. | 14:10:28 |
| 15 | Withdrawn. | 14:10:32 |
| 16 | At what point did you leave 14th Street to | 14:10:32 |
| 17 | go to a side street? | 14:10:36 |
| 18 | A.    It happened several times, so I don't | 14:10:37 |
| 19 | recall which -- what time specifically. | 14:10:42 |
| 20 | Q.    Why?  When you went off 14th to a side | 14:10:44 |
| 21 | street, what was the reason that you did that? | 14:10:48 |
| 22 | A.    Either to turn around, because the group | 14:10:51 |
| 23 | went north and south a couple of times.  Groups | 14:10:56 |
| 24 | splintered off.  And so that was the reason I pulled | 14:11:04 |
| 25 | off. | 14:11:06 |

Mejia, Lieutenant Carlos                    December 6, 2023

181

1           So as we discussed earlier, the reason why    14:38:51

2    you say your body camera wasn't recording while you    14:38:54

3    were on 14th Street is that it wasn't charged; right?   14:38:57

4        A.    Yes.    14:39:01

5        Q.    But after you were on 14th Street, you    14:39:01

6    ended up in a police line in one of the alleys next    14:39:05

7    to Swann; right?    14:39:08

8        A.    Yes.    14:39:09

9        Q.    And at that time, you had eight and a half    14:39:10

10    minutes of recording from your body camera; correct?   14:39:12

11        A.    Yes.    14:39:16

12        Q.    So my question to you is:  Why is it that    14:39:16

13    you were able to get that time then if, earlier, it    14:39:19

14    wasn't charged?  Did you charge in the interim?  Like    14:39:23

15    what's your understanding of why it was able to work    14:39:27

16    then but not earlier?    14:39:30

17        **A.    Probably because I had it charging in my**    14:39:32

18    **vehicle.**    14:39:35

19        Q.    So that's a possibility?  You're able to    14:39:36

20    charge it in the car?    14:39:38

21        A.    Yes.    14:39:39

22        Q.    Okay.  Does it charge with like a standard    14:39:39

23    charging port?  Does it use like a USBC or something    14:39:43

24    like that, or do you know?    14:39:49

25        A.    Yes.    14:39:51

Mejia, Lieutenant Carlos                    December 6, 2023

182

| | | |
|---|---|---|
| 1 | Q.    USBC? | 14:39:51 |
| 2 | **A.    It is.** | 14:39:54 |
| 3 | Q.    Okay.  And so we talked a little bit about | 14:39:56 |
| 4 | what might have justified the decision to declare the | 14:40:16 |
| 5 | group riotous versus First Amendment -- a group | 14:40:23 |
| 6 | exercising its First Amendment activities; right? | 14:40:28 |
| 7 | **A.    Yes.** | 14:40:31 |
| 8 | Q.    Okay.  And what you stated is that some | 14:40:32 |
| 9 | number of people in the group were seen committing | 14:40:35 |
| 10 | acts of vandalism or -- committing acts of vandalism? | 14:40:39 |
| 11 | **A.    And other things.** | 14:40:45 |
| 12 | Q.    Well, the vandalism was -- you mentioned | 14:40:47 |
| 13 | multiple acts of vandalism; right? | 14:40:52 |
| 14 | **A.    Yes.** | 14:40:54 |
| 15 | Q.    What were the other things? | 14:40:54 |
| 16 | **A.    Vehicle windows were broken out and it was** | 14:40:55 |
| 17 | **set on fire.** | 14:40:59 |
| 18 | Q.    And that's, in your mind, a separate | 14:41:00 |
| 19 | offense from vandalism? | 14:41:03 |
| 20 | **A.    It is.** | 14:41:05 |
| 21 | Q.    Okay.  What is that offense? | 14:41:06 |
| 22 | **A.    That would be arson.** | 14:41:07 |
| 23 | Q.    Okay.  And so the damaging of the car, you | 14:41:09 |
| 24 | personally didn't observe that happening; correct? | 14:41:15 |
| 25 | **A.    I did not.** | 14:41:18 |

Mejia, Lieutenant Carlos                    December 6, 2023

183

| | | | |
|---|---|---|---|
| 1 | Q. | How did you learn about it? | 14:41:18 |
| 2 | A. | **I believe it was voiced over the radio.** | 14:41:20 |

