# EXHIBIT 53

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+ + + + +

_____
                              :
IN THE MATTER OF:             :
                              :
PAMELA GOODWIN,               :
                              :
          Plaintiff           :
                              :
     v.                       : Case No.
                              : 1:21-cv-00806 (BAH)
DISTRICT OF COLUMBIA,         :
                              :
          Defendant           :
                              :
_____:

          Tuesday,
          April 2, 2024

          Washington, D.C.


DEPOSITION OF:

          PAMELA GOODWIN

called for examination by Counsel for the
Defendant, pursuant to Notice of Subpoena, in the
Office of the Attorney General of the District of
Columbia, located at 400 Sixth Street, N.W., when
were present on behalf of the respective parties:

APPEARANCES:

On Behalf of Defendant:

MARCUS D. IRELAND, ESQ.
AMANDA PESCOVITZ, ESQ.
GREGORY KETCHAM-COLWILL, ESQ.
Assistant Attorney General
400 Sixth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 702 2910
marcus.ireland@dc.gov


On Behalf of Plaintiff:
GABRIEL DIAZ, ESQ.
ELLORA ISRANI, ESQ.
Relman Colfax, PLLC
1225 19th Street, N.W.
Suite 600
Washington, D.C. 20036
(202) 728-1888
gdiaz@elmanlaw.com

CONTENTS

WITNESS                DIRECT  CROSS  REDIRECT  RECROSS

PAMELA GOODWIN          5      114     128       131
                                       132

EXHIBIT NO.                                        PAGE
Defendant
50      Screenshot of Text Messages. . . . . . . .19
51      Plaintiff's Responses to . . . . . . . . .26
        Interrogatories
52      Google Maps Printout . . . . . . . . . . .37
53      Photos Screenshot. . . . . . . . . . . . .80
54      Screenshot of Text Messages. . . . . . . .83
55      Screenshot of Text Messages. . . . . . . .94
56      Screenshot of Text Messages. . . . . . . .98

1            MR. DIAZ:  Objection.  You can answer.

2            THE WITNESS:  Because I don't protest.

3            MR. IRELAND:  And I assume that's a

4    similar answer for why you don't attend protests

5    after June 1, 2020?

6            MR. DIAZ:  Objection as to form.

7            THE WITNESS:  Yes.

8            MR. IRELAND:  Okay, that's it with

9    that for now.

10            MR. DIAZ:  Did we mark this as 51?

11            MR. IRELAND:  Yes.  That's how I

12    introduced it.

13            MR. DIAZ:  Okay, I didn't remember

14    that.

15            MR. IRELAND:  Sorry.

16            MR. DIAZ:  My short-term memory's

17    gone.

18            MR. IRELAND:  It is Exhibit 51 if I

19    didn't.

20            So I'm going to talk about June 1,

21    2020 prior to arriving on Swann Street.  So walk

22    me through your day, how did your day start?

```
 1                    MR. DIAZ:  Objection as to form.  You
 2        can answer.
 3                    THE WITNESS:  How did the day start?
 4        It was gloomy.
 5                    BY MR. IRELAND:
 6        Q     And why was it gloomy?
 7        A     Because that was when my fianc,e --
 8        Q     I'm sorry.  If at any point you need
 9   a break, just let us know, okay.  I hate to bring
10   up these questions, but when did you lose your
11   fianc,e?
12        A     April 26, 2020.
13        Q     And was your fianc, the father of your
14   child?
15        A     No.
16        Q     No.  So what was your plan for that
17   day in June?
18        A     I didn't have any plan.
19        Q     Okay.  When did you decide to go out
20   to the protest?
21        A     I didn't decide to go to the protest.
22        Q     Okay.  Walk me through how you ended
```

1    up at the protest?

2         A    My niece had asked me did I want to

3    take a walk, and we could walk to the monument.

4    So we decided to walk down the street.  We were

5    going towards, kind of down 7th Street, we got to

6    Pennsylvania Avenue and they were headed towards

7    the White House, it was a bunch of people, and we

8    were on the sidewalk.  And I told my niece, I

9    said, I always see stuff like this on TV but I

10   never witnessed it.  And we were walking on the

11   sidewalk just talking and just walking.  And we

12   ended up walking, well they was in the street,

13   but we were walking on the sidewalk.

14        Q    Do you happen to remember around what

15   time that was?

