# EXHIBIT 54

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+ + + + +

_____ :
                                :
IN THE MATTER OF:               :
                                :
PAMELA GOODWIN, et al.,         :
                                :
          Plaintiffs,           :
                                :
     v.                         :  Case No.
                                :  1:21-cv-00806
DISTRICT OF COLUMBIA,           :
et al.,                         :
                                :
          Defendants.           :
                                :
_____:

               Friday,
               February 16, 2024

               Via Videoconference


DEPOSITION OF:

               PRIYANKA SURIO

called for examination by Counsel for the
Defendants, pursuant to Notice of Deposition,
when were present on behalf of the respective
parties:

APPEARANCES:

On Behalf of Plaintiff:

JENNIFER KLAR, ESQ.
Relman Colfax, PLLC
1225 19th Street NW
Suite 600
Washington, D.C. 20036
(202) 728-1888
jklar@relmanlaw.com

On Behalf of Defendant:

AMANDA PESCOVITZ, ESQ.
MARCUS IRELAND, ESQ.
GREGORY KETCHAM-COLWILL, ESQ.
Assistant Attorney Generals
Equity Section, Civil Litigation Division
Office of the Attorney General for the District
of Columbia
400 Sixth Street, NW, Suite 10100
Washington, D.C. 20001
(202) 805-7495
amanda.pescovitz1@dc.gov


ALSO PRESENT

ERIC VAVRASEK, Videographer

CONTENTS

WITNESS            DIRECT CROSS REDIRECT RECROSS

Priyanka Surio        5      358


EXHIBIT NO.                                    PAGE

32     Plaintiff Priyanka Surio's Responses
       to Defendant's Interrogatories . . . . . . .46
33     Plaintiff Priyanka Surio's Amended
       Responses to Defendant's . . . . . . . . .69
       Interrogatories dated 1/24/24
34     Photo of Plaintiff Priyanka Surio
       with officer and whiteboard. . . . . . . 199
35     Body worn camera footage clip, Bates
       number DC_2021-cv-00806-00006087 . . . . . 215
36     United Medical Center Patient Visit
       Information for Plaintiff Priyanka
       Surio dated 6/2/20 . . . . . . . . . . . 229
37     Spreadsheet of texts exchanged between
       Plaintiff Priyanka Surio and family
       members, Bates number PL_0001422 . . . . . 248
38     Spreadsheet of texts exchanged between
       Plaintiff Priyanka Surio and family
       members, Bates number PL_0001423 . . . . . 292
39     Photo of bruise on Plaintiff Surio's
       rib area, Bates number PL_0000577. . . . . 307
40     Photo of bruise on Plaintiff Surio's
       right arm, Bates number PL_00005804. . . . 307
41     Photo of bruise on Plaintiff Surio's
       left lower leg, Bates number
       PL_0000585 . . . . . . . . . . . . . . . 308
42     Photo of bruise on Plaintiff Surio's
       left thigh, Bates number PL_0000586. . . . 308

```
 1              Q      Did you overhear that conversation?

 2              A      I did.

 3              Q      And what do you recall of that

 4      conversation?

 5              A      The conversation was like, from the

 6      protestor, the demonstrator, why are you doing

 7      this? Is this what you want to do with your life?

 8      Don't you want to go home? The military officer

 9      was quiet for some time, but then eventually

10      mentioned if I do, then I'm deserting my post and

11      I can't -- I'll face repercussion.

12              So I remember overhearing that, and

13      then another -- as the group kept saying is this

14      what you want to do, is this the right thing to

15      do, one particular officer did kind of take a

16      knee and raise his fist in unity. I do remember

17      noticing that, as well, and that was a military

18      officer close to the one that answered that

19      question.

20              Q      Were people often asking those kinds

21      of questions to police officers?

22              A      To -- yes, yes.
```

131

```
1       Q      Had you heard anything like that on
2   May 30th?
3       A      No questions being asked. That was
4   much more of a statement, people saying
5   statements, not questioning things.
6       Q      On June 1 you said you didn't see any
7   side groups. Did you see any people that looked
8   like they were going to engage in any kind of
9   vandalism?
10      A      No.
11      Q      Did you see anybody who you thought
12  looked like they were going to engage in any
13  violence?
14      A      No.
15      Q      Did you see any groups that you
16  thought were there for a purpose other than
17  demonstrating or marching?
18      A      No.
19      Q      And was that true the entire night on
20  June 1?
21      A      Yes, because I maintained --
22  throughout that night I was with the group that
```

1    was there to demonstrate, so I didn't move from

2    Vermont and from that area. And the group that I

3    was with was solely there for demonstrating and

4    marching.

