# EXHIBIT 55

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+ + + + +

_____ :
                                 :
IN THE MATTER OF:                :
                                 :
PAMELA GOODWIN, et al.,          :
                                 :
          Plaintiff              :
                                 :
     v.                          :Civil Action No.
                                 : 1:21-cv-00806
DISTRICT OF COLUMBIA, et al      :(BAH)
                                 :
          Defendant              :
                                 :
_____ :

          Tuesday,
          January 16, 2024


DEPOSITION OF:

                    OSEA REMICK

called for examination by Counsel for the
Defendant pursuant to Notice of Deposition via
Video Teleconference, when were present on
behalf of the respective parties:

APPEARANCES:


On Behalf of the Plaintiff:

JENNIFER KLAR, ESQ.
Relman Colfax PLLC
1225 19th Street NW
Suite 600
Washington, DC 20036
202-728-1888
jklar@relmanlaw.com




On Behalf of the Government:

GREGORY KETCHAM-COLWILL, ESQ.
Assistant Attorney General
Equity Section, Civil Litigation Division
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 805-7495
amanda.pescovitz1@dc.gov


ALSO PRESENT:
AMANDA PESCOVITZ, OAG
MARCUS IRELAND, OAG
MATTHEW BLECHER, OAG
MAX NILES, Paralegal for Relman Colfax
GABRIEL DIAZ, Relman Colfax

1    Hill area.  And I don't believe that went to the

2    Mall.  I think that stayed more kind of like

3    maybe 8th Street area.  So I remember very

4    shortly after George Floyd was murdered that we

5    did that.

6               And, like I said, I remember kind of

7    riding my bike around the Mall, seeing that there

8    were different kind of like groups or protests

9    going on.  I wasn't really participating in one

10   of those, like, directly that I recall.

11        Q    Where were you on the morning of June

12   1, 2020?

13        A    Was that the -- that's the day of --

14   sorry.  I'm putting the timeline back together.

15   So we were arrested on June 2?

16        Q    You were -- well, I will represent to

17   you that the events of Swann Street happened the

18   night of June 1, 2020.

19        A    Okay.  That morning I think I was at

20   my house.  I don't remember what day of the week

21   that was.

22        Q    And where were you living at the time?

1          A       I was living in Northeast DC.

2          Q       Did you plan on attending a protest

3    that day, June 1?

4          A       I don't remember when I heard about

5    the Tony McDade protest.  It was probably on that

6    day that I heard about it, but I don't actually

7    remember when I learned about it.

8          Q       What was the Tony McDade protest?

9          A       That's the protest that I went to in

10   Dupont Circle on that day.

11         Q       Can you tell me more about it?

12         A       I remember that it was organized by

13   some, like, queer rights groups.  Tony McDade was

14   a trans person that was murdered as a result of

15   police brutality.  And there was an effort to

16   make sure that his name was also lifted among the

17   other names of people who were being recognized

18   during that week and memorialized.

19         Q       When did you arrive at the Tony McDade

20   protest?

21         A       Again, I don't -- I can't tell you an

22   exact time.  But I would guess it was around 5:00

31

1    or 6:00 p.m., early evening.

2         Q    When you left your house that day, did

3    you plan to do anything other than attend the

4    Tony McDade protest?

5         A    I went on an errand to get some soil

6    before I went to the protest for the garden.

7         Q    Did you plan to do anything after the

8    protest?

9         A    No.

10        Q    What happened at the Tony McDade

11   protest?

12        A    I believe there was a group who had

13   kind of formed when I got there.  And I believe

14   there were some people speaking on like a

15   megaphone.  There was definitely, like, people

16   talking about what had happened to him.  And then

17   that group of people went to, like, walk around

18   Dupont.

19        Q    About how many people were at the Tony

20   McDade protest?

21        A    I'm not really sure.  It was enough

22   people to fill kind of like a corner of Dupont

1    Circle.

2         Q     Did you have your phone with you at

3    the Tony McDade protest?

4         A     Yes.

5         Q     Did you take any pictures while you

6    were there?

7         A     No.  I think my phone was off.

8         Q     Did you go with anyone to the Tony

9    McDade protest?

10        A     No.  I think that I showed up there

11   alone.  I do remember seeing people I knew there.

12        Q     Was there a police presence at the

13   Tony McDade protest?

14        A     I can't remember.

15        Q     When did that protest end?

16        A     I'm not sure.

17        Q     When did you leave the Tony McDade

18   protest?