3    Q.    And do you have any information as to    14:41:24

4    why -- well, let me withdraw that.    14:41:26

5         Do you understand that the person    14:41:30

6    voicing -- the person who went over the radio stating    14:41:33

7    that the car was being damaged, that they actually    14:41:38

8    saw the person -- the person in the act of damaging    14:41:41

9    the car?  Is that -- you follow?    14:41:47

10    **A.    Repeat that.**    14:41:50

11    Q.    Yeah.  Is your understanding from the    14:41:52

12    radio communication that the person who was notifying    14:41:54

13    officers about the damage to the vehicle actually saw    14:41:57

14    the car as the person damaging it was damaging it, or    14:42:00

15    did they see the car after the fact?    14:42:05

16    **A.    That, I don't know.**    14:42:08

17    Q.    Okay.  Do you recall who it was that    14:42:09

18    stated on the radio that a police car had been    14:42:13

19    damaged?    14:42:17

20    **A.    I don't recall who that was.**    14:42:17

21    Q.    Have you, at any point since then, seen --    14:42:19

22    did you see the car damaged?    14:42:23

23    **A.    I did.**    14:42:25

24    Q.    Where was it?    14:42:26

25    **A.    As the group went back down 14th Street, I**    14:42:27

Mejia, Lieutenant Carlos                                December 6, 2023

184

| | | |
|---|---|---|
| 1 | **followed behind them, and saw the destruction, and** | 14:42:31 |
| 2 | **the car on fire.** | 14:42:34 |
| 3 | Q.    And it was actively on fire when you saw | 14:42:35 |
| 4 | it? | 14:42:38 |
| 5 | **A.    It may have been smoldering.** | 14:42:39 |
| 6 | Q.    And do you recall where on 14th Street the | 14:42:42 |
| 7 | car was when you saw it? | 14:42:44 |
| 8 | **A.    I don't.** | 14:42:46 |
| 9 | Q.    Okay.  What other acts of vandalism did | 14:42:47 |
| 10 | you or -- okay.  So other than the car and the | 14:42:56 |
| 11 | vandalism, those were the reasons justifying | 14:42:59 |
| 12 | categorizing the group as a riotous group; is that | 14:43:05 |
| 13 | correct? | 14:43:09 |
| 14 | MR. SOBIECKI:  Object to form. | 14:43:09 |
| 15 | THE WITNESS:  I don't know all the factors | 14:43:10 |
| 16 | that Inspector Glover took to decide the group was a | 14:43:15 |
| 17 | riotous group. | 14:43:20 |
| 18 | BY MR. DIAZ: | 14:43:20 |
| 19 | Q.    Okay.  But as far as you know, that's what | 14:43:22 |
| 20 | you know the group to have done illegally? | 14:43:23 |
| 21 | MR. SOBIECKI:  Object to form. | 14:43:27 |
| 22 | THE WITNESS:  Yeah.  As far as I know | 14:43:29 |
| 23 | that's -- | 14:43:31 |
| 24 | BY MR. DIAZ: | 14:43:31 |
| 25 | Q.    Okay.  Now, can you describe the specific | 14:43:32 |