16        A    It was early during the day.

17        Q    Early?

18        A    I don't remember the exact time.

19        Q    Do you have kind of an estimate, was

20   it before --

21        A    Between 12:00 and 2:00.

22        Q    Between 12:00 and 2:00 so like early

1    afternoon?

2         A    Yes.

3         Q    And what was the weather like, do you

4    know?

5         A    I remember the sun was out.

6         Q    Okay.  You said that you were walking

7    down towards the monuments and then saw on around

8    Pennsylvania, people heading to the White House

9    and you decided to join?

10              MR. DIAZ:  Objection.

11              THE WITNESS:  No.

12              MR. DIAZ:  Misstates testimony.  You

13   can answer.

14              BY MR. IRELAND:

15         Q    No?  You didn't decide to join the

16   protest?

17         A    I didn't join.

18         Q    What were you still heading to the

19   monuments?

20         A    We just was walking along, yes.  We

21   were headed that way, yes.

22         Q    Heading towards the monuments?

```
 1        A     Yes.
 2        Q     And did you ever make it to the
 3   monuments?
 4        A     No.
 5        Q     No.  Where did you go instead?
 6        A     We were by the White House.
 7        Q     The White House.  And did you stay
 8   around the White House?
 9        A     No, we were on like, the side street
10   by the church by the White House.
11        Q     Okay.  Hopefully it gets easier.  This
12   will be Defendant's Exhibit 52.  It's just a
13   print out from Google Maps.
14              (Whereupon, the above-referred to
15   document was marked as Defendant Exhibit No. 52
16   for identification.)
17              MR. DIAZ:  There are multiple pages?
18              MR. IRELAND:  Yes, there are five.
19              MR. DIAZ:  Okay.
20              BY MR. IRELAND:
21        Q     I will hand you this red highlighter.
22   Do you -- and this blue pen.  Could you put a,
```

1     with the blue pen, could you mark a star where

2     you were around the White House to start?

3          A     Where's the White House?

4          Q     It would be like right around here at

5     the junction.

6                MR. DIAZ:  So the White House is not

7     on page 1 of the map?

8                MR. IRELAND:  Correct.  Sorry, it

9     starts at Lafayette Square.

10               MR. DIAZ:  If you're able to mark it,

11    you can.

12               MR. IRELAND:  Yes, if you can't mark

13    it, that's totally fine, just let me know.

14               THE WITNESS:  Yeah, I don't even see

15    the White House.

16               BY MR. IRELAND:

17         Q     It would be right under this spot, so

18    if you can't mark it, that's fine.  So you were

19    right north of the White House?

20         A     Yes.

21         Q     And what street were you on?

22         A     I don't remember at this point.

1    Q    Okay.  From the White House, where did
2    you go?
3    A    We stood there.  And then when they
4    told us to disperse the area, the crowd started
5    walking towards 14th Street.  And I was -- it was
6    vicious there, so we walked, and we walked on the
7    sidewalk.
8    Q    Could you mark your path from the
9    point that you can start marking your path, can
10   you mark the path that you took on 14th Street?
11        MR. DIAZ:  Objection as to form.  You
12   can if you can.
13        THE WITNESS:  I don't know, I'm sorry.
14        BY MR. IRELAND:
15   Q    No, that's totally fine.  14th Street
16   is right here.
17   A    We walked just straight up the street.
18   Q    Straight up 14th?
19   A    Yes.
20   Q    Can you use this red highlighter to
21   highlight the path that you took up 14th?  Well,
22   14th is --

1          A     I'm sorry.

2          Q     14th is right here, yes, that's okay.

3     If you could just cross off that line and initial

4     there.

5                And then if would like to highlight up

6     14th, 14th starting right here, that's 14th

7     Street.  And just highlight whatever path you

8     ended up taking, if you can recall?  If you can't

9     recall the path you took, just let me know.

10         A     So 14th Street, I can't see the

11    streets to see how far we went up.

12         Q     Okay.  And do you know how far up 14th

13    Street you ended up going?

14         A     No, not the exact street, but I know

15    it was past U Street.

16         Q     Past U?  Okay.  And then do you

17    remember around what time you were made to leave

18    the White House area?

19         A     No.

20         Q     Do you have an idea of how long you

21    were standing there around the White House?