5            Q    Were there any other groups near you?

6            A    That I noticed, no.

7            Q    How many people were in the group that

8    you were in?

9            A    A couple hundred.

10           Q    And were those the only people you

11   were with the entire night?

12           A    Yes.

13           Q    There were no other groups that joined

14   up with you at any point?

15           A    That's hard to tell, because I'm in

16   the -- wherever I'm at in the group, I can only

17   see the people around me, so I can't answer that.

18   I wouldn't know.

19           Q    After you came up to the line of who

20   you identified as military at Vermont, how long

21   were you there?

22           A    I was there probably a couple hours.

133

1    I don't remember the exact timing. It was still

2    daylight by the time I left, though, so that's

3    why I only say a couple hours.

4         Q    Do you know around what time it was

5    that you left?

6         A    I don't.

7         Q    Why did you decide to leave?

8         A    There were some rumblings in the group

9    and kind of like a word of mouth sharing that

10   something was about to happen, and so we should

11   clear out and there would be a group going more

12   towards the north. So I didn't know if that meant

13   pepper-spraying or gassing and I really didn't

14   want to experience that again.

15              So I decided to follow this group that

16   was going, and especially because I'd started to

17   kind of at least know who was around me a little

18   bit more. I felt like that would be the right

19   move to do. And that demonstration would be much

20   more just marching through the streets and just

21   kind of chanting, so no interaction with police.

22         Q    Did you hear any announcements from

134

1      police while you were at Lafayette Square about

2      the curfew?

3              A      No.

4              Q      Did you hear from any other protestors

5      who were there about the curfew?

6              A      I didn't hear anything about a curfew

7      until probably around the time that we were all

8      starting to make our way back around. I heard

9      some folks mentioning that they were trying to go

10     home. Someone mentioned there might be a curfew.

11     I didn't know anything about this, so it was

12     mostly unsubstantiated just word of mouth kind of

13     talking from various people.

14             I wouldn't say everyone was talking

15     about that. Some people were just like ah, I'm

16     about ready to go home. This would've been

17     several hours after that time. At this point it's

18     getting dark.

19             Q      Did you at any point become aware of

20     the curfew?

21             A      I became aware of the curfew in a very

22     valid way once I was actually in custody and

1      being taken to the hospital from the two

2      officers.

3           Q      So you said that you started to leave

4      with this group that --

5           A      Yeah.

6           Q      -- was going to be marching more. You

7      heard about that from the people who were around

8      you at Lafayette Square?

9           A      Around me at Vermont Avenue.

10          Q      Vermont Avenue. And you decided to go

11     with them because you had started to get to know

12     them, correct?

13          A      Some of it was that, but more of it

14     was that I heard rumblings that something was

15     about to happen, and I also noticed more police

16     presence out of my periphery, gathering around

17     Lafayette Square. So I wasn't sure what was going

18     to happen, but I didn't -- it didn't feel like I

19     could stay there, and I didn't want to be

20     pepper-sprayed or gassed anymore.

21               So those were the stronger reasons,

22     but then yes, I did feel like I at least knew of

1      this group a little bit more to where okay,

2      there's some kind of organized way of marching

3      and moving. And there was a significant number of

4      folks gearing towards going in that direction

5      anyways.

6           Q     Did you at that time think about

7      perhaps returning to your car and going home?

8           A     I did. However, because my car was on

9      the other side of where all these police were now

10     gathering, I didn't think I'd be able to easily

11     get there. So I figured okay, I'll march for a

12     little bit and then maybe I can kind of come

13     around and then return back to my car eventually.