19        A     I didn't leave the Tony McDade

20   protest.  That protest, as I said, was walking

21   around Dupont Circle.  At some point, that

22   protest I think ended up at around McPherson

1       Square.

2             Q      What happened next?

3             A      I remember when we got over to that

4       area that there was -- you know, I think maybe we

5       had thought about circling back or something, but

6       there was like a big line of police officers in

7       black and SWAT gear.

8                    And so our kind of only choice as to

9       turn up 14th Street.  And when we did that, there

10      were other people who I assume were other

11      protests.  I'm not sure where they came from.

12      But there were other people who it looked like

13      were demonstrating who were also kind of on 14th

14      Street.

15            Q      Where was that line of police

16      officers?

17            A      I thin, it was McPherson Square if I'm

18      remembering correctly.  I can't remember the

19      geography exactly.  I remember is was one of

20      those squares in that we kind of came down and

21      were thinking about, you know, going down maybe

22      towards the White House or something.  I'm not

1    sure because I wasn't leading the march.  But I

2    just remember that there was that line of

3    officers so the option was just to go north.

4    Yeah.

5        Q    Was the line of police officers across

6    K Street?

7        A    It might have been.  I would have to

8    look at a map because I can't remember the exact,

9    like, I can't tell you like we went from this --

10   like what the exact route was because, as I said,

11   I was just sort of following organizers.

12       Q    Did you ever go to Lafayette Park on

13   June 1?

14       A    I don't think so.

15       Q    Did you witness Lafayette Park get

16   cleared of protesters on June 1?

17       A    No, I don't think I was at Lafayette

18   Park on June 1.

19       Q    So to your recollection, you only got

20   about as far south as McPherson Square, give or

21   take?

22       A    I think it was McPherson Square, like

35

1    that area.

2        Q    Okay.  During the march with the Tony

3    McDade protest from Dupont to around McPherson

4    Square, did you have any interactions with

5    police?

6        A    Just when we got to McPherson Square,

7    and there was a lot of police officers blocking

8    our way.  I think we may have asked, like, can we

9    pass?

10        Q    Did the police say anything to you?

11        A    I mean, it was clear we couldn't go

12    that direction.  I don't remember if they

13    verbalized that or if it was just due to their

14    presence.

15        Q    Did the police at that point, while

16    you were around McPherson Square, say anything

17    about the curfew?

18        A    No.

19        Q    Were you aware that there was a curfew

20    going into effect at 7:00 p.m. on June 1?

21        A    Yes.

22        Q    When did you become aware of that

1    curfew?

2         A      Sometime on the afternoon of June 1 I

3    believe.

4         Q      Do you remember how you became aware

5    of the curfew?

6         A      No.

7         Q      So you said you were around McPherson

8    Square or 14th Street and you turned north.  Is

9    that right?

10         A      Yes.

11         Q      You didn't make the decision to turn

12    north?

13         A      No.

14         Q      Do you know who did?

15         A      No.

16         Q      And where did you go next?

17         A      I followed the march north.  As I said

18    somehow we got onto 14th Street, and we were

19    headed north.  And then I believe when we got to

20    14th and around Florida that there was a police

21    line coming down 14th Street.  And it was then

22    clear that now we couldn't go north either.

37

1        Q    Okay.  Let's walk through that.

2   Between McPherson Square and Florida Avenue and

3   14th Street, did you have any interactions with

4   police?

5        A    I remember when we were on 14th Street

6   that some people had put out pallets of water and

7   were handing out water to the people who were

8   demonstrating.  And that like I got a bottle of

9   water or something and that the police then came

10  and started taking the water and throwing it in

11  their cars.

12             And I remember people saying, like,

13  hey, like, we need that water.  Like it's hot

14  out.  Like, why are you taking the water?  And I

15  think I might have said, you know, like, can we

16  have the water back?

17       Q    And how did the police respond?

18       A    I think they just ignored us and

19  continued to take away the water.

20       Q    Do you remember specifically where

21  this happened?

22       A    I don't remember the intersection.

1    black face mask.

2        Q    Was that person saying anything or

3    just waving?

4        A    I think they were just waving.

5        Q    Did anyone -- did you see anyone who

6    did not -- sorry.  Let me rephrase.  When you

7    turned to head back north on 15th Street and you

8    saw the person waving people onto Swann Street,

9    did you see any protesters who did not turn right

10   onto Swann Street at that time?

11       A    I think so.  I think people were sort

12   of not sure where to go.  I think there may have

13   been people who went other directions.

14       Q    Did you see any protesters turn left

15   onto Swann Street, heading west?