Mejia, Lieutenant Carlos                                    December 6, 2023

185

| 1 | acts of vandalism that you saw committed by members | 14:43:35 |

1  acts of vandalism that you saw committed by members    14:43:35

2  of the group?                                          14:43:39

3      A.    I believe there was some spray painting      14:43:40

4  and graffiti on a bus stop, sides of the road, and     14:43:45

5  then the vehicle.                                      14:43:49

6      Q.    Now, the spray painting and graffiti --      14:43:50

7  let's talk about the one at the bus stop.  Is this at  14:43:57

8  one specific bus stop that you saw?                    14:44:01

9      A.    I can't recall if it was just one.           14:44:02

10     Q.    Did you personally see anybody putting up    14:44:06

11  graffiti?                                             14:44:12

12     A.    I did not.                                    14:44:13

13     Q.    Did you personally see the graffiti after    14:44:13

14  it was written?                                        14:44:17

15     A.    Yes.                                          14:44:18

16     Q.    Okay.  Had you seen the same -- how many      14:44:19

17  locations did you see graffiti written on on          14:44:24

18  14th Street on June 1st, 2020?                         14:44:30

19     A.    I don't recall all the locations.            14:44:33

20     Q.    Approximately, how many?                      14:44:34

21     A.    At least that one.                            14:44:35

22     Q.    The bus stop?                                 14:44:36

23     A.    That area of the bus stop and where the       14:44:37

24  vehicle was on fire.                                  14:44:40

25     Q.    I see.                                        14:44:42

Mejia, Lieutenant Carlos                              December 6, 2023

186

| | | |
|---|---|---|
| 1 | So where you saw the graffiti written was | 14:44:43 |
| 2 | near where the vehicle was burning? | 14:44:46 |
| 3 | **A.    Yes.  It was close.** | 14:44:48 |
| 4 | Q.    Can you say when you had previously seen | 14:44:49 |
| 5 | that bus stop? | 14:44:53 |
| 6 | **A.    I believe I was -- it was when I was on my** | 14:44:54 |
| 7 | **way north on 14th Street.** | 14:44:58 |
| 8 | Q.    Did you notice that that bus stop did not | 14:45:01 |
| 9 | have graffiti as you were going northbound? | 14:45:04 |
| 10 | **A.    I didn't notice any graffiti on it when I** | 14:45:08 |
| 11 | **was going up.** | 14:45:13 |
| 12 | Q.    Can you affirmatively recall that you saw | 14:45:14 |
| 13 | it without graffiti, or you don't know one way or the | 14:45:17 |
| 14 | other? | 14:45:23 |
| 15 | **A.    I recall that there was not any graffiti** | 14:45:23 |
| 16 | **on it on my way up.** | 14:45:26 |
| 17 | Q.    Do you have any knowledge of the officer | 14:45:28 |
| 18 | who actually saw the person who put up that graffiti | 14:45:32 |
| 19 | or who put up the graffiti as they were putting it | 14:45:35 |
| 20 | up? | 14:45:39 |
| 21 | **A.    That, I'm not aware of.** | 14:45:39 |
| 22 | Q.    Do you know if the same person who put up | 14:45:41 |
| 23 | the graffiti is the same person who damaged the car? | 14:45:44 |
| 24 | **A.    I don't know.** | 14:45:47 |
| 25 | Q.    Did you take any notes or take any | 14:45:48 |