22         A     No, I wasn't really paying attention

```
 1      did you talk to any other protesters about where
 2      they were going or what they were doing?
 3                  MR. DIAZ:  Objection as to form.  You
 4      can answer.
 5                  THE WITNESS:  No.
 6                  BY MR. IRELAND:
 7          Q     All right.  Did you discuss or hear
 8      any discussion of a curfew or a need to disperse?
 9          A     No.
10          Q     Did you damage any buildings,
11      vehicles, or other property while walking up
12      14th?
13          A     No.
14          Q     Did you witness any acts of vandalism
15      by other protesters --
16          A     No.
17          Q     -- while walking on 14th?
18                  MR. DIAZ:  Let him finish the answer,
19      let him finish the question.
20                  BY MR. IRELAND:
21          Q     Did you witness any broken windows?
22          A     No.
```

```
1        Q      Any graffiti?

2        A      No.

3        Q      Any car damage?

4        A      No.

5        Q      Any fires?

6        A      No.

7        Q      Did you try to separate from the group

8   at any point?

9        A      Yes.

10       Q      At what point was that?

11       A      On Swann Street.

12       Q      On Swann.  And where did you try to

13  go?

14       A      Home.

15       Q      And prior to Swann Street, did you try

16  to break away from the group at any point?

17       A      No.

18       Q      Did you want to break away from the

19  group at any point prior to Swann Street?

20       A      I wasn't with the group, I was just

21  walking home.

22       Q      But did you ever try to break away
```

1    from the group that you had been like following?

2        A    No.

3        Q    And did you want to?

4        A    No.

5        Q    And why not?

6        A    Because I was just walking.

7        Q    Did you have any interactions with the

8    police officers while you were heading north up

9    14th Street?

10        A    No.

11        Q    Did you witness any police while you

12    were walking up 14th Street?

13        A    Yes.

14        Q    And where did you see them?

15        A    In the front of the crowd and then in

16    the back of the crowd.

17        Q    And were they police officers on foot,

18    were they in vehicles?

19        A    Vehicles.

20        Q    Vehicles.  And how many did you see?

21        A    I'm unsure of the question as to

22    police officers or cars?

```
1          Q      Both, so if you, since you said that
2    you saw them in vehicles, if you know how many
3    police were in the cars?
4          A      I don't know how many.
5          Q      How many vehicles did you see there?
6          A      Two.
7          Q      Two.  Two in the front and the back or
8    just one in the front and one in the back?
9          A      No.  One in the back and one in the
10   front.
11         Q      And what were the police doing, what
12   did you observe the police doing?
13         A      Driving slowly.
14         Q      Driving slowly.  Were the police
15   officers, were the vehicles moving with the
16   group?
17         A      Yes.
18         Q      Did the police say anything, do
19   anything, other than the follow the group?
20         A      No, I don't know.
21         Q      And were the police officers who were
22   following like in sight or were they further
```

1    Swann?

2                    MR. DIAZ:  Objection.

3                    THE WITNESS:  I have no idea.  I don't

4      know.

5                    MR. IRELAND:  And where were you in

6      relation to the crowd?

7                    MR. DIAZ:  Objection as to form.  You

8      can answer.

9                    THE WITNESS:  When the crowd turned,

10     we were on the sidewalk, so we just kept walking.

11     But I don't know if some of them went, kept going

12     or turned.

13                    MR. IRELAND:  Did you see anyone

14     continuing down that way?

15                    MR. DIAZ:  Objection.  Asked and

16     answered.

17                    THE WITNESS:  I don't remember.

18                    BY MR. IRELAND:

19         Q     And your niece is still with you?

20         A     Yes.

21         Q     And at this point have you guys

22     witnessed any vandalism by the group?

63

1      A      No.

2      Q      Any throwing of anything?

3      A      No.

4      Q      Did you witness police officers in

5  this area?

6      A      When I turned off.

7      Q      And did you witness any use of force,

8  any fireworks, anything like that?

9      A      No.

10     Q      So you've headed down south on 15th,

11 you've made it to Swann, what are you doing at

12 this point?

13     A      We're walking down the street.

14     Q      Walking down Swann Street.

15     A      Swann.

16     Q      Are you heading west or east?

17     A      We're heading east.

18     Q      And how far do you walk east on Swann?

19     A      We walked down it one block.

20     Q      And then what?

21     A      And then my niece, I recall her asked

22 me was I ready to go, because she was getting

1    tired, and I said yes, we can go home.  So we

2    started walking towards the end of the block.