14     But at that time it didn't feel like I'd be able

15     to do that easily.

16          Q     Was there any way that you could go

17     that didn't involve going back through Lafayette

18     Square or with that larger group to get to your

19     vehicle?

20          A     I looked for opportunities like that

21     as we were marching, just because I knew that I

22     was starting to get into more unfamiliar

140

1      this would just be appropriate for right now, and

2      maybe after some time I'd be able to go back and

3      maybe the police wouldn't be there anymore, there

4      would be an opening.

5              So that was my rationale at the

6      moment. Just be with the group for a little bit

7      of time, and then maybe things will die down and

8      you can return back to your car.

9         Q      Did you at any time attempt to leave

10     the group?

11        A      No, in the sense that I didn't leave

12     the group throughout that whole time. But there

13     was a moment towards the end when we were turning

14     back around that a lot of folks were talking

15     about going back home and ending things for the

16     night. And I was also talking about that, as

17     well.

18             At the time I also didn't exactly know

19     where I was in DC, although I kind of knew that

20     if I just keep going south I'll eventually find

21     my bearings and find where I parked my car. So

22     there was a moment where the group's talking, I'm

1    also making a plan to leave and go to my car, but

2    there's still folks also going in that direction.

3    I don't know if things were necessarily thinning

4    out, but I was among the front of that grouping

5    of folks. So eventually I would have probably had

6    to break away and go on my own.

7         Q    But at no point did you ever break

8    away with the intention of going back to your

9    vehicle?

10        A    I did have the intention to go back to

11   my vehicle. Around the time that I would've

12   broken away and kept going south, I didn't have

13   the opportunity to do so.

14        Q    Do you know around what time that was?

15        A    At this -- I don't remember the time,

16   I wasn't looking at my phone. But I can tell you

17   this is a couple hours, it was starting to get

18   dark.

19        Q    We'll step back a little bit. So after

20   you left Vermont, you said you went to McPherson

21   Square?

22        A    Yes.

1      Q    Do you know around what time it was
2  you got there?
3      A    It would've been a couple minutes
4  after Vermont, so the sun is still out. Again,
5  I'm not sure what time. It's probably between --
6  after 4:00 p.m. definitely, after I arrived
7  there, but certainly not before when the sun was
8  setting around that time. It was still pretty
9  light outside.
10     Q    And how long did you spend in
11 McPherson Square?
12     A    We were just walking through, so a
13 couple minutes.
14     Q    And did you observe that every
15 potential way to go from McPherson Square except
16 for the one that you went was unavailable to you?
17     A    It felt very unavailable. I didn't
18 look at every single cross-street. Again, it's
19 hard to see everything from that vantage point.
20 But from what we could observe and even just
21 seeing the cop cars speed past and go along the
22 side, it felt like certainly there were no exits

143

1    per se, and that we should just get out of that

2    particular area.

3          Q    What did you observe police to be

4    doing at that time?

5          A    Setting up perimeter, some were

6    speeding on the blocks surrounding us where we

7    could see. That's all I observed at the time. No

8    direct interaction. I didn't see cops coming out

9    of those cars, but I did see them setting up and

10   parking their cars and then speeding down

11   further.

12         Q    Did you have an impression as to what

13   they were doing?

14         A    No.

15              MS. KLAR: I've got to keep it off

16   mute. Objection, calls for speculation.

17              You can answer.

18              THE WITNESS:  No.

19              BY MS. PESCOVITZ:

20         Q    Did you observe any behavior that you

21   found to be inappropriate?

22         A    The speeding. It just was very

169

1    would be my guess.

2          Q     And is it your understanding that all

3    those people had been in that larger group?

4          A     Yes, my understanding -- for the most

5    part, but again, like I said, I couldn't answer

6    whether other people had joined us throughout the

7    time because I was at a certain of that group,

8    sometimes in the middle, sometimes in the

9    beginning. So I wouldn't have been able to know

10   if other people were joining us.

11              But this did look like the people I

12   had just traveled with from 14th down back

13   towards the west and south, so that grouping did

14   look all like the same types of people that I had

15   been with.