16       A    I'm not sure.

17       Q    Did you see any protesters continue

18   north on 15th Street past Swann Street?

19       A    I'm not sure.  It was -- that moment

20   got pretty chaotic.

21       Q    Okay.  What happened after you arrived

22   on Swann Street?

53

```
 1            A      As I told you before, we started
 2    walking down Swann.  And we saw that the end of
 3    the block was blocked by National Guard.  So we
 4    turned around and at that point saw that the
 5    other end of the block had been blocked by MPD.
 6            Q      Did you personally interact with any
 7    MPD officers or members of the National Guard --
 8            A      Yes.
 9            Q      -- on Swann Street?  Can you tell me
10    about those interactions?
11            A      Yeah.  So those of us who had been
12    trapped in that block turned around, and we asked
13    the officers to let us pass.  We asked them what
14    was going on, why were we being blocked.  Could
15    you please let us go?  Could we please pass?  And
16    they didn't respond.
17            Q      Where exactly were you at this time
18    when you were asking the police officers to be
19    let go?
20            A      I was at the end of the block of Swann
21    Street that's like towards the intersection with,
22    I think, 15th.
```

1      Q     Did the police give you any response

2   of any kind?

3      A     No.

4      Q     Do you know about what time this was?

5      A     I think it was around 9:00, but I

6   don't remember the exact time.

7      Q     Did you talk with or interact with any

8   police officers at the intersection of Swann

9   Street and 14th Street?

10      A     No.

11      Q     Did you interact with any police

12   officers that were or may have been in the alleys

13   off of Swann Street?

14      A     No, I didn't realize there were alleys

15   off of Swann Street.

16      Q     About how many people -- sorry.  About

17   how many protesters were on Swann Street around

18   9:00 p.m.?

19      A     Are you asking how many people were

20   closed in, were kettled?

21      Q     How many protesters were on Swann

22   Street, yeah, between the police lines on 14th

1    Street and 15th Street?

2         A    I'm not sure what the number was, but

3    many, a lot.

4         Q    Did you try to enter any of the homes

5    on Swann Street after being blocked in by the

6    police lines?

7         A    No.

8         Q    Did you witness any other protesters

9    knocking on doors of the homes on Swann Street?

10        A    No.

11        Q    Did you witness any protesters trying

12   to get into the homes on Swann Street by whatever

13   means?

14        A    No.

15        Q    While you were on Swann Street between

16   the police lines on 14th Street and 15th Street,

17   did you take any pictures?

18        A    No.

19        Q    Did you take any videos?

20        A    No.

21        Q    Did you speak with anyone via your

22   phone in any way while you were on Swann Street?

56

```
1            A     No.

2            Q     After you were blocked onto Swann

3    Street by the police lines, did you ever hear an

4    order to disperse?

5            A     No.

6                  MR. KETCHAM-COLWILL GREG:  Would you

7    like to take a short break now or maybe we could

8    do like a few minute break or -- sorry.  Let's go

9    off the record for a second.

10                 MR. LOUSHIN:  Going off the record at

11   11:43.

12                 (Whereupon, the above-entitled matter

13   went off the record at 11:43 a.m. and resumed at

14   11:48 a.m.)

15                 MR. LOUSHIN:  We are now back on the

16   record, and the time is 11:48.

17                 BY MR. KETCHAM-COLWILL GREG:

18           Q     Osea, while you were on Swann Street,

19   did you witness any protesters standing on cars?

20           A     I don't think so.

21           Q     Do you recall the police line moving

22   eastward on Swann Street from 15th Street?
```

```
 1          A     I recall the police line moving in.
 2   So directionally if that's east, yes, I remember
 3   it moving --
 4          Q     Towards 14th Street?
 5          A     -- in from the intersection.  Yes.
 6          Q     Did the police say anything before
 7   they  moved, before they started moving east on
 8   Swann Street?
 9          A     As they started moving, they had
10   shields and batons.  And when they started
11   moving, they started saying move back, move back,
12   move back.
13          Q     How did you respond to that?
14          A     I mean, we attempted to move back, but
15   we were also kind of simultaneously being pushed
16   by the shields.
17          Q     Did any police officer make physical
18   contact with you during that movement?
19          A     Yes.
20          Q     Can you tell me the details about how
21   you were contacted by the police?
22          A     Yes.  I remember that happening
```

1    several times.  And each time it happened because

2    I was standing near the line, they would push us

3    with their shields or sometimes with the batons

4    held horizontally.  And there were a lot of

5    people around me.  There were quite a lot of

6    people on the street.