Mejia, Lieutenant Carlos                          December 6, 2023

190

1    **A.    I don't use that term.**                    15:03:51

2    Q.    Okay.  Walk me through how -- so, I think,    15:03:53

3    we talked about how the crowd ultimately was -- ended   15:04:06

4    up back on 14th Street.  Can you just sort of tell   15:04:15

5    me -- on Swann Street, can you tell me sort of what  15:04:19

6    the discussion was as far as setting up the police   15:04:23

7    lines and sort of how it unfolded?                   15:04:27

8    **A.    As the group was heading south on 14th, I**  15:04:30

9    **believe, Inspector Glover set up a line south of**   15:04:33

10   **Swann Street somewhere.  I wasn't down there.  And**  15:04:40

11   **then the crowd turned on to Swann Street.**          15:04:43

12   Q.    So your understanding was that wherever        15:04:51

13   Glover set the line -- the police line, that's what I  15:04:54

14   guess induced the crowd to turn on to Swann Street?  15:04:57

15        MR. SOBIECKI:  Object to form.                  15:05:02

16        THE WITNESS:  I believe that's correct.         15:05:03

17   BY MR. DIAZ:                                          15:05:03

18   Q.    What's your basis for that understanding?      15:05:04

19   How did you learn that?                               15:05:08

20   **A.    There were radio transmissions about**        15:05:09

21   **setting up police lines.**                          15:05:12

22   Q.    And I'm sure you also spoke to your fellow     15:05:14

23   officers, on some level, about what occurred; right?  15:05:18

24        MR. SOBIECKI:  Object to form.                  15:05:21

25        THE WITNESS:  In what?  I'm sorry.  I           15:05:22

Mejia, Lieutenant Carlos                     December 6, 2023

191

| | | |
|---|---|---|
| 1 | don't understand what you mean. | 15:05:24 |
| 2 | BY MR. DIAZ: | 15:05:24 |
| 3 | Q.    I mean you got information from the radio | 15:05:25 |
| 4 | about what was happening as it was happening; right? | 15:05:29 |
| 5 | A.    **Yes.** | 15:05:32 |
| 6 | Q.    And then you've also talked to different | 15:05:32 |
| 7 | officers about what occurred; right? | 15:05:35 |
| 8 | MR. SOBIECKI:  Object to form. | 15:05:37 |
| 9 | THE WITNESS:  During the time?  After the | 15:05:38 |
| 10 | fact?  I'm not clear. | 15:05:41 |
| 11 | BY MR. DIAZ: | 15:05:41 |
| 12 | Q.    After the fact, of course.  Yeah. | 15:05:43 |
| 13 | A.    **Not really.** | 15:05:45 |
| 14 | Q.    You don't -- okay.  We'll come back to | 15:05:46 |
| 15 | that. | 15:05:52 |
| 16 | So tell -- why don't we start from your | 15:05:53 |
| 17 | perspective.  How was it communicated to you that you | 15:05:57 |
| 18 | were going to set up a police line and specifically | 15:06:00 |
| 19 | where you were going to set it up? | 15:06:03 |
| 20 | A.    **I believe once with the group arrived on** | 15:06:06 |
| 21 | **Swann Street, the police line was established at the** | 15:06:10 |
| 22 | **end of near 15th and Swann, and then another one was** | 15:06:13 |
| 23 | **ordered near 14th and Swann.** | 15:06:17 |
| 24 | Q.    But you were on a police line that was | 15:06:19 |
| 25 | actually on the northern edge of Swann blocking an | 15:06:23 |

Mejia, Lieutenant Carlos                    December 6, 2023

192

1   alley; correct?                                    15:06:28

2       A.    Yes.                                     15:06:29

3       Q.    And so how is it that you -- or why did  15:06:29

4   you set up there?                                  15:06:34

5       **A.    By the time I pulled up on the scene, the**  15:06:34

6   **CDU units were already there.**                     15:06:38

7       Q.    Already at that alleyway?                15:06:40

8       **A.    They were in that area, yes.**             15:06:43

9       Q.    Okay.  Do you know ordered them to go    15:06:44

10  there?                                             15:06:46

11      **A.    I believe that came over the radio with**  15:06:47

12  **Commander Glover giving that information.**          15:06:50

13      Q.    Okay.  And who was under your -- I guess,  15:06:52

14  which set of officers or which unit was under your  15:06:54

15  direct command on that evening?                    15:06:58

16      **A.    Those officers that were already there.**   15:07:00

17      Q.    Meaning the subset of officers that were  15:07:02

18  already in --                                      15:07:07

19      **A.    At the north alley.**                      15:07:07

20      Q.    At the north alley.                      15:07:15

21            So that was your unit or sub-unit?       15:07:16

22      **A.    No.**                                      15:07:16

23      Q.    So am I understanding you to be saying   15:07:18

24  when you arrived, at that point, you took command of  15:07:23

25  the officers that were already there?  Is that what  15:07:23

Mejia, Lieutenant Carlos                                December 6, 2023

193

| | | |
|---|---|---|
| 1 | you're saying? | 15:07:25 |
| 2 | A.    That's correct. | 15:07:25 |
| 3 | Q.    So it's not that those are the officers | 15:07:26 |
| 4 | that you always have -- that you always supervise, | 15:07:28 |
| 5 | it's sort of based on what was happening in the | 15:07:32 |
| 6 | moment, you took control of the group; correct? | 15:07:37 |
| 7 | A.    Yes. | 15:07:39 |
| 8 | Q.    I see.  Okay. | 15:07:39 |
| 9 | And were those SOD officers? | 15:07:41 |
| 10 | A.    I don't believe they were. | 15:07:42 |
| 11 | Q.    So how does that work as far as you being | 15:07:44 |
| 12 | able to take command of officers that you don't | 15:07:46 |
| 13 | normally command?  Like what -- who authorizes that? | 15:07:49 |
| 14 | How does it work? | 15:07:54 |
| 15 | A.    That is built into the deployment of the | 15:07:55 |
| 16 | CDU. | 15:08:00 |
| 17 | Q.    How so? | 15:08:00 |
| 18 | A.    It does not have to be specifically a | 15:08:01 |
| 19 | person who regularly works with a specific group of | 15:08:03 |
| 20 | people. | 15:08:06 |
| 21 | Q.    All that matters is your rank? | 15:08:07 |
| 22 | A.    Rank.  Experience. | 15:08:09 |
| 23 | Q.    Is there a discussion, or you just show up | 15:08:16 |
| 24 | and they know you're the guy now? | 15:08:18 |
| 25 | A.    Well, at that point, I showed up and gave | 15:08:21 |