3          Q    You said you wanted to walk to the end

4    of the block, is that the end of the block on

5    Swann and 14 or Swann and 15?

6          A    Swann and 14th.

7          Q    Okay.  And did you make it to the end

8    of the block?

9          A    Yes, we made it to the end of the

10   block.

11         Q    And then what?

12         A    Then I saw a group of police on bikes

13   riding past.

14         Q    Riding past?

15         A    Swann Street right there.  At Swann

16   Street, but then they stopped and got off their

17   bikes.

18         Q    And so they got off their bikes on

19   Swann?

20         A    This is Swann Street.  They rode past

21   and they got off their bikes right on Swann.

22         Q    Okay.  And what did you do?

```
 1          A     I remember telling my niece come on,
 2     let's go.  And she was like oh, she was like
 3     they're not going to let us leave.  I was said
 4     who, she said the police right there.
 5          Q     Did you try to leave?
 6          A     Yes, I went up to them.
 7          Q     And what did they say?
 8          A     They didn't say anything to me, they
 9     was just standing there.
10          Q     They just stood.  And did they let you
11     pass --
12          A     No.
13          Q     -- did you try to pass?
14          A     I asked them and I told them that I
15     was walking trying to get some air because I had
16     just had a death in my family.  And they was just
17     standing there.
18          Q     And did the police do anything, say
19     anything, or just stand there?
20          A     Yes.
21          Q     They were just standing there?
22          A     Yes.
```

1    Q    And then what did you do after asking

2    them if you could pass?

3    A    I didn't do anything, I started

4    crying.

5    Q    Then what happened next?

6    A    I was informed to move back.  And then

7    my niece told me to come over there with her, and

8    then when I turned around, I was, I was sprayed.

9    Q    You were sprayed?

10    A    Yes.

11    Q    Do you know what you were sprayed

12    with?

13    A    Pepper spray.

14    Q    And that was on Swann Street?

15    A    Yes.

16    Q    Near 14th?

17    A    Yes.

18    Q    And do you happen to recall who

19    sprayed you?

20    A    No.

21    Q    Did they spray it directly at you or

22    was it in the general area?

1          A      They sprayed, I was, yes, they sprayed

2    directly at me.

3          Q      And what did you do next?

4          A      I ran towards my niece crying and

5    screaming.

6          Q      Okay.  And then what, did you do

7    anything else?

8          A      Well, I started rubbing my face and my

9    eyes.  And then a lady came out of her basement

10   apartment and told us to come inside, it's safe.

11         Q      And did you enter the apartment then?

12         A      Yes.

13         Q      After you entered the apartment, did

14   you witness the police doing anything?

15         A      I witnessed them trying to, to make us

16   come out.  They told us again, and they was

17   shining their lights through her blinds in her

18   house.

19         Q      And you said they came to make you

20   come out?

21         A      They knocked on the door but she told

22   them to get away.

1      Q     And then did they leave the house

2    after she told them to leave?

3      A     No.

4      Q     What did they do next?

5      A     They were -- after they started

6    shining their lights and then they walked to --

7    they left.

8      Q     Okay.  Other than being sprayed with

9    the pepper spray, did you see the police do

10   anything, use any force, or anything like that?

11     A     No.

12     Q     After the police had sprayed you with

13   pepper spray, what did you witness?  Or after the

14   police left, after they left the apartment --

15     A     Mm-hmm.

16     Q     What did you witness the police do?

17           MR. DIAZ:  Objection.  Misstates

18   testimony.  You can answer.

19           THE WITNESS:  I didn't witness them do

20   anything because I was inside.

21           MR. IRELAND:  Once you were inside and

22   they left, did you ever see the police again?

1          MR. DIAZ:  Objection.

2          THE WITNESS:  Yes, I did.

3          BY MR. IRELAND:

4     Q     And how did you see them?

5     A     The lady's fianc,e -- we stayed there

6  for several hours.  I don't recall how many but

7  it was awhile. And he said, this is crazy, I'm

8  going to get you all a Uber, so you can get home.

9  And he took us out his back door and walked us

10  through the alley, but there was police officers

11  there with a barricade, and they did not say

12  anything to him but how you doing.  And they

13  spoke to us and allowed us to get -- well they

14  just opened a barricade so we could walk out.

15     Q     So the police let you leave?

16     A     They didn't say anything to him, no.

17     Q     So I just want to make sure I

18  understand.  You were walking with him?