16         Q     Prior to and shortly after your

17   arrival on Swann Street, did you hear any orders

18   to disperse?

19         A     No.

20         Q     Did you hear any information about the

21   curfew?

22         A     No.

170

1          Q     Did you hear anyone in the group

2     talking about the curfew?

3          A     As I had mentioned, as folks were

4     making their way south, some folks were talking

5     about a curfew. These were not folks who lived in

6     Virginia. I don't even know where they were from.

7     And then some folks were just talking about how

8     they wanted to go home. So there was a lot of

9     mixed talking about going home, curfew, where are

10    people from, I'm about tired, I'm about done.

11            There was just a lot of noise about

12    this, but nothing, like I said, nothing that was

13    substantiated. So I didn't know what this curfew

14    was, even what time it was or anything about it

15    or where it affected.

16         Q     Did you ask anyone about it?

17         A     No, I didn't really have time to. By

18    the time we were talking about that, again we're

19    marching. My mind is on making it south and

20    thinking about how I'm going to get back to my

21    car. Then things happened so quickly where the

22    police on the bikes come. So there was not really

1    a lot of time to have conversation while we're

2    walking south. Again, the group is a pretty large

3    group. People are in different places, walking at

4    different paces. So I didn't -- yeah, I didn't

5    have time to necessarily go back and ask and know

6    -- I didn't even know who said that, who said

7    those words, so I wouldn't have known who to ask.

8         Q    As the police line was forming on 15th

9    and Swan, did you hear any police officers say

10   anything?

11        A    No.

12        Q    Did you have any conversations with

13   any police officers?

14        A    No.

15        Q    Did you observe anyone having

16   conversation with police officers?

17        A    No.

18        Q    Did you observe -- and again I'm

19   talking about the immediate aftermath of having

20   arrived on Swann Street -- did you observe police

21   using any force other than the police line?

22        A    Right at that time, no, but there were

1    one point in the night when one of the folks who

2    I was with had to go to the bathroom and was

3    knocking to ask. Other than that, I didn't notice

4    any knocking, but I did notice a resident open up

5    their door and let people in.

6         Q    Did you observe anyone attempting to

7    enter people's houses?

8         A    No.

9         Q    Did you observe anyone other than the

10   small group that you were with that knocked, or

11   the people who that resident opened their door,

12   other people going to any other doors or

13   otherwise trying to interact with those houses?

14        A    No.

15        Q    Did you observe anyone standing on any

16   vehicles on Swann Street?

17        A    No.

18        Q    About how long were you on Swann

19   Street before the police line moved?

20        A    A couple minutes or less. Wait,

21   actually can you clarify that question? When you

22   say the police line moved do you mean the bikers

176

1    that came in and blocked us, or do you mean when

2    the police were there and were moving forward?

3         Q    When the police were moving forward?

4         A    Oh, that was definitely longer. There

5    was a lot of chanting. We were standing there, we

6    were asking to go home, and so there wasn't

7    movement for some time. I'm not exactly sure how

8    long, but definitely more than a couple minutes,

9    and then eventually it happened.

10        Q    Do you know where you were standing in

11   relation to the police line before it started to

12   move forward?

13        A    Yes, I was at the front.

14        Q    And how had you come to be at the

15   front of the line?

16        A    Because I was at the end when the

17   group was dispersing to go toward Swann Street to

18   begin with. I was at the front of the bike, like

19   the MPD bikers. So when that group started

20   breaking away to go on Swann Street, I'm already

21   at the end, which means I'm technically going to

22   be at the front of Swann Street facing that

1    police line.

2          Q     Did you have the opportunity to go

3    back and be further from the police line at that

4    time?

5          A     There were a lot of people behind me,

6    so I didn't try or attempt to, just knowing that

7    there were a lot of other bodies there.

8          Q     Did you want to stay at the front of

9    that police line?

10          A     I was okay staying there for the

11    moment, mostly to understand when we could leave

12    and why we couldn't leave. It was no different

13    than when cops had pulled up on 14th or when we

14    had been chanting initially, though this felt

15    very different. So some of it was out of trying

16    to ask why can't we leave, what is going on, and

17    trying to get an answer.