7            And without any warning, the police

8    came at us.  They were moving at us with the

9    shields, with the batons, pushing us.  I was

10   being pushed into other people.  I was tripping.

11   And as that happened, the police would just like

12   continue to push us with a lot of force.

13           One of the iterations of that, I was

14   kind of between the police and a tree on Swann

15   Street.  So I got backed into a tree.  And at

16   that time, I don't know which officer it was or

17   if it was several, but definitely an officer

18   started hitting me repeatedly with the baton,

19   started pulling at me.  An officer took me with

20   two hands and attempted to throw me with force to

21   the ground.  And I ended up being caught by

22   another demonstrator on the street.  I'm not

1    exactly sure who it was.  This was happening very

2    quickly.

3                    Yeah, each time that happened, it

4    happened quickly.  It happened without warning.

5    And there was quite a lot of physical contact,

6    strong, forceful physical contact.

7                    They were also spraying pepper spray.

8    And that was in the air.  That was irritating,

9    respiratory, eyes.  So that's what was happening

10   when they started moving the line.

11        Q     Prior to the first instance of the

12   police making physical contact with you, did you

13   try to move back, as in move away from the

14   police?

15        A     As I said, there wasn't really

16   warning.  There were a lot of people standing

17   there.  And I do think we were confused about

18   what was going on.  I did try to move back, but

19   not quickly enough to not be pushed by the

20   police.

21        Q     Did you see the police make contact

22   with other protesters while the line was moving

60

1    east on Swann Street?

2        A    Yes.

3        Q    Did you see any protesters initiating

4    physical contact with the police during this

5    time?

6        A    No.

7        Q    Did you see any protesters try to

8    break through the police line?

9        A    No.

10       Q    You said you were struck with a baton

11   by the police.  Is that correct?

12       A    Yes.

13       Q    Were those baton strikes dealt with

14   one hand or two?  As in, was it a push with a

15   baton or was it a one handed sort of strike with

16   a baton?

17       A    So as I mentioned, when the police

18   line starting pushing us, several times I was

19   pushed with the police holding the baton with two

20   hands.  And then particularly when I was pinned

21   between the police and the tree was when I

22   remember being repeatedly struck with the baton

1    in one hand.

2        Q    How did you get out of that situation

3    when you were pinned against the tree?

4        A    As I recall, that's when I was taken

5    by a police officer with two hands and thrown

6    really hard towards the ground.  I think another

7    person caught me, like another demonstrator

8    caught me.  And I think that got me out of the

9    pin between the tree and the police line.

10       Q    Did the police officer who you say

11   threw you say anything to you before or while he

12   was doing that?

13       A    No.  The only thing I heard police

14   officers saying, not this particular police

15   officer, but I heard police officers as they

16   pushed us who were saying move back.

17       Q    Did you see any officer spraying

18   pepper spray or did you just feel the effects of

19   pepper spray?

20       A    I felt the effects of it.

21       Q    When did you first feel the effects of

22   pepper spray?

1          A      When we were being pushed by the
2     police.

3          Q      About how long -- sorry, strike that.
4     About how much time passed between when the
5     police line started moving and when it stopped
6     moving?

7          A      Several minutes.

8          Q      During the movement of the police line
9     east on Swann Street, did you witness the police
10    kick anybody?