Mejia, Lieutenant Carlos                          December 6, 2023

194

| | | |
|---|---|---|
| 1 | **them directives as to what to do.** | 15:08:24 |
| 2 | Q.    I see. | 15:08:27 |
| 3 | And so what was your -- what you arrived | 15:08:28 |
| 4 | to was clearly like a bigger plan that was already in | 15:08:32 |
| 5 | the process of unfolding, if I'm understanding; | 15:08:37 |
| 6 | correct? | 15:08:40 |
| 7 | MR. SOBIECKI:  Object to form. | 15:08:41 |
| 8 | THE WITNESS:  That's correct. | 15:08:42 |
| 9 | BY MR. DIAZ: | 15:08:42 |
| 10 | Q.    And so how did you know what instructions | 15:08:43 |
| 11 | to give that would be consistent with the plan that | 15:08:46 |
| 12 | was unfolding? | 15:08:49 |
| 13 | **A.    Based on the information that the** | 15:08:50 |
| 14 | **commander had given out about what he wanted to take** | 15:08:52 |
| 15 | **place.** | 15:08:57 |
| 16 | Q.    Glover? | 15:08:58 |
| 17 | **A.    Yes.** | 15:08:58 |
| 18 | Q.    And what were the instructions that he | 15:08:58 |
| 19 | gave you? | 15:09:01 |
| 20 | **A.    He voiced that he wanted a CDU line on** | 15:09:01 |
| 21 | **15th Street and one on 14th Street.** | 15:09:06 |
| 22 | Q.    But your line was neither? | 15:09:09 |
| 23 | **A.    It was adjacent to it.** | 15:09:10 |
| 24 | Q.    So that's what I'm saying.  What was your | 15:09:13 |
| 25 | understanding of how what you were doing fit into | 15:09:17 |