19     A     He walked us through the backyard of

20  his house and we walked through the alley.  And

21  there was police officers, he walked us to the

22  next block, and they had that barricaded also.

1    So we went down to the barricades and he told us,

2    don't worry about anything, they'll let you out.

3    And then he said, excuse me, they're going to the

4    Uber and they opened it, they then let us out.

5         Q    And did the police say anything to you

6    as you were leaving?

7         A    No.

8         Q    And did the police say anything to

9    him?

10        A    No.

11        Q    And do you happen to know around what

12   time that was?

13        A    I don't know the exact time, but it

14   was late.

15        Q    Late at night?

16        A    Yes.

17        Q    Would it have been before midnight or

18   would it have been after midnight?

19        A    To be honest, I don't even remember

20   but it was around, it was, it was really late.

21        Q    Okay.  And while you were in the

22   apartment, you said that you had been there for a

1    while?

2         A    Yes.

3         Q    It seemed like hours, you said?

4         A    Yes.

5         Q    While you were waiting in the

6    apartment, did you ever look out the windows to

7    see the police officers on Swann Street?

8         A    No.

9         Q    No.  And while you were in the

10   apartment, did you do anything to treat the

11   effects of pepper spray that you were

12   experiencing?

13        A    She allowed me to use her restroom and

14   she, I used the restroom and she gave me a rag

15   and I just washed my face with cold water.

16        Q    And when you got sprayed with pepper

17   spray, did you witness the police make contact

18   with anyone else?

19             MR. DIAZ:  Objection as to form.  You

20   can answer.

21             THE WITNESS:  No, nobody was with me.

22             BY MR. IRELAND:

```
1        Q      Did you see them pepper spray anybody
2    else?
3        A      No.
4        Q      Did you, sorry, I just want to make
5    sure I understand.  Did you just, you just now
6    said that nobody else was there with you when you
7    got pepper sprayed?
8              MR. DIAZ:  Objection as to
9    characterization of testimony.  You can answer.
10              THE WITNESS:  Yes, I was up to the
11   police officers and my niece was sort of back,
12   but I was the only one right there.
13              BY MR. IRELAND:
14       Q      And so when you were sprayed with
15   pepper spray, your niece was too far away to get
16   sprayed as well?
17              MR. DIAZ:  Objection.
18              THE WITNESS:  Yes.
19              BY MR. IRELAND:
20       Q      Who all entered the apartment with
21   you, numbers that is, not names?
22       A      It was five us all together.
```

1    here in a group because we were anticipating on

2    going home.  So I don't know what went on.

3                    BY MR. IRELAND:

4         Q    Okay.  So just so I understand that,

5    I'm sorry, so I'm envisioning it correct.  You

6    were now in the front of the group walking from

7    15th to 14th on Swann?

8                    MR. DIAZ:  Objection.

9    Mischaracterizes the testimony.  You can answer.

10                   THE WITNESS:  Yes, we were on the

11   sidewalk, we got in front of them.  Yes, because

12   they were also on the sidewalk.

13                   BY MR. IRELAND:

14        Q    So the group, when you were on 15th

15   and you had just made it to Swann, was the group

16   mostly in front of you, still on 15th, and then

17   you turned on Swann and the rest of the group

18   followed behind you?  Or were you all mostly in

19   like the intersection when you turned?

20                   MR. DIAZ:  Objection as to form.  You

21   can answer.

22                   THE WITNESS:  They were turning and we

```
 1        just walked around and we got in front of them
 2        and kept walking.
 3                   BY MR. IRELAND:
 4        Q       Like turned on the inside?
 5        A       Yes.
 6        Q       Okay.  So you didn't witness any
 7        individuals in the group knocking on doors?
 8        A       No.  I didn't see no one.
 9        Q       Or kicking doors?
10        A       No.
11        Q       Did you hear any sounds of kicking on
12        doors, knocking on doors?
13        A       No.
14        Q       When the officer sprayed pepper spray
15        on you, what were you doing immediately before
16        that?
17        A       I was saying, can I leave.  I told
18        them that I didn't have nothing to do with the
19        protest.
20        Q       And then he sprayed you with pepper
21        spray?
22        A       He told me to move, they said move
```

```
1      back.  And then I turned around, my niece told me
2      to come to her.  And I turned around, and they
3      were spraying.
4           Q    Okay.  So you were facing the police
5      line asking to leave, your niece --
6           A    I was pleading with them, can I go
7      home.
8           Q    Your niece then tells you to come back
9      towards her and so you were turning to face your
10     niece behind you?
11          A    Yes.
12          Q    And then they sprayed?  Or were you
13     facing the police line when you got sprayed with
14     pepper spray?
15          A    It was still, like within that second.
16          Q    When you turned?
17          A    Right.
18          Q    All right.  Just trying to think of
19     how far I'm going to get before.
20               MR. DIAZ:  Whatever works for you.
21               MR. IRELAND:  That's fine.
22               BY MR. IRELAND:
```