18          Q     Did you have any conversations with

19    police at that time?

20          A     No conversations. No one was

21    answering.

22          Q     What were you asking?

1    done?

2         A     As the night progressed and the police

3    who came there to set up more lines came in, they

4    were wearing shields and helmets, and some of

5    them had these big sticks or batons. So it

6    started to kind of give this atmosphere of a bit

7    more threatening and intimidating like something

8    was about to happen. I think folks were saying oh

9    my goodness, something's about to happen, they're

10   about to do something, because they look like

11   they're gearing up for something.

12        Q     Prior to the police line starting to

13   move forward, did you hear any police officers

14   say anything amongst themselves?

15        A     I didn't overhear it. I'm sure there

16   were cops talking to themselves because I saw in

17   some of the back rows that they were kind of

18   having conversations, but I could not hear those.

19        Q     Did you hear any police officers say

20   anything to any people that were in your group?

21        A     No, not until they started saying move

22   back.

1          Q     When they started to say move back,

2     was that at the same time that they started to

3     move forward?

4          A     Yes.

5          Q     And what did you do at that time?

6          A     So they're starting to say move back,

7     move back, like significantly louder, and that's

8     when -- at first they didn't move forward when

9     they started saying it and then they moved

10    forward. So this is a couple minutes. And at that

11    point, we have to kind of move because they're

12    starting to push us with their shields. So we're

13    kind of moving, but we're also trying to stand

14    our ground and be like why are you doing this?

15    Let us go. So that was the immediate reaction.

16         Q     Did you feel any obligation to move

17    back when they started to yell move back?

18         A     Yes, and I also felt confusion and

19    anger that we were not getting any answers of why

20    we were being moved in this way when we wanted to

21    go the other way. So I felt both obligation and

22    just confusion and wanting answers.

1      Q      So when you said that you were trying
2   to stand your ground, how was that manifested?
3      A      Well, there were a lot of people
4   behind me. Like I said, I'm at the front, so it
5   was actually hard to move back, as well. So part
6   of it is as we were trying, there's also other
7   people who are not all moving at the same pace
8   and time. So part of it was just trying to get
9   our footing and we're being kind of squished in
10  this way. And again, I want to know answers.
11          Why are we having to move back? What's
12  going on? So there was a bit of hesitation to
13  completely move and push everyone, hey, everyone
14  go back. It was a little bit like wait a second,
15  why are you asking us to move back? Why are we
16  having to do this? And then not being able to
17  easily move back because there's a lot of people.
18  Also on this Swann Street there were cars, as
19  well. It's a very narrow street and so it is hard
20  for people to maneuver easily with all of that
21  around and in place, and all of us being in this
22  small area.

1    May 30th. So at this point, I know I need to try

2    to get away from where I am, even as difficult as

3    it might be with everything going on.

4         Q     And you said you were feeling the

5    burning sensation. What part of your body were

6    you feeling that on?

7         A     My hands, my face, because I'm on the

8    ground and so it's kind of -- however it's

9    getting to me, it's falling on me and I'm feeling

10   it.

11        Q     What part of your face?

12        A     Just probably my cheeks, my forehead,

13   really almost the whole thing.

14        Q     And how would you describe the burning

15   sensation? How badly did it burn?

16        A     It burned pretty bad. It felt like

17   when you burn your hand, you touch something

18   really hot and you keep it a bit too long, you're

19   burning your hand. It felt like that.

20        Q     And how long did you feel that for?

21        A     I felt that for the rest of the night.

22   I felt that light burning sensation. I kept

1    feeling it. It wasn't -- I didn't get the direct

2    pepper spray, but I could feel the burning, and I

3    was also sweating and I know that that makes it

4    worse. So I just felt it throughout the night.

5         Q    And was it the same level of intensity

6    throughout the night?

7         A    No, it did subside a little bit

8    towards when it got colder that night, which is

9    really rare. But I remember it getting colder in

10   the night when we were outside at the -- this is

11   now at the facility and it's very late in the

12   morning. Then it started subsiding a little bit

13   more.