11         A      I don't think so.

12         Q      Did you witness anybody pushed to the
13    ground?

14         A      Yes, many people.

15         Q      Did you hear or witness any flash
16    grenades or flashbangs?

17         A      When?

18         Q      While the police line was moving east
19    on Swann Street from 15th Street?

20         A      I don't remember.

21         Q      What happened after the police line
22    stopped moving east on Swann Street?

```
1          Q     Okay.

2                Shifting gears back to Swan Street and

3    the interactions you had with police, I'm going

4    to focus on sort of the injuries that you've

5    alleged.

6                And so, you talked about being pushed

7    by the police on Swan Street and struck with a

8    baton, is that right?

9          A     Yes.

10         Q     What injuries resulted from that

11   physical contact by the police?

12         A     I remember that I had bruises kind of

13   behind my neck and on my shoulders.

14         Q     Any cuts?

15         A     The cuts I had were like the -- more

16   like raw parts I had were on my wrists from the

17   zip ties, just cuts and bruising on my wrists.

18         Q     How much pain did you experience from

19   that bruising resulting from the physical contact

20   from police on Swan Street?

21         A     I was pretty sore, definitely enough

22   pain I was taking Advil for several days, taking
```

```
 1        hot baths, Epsom salt, that kind of stuff.
 2                    My wrists were particularly sore, but
 3        yes, my back shoulder was pretty messed up, too.
 4            Q       You mentioned Advil; did you take any
 5        other medicine or drugs for the pain?
 6            A       Just Advil.
 7            Q       Did you see a doctor about the
 8        bruising or cuts on your shoulder or hands or
 9        wrists?
10            A       No.
11            Q       Any sort of medical attention?
12            A       No.
13            Q       About how long did it take to -- for
14        the bruising and cuts to heal?
15            A       I'd say around a week.
16            Q       What injuries or -- did you experience
17        due to the pepper spray you were exposed to on
18        Swan Street?
19            A       General irritation in my lungs and
20        eyes, irritation that lasted several days.
21            Q       Did you take any medication for that?
22            A       No, I took a shower pretty promptly
```

103

```
1    when I got home to try to get whatever was on my
2    skin off.
3            Q     Did you see a doctor for that?
4            A     No.
5            Q     Did you seek any sort of medical
6    attention for the effects from the pepper spray?
7            A     No.
8            Q     Are you still suffering from or
9    dealing with any effects of any physical injury
10   or harm you sustained on Swan Street on June 1st?
11           A     Not to my knowledge.
12           Q     Did the police conduct that you
13   witnessed and experienced on June 1st on Swan
14   Street have any effect on your emotional or
15   mental health?
16           A     Yes.
17           Q     What effect did it have?
18           A     A lot of anxiety, depression,
19   paranoia, reactiveness, anger, distraction.
20           Q     Do you continue to --
21           A     I mean, you were asking me about
22   keeping my phone off and like thinking about that
```

104

1    I actually remember seeing an article about MPD

2    looking at peoples phone records and just feeling

3    like this paranoia because I had been targeted

4    about protesting on June 1st, that like that that

5    would persist, you know.

6              Like just that kind of thinking of the

7    not knowing when there's such a police presence

8    in D.C. and just not knowing if or when I was

9    going to be the target of that police presence.

10        Q    Do you continue to experience these

11   conditions?

12        A    I -- not as intensely.  I'd say that

13   has waned, but yes, there are lasting effects.

14             Just like I don't live in D.C.

15   anymore, you know, like I get nervous when I go

16   back to D.C.

17             Like I get nervous around police.  I

18   get nervous at protests, like I had mentioned to

19   you that I went to a ceasefire protest a couple

20   weeks ago and ran into a friend.

21             And she was like, hey, come over and

22   stand with us.  And I could see that she was kind

1    of like deeper into the crowd like closer to the
2    police presence.
3                    And I just was like, I'm just -- I
4    have to go to the bathroom, you know, and I just
5    walked away.  I just left.
6                    I got kind of as far away as I could.
7    I did find a bathroom and then, I tried to go
8    back and could see that they were just like
9    pretty far into the crowd and just went home.
10                   Like so, yes, I mean, that was pretty
11   recent.  It's not something I deal with like day
12   to day, but it's definitely changed like how I
13   live my life.
14                   You know, like I've always been really
15   involved in D.C. and organizing and, you know,
16   political organizing, social justice organizing.
17                   And since I've moved to Philly, that's
18   just been something that I've kept a really arms
19   reach from because I think I'm still just scared.
20                   And it also just like -- like I said
21   that I had those like friends or acquaintances
22   that I was with on Swan Street.  And like, after

1    that event, like it created a lot of like

2    paranoia between us, like and it's just like it's

3    really soured that part of -- those

4    relationships, that part of who I am, and like

5    just really has affected how I live my life.

6            I moved to an area in Philadelphia

7    that's pretty so far been pretty far from police

8    presence as much as possible.  And that's

9    something that's very unusual for me.

10           Like I drive a car now because of

11   where I live.  I was never a driver.

12           Like there's all these things that

13   it's like they all, yes, they all kind of go back

14   to this just like big shift I made in my life

15   because of this like pretty upsetting thing that

16   happened.

17           And those effects reverberate.

18      Q    Have you --

19      A    I mean, I feel upset talking about it

20   now like just having to think about it all again.

21   It's like something that I just generally just

22   try not to think about.

1          MR. KETCHAM-COLWILL:  And I do

2    appreciate you answering my questions fully.

3          Have you discussed these emotional

4    effects you've just been telling me about with a

5    medical professional?