Mejia, Lieutenant Carlos                    December 6, 2023

195

1  what the overall plan was?                        15:09:20

2      A.    **My line on that alley would prevent people**    15:09:23

3  **from running out of the alley.**                 15:09:26

4      Q.    So part of the instructions were to,    15:09:28

5  basically, block all possible routes of exit from  15:09:31

6  Swann Street, effectively?                         15:09:37

7      A.    **Yes.**                                 15:09:39

8      Q.    And do you recall what your specific     15:09:39

9  instructions were to the group that you took command  15:09:42

10  of in that alley?                                 15:09:46

11     A.    **I believe I told them to hold the line**    15:09:47

12  **where we were on the alley.  And then when the other**    15:09:51

13  **CDU unit on 14th Street marched passed us, we fell in**    15:09:58

14  **behind them.**                                  15:10:04

15     Q.    So logistically, as I'm understanding,  15:10:04

16  you -- MPD members blocked the 15th Street exit and  15:10:08

17  the 14th Street exit of Swann, in addition to the  15:10:16

18  alleys on the north and south; correct?           15:10:20

19     A.    **Correct.**                             15:10:22

20     Q.    And then the line on 15th held still,   15:10:22

21  whereas the line on 14th moved west toward the line  15:10:29

22  on 15th; correct?                                 15:10:34

23     A.    **That sounds about right.**             15:10:35

24     Q.    All right.  Creating kind of a tightening  15:10:38

25  space around the people who were ultimately arrested  15:10:42

Mejia, Lieutenant Carlos                           December 6, 2023

196

| | | |
|---|---|---|
| 1 | on Swann; correct? | 15:10:46 |
| 2 | **A.    Yes.** | 15:10:47 |
| 3 | Q.    Okay.  And then at some point, that line | 15:10:47 |
| 4 | that's moving from east to west passed by the alley | 15:10:53 |
| 5 | that you were standing in; correct? | 15:10:57 |
| 6 | **A.    Yes.** | 15:10:59 |
| 7 | Q.    And at that point, there wasn't a | 15:10:59 |
| 8 | possibility for anybody on Swann to get to that alley | 15:11:02 |
| 9 | because they would have to get past the line on | 15:11:06 |
| 10 | 14th Street.  So at that point, you were able to let | 15:11:09 |
| 11 | the alley go -- the line at the alley go, and fold | 15:11:12 |
| 12 | into 14th; is that accurate? | 15:11:21 |
| 13 | **A.    Yeah.  Yes.** | 15:11:24 |
| 14 | Q.    Okay.  Now, as far as you know -- well, no | 15:11:25 |
| 15 | order to disperse was given to the people who were on | 15:11:42 |
| 16 | Swann Street; correct? | 15:11:46 |
| 17 | MR. SOBIECKI:  Object to form. | 15:11:47 |
| 18 | THE WITNESS:  Other than the | 15:11:48 |
| 19 | communications that we attempted while they were | 15:11:53 |
| 20 | marching up 14th Street to tell them there was a | 15:11:56 |
| 21 | curfew. | 15:11:59 |
| 22 | BY MR. DIAZ: | 15:11:59 |
| 23 | Q.    So we'll get to that.  But my question to | 15:12:00 |
| 24 | you was whether any orders to disperse were given on | 15:12:03 |
| 25 | Swann Street -- on Swann Street? | 15:12:08 |

Mejia, Lieutenant Carlos                                    December 6, 2023

211

| | | |
|---|---|---|
| 1 | seconds?  I'd like you to see if there's anybody you | 15:40:27 |
| 2 | recognize. | 15:40:31 |
| 3 | (Video played.) | 15:40:31 |
| 4 | BY MR. DIAZ: | 15:40:31 |
| 5 | Q.    Were you able to recognize anybody to the | 15:40:43 |
| 6 | left, like the guy with the bike? | 15:40:46 |
| 7 | **A.    No.** | 15:40:49 |
| 8 | Q.    No. | 15:40:49 |
| 9 | Yeah.  So that's nobody you recognize in | 15:40:54 |
| 10 | the alley with you? | 15:41:17 |
| 11 | **A.    No.** | 15:41:18 |
| 12 | Q.    Okay.  Now, during your time on Swann, | 15:41:18 |
| 13 | you -- what we saw, at least on this video, | 15:41:27 |
| 14 | was the -- I guess, the people who were ultimately | 15:41:35 |
| 15 | arrested were just kind of sitting in a line in front | 15:41:39 |
| 16 | of the officers that you were commanding in the | 15:41:43 |
| 17 | alley; correct? | 15:41:45 |
| 18 | MR. SOBIECKI:  Object to form. | 15:41:46 |
| 19 | THE WITNESS:  I'm sorry.  Could you repeat | 15:41:47 |
| 20 | that? | 15:41:49 |
| 21 | BY MR. DIAZ: | 15:41:49 |
| 22 | Q.    Yeah. | 15:41:49 |
| 23 | So the people who were in Swann Street, I | 15:41:50 |
| 24 | guess, to use a lack of -- for lack of a better term, | 15:41:54 |
| 25 | behind your police line or in front of your police | 15:41:58 |

Mejia, Lieutenant Carlos                                December 6, 2023

212

| | | |
|---|---|---|
| 1 | line, however you want to put it, they were just | 15:42:01 |
| 2 | sitting -- either standing passively or sitting in | 15:42:04 |
| 3 | front of your group of officers; correct? | 15:42:09 |
| 4 | **A.    Yes.** | 15:42:11 |
| 5 | Q.    And as far as what you saw, you didn't | 15:42:11 |
| 6 | see -- they weren't violent toward you or any of the | 15:42:14 |
| 7 | officers at that point; right? | 15:42:19 |
| 8 | **A.    Correct.  They were not.** | 15:42:21 |
| 9 | Q.    And you didn't see any violence from the | 15:42:22 |
| 10 | protesters on Swann Street actually, personally? | 15:42:26 |
| 11 | **A.    I did not.** | 15:42:30 |
| 12 | Q.    And you say that you -- do you recall at | 15:42:31 |
| 13 | the end of the video, after you folded in behind the | 15:42:42 |
| 14 | group that went from east to west -- you remember | 15:42:47 |
| 15 | seeing that in the video? | 15:42:49 |
| 16 | **A.    Yes.** | 15:42:51 |
| 17 | Q.    After some time, there was a long beep and | 15:42:51 |
| 18 | your camera cut off.  Do you know why that was?  Why | 15:42:55 |
| 19 | it cut off? | 15:42:59 |
| 20 | **A.    I believe that's when the battery died.** | 15:43:00 |
| 21 | Q.    And is the long beep, as far as you | 15:43:02 |
| 22 | understand, indicative of a dying -- a dead battery | 15:43:06 |
| 23 | on a body cam? | 15:43:11 |
| 24 | **A.    As far as I know.** | 15:43:13 |
| 25 | Q.    Now, at that time when the body camera | 15:43:14 |