1    went off the record at 11:51 a.m. and resumed at

2    12:51 p.m.)

3                    VIDEOGRAPHER:  We are on the record at

4    12:51.

5                    BY MR. IRELAND:

6        Q      Alright. Just a quick refresher where

7    we were.  We had just been talking about the

8    emotional injuries from Swann Street.  Have you

9    done anything following June 1, 2020, to

10   alleviate or treat the emotional injuries, harms,

11   or effects that you suffered?

12                   MR. DIAZ:  Objection as to form.  You

13   can answer.

14                   THE WITNESS:  Well, I went to see my

15   doctor.

16                   BY MR. IRELAND:

17       Q      And what type of doctor?

18       A      My primary care physician.

19       Q      And what did you see them for?

20                   MR. DIAZ:  Objection.  Asked and

21   answered.  You can answer.

22                   THE WITNESS:  For my face.

1              BY MR. IRELAND:

2         Q    And what have you done to alleviate

3    any emotional injuries that you have?

4              MR. DIAZ:  Objection as to form.  You

5    can answer.

6              THE WITNESS:  Just been more active in

7    my church, that's it, nothing else.

8              BY MR. IRELAND:

9         Q    Have you sought therapy or anything?

10        A    No.

11        Q    Have you ever had an interaction with

12   police officers prior to June 1, 2020?

13        A    No.

14        Q    And so have you ever been pulled over

15   like for while driving or anything like that?

16        A    No.

17        Q    As a general matter, did you have

18   fear, anxiety, at the prospect of interacting

19   with police officers or potentially being

20   arrested prior to June 1, 2020?

21        A    No.

22        Q    What about your experience on Swann

1    Street on June 1 caused you to feel fear and

2    anxiousness in regard to police officers?

3         A    When they were trying to get in the

4    lady house and me being sprayed after I told them

5    I that I wasn't with the protest.

6         Q    So you told the police officers that

7    you weren't with the protest.  I just really

8    quick want to follow up.  While you were walking

9    up on 14th Street and then eventually turning

10    down and heading to 15th and then down to Swann,

11    did you at any point join in the chants or

12    protesting statements --

13         A    No.

14         Q    -- of anyone else?

15         A    No.

16         Q    No.  And did you hear the other people

17    in the group protesting?

18         A    Yes.

19         Q    Okay.  What conduct by police do you

20    think affected your fear and anxiety?

21              MR. DIAZ:  Objection as to form.  You

22    can answer.

```
 1                    THE WITNESS:  Them shining that light
 2        and then telling the, asking the lady to open the
 3        door and let all of us out.
 4                    BY MR. IRELAND:
 5            Q    Is that everything?
 6            A    Yes.
 7            Q    Is there anything that you would do
 8        differently as the result of the events you
 9        experienced on June 1, 2020?
10                    MR. DIAZ:  Objection as to form.  You
11        can answer.
12                    THE WITNESS:  Just mainly not having
13        no contact with police.
14                    COURT REPORTER:  I'm sorry, can you
15        say that again?
16                    THE WITNESS:  Mainly not having no
17        contact with no police officers.
18                    BY MR. IRELAND:
19            Q    And that's the only?
20            A    Yes.
21            Q    In your opinion, how much money would
22        compensate you for the mental health injuries,
```

```
1          A     No.

2          Q     Have you spoken to any other people

3     who were on Swann Street on June 1 in relation to

4     this lawsuit?

5               MR. DIAZ:  Objection as to form.

6               THE WITNESS:  I don't remember, I

7     don't think so.

8               BY MR. IRELAND:

9          Q     Do you believe the people on Swann

10    Street on June 1, 2020, were arrested for any

11    reason other than violating curfew?

12              MR. DIAZ:  Objection.  That calls for

13    speculation as to the motives of police.

14              THE WITNESS:  I don't know why they

15    were arrested.

16              BY MR. IRELAND:

17         Q     And do you believe the conduct of the

18    police on June 1 to June 2, 2020, was motivated

19    by any animus towards Black Lives Matter, the

20    protesters?

21              MR. DIAZ:  Objection.  Calls for

22    speculation.
```