14        Q    Other than the ones you've described

15   so far, did you observe any uses of force by the

16   police at that time?

17        A    I did note that for some of the folks

18   that were trying to go into that house, I did

19   notice that the police was physically grabbing

20   that person. So I already knew that that was not

21   an option, and I think because I saw that, such

22   force like that, I definitely wanted to be far

1    away from that. And I also noticed other things

2    like that, like shoving, pulling, yanking people.

3         Q    How many officers did you see shoving

4    people?

5         A    Hard to say. I just noticed it

6    happening in my immediate vicinity and then I

7    moved away from that scene.

8         Q    Did you observe anyone, any officers

9    tackle any people in your group?

10        A    I didn't notice that.

11        Q    Did you observe any officers kicking

12   anyone in your group?

13        A    No.

14        Q    Did you observe any officers other

15   than the officer that we've talked about, did

16   they use any gas or ammunitions?

17        A    It feels like there was some gas in

18   the air, and I heard that from one of, some of

19   the other people who were in the group. I didn't

20   personally experience it.

21        Q    Did you see the police fire any

22   weapons?

219

1    making officers aware of it and I wanted to see

2    what could be done about that.  I didn't realize

3    going to the hospital was an option and I wasn't

4    sure.

5                I was even a bit fearful of what that

6    would entail, if I had to go to the hospital.  In

7    addition to that, I -- I don't go to hospital

8    very often, so before that time, I hadn't been to

9    the hospital for probably 15 to 20 years.

10               And so I'm going to say, I'm not sure

11   what would have been done, or -- yes.  It -- it's

12   not something that was as familiar to me, in

13   terms of that, but I know I wanted something to

14   be done about the injuries.

15        Q    And so were you taken to the hospital,

16   on June 1?

17        A    Yes.  Or, June 2nd, since it was in

18   the early morning.

19        Q    Right, I suppose so.  On the -- we're

20   now in the early morning of -- of June 2nd, 2020,

21   correct?

22        A    Yes.

220

1          Q     Again, you've said you didn't really

2     have a sense of what time it was, do you know

3     around what time it was, when you went to the

4     hospital?

5          A     At this time, the sun was starting to

6     -- to rise, so it was just starting to get

7     lighter out, so I imagine, it was maybe 5:00

8     a.m., in the morning, 5:00 a.m., or -- or 6:00

9     a.m.

10         Q     And had you asked, prior to what we

11    saw in that video, had you asked for any medical

12    attention?

13         A     I had asked for medical attention, or

14    some attention to be given to the injuries, yes.

15         Q     Who did you ask?

16         A     Any police officers that were in my

17    vicinity.  Once I discovered that I had these

18    bruises, in the bathroom, and so this is after

19    the bathroom, waiting in the line, if there were

20    officers around that were nearby, hey, like, I

21    have some injuries, can something be done?

22                    And then, when finally I was much more

1     close -- like, most of them just passed along and

2     were like, not right now, wait.  And then,

3     finally, when I had this lady, who was actually

4     searching me, then I brought -- I was much more

5     vocal about it, as well.

6          Q     About how long from when you

7     discovered the injuries did you -- were

8     transported to the hospital?

9          A     Several hours, I would say, because

10    the bathroom was towards somewhat at the

11    beginning of our -- well, we still had to wait on

12    the bus, probably, an hour, but somewhat towards

13    the beginning of when we arrived.

14              And then there was several hours of,

15    like, waiting and in the lines and being

16    processed.  And, even after I agreed to be taken

17    to the hospital, I still had to wait, and then

18    fill out paperwork, and then wait.

19              And then officers who had just arrived

20    were then the ones assigned to take me, so I

21    would say, still, a couple of hours.

22          Q     And, during all of that time, were you

1    in pain?

2          A    Yes.

3          Q    Where were you -- where was the pain?

4          A    The pain was definitely on my arms and

5    my legs.  I was, also, having like a migraine, at

6    the time, as well, doubly due to not having

7    water, as well as, just also feeling pain.  I

8    know pain can magnify, as well, so I was just

9    feeling pain, generally, a lot of discomfort.