6          MS. KLAR:  I'm going to object on the

7    basis of psychiatric treatment privilege and

8    allow the witness -- instruct the witness to

9    answer what would be in the upcoming categorical

10    privilege log, which I understand has been

11    discussed with counsel which would have the name

12    of any mental health provider, the approximate

13    dates, general reason for treatment.  It's a

14    physical health provider.

15          That's something you can go ahead and

16    answer with that objection, you can go ahead and

17    answer.

18          THE WITNESS:  Yes, I have spoken to

19    therapists about what happened.  Shortly after

20    what happened, I was connected with a volunteer

21    therapist who specifically volunteered to help

22    like process some of what happened and cope.

```
 1                    MR. KETCHAM-COLWILL:  Do you feel that
 2          speaking with a therapist has helped you cope?
 3                    THE WITNESS:  Yes.
 4                    BY MR. KETCHAM-COLWILL:
 5          Q      Have you been prescribed any
 6          medication to help you deal with the emotional
 7          effects of your experiences on June 1st?
 8          A      No.
 9          Q      Have you had any other sort of
10          treatment apart from therapy or medication for
11          helping you cope with the emotional effects of
12          your experiences on June 1st?
13          A      Can you repeat the question?
14                    MR. KETCHAM-COLWILL:  Have you had --
15          undergone any other type of treatment, meaning
16          other than therapy or medication, to try to cope
17          with or deal with the emotional effects of your
18          experiences on Swan Street on June 1st?
19                    MS. KLAR:  I'm going to object -- oh,
20          I'm sorry, I'm going to object as vague and
21          ambiguous just -- if that's a question about
22          medical treatment.
```

```
 1                    You can answer if you understand.
 2                    THE WITNESS:  I don't understand the
 3       question.
 4                    MR. KETCHAM-COLWILL:  Any -- I'll
 5       specify then, medical treatment.
 6                    Have you had any other types of
 7       medical treatment to help you cope with the
 8       emotional effects of your experiences on June 1,
 9       2020?
10                    THE WITNESS:  I remember asking, you
11       know, consulting with my doctor about if I needed
12       to do anything about long-term effects of
13       exposure to pepper spray or tear gas.
14                    But I haven't been prescribed any
15       treatment for that.
16                    BY MR. KETCHAM-COLWILL:
17       Q     Have you felt that living in
18       Philadelphia -- moving to Philadelphia and living
19       in Philadelphia has helped you overcome your
20       struggles, emotional or mental health effects
21       from June 1, 2020?
22       A     Yes, in some ways, yes, because
```

1    there's a lot less police presence here and it's

2    not specifically like MPD police who I

3    particularly was targeted by.

4              As I said, I live in an area that's

5    not policed.  It's very quiet.  So, in that

6    sense, yes.

7              In the other sense, no, because I was

8    really separated by a lot of family and friends,

9    organizing community, professional network, yoga

10   community.

11             So, that has been the harder side of

12   it.

13        Q    Are you triggered by or do you find --

14   sorry, I'll rephrase.

15             Previously, you testified that seeing

16   MPD police officers made you anxious, I believe,

17   is that correct?

18        A    Yes.

19        Q    Is the same true of police officers in

20   Philadelphia?

21        A    Not as much.

22        Q    Do you feel that police in

111

1    Philadelphia are more trustworthy than MPD?

2         A    No, I don't know.  I don't have any

3    reason to think that or to think that true or not

4    true.

5              MR. KETCHAM-COLWILL:  Can we go off

6    the record for a second?

7              MR. LOUSHIN:  Going off the record at

8    2:01.

9              (Whereupon, the above-entitled matter

10   went off the record at 2:01 p.m. and resumed at

11   2:06 p.m.)

12             MR. LOUSHIN:  We are now back on the

13   record and the time is 2:06.

14             MR. KETCHAM-COLWILL:  All right, home

15   stretch here.

16             I'd like to ask you another question

17   or two about your move to Philadelphia and I

18   apologize if we've covered some of this already.