Mejia, Lieutenant Carlos                              December 6, 2023

213

| | | |
|---|---|---|
| 1 | went off, you had probably gone, what, ten feet | 15:43:18 |
| 2 | further west from where the alley was into Swann. | 15:43:23 |
| 3 | Does that sound fair? | 15:43:27 |
| 4 | A.    That's fine. | 15:43:29 |
| 5 | Q.    Did you get any closer to 15th Street than | 15:43:30 |
| 6 | what we saw in that video throughout the evening? | 15:43:35 |
| 7 | A.    Yes. | 15:43:39 |
| 8 | Q.    When? | 15:43:39 |
| 9 | A.    Several hours later. | 15:43:40 |
| 10 | Q.    Okay.  So for a number of hours, you were | 15:43:42 |
| 11 | no closer -- or not significantly closer to 15th | 15:43:45 |
| 12 | Street than you were when the body camera died; is | 15:43:50 |
| 13 | that correct? | 15:43:54 |
| 14 | A.    That's correct. | 15:43:54 |
| 15 | Q.    So you learned after the fact that some | 15:43:55 |
| 16 | officers had deployed OC spray on Swann Street; | 15:43:58 |
| 17 | right? | 15:44:05 |
| 18 | A.    Yes. | 15:44:05 |
| 19 | Q.    But you weren't in a position to actually | 15:44:05 |
| 20 | see that; right? | 15:44:08 |
| 21 | A.    Correct. | 15:44:10 |
| 22 | Q.    Because of the distance you were from 15th | 15:44:10 |
| 23 | Street? | 15:44:14 |
| 24 | Yes? | 15:44:14 |
| 25 | A.    Correct. | 15:44:15 |