104

```
 1                    THE WITNESS:  I don't know.

 2                    BY MR. IRELAND:

 3        Q     Do you believe that you were subjected

 4   to the curfew because you were protesting?

 5                    MR. DIAZ:  Objection.  Calls for

 6   speculation and also mischaracterizes prior

 7   testimony.

 8                    THE WITNESS:  I wasn't protesting.

 9                    BY MR. IRELAND:

10        Q     Why do you believe that you were

11   subjected to curfew?

12                    MR. DIAZ:  Objection.  Calls for

13   speculation.

14                    THE WITNESS:  Why do I believe I was

15   subjected to?

16                    BY MR. IRELAND:

17        Q     Subjected to the curfew?

18                    MR. DIAZ:  Same objection.

19                    THE WITNESS:  I don't know.

20                    BY MR. IRELAND:

21        Q     Do you have any basis to think that

22   individual defendants in this case have animosity
```

105

```
 1    towards Black Lives Matter, whether it meant to
 2    protesting in general or yourself?
 3              MR. DIAZ:  Objection.  Calls for
 4    speculation.  You can answer.
 5              THE WITNESS:  I don't know.
 6              BY MR. IRELAND:
 7        Q    How do you define protesting?
 8              MR. DIAZ:  Objection as to form.
 9              THE WITNESS:  I don't.
10        Q    You don't have any definition that you
11    would apply to protesting?
12              MR. DIAZ:  Objection.  Asked and
13    answered.
14              THE WITNESS:  I guess they're just
15    protesting for something they believe.  I know
16    you don't answer a question with a question but I
17    guess they're just marching for something they
18    believe in.
19              BY MR. IRELAND:
20        Q    Are you less likely to attend protest
21    demonstrations, marches, or other assemblies
22    because of your experience on June 1, 2020?
```

113

1          Q    Okay.  Ms. Goodwin, just a few final

2    questions.  Did you hear anyone else in the crowd

3    near you, as you were walking, discussing the

4    curfew at all on June 1, 2020?

5          A    No.

6          Q    I had asked you earlier if you had a

7    D.C. phone number.  I just want to confirm, do

8    you have a 202 number?

9          A    Yes.

10          Q    And did you have a 202 number on June

11    1, 2020?

12          A    Yes.

13          Q    Okay.  And did your niece have a 202

14    number on June 1, 2020?

15          A    I believe so.

16          Q    Do you ever delete your text messages?

17          A    No.

18          Q    Okay.  Do you have it would be like

19    automatic delete setting on your phone, do you

20    know?

21          A    No.

22          Q    Okay.  When was the first time that

114

1    you heard about the curfew that was on June 1,

2    2020, that was in effect, I should say?

3         A    When I was in Mr. Phil's house.

4         Q    And then, how confident are you that

5    you were pepper sprayed on the 14th Street side

6    of Swann Street versus the 15th Street side of

7    Swann Street?

8              MR. DIAZ:  Objection.

9              THE WITNESS:  Because I walked down

10   the street.

11             BY MR. IRELAND:

12        Q    All right.  And so you had made it to

13   the, close to the 14th side?

14        A    Yes.

15             MR. DIAZ:  Objection.

16             MR. IRELAND:  That is all my

17   questions.

18             MR. DIAZ:  Okay.  So just a few

19   minutes of follow-up questions.

20   CROSS-EXAMINATION

21             BY MR. DIAZ:

22        Q    Do you remember being asked about

115

1    searching for messages and information earlier?

2         A    Yes.

3         Q    Okay.  You were asked if you have a

4    default messaging app on your phone.  Do you

5    remember being asked that?

6         A    Yes.

7         Q    All right.  Do you have like a regular

8    sort of text or SMS feature on your phone?

9         A    Yes.

10        Q    Okay.  Now you were asked about

11   whether you had the same phone now that you did

12   on June 1, 2020.  Do you remember being asked

13   that?

14        A    Yes.

15        Q    Okay.  And you said you do not, you

16   have a new phone, right?