10         Q    And -- what intensity would you

11   describe the pain as?

12         A    I mean, the migraine definitely got

13   pretty bad.  It's a migraine, so I would say,

14   like, eight, nine.  And then, I would say, in

15   terms of the other areas, they were very sore and

16   -- and tender to the touch, and so -- and

17   especially, because they were very recent.

18               And now that, with the adrenalin of

19   not being, like, arrested and -- and fearing

20   about what's going on and I could focus on them,

21   I -- they started getting more intense in pain,

22   so where it was, like, dull in the beginning and

1          And I'm going to jump down to Row 40,

2     you can see, from Column E, it sent at June 12th,

3     2020, at 9:54 a.m., part of the same

4     conversation?

5          A     Yes.

6          Q     You can see, in Column F, it says

7     outgoing, so that would be a message that you

8     sent?

9          A     Yes.

10         Q     And then, if you go to Column L, you

11    can read it to yourself, I only want to talk

12    about the last sentence, so just let --

13         A     Okay.

14         Q     -- me know when you're ready.

15               (Simultaneous speaking.)

16               THE WITNESS:  Okay.  Yes, I'm done.

17               BY MS. PESCOVITZ:

18         Q     All right.  So the last sentence of

19    that text, it says, what the heck, I was there, I

20    had to go to the hospital the next day, because

21    my eyes were infected, is that correct -- that

22    was -- it -- that's what it says?

1          A      That's what it says, yes.

2          Q      And are you referring to May 30th, or

3     June 1, there?

4          A      I didn't go to the hospital that date,

5     so I don't think this refers to me, actually.  As

6     I'm reading the context of the other message and

7     it talks about me reaching out to other Swann

8     Street protesters.

9                 They're like, oh my God, I think I'm

10    consolidating other stories that I'm hearing,

11    here, about people having to go to the hospital,

12    because their eyes were infected and, I think

13    that's because I was talking about pepper spray,

14    up top, in this moment, where I'm just focusing

15    on the pepper spray piece.

16         Q      Did you ever --

17         A      But I --

18         Q      -- seek medical -- sorry.

19                (Simultaneous speaking.)

20                THE WITNESS:  Oh.  Go ahead.

21                BY MS. PESCOVITZ:

22         Q      I said, so did you ever seek medical

264

1    attention, because of the pepper spray that you

2    were exposed to, on June 1?

3         A    I did not seek medical attention, but

4    I brought it to the attention of the officers on

5    that night of June 1st, early morning of June

6    2nd, and I experienced some lingering effects in

7    the days after that I wasn't as aware of in that

8    -- in that moment, would be happening.

9         Q    All right.  I'm going to go from --

10              (Audio interference.)

11              MS. PESCOVITZ:  -- this text

12   conversation.  Apologies, I can't turn off the

13   sound notifications, now.  I'm going to go down

14   to a different conversation, so --

15              THE WITNESS:  Okay.

16              MS. PESCOVITZ:  -- kindly bear with,

17   while I scroll.

18              (Simultaneous speaking.)

19              BY MS. PESCOVITZ:

20        Q    I'm in Row 291, and as -- as you can

21   see, from Column A, this is your conversation

22   with Anjana?

1          A     Yes.

2          Q     And then, from Column B, a message

3     dated June 3rd, 2020, the time is 13:47, which is

4     1:47 p.m.?

5          A     Yes.

6          Q     Message is outgoing, so it would be a

7     message that you sent.  And if you go to Column

8     L, the text says, the other 250 got arrested and

9     dehumanized for 12-plus hours, of which I was

10     one.

11          A     Yes.

12          Q     If you read -- well, you can read it

13     to yourself, a couple of messages, before that,

14     with the context of what the other 250 are,

15     before I ask any questions.

16          A     Yes, I --

17          Q     What are you referring to, when you

18     refer to the other 250?

19               THE WITNESS:  (Audio interference)

20     people on Swann Street.  Again, I'm imagining, in

21     this message, I'm guessing that it's about 200 to

22     300, and I'm guessing, again, how many may have