19             You mentioned earlier that your

20   experiences on June 1st played a role in your

21   decision to move away from D.C.  What else

22   motivated you to move away from D.C.?

```
 1                    THE WITNESS:  I'd say that was the
 2       primary factor.
 3                    BY MR. KETCHAM-COLWILL:
 4            Q     Any other secondary factors?
 5            A     I had decided like around that time to
 6       become a parent and to co-parent with a friend
 7       who's living in Philadelphia.  However, we had
 8       planned for her to move to D.C.  So, that was our
 9       plan.  And then, I think after what happened and
10       just the building stress and anxiety of the
11       summer after that, I kind of switched gears and
12       felt like it would be better to have some space.
13                    Like one thing that's always been
14       really -- like I was taking a yoga teacher
15       training in D.C. when pandemic started.  And had
16       been really mentored by my teacher and had looked
17       forward to like teaching at her studio.  But
18       then, because it was pandemic, we had to do class
19       outside which was fine.  We were doing that for
20       many months and we were, you know, making the
21       best of it and continuing our teacher training
22       outside.
```

1           And we would usually practice outside

2    of the Apple store in Mount Vernon Square.  And

3    after June 1st, like I went there, I was like

4    really -- yoga was helping me a lot with just

5    kind of like resetting my nervous system and

6    processing the stress and anxiety and paranoia.

7    And I went and there was like a big fence built

8    around the store -- around the whole square.

9           And I don't think in the past like

10   that would have really been so much of an issue.

11   But I felt so -- I couldn't deal with the

12   prospect of being trapped again, you know.  Like,

13   and so, I just felt like I'm in this city like

14   where I can't even do yoga because I'm going to

15   get trapped by the police, you know, like I'm

16   going to get shut in.  And like stuff like that

17   was happening all summer.

18           My nieces were staying with me a lot

19   from Maryland because they were out of school.

20   And you know, like we would try to go play hide

21   and go seek like in the parking lot of the high

22   school because it was COVID.  Everything was

114

1    closed.  You know, and so, like we were just

2    coming up with just like little things to do like

3    that.

4              And I remember being in the parking

5    lot and we were playing and I turned around and

6    there was a police cruiser sitting in the

7    driveway kind of like blocking the driveway where

8    we could come into the parking lot.  And just

9    like grabbing my nieces and being like, okay,

10   we've got to go.  We've got to go.  And they were

11   like, well, it's not -- oh, there's the police

12   there.  Like are they going to hurt us?  Like my

13   fear of the police was just like so instantly

14   like transferred to them, you know.

15             And like -- and so, then, there was

16   like such a police presence in my neighborhood in

17   northeast and like my older niece, particularly,

18   started getting like really sensitive and really

19   scared.  Because like she was just picking up on

20   what was going on with me.  And I could just tell

21   when we were walking around the neighborhood, she

22   was getting really anxious.  She was getting

115

1      really scared.

2                      And like stuff like that.  I was just

3      like, I can't -- I have to get out of this

4      environment.  Like I have to reset.  So, that's

5      when I spoke with my co-parenting partner and

6      said, you know, I think like I think it's fine.

7      I think we could just give Philly a shot.

8            Q      Your co-parenting partner was living

9      in Philadelphia in spring/summer of 2020?

10           A      Yes, she's lived here for many years.

11     But she had been coming down to D.C. and we had

12     been making arrangements for her move down here.

13           Q      Other than the fact that your co-

14     parenting partner already lived in Philadelphia,

15     did you have any other reasons for choosing to

16     move specifically to Philadelphia?

17           A      Just that it was close to D.C., that

18     I could still be close to my friends and family

19     there and community and not feel like I had to

20     totally give it up.

21           Q      Okay.

22           A      And I have an aunt here as well, but

116

1      we're not very close.

2           Q      Thanks.  All right, this -- last

3      section here, I think.  What is your

4      understanding now as to why you were arrested on

5      the night of June 1st, 2020?

6                MS. KLAR:  Objection, to the extent it

7      calls for a legal conclusion.  But you can answer

8      the question.

9                THE WITNESS:  I didn't even know that

10     I was being arrested.  I was never told that I

11     was under arrest or read my rights or given any

12     information about what was going on.  I think

13     when they did the like taking my info and taking

14     my picture and everything, I assumed at that

15     point that I was being arrested.  And my

16     understanding was that it was for breaking

17     curfew.

18               MR. KETCHAM-COLWILL:  Do you believe

19     you were arrested for any reason in addition to

20     breaking curfew?

21               MS. KLAR:  Objection, vague and

22     ambiguous, asking about a legal claim or asking

```
 1        what's on the paperwork.  You can answer the

 2        question if you understand.

 3                      THE WITNESS:  I think the citation I

 4        was given was related to breaking curfew.

 5                      MR. KETCHAM-COLWILL:  Do you believe

 6        you were arrested because you were protesting?

 7                      THE WITNESS:  I don't know.  I believe

 8        I was shoved and hit and pushed to the ground and

 9        pepper sprayed because I was protesting.  Because

10        there were people on the street who were breaking

11        curfew who didn't receive any of that treatment.

12                      BY MR. KETCHAM-COLWILL:

13             Q      Did you hear any police officers say

14        or express any -- sorry, strike that.

15                      Did you hear any police officer

16        express any views or opinions about the protests

17        that were happening that night on June 1st?

18             A      No.

19             Q      Did you hear secondhand from other

20        protesters any statements or views expressed by

21        police that night on June 1st?

22             A      I don't remember.
```

1    Q    Are you less likely to attend protests

2    or demonstrations now because of your experiences

3    on June 1st, 2020?