Mejia, Lieutenant Carlos                         December 6, 2023

214

1        Q.    Did you see anybody -- well, let me ask          15:44:16

2    you this:  Use of force, as defined by the                15:44:22

3    department, is on kind of -- on a scale of escalating      15:44:30

4    severity; right?                                           15:44:38

5             MR. SOBIECKI:  Object form.                       15:44:39

6    BY MR. DIAZ:                                               15:44:39

7        Q.    Is that a fair way to put it?                    15:44:40

8        A.    **It's a continuum.**                            15:44:42

9        Q.    A continuum.  Right.                             15:44:43

10            So kind of at the lower end, it's just a          15:44:45

11   show of force by presence; right?                          15:44:49

12       A.    **Yes.**                                         15:44:51

13       Q.    And then application of mechanical force;        15:44:52

14   right?                                                     15:44:55

15       A.    **Yes.**                                         15:44:55

16       Q.    And then you work your way up through a          15:44:55

17   deployment of munitions, and then firing a firearm;       15:44:59

18   is that correct?                                           15:45:03

19       A.    **Yes.**                                         15:45:03

20       Q.    Other than the first level, which is just       15:45:03

21   physical presence of officers, did you see any            15:45:06

22   officers using any force on Swann Street?                  15:45:08

23       A.    **Just verbal commands.**                        15:45:13

24       Q.    All right.  Did you see any physical             15:45:15

25   application of force at all?                               15:45:19

Mejia, Lieutenant Carlos                    December 6, 2023

215

| 1 | **A.    No.** | 15:45:21 |

1    **A.    No.**                                          15:45:21

2    Q.    And if an officer were to, say, for        15:45:21

3    example, grab somebody's wrists to handcuff them,  15:45:29

4    in your mind, would that qualify as mechanical     15:45:33

5    application of force?                              15:45:37

6        MR. SOBIECKI:  Object to form.               15:45:38

7    BY MR. DIAZ:                                       15:45:38

8    Q.    As far as you understand the policies?      15:45:39

9    **A.    No.**                                      15:45:42

10   Q.    So when you say you did not see anybody     15:45:42

11   mechanically apply force, it did not include what I 15:45:46

12   just described because, in your mind, that's not   15:45:50

13   force; right?                                      15:45:52

14   **A.    Correct.**                                 15:45:53

15   Q.    Okay.  So did you see any officers, as far  15:45:53

16   as you can recall, put their hands on any arrestees 15:45:57

17   for any reason on Swann Street?                    15:46:02

18       MR. SOBIECKI:  Object to form.               15:46:05

19       THE WITNESS:  Could you repeat that again?   15:46:07

20   BY MR. DIAZ:                                       15:46:07

21   Q.    Did you see any MPD members put their       15:46:12

22   hands on any arrestees or any civilians for any    15:46:16

23   reason on Swann Street?                            15:46:20

24       MR. SOBIECKI:  Object to form.               15:46:22

25       THE WITNESS:  Yes.                           15:46:23

Mejia, Lieutenant Carlos                          December 6, 2023

216

| | | |
|---|---|---|
| 1 | BY MR. DIAZ: | 15:46:23 |
| 2 | Q.    What did you see? | 15:46:24 |
| 3 | **A.    By the time we made our way over towards** | 15:46:25 |
| 4 | **15th Street, I observed the mass processing officers** | 15:46:32 |
| 5 | **escorting people.** | 15:46:37 |
| 6 | Q.    So when you -- and this was hours after | 15:46:38 |
| 7 | you folded in behind the line from 14th Street then; | 15:46:43 |
| 8 | correct? | 15:46:48 |
| 9 | **A.    That's correct.** | 15:46:49 |
| 10 | Q.    So in none of that time before that, had | 15:46:50 |
| 11 | you seen any officer put their hands on any civilians | 15:46:53 |
| 12 | before that? | 15:46:56 |
| 13 | **A.    That's correct.** | 15:46:57 |
| 14 | Q.    Okay.  Let me ask you -- we're almost | 15:46:58 |
| 15 | done, I think.  You know, I might actually be -- let | 15:47:11 |
| 16 | me ask you about some reports that we have here that, | 15:47:17 |
| 17 | I think, you prepared.  Hopefully, they're reflected | 15:47:21 |
| 18 | in here. | 15:47:27 |
| 19 | Okay.  So we're going to mark a few in a | 15:47:39 |
| 20 | row here.  So we might as well -- give me just a | 15:47:44 |
| 21 | second. | 15:47:50 |
| 22 | Can we just take two minutes? | 15:48:16 |
| 23 | (Recess.) | 15:48:23 |
| 24 | MR. DIAZ:  So I'm going to -- we're | 15:51:11 |
| 25 | marking a set of documents as Exhibit 19. | 15:51:15 |

Mejia, Lieutenant Carlos                    December 6, 2023

217

| | | |
|---|---|---|
| 1 | (MEJIA Exhibit No. 19 was marked for | 15:51:23 |
| 2 | identification.) | 15:51:23 |
| 3 | BY MR. DIAZ: | 15:51:23 |
| 4 | Q.    And so in your binder, this is -- | 15:51:24 |
| 5 | Exhibit 19 will cover all of the documents that are | 15:51:28 |
| 6 | in Tabs 16 through 21.  But this is a consecutive | 15:51:31 |
| 7 | range of Bates stamps from Bates stamp ending in | 15:51:38 |
| 8 | 15752 and then ending in 15775.  Are you with me? | 15:51:45 |
| 9 | A.    Got it. | 15:51:49 |
| 10 | Q.    Okay.  What kind of documents are these? | 15:51:50 |
| 11 | A.    Give me a second to review them. | 15:51:59 |
| 12 | Q.    Yeah. | 15:52:04 |
| 13 | You have a chance to look? | 15:53:27 |
| 14 | A.    Mm-hmm. | 15:53:29 |
| 15 | Q.    Can you tell me what they are? | 15:53:29 |
| 16 | A.    They are form called a 901 M.  It's a | 15:53:31 |
| 17 | reporting of reportable force during CDU. | 15:53:35 |
| 18 | Q.    Okay.  And this is -- under what | 15:53:39 |
| 19 | circumstances are you required to fill this out? | 15:53:41 |
| 20 | A.    Under this one, I was directed to fill | 15:53:43 |
| 21 | these out in reference to members of my unit | 15:53:48 |
| 22 | deploying munitions. | 15:53:52 |
| 23 | Q.    And your unit being the ERT unit?  The CDU | 15:53:55 |
| 24 | unit? | 15:54:00 |
| 25 | A.    The emergency response team. | 15:54:00 |