17        A    Yes.

18        Q    Okay.  Does your current phone have

19   all the data that was on the phone that you had

20   on June 1st of 2020?

21        A    Yes.

22        Q    Okay.  And when you gave one of your

1          A      Yes.   I wouldn't even get involved in

2     one because I was under the assumption all my

3     life that protests, or a march was for something

4     you believe in.   And to be did like that because

5     of you just having a peaceful march, I didn't

6     agree with that at all.   So I don't, I wouldn't.

7     I wouldn't.

8                    MR. DIAZ:   Okay.   That's all for me,

9     thank you.

10                    MR. KETCHM-COLWILL:   We need to ask

11     like one or two more questions.   If you guys want

12     to take like five minutes.

13                    MR. IRELAND:   We can go off the

14     record.

15                    VIDEOGRAPHER:   Sure.   Stand by.

16                    MR. KETCHAM-COLWILL:   Or we can just

17     go next door.

18                    MR. DIAZ:   Yes, you can --

19                    COURT REPORTER:   I'm sorry, are we on

20     the record or not?

21                    MR. KETCHAM-COLWILL:   Sorry, yes.

22                    VIDEOGRAPHER:   We are off the record

1    at 13:37.

2             (Whereupon, the above-entitled matter

3    went off the record at 1:37 p.m. and resumed at

4    1:46 p.m.)

5             VIDEOGRAPHER:  We are on the record at

6    13:46.

7    REDIRECT EXAMINATION

8             BY MR. IRELAND:

9        Q    Okay.  Ms. Goodwin, your counsel, just

10   before the break asked you if you had seen any

11   non-MPD officers before you were sprayed on Swann

12   Street near the 14th Street side.  And you said

13   no, is that correct?

14       A    Yes.

15       Q    And when you -- prior to you being

16   sprayed by pepper spray, did you witness any

17   officers near the 14th Street side of Swann

18   Street who were wearing uniforms that were

19   different than the general blue uniform of a MPD

20   officer?

21            MR. DIAZ:  Objection.

22            THE WITNESS:  They all had on blue

1    uniforms.

2              BY MR. IRELAND:

3         Q    They all had blue uniforms, you didn't

4    see any other uniforms?

5         A    No.

6         Q    Okay.  How close was the nearest

7    person to you when you were sprayed, excluding

8    the policemen?

9         A    Like two houses back by my niece.

10        Q    Two houses back was where your niece

11   was?

12        A    Yes.

13        Q    And there was nobody else?

14        A    No.

15        Q    And when you were sprayed with pepper

16   spray, had the order to move back already been

17   given?

18        A    Yes.

19        Q    And you were complying with that

20   order?

21        A    Yes.

22        Q    Is that right?  Okay.  And when you

130

```
1        were sprayed, are you aware of whether or not the
2        police line was moving forward when they were
3        saying move back?
4             A     I don't -- I don't remember.
5             Q     Okay.  And just one final question
6        circling back.  Are you aware of the different
7        types of uniforms for the law enforcement
8        officers in the District?
9                  MR. DIAZ:  Objection.
10                 THE WITNESS:  Yes.
11                 BY MR. IRELAND:
12            Q     And how are you aware?
13                 MR. DIAZ:  Objection.
14                 THE WITNESS:  Because I've seen them
15       around my neighborhood.
16                 BY MR. IRELAND:
17            Q     And what would you say -- how would
18       you describe your level of understanding for the
19       different types of uniforms?
20                 MR. DIAZ:  Objection.
21                 THE WITNESS:  Just a regular officer's
22       uniform, an MPD uniform.
```

131

```
 1              BY MR. IRELAND:

 2        Q     But would you be able to identify the

 3   other types of law enforcement in the District?

 4        A     No.

 5              MR. IRELAND:  No?  Okay.  I have no

 6   further questions.

 7              MR. DIAZ:  Just one, two quick follow

 8   ups.

 9   RECROSS-EXAMINATION

10              BY MR. DIAZ:

11        Q     You were asked if you could identify

12   all the different uniforms MPD officers wear, do

13   you?

14        A     Yes.

15        Q     Okay.  Earlier in your testimony you

16   testified about how you were able to identify the

17   officers, that the officers were MPD officers, is

18   that that you actually read their badges?

19        A     Yes.

20        Q     That said MPD on them?

21        A     Their patches.

22        Q     Patches that said Metropolitan Police
```