4    A    Yes.

5    Q    I believe you testified that you have

6    attended some protests in Philadelphia, is that

7    correct?

8    A    A couple, yes.

9    Q    How much -- how many protests have you

10    decided not to go to because of what happened to

11    you on June 1st, 2020?

12    A    That's hard to say, but I can say

13    like, for example, that I have left protests that

14    I would have otherwise stayed at, for example,

15    the protest that I described to you earlier.

16    Q    Are you at all involved in organizing

17    around social causes or issues now?

18    A    No.

19    Q    How do you decide whether to attend a

20    protest or demonstration now?

21    A    I look at like who's organizing it,

22    where it is, how familiar I am with area, how

1   familiar I am with the organization.  If they've

2   -- sometimes they will sort of state if there's

3   any risk of arrest, and I look at that.

4       Q    Is that different than how you decided

5   whether to attend a protest prior to June 1st,

6   2020?

7       A    Yes.

8       Q    How so?

9       A    I think I was just less

10  discriminating.  Like if it seemed like a cause

11  that I cared about, I would show up.  I didn't

12  realize what the dangers and risks were.  I just

13  thought I had a first amendment right to protest

14  and that that would be protected and not

15  targeted.

16      Q    Are you less likely to express

17  opinions about political or social issues in

18  public now a days?

19      A    Yes.

20      Q    What -- on what platforms or in what

21  mediums do you express political or social views

22  now a days.

1          A      Well, I think I answered earlier that

2    sometimes I like repost things on Instagram.  But

3    like I've heard, you know, I think it used --

4    there used to be this idea that like it was just

5    like the CIA or FBI that did like surveillance or

6    something like that.  But like I have learned

7    about, in the past years, that like local police

8    departments do that kind of surveillance as well.

9               And because we were targeted like that

10   on Swann Street, I just worry about being vocal

11   about anything like that, that it could cause me

12   to be a target of something.

13        Q      Do you feel -- strike that.

14              Are you less likely to express

15   opinions about certain issues than others?

16        A      I mean, I express -- I'm not sure I

17   understand the question.

18        Q      Are there any issues that you feel

19   more free -- that you feel you can more freely

20   express your opinion about nowadays as opposed to

21   other issues?

22        A      No.  I mean, if you're asking if like

1    some topics are more controversial than others

2    like in society, yes.  But sort of general

3    inclusion.

4          Q     As to your -- I guess, my question is

5    meant to address how free -- how you feel about

6    your freedom of expression.  So, do you feel you

7    are constrained to speak, for instance,

8    constrained from speaking about police

9    misconduct, for instance, more than say,

10   Palestine?  Or do you just feel the same freedom

11   to speak across all political or social issues?

12         A     I would say I feel, yes, less likely

13   to speak about that on digital platforms just due

14   to the kind of like possible surveillance or

15   police retaliation that I mentioned.

16         Q     Did you become less active on social

17   media as a result of your experiences on June

18   1st, 2020?

19         A     I think so.

20         Q     How much less active?

21         A     I don't really post anything anymore.

22         Q     Were you very active prior to June

1    1st, 2020?

2         A    Yes, I used to tweet a lot.

3         Q    Did you tweet a lot about political

4    and social issues?

5         A    Yes.

6              MR. KETCHAM-COLWILL:  Okay.

7              Can we go off the record for a second?

8              MR. LOUSHIN:  Going off the record at

9    2:23.

10             (Whereupon, the above-entitled matter

11   went off the record at 2:23 p.m. and resumed at

12   2:29 p.m.)

13             MR. LOUSHIN:  We are now back on the

14   record and the time is 2:29.

15             MR. KETCHAM-COLWILL:  All right, just

16   a few more questions, I'd say, and then, we'll --

17   I'll be through.

18             You mentioned before the break that

19   you used Twitter less frequently now than you did

20   before June 1st, 2020, is that right?

21             THE WITNESS:  Yes.

22             BY MR. KETCHAM-COLWILL: