# EXHIBIT 58

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+ + + + +

_____
                                :
IN THE MATTER OF:               :
                                :
PAMELA GOODWIN, et al.,         :
                                :
          Plaintiffs,           :
                                :
     v.                         :  Case No.
                                :  1:21-cv-00806
DISTRICT OF COLUMBIA,           :
et al.,                         :
                                :
          Defendants.           :
                                :
_____:

          Thursday,
          February 8, 2024

          Washington, D.C.


DEPOSITION OF:

          JESSE PEARLMUTTER

called for examination by Counsel for the
Defendant, pursuant to Notice of Subpoena, in the
Office of the Attorney General of the District of
Columbia, located at 400 Sixth Street NW, when
were present on behalf of the respective parties:

```
APPEARANCES:

On Behalf of Defendants:

GREGORY KETCHAM-COLWILL, ESQ.
MARCUS D. IRELAND, ESQ.
Assistant Attorneys General
Equity Section, Civil Litigation Division
400 Sixth Street NW
Suite 10100
Washington, D.C. 20001
(202) 702-2910
marcus.ireland@dc.gov


On Behalf of Plaintiffs:

NICHOLAS ABBOTT, ESQ.
REBECCA LIVENGOOD, ESQ.
Relman Colfax, PLLC
1225 19th Street NW
Suite 600
Washington, D.C. 20036
(202) 728-1888
nabbott@relmanlaw.com
rlivengood@relmanlaw.com
```

# CONTENTS

WITNESS              DIRECT CROSS REDIRECT RECROSS

Jesse Pearlmutter      4


EXHIBIT NO.                                    PAGE

22    Responses to Interrogatories . . . . . . . .24
23    Pearlmutter recollection of
      events document. . . . . . . . . . . . . . .50
24    Google maps. . . . . . . . . . . . . . . . .80
25    Whatsapp messages. . . . . . . . . . . . . 175
26    Video on Swann Street. . . . . . . . . . . 182
27    Video 6089 . . . . . . . . . . . . . . . . 185
28    Photograph 5608. . . . . . . . . . . . . . 256
29    Photograph 5611. . . . . . . . . . . . . . 257
30    Photograph 5609. . . . . . . . . . . . . . 259
31    Doug Farley conversation . . . . . . . . . 274

```
 1          Q      What did he report on in May and June
 2     2020.
 3                 MR. ABBOTT:  Objection.  If you know.
 4                 THE WITNESS:  I -- before his --
 5     before he got his beat, I think it was breaking
 6     news.
 7                 MR. KETCHAM-COLWILL:  Do you remember
 8     what the weather was like on June 1st?
 9                 THE WITNESS:  I remember it being
10     pretty nice out.  I don't remember exactly.
11                 BY MR. KETCHAM-COLWILL:
12          Q      When did you leave your home on June
13     1st?
14          Q      Probably around 5:00 or 6:00.  Well,
15     not quite 5:00.  Probably around 6:00.
16          Q      Where -- did you leave with your
17     roommate?
18          A      Yes.
19          Q      Where did you go next?
20          A      We walked straight down 16th Street.
21          Q      Where did you stop walking?
22          A      Before arriving at Lafayette Square.
```

1    The street was blocked off so we were never

2    actually at Lafayette Square.  At some point,

3    walking down 16th Street close to Lafayette

4    Square, we turned left.  I think that would be

5    east and -- yes, were close to Lafayette Square

6    but not at.

7         Q    When you left your -- sorry, is it --

8    it's an apartment that you were living in?

9         A    Yes.

10        Q    When you left your apartment on

11   June1st, were you aware that there was a curfew

12   going into effect that night at 7:00 p.m.

13   facultative reinsurance D.C.?

14        A    I believe I did know when I left.

15        Q    How did you become aware of the curfew

16        A    I don't remember.

17        Q    Was your roommate aware of the curfew

18   to your knowledge?

19        A    I believe so, yes.

20        Q    You mentioned you turned left at some

21   point on 16th Street, is that right?

22        A    Yes.

```
 1              Q      Did you ever get to Lafayette Square?
 2              A      No.  I was near it but not at it.
 3              Q      When did you first meet with other
 4       protestors on June 1st?
 5              A      When you say, meet with, like you mean
 6       --
 7              Q      When did you become part of a larger
 8       group of protestors?
 9              A      I guess you would say at whatever that
10       point was that we turned, I think probably people
11       has already gathered at that spot.  And then I
12       like actually began sort of like participating at
13       a corner.  I don't know exactly what corner it
14       was but at a corner like about a block away, I
15       guess, from Lafayette Square because the area was
16       blocked off.
17              Q      Do you recall which street you were
18       on?
19              A      No, I don't.  It was kind of like a
20       diagonal street coming off of Lafayette Square
21       that I could figure out, but I don't remember
22       what the street is off of the top of my head.
```

1    Q    You found -- is it fair to say you

2    found the presence of this munition intimidating?

3    A    Yes.

4    Q    Did you hear any police or National

5    Guard member say anything about that munition or

6    device while you were around McPherson Square?

7    A    No.

8    Q    Was there ever a time where you

9    observed something that looked like they were

10   about to use that munition or device?

11              MR. ABBOTT:  Objection.  If you know.

12              THE WITNESS:  I don't remember beyond

13   it being present.  I don't remember.

14              MR. KETCHAM-COLWILL:  While you were

15   around McPherson Square, did you witness any

16   police behavior that you found to be

17   inappropriate?

18              THE WITNESS:  That -- that crowd was

19   -- that crowd was calm, so I think even setting

20   up that device was -- was not appropriate, but it

21   wasn't blatantly -- like it wasn't some sort of -

22   - I'm not claiming it was like some sort of

79

```
 1    blatant violation, but it was like -- it didn't

 2    seem appropriate.

 3               BY MR. KETCHAM-COLWILL:

 4         Q    Anything else?

 5         A    No.  That was about the extent of it.

 6         Q    Do you recall what time you arrived in

 7    that area of McPherson Square?

 8         A    I would think it would be around 6:30

 9    or so p.m.

10         Q    How long did you plan to stay there,

11    say, in that area when you arrived around

12    McPherson Square?

13         A    I didn't have a plan, so I would say

14    at that point, I just generally thought that I

15    would be out for a few hours that -- that night

16    in general, but I didn't have a plan of where I

17    would be, when I would be there, or anything like

18    that.

19         Q    Did you plan to be home by 7:00 p.m.

20    that night?

21         A    No.

22         Q    Where did you go after you left the
```

80

1    area of McPherson Square?

2        A    So I walked north with -- generally,

3    the crowd was kind of walking north and connected

4    at 14th Street, and -- and we were walking up

5    14th Street.

6        Q    Okay.  I'm going to pull up Google

7    Maps to --

8        A    Yes.

9        Q    -- to make this easier, and we'll --

10   this will be Defendant's Exhibit 24.

11           (Whereupon, the above-referred to

12   document was marked as Defendant's Exhibit No. 24

13   for identification.)

14           MR. KETCHAM-COLWILL:  We'll do what

15   you guys did at a prior deposition and upload the

16   part or download the part we use.  I'll zoom out.

17           Mr. Pearlmutter, do you recognize this

18   as a map of Washington, DC?

19           THE WITNESS:  Yes.

20           MR. KETCHAM-COLWILL:  Do you have any

21   reason to believe it's not an accurate map of

22   Washington, DC?

1    locations, and I think that lack of this all

2    being a real-time form of communication, anything

3    -- I -- I think probably anything that we saw was

4    outdated at that point.  We never actually found

5    like oh, we're going to go to this location and

6    like there's going to be an organized protest

7    happening at a specific time that we'll arrive

8    there at.

9         Q    And sorry, you mentioned one potential

10   place that might have a demonstration was Malcolm

11   X Park, is that right?

12        A    Yes.  Also known as Meridian Hill

13   Park.

14        Q    And what was the other place?

15        A    Dupont Circle.

16        Q    Did you see any police between where

17   you had been demonstrating on Vermont Avenue and

18   Thomas Circle?

19        A    Police were generally around but I

20   don't have a specific memory of -- of police in

21   that -- in  those areas.

22        Q    And you said after arriving at Thomas

 1    Circle, you continued walking north on 14th

 2    Street, is that right?

 3         A    Yes.  And that was all just kind of

 4    continuous walking.

 5         Q    Do you -- at what point did you stop

 6    walking north on 14th Street?

 7         A    Around Belmont Street which is -- so,

 8    you know, if you're right up Florida Avenue, it's

 9    right around there.

10         Q    Okay.

11         A    So between Belmont and -- and north of

12    there, around Belmont or Chapin, one of those

13    cross streets.

14         Q    Is where you stopped --

15         A    Correct.

16         Q    -- stopped walking north?

17         A    Yes.

18         Q    Between -- actually, let me back up

19    for one second.  Between where you had been

20    demonstrating on Vermont Avenue and Thomas

21    Circle, did you have any interactions with

22    police?

1          A      They were generally present, as I
2    mentioned, around.  You know, 14th and U is a
3    major intersection.  I recall there being police
4    there but no interaction.  And then at around
5    Belmont or Chapin Street, there was an
6    interaction where a police car drove like really
7    fast at -- towards the crowd and was, it seemed
8    like, trying to like get people to disperse.  And
9    then I think I might have -- no.  I didn't
10   describe that.  So yes, that -- that happened and
11   -- and protestors sort of formed a line.  There
12   was chanting at those officers like, and people
13   were like why did they do that.  And then yes,
14   that was an interaction with officers.
15          Q      Going to come back to that.
16          A      Okay.
17          Q      Between where you had been
18   demonstrating on Vermont Avenue and Belmont or
19   Chapin Street, did you see any protestors have
20   any interaction with police?
21          A      Not that I recall.  You're saying up
22   until what I just described at --

```
1            Q     Had people stopped walking north on
2       14th prior to the police car approaching?
3                  MR. ABBOTT:  Objection.
4                  THE WITNESS:  Some people did not but
5       many people did kind of the way I described as it
6       sort of being an organic place to stop.
7                  MR. KETCHAM-COLWILL:  Prior to the
8       police car approaching, about how many people
9       would you say had congregated there?
10                 THE WITNESS:  It was a loose crowd so
11      like even the word congregate is -- is loose, but
12      I would think 30 to 40 people but more were still
13      around in the same way that this was like a very
14      loose like not concentrated crowd of people yet.
15      Probably more joined the 30 to 40 around the time
16      that the police presence showed up, and I don't
17      know exactly though beyond that, so larger than
18      30 to 40 but not a massive crowd.
19                 BY MR. KETCHAM-COLWILL:
20           Q     I want to rewind just for a second.
21           A     Sure.
22           Q     While you were walking from where you
```

1    had been demonstrating on Vermont Avenue until

2    you stopped around Belmont and -- or Chapin

3    Street  and 14th, were you protesting?

4         A    Yes.  People were, myself included,

5    were chanting the whole time.

6         Q    You mentioned a police car approached

7    the group around Belmont and Chapin Street,

8    correct?

9         A    Yes.

10        Q    Was it one police car?

11             MR. ABBOTT:  Objection.

12             THE WITNESS:  I don't remember

13   specifically.  Like the image of one car in that

14   moment is somewhat palpable and then there --

15   there would have been multiple cars at -- at some

16   point but like in that initial moment, I don't

17   recall if it was more than one or not.

18             MR. KETCHAM-COLWILL:  Did the police

19   -- strike that.  How close did the police car get

20   to the crowd of people?

21             MR. ABBOTT:  Objection.

22             THE WITNESS:  Pretty close. I would

1    have a hard time putting a measurement on it,

2    especially after so much time but like enough for

3    it to feel like a -- to feel like a surprising

4    and intimidating thing to happen, like enough to

5    feel like a car drove quickly at you personally.

6                  MR. KETCHAM-COLWILL:  Did the car stop

7    closer than 10 yards to the group?

8                  THE WITNESS:  Yes.  I would say closer

9    than 10 yards, maybe around 10 yards.

10                  BY MR. KETCHAM-COLWILL:

11        Q      Did the police say anything after

12    stopping?

13        A      No -- no.  I actually think they did

14    not.  It would be hard for me to remember

15    specifically, but I actually think they did not

16    say anything.

17        Q      Did the police get out of the car?

18        A      I -- I believe more came in more

19    vehicles, and I don't remember exactly when those

20    in the car got out or if they did.

21        Q      From which direction did the car come

22    towards the protestors -- towards -- yeah,

1    towards the group at Belmont and Chapin?

2          A    It came -- it was heading north from

3    what would be, I guess, Florida Avenue.  It would

4    be the next -- I don't know the turn from Florida

5    Avenue, but from that direction so from -- from

6    the south.

7          Q    And more police cars came, you said?

8          A    Yes.

9          Q    What happened next?

10          A    There was kind of like -- the word

11    standoff -- I don't know how accurate that -- I

12    don't know what that means but standoff is the

13    word that's coming to mind as the crowd held its

14    line of like we're not going to move just because

15    you're driving a car towards us.  And a sort of

16    like line of police officers formed as well kind

17    of around the vehicle, like, on a -- going off

18    towards either end.  But it was not like a --

19    they weren't in riot gear so it wasn't like a --

20    a solid like line of -- of officers, but there

21    was sort of like, in some way, a line of officers

22    and a line of protestors and the protestors were

```
 1    chanting various things.
 2         Q    Did all the police cars approach from
 3    the south?
 4         A    Yes.
 5         Q    Were there any police to the north --
 6         A    Well --
 7         Q    -- of the group on 14th Street?
 8              MR. ABBOTT:  Objection.
 9              THE WITNESS:  Yes.  I would clarify
10    that it could have been coming from the east or
11    west on one of those -- on like Belmont Street or
12    something like that but not from the north.
13              MR. KETCHAM-COLWILL:  Did the police
14    form a line across 14th Street?
15              THE WITNESS:  To some degree, yes, but
16    how -- why that line -- I can't picture the line
17    specifically but -- but yes.
18              BY MR. KETCHAM-COLWILL:
19         Q    While the police were in this area,
20    did anybody walk past the police heading south
21    from where the group was around Belmont or
22    Chapin?
```

1              MR. ABBOTT:  Objection.

2              THE WITNESS:  I don't recall that.

3              MR. KETCHAM-COLWILL:  Do you recall

4      whether it would have been possible to do so?

5              MR. ABBOTT:  Objection.

6              THE WITNESS:  I also don't recall.

7              MR. KETCHAM-COLWILL:  About how many

8      police cars responded to this area by Belmont

9      Street and 14th?

10             THE WITNESS:  Maybe like three to

11     five.

12             MR. KETCHAM-COLWILL:  And how did the

13     group respond to the police cars coming?

14             MR. ABBOTT:  Objection.

15             THE WITNESS:  So there's the initial

16     moment where it happened like fast where the --

17     where the initial like car came fast and people

18     were like -- like surprised, like -- and formed

19     this -- this like line that I was describing.

20     And then people were chanting and -- and yelling

21     things back and -- and more officers were showing

22     up and people were like -- yeah, I don't know.

1    Did that answer the question?  You could rephrase

2    maybe?

3                    MR. KETCHAM-COLWILL:  Did you see

4    anybody in the group throw anything at the

5    police?

6                    THE WITNESS:  Yes, like water bottles.

7    Yes.  People threw water bottles.

8                    BY MR. KETCH AM-COLWILL:

9         Q     About how many water bottles did you

10   see thrown at the police?

11        A     I'm not sure exactly but -- but like

12   a handful, like multiple, not just one.

13        Q     Did you see any of the water bottles

14   strike a police officer?

15        A     I didn't see it, no.

16        Q     Did you see any of the water bottles

17   hit a police car?

18        A     Probably but I don't like have a

19   specific mental image of it.

20        Q     Do you know what was in the water

21   bottles being thrown?

22        A     No.  I -- I assume water but I don't

1    know besides that.

2         Q    Did you throw any of the water

3    bottles?

4         A    I did not.

5         Q    Did you see anything other than water

6    bottles being thrown?

7         A    No.  And when water bottles were

8    thrown, people said like don't -- like excuse my

9    language but like don't throw shit, and like stay

10   peaceful, and things like that.  Like there was a

11   self-regulating happening.  So -- and I would

12   have been one of the people saying like, stay

13   peaceful.

14        Q    Did the police respond to the water

15   bottles being thrown at them?

16        A    Not that I remember.

17        Q    Did they throw anything back at the

18   protestors?

19        A    Not at that time.

20        Q    Did the police, during this time,

21   issue any orders to disperse?

22        A    No.

101

```
1          Q     Did they tell you to go home?

2          A     No.

3          Q     Did they say anything about the

4     curfew?

5          A     No.

6          Q     Between where you had been

7     demonstrating on Vermont Avenue and this area,

8     14th and Belmont, did you see protestors throwing

9     anything?

10          A     I don't think I saw -- no -- no, I

11     don't.

12          Q     Did you see anyone break a window?

13          A     No.

14          Q     Did you see anyone spray-painting a

15     building?

16          A     I did not.

17          Q     Did you see any acts of vandalism at

18     all while you walked up 14th Street?

19          A     No.

20          Q     Did you see -- prior to arriving at

21     the area of Belmont and 14th, did you see any

22     violence while walking up 14th?
```

1          A      I didn't see violence at any point on

2    -- yeah, like I didn't see violence at any point

3    by protestors.

4          Q      During this encounter with the police

5    near Belmont and 14th, did the police say

6    anything at all?

7          A      Not that I recall.

8          Q      What happened next after the water

9    bottles were thrown at --

10         A      So eventually, the -- the car did

11   start to like back away on 14th Street, and --

12   and like the crowd like marched down 14th Street

13   going south towards it as it backed down.  And I

14   think -- I don't remember the specifics of if it

15   like stopped and if another like police line

16   formed at Florida, but -- but people turned right

17   to go what I believe would be like southwest on

18   Florida.

19         Q      The police cars reversed down --

20   southwards down 14th, is that right?

21         A      Correct.

22         Q      Where did they go next?

1            MR. ABBOTT:  Objection.

2            MR. KETCHAM-COLWILL:  Where did --

3            THE WITNESS:  I -- I went --

4            MR. KETCHAM-COLWILL:  -- where did you

5       see them --

6            THE WITNESS:  -- I went down -- I went

7       down Florida Avenue so after that, I don't know

8       about those officers.

9            BY MR. KETCHAM-COLWILL:

10      Q    Did the police leave in their police

11      cars?

12      A    After --

13            MR. ABBOTT:  Objection.

14            THE WITNESS:  -- after that point

15      where I turned on Florida, I don't know.

16            MR. KETCHAM-COLWILL:  When you turned

17      on to Florida, were the police still at the

18      intersection of 14th Street and Florida Avenue?

19            THE WITNESS:  Yes.  You know, I -- I

20      -- I believe so.

21            BY MR. KETCHAM-COLWILL:

22      Q    When you turned west onto Florida

1    Avenue, were there police in front of you in the

2    street?

3              A    I believe there were still police

4    around on the sidewalks and whatnot on Florida.

5              Q    Do you recall whether they were in

6    front of the group?

7              A    I don't recall on that stretch of

8    Florida.

9              Q    Who made the decision -- strike that.

10   When you turned west on Florida Avenue, were you

11   still with the group?

12             A    Yes.

13             Q    And the group, as a whole, turned west

14   onto Florida Avenue, is that right?

15             MR. ABBOTT:  Objection.

16             THE WITNESS:  The group was a little

17   bit more consolidated than it had been at any

18   point on 14th Street when it turned on Florida.

19             MR. KETCHAM-COLWILL:  Do you know who

20   decided that the group should turn west onto

21   Florida Avenue?

22             THE WITNESS:  No.  I don't remember.

1    I don't think it was like a decision made by any

2    like individual.  Nobody said go down Florida.

3                    BY MR. KETCHAM-COLWILL:

4        Q    Why did you decide to go down Florida?

5        A    I don't remember what was happening

6    east of Florida Avenue at that -- east on Florida

7    Avenue at that time, so I think it may have been

8    kind of the only place to go other than to stay

9    put.  That's the best that I can recall.

10       Q    You didn't want to go to work?

11       A    No.

12       Q    Do you recall whether there were

13   police on that part of that Florida east of 14th

14   Street?

15       A    Yes.  That's when -- I -- I -- I think

16   that that's a possibility but I -- I don't

17   recall, so I don't want to say like there were

18   definitely police blocking Florida Avenue to the

19   east, because I think that there -- there may

20   have been, but I'm fuzzy on that detail.

21       Q    Why didn't you just keep walking up

22   14th Street?

1              MR. ABBOTT:  Objection.

2              THE WITNESS:  Yeah.  I don't know.  I

3     mean I -- that interaction was a big part of the

4     reason.  I also kind of talked about those

5     organic reasons for -- like some discussion was

6     happening about like where should we go, should

7     we go home, should we go to the park, should we

8     go to Dupont Circle, sort of that type of thing,

9     yeah.

10             MR. KETCHAM-COLWILL:  Were you part of

11    those discussions?

12             THE WITNESS:  When I said those

13    discussions, I mean between me and my roommate.

14             BY MR. KETCHAM-COLWILL:

15        Q    Were you talking with anyone other

16    than your roommate about where you should go

17    next?

18        A    I don't -- I don't recall.  It's

19    possible that we were asking are we seeing this

20    on Twitter, what are -- what do you like seeing,

21    like should we go somewhere, should we not, but I

22    don't have any specific conversations that come

1      to mind.

2           Q      Rewinding just a little bit to the

3      encounter with the police near Belmont and 14th,

4      do you recall the police setting off any

5      explosives?

6           A      At that point, I -- they did not.

7           Q      Any flashbangs?

8           A      I remember when I first heard a

9      flashbang cause it was like very palpable and it

10     was later.

11          Q      Did the police use any pepper spray or

12     any sort of irritant near Belmont and 14th?

13               MR. ABBOTT:  Objection.

14               THE WITNESS:  Not that I recall, not

15     on me.  I can say for sure not on me.

16               MR. KETCHAM-COLWILL:  Did you see the

17     police use any spray or irritant on anyone in

18     that area?

19               THE WITNESS:  Not that I recall.

20               BY MR. KETCHAM-COLWILL:

21          Q      So you start heading west on Florida

22     Avenue with the group, is that right?

108

1          A     Yes.

2          Q     Where do you go next?

3          A     So around the corner of -- it's --

4    it's 15th and W and Florida.  That is where like

5    Mike and I would -- would turn if we were going

6    to go home.  So I remember kind of stopping there

7    and trying to figure out like what should we do.

8    We -- we ultimately did decide to continue going

9    down with the general flow of the crowd toward --

10   down 15th Street and continued on 15th Street.

11         Q     So the group reached the intersection

12   of Florida and W and 15th Street, is that right?

13         A     Correct.

14         Q     And from there the group proceeded

15   down 15th Street?

16         A     I don't remember if the group stayed

17   together there.  I also think probably there was

18   conversation at 14th and -- or not 145h, excuse

19   me -- 15th and U, which is like another prominent

20   intersection.  I believe people did turn to go

21   east on U Street, which is a major street, and so

22   it was not like a uniform thing.  But at that

1    point on 15th Street, I believe probably most

2    people continued south, but some people may have

3    turned, some people may not have turned and

4    continued.

5         Q    Does the same go for V Street in terms

6    of people turning onto V Street from 15th Street?

7         A    I don't recall.

8              MR. ABBOTT:  Objection.

9              THE WITNESS:  Yeah.  I don't recall

10   specifically anything at 15th and V.

11             MR. KETCHAM-COLWILL:  Do you recall

12   specifically people turning onto U Street from

13   15th Street?

14             THE WITNESS:  I do.

15             BY MR. KETCHAM-COLWILL:

16        Q    Which way did they go?

17        A    I -- I do specifically remember people

18   going east on U Street, but I believe probably

19   people went both directions on U Street.

20        Q    About how many people turned onto U

21   Street?

22        A    I think most people stayed straight on

110

1       15th or went east on U Street, but I don't

2       remember like the breakdown.  I don't really

3       remember the number of people total, yeah.

4           Q       Did you see any police on U Street --

5       when you were crossing U Street on 15th Street,

6       do you recall seeing any police at that

7       intersection?

8           A       I don't recall.

9               MR. ABBOTT:  I just want to jump in.

10      We've been going for about an hour unless you're

11      -- you wanted to just, I don't know, break for

12      lunch.

13              MR. KETCHAM-COLWILL:  Sure.  Probably

14      not too much longer until we get to Swann Street.

15      That might be a good place to break, you know,

16      and that'll be soon if you can hang in there for

17      another 10 minutes or so?

18              THE WITNESS:  That sounds like a,

19      yeah, good place to stop.

20              BY MR. KETCHAM-COLWILL:

21          Q       When did you stop walking south on

22      15th Street?

1    didn't see anything thrown.

2          Q     Did you see anybody standing on cars

3    on Swann Street prior to the police advance?

4          A     Prior to the police advance, no.

5          Q     Did you see anybody knocking or

6    banging on doors of houses on Swann Street prior

7    to the police advance?

8          A     No.

9          Q     Do you recall anyone kicking any doors

10   on Swann Street prior to the police advance?

11         A     No.

12         Q     Did you knock on or kick any doors on

13   Swann Street?

14         A     No.  Not at any point did I do that.

15         Q     Okay.  I'm going to pull up an exhibit

16   here.  Or actually, I'll do that after the break

17   because I need to get it on this computer.

18               So, about what time did the police

19   advance eastward on Swann Street?

20         A     I don't know exactly.  Based off my

21   general recollection I would think it was around

22   or after 9:00 p.m.

137

```
 1          Q      Where were you when that advance
 2    began?
 3          A      The same location.  The north corner.
 4          Q      Immediately prior to the police
 5    beginning to move, did you hear them say
 6    anything?
 7          A      No.
 8          Q      How did you respond when -- or strike
 9    that.
10                 When the police started to move, did
11    they say anything?
12          A      No.
13                 MR. ABBOTT:  Objection.
14                 THE WITNESS:  Oh, excuse me.  When
15    they started to move they said something like,
16    back up or move back or something like that.
17                 MR. KETCHAM-COLWILL:  How many of the
18    police said move back or something like that?
19                 MR. ABBOTT:  Objection.
20                 THE WITNESS:  It was a general like
21    unified like call.  Like call.  It was like
22    together saying move back.  Multiple officers
```

138

```
 1        saying it at the same time.

 2                    MR. KETCHAM-COLWILL:  Was it easy to

 3        hear what they were saying?

 4                    MR. ABBOTT:  Objection.

 5                    THE WITNESS:  Actually no.  I could

 6        hear move back, but I wasn't a hundred percent

 7        sure what they were saying, I just heard that

 8        they were saying it.  At first at least.

 9                    BY MR. KETCHAM-COLWILL:

10            Q     How did you respond when they started

11        saying move back?

12            A     I moved back.

13            Q     Did you see anybody who did not move

14        back?

15            A     I saw people get pushed back because

16        they stayed put.  So, yes.

17            Q     You saw some people who did not move

18        back when the police said move back, is that

19        correct?

20                    MR. ABBOTT:  Objection.

21                    THE WITNESS:  I saw people get pushed

22        back that were not walking themselves.  Whether
```

139

1    or not they, yes.  Whether or not they were

2    actually standing their ground, whether they were

3    just surprised, that part I don't know.  But I

4    did see people getting pushed back as opposed to

5    people walking back.

6              MR. KETCHAM-COLWILL:  When you saw

7    people getting pushed back, had you already heard

8    the police say, move back?

9              MR. ABBOTT:  Objection.

10             THE WITNESS:  I don't remember if it

11   was the visual or the sound that made me move

12   back.  I don't remember whether it was

13   specifically the call to move back that made me

14   move back.

15             MR. KETCHAM-COLWILL:  But at the time

16   when you saw these people being pushed by police,

17   had you heard the words move back by police?

18             MR. ABBOTT:  Objection.

19             THE WITNESS:  During the time that I

20   was moving back I did hear the phrase move back.

21             MR. KETCHAM-COLWILL:  Did the police

22   -- when did the police start saying move back in

```
1              BY MR. KETCHAM-COLWILL:
2         Q    Did any police officer make physical
3    contact with you during the first advance?
4         A    No.  It was far enough away that I was
5    not, no.
6         Q    During the first advance were you
7    concerned that you would be struck or pushed by a
8    police officer?
9         A    I'm not sure.
10        Q    Did the police make physical contact
11   with you during any of the advances the night of
12   June 1st?
13        A    I don't believe so.
14        Q    At any time on Swann Street prior --
15   did there come a time when you were arrested on
16   Swann Street?
17        A    Yes.
18        Q    At any time prior to that did you feel
19   physically threatened by the police?
20             MR. ABBOTT:  Objection.
21             THE WITNESS:  Yes.
22             BY MR. KETCHAM-COLWILL:
```

147

1          Q     How so?

2          A     I was pepper sprayed.  And yes,

3    feeling threatened would be, yes, like I didn't

4    know to what extent they were going to be

5    advancing.  I didn't know what would happen or

6    like what means would be used against me or

7    anything like that during a good part of that

8    time.

9          Q     Can you tell me about when you were

10   pepper sprayed?

11         A     Yes.  I was on like the walk.  So also

12   still on like that north side, that is kind of

13   progressing down.  I believe, I don't know how

14   many times they advanced, but it was not right

15   after the first time.  So they had advanced at

16   least one more time before using pepper spray.

17   And they used it sort of while they were

18   advancing.

19              And I could sort of see somebody like

20   spraying something.  I don't remember exactly,

21   but I would say it looked like, as opposed to

22   like when I said that the National Guard setup

1    like something that looked like something that

2    fired canisters, this was more like a fire

3    extinguisher looking thing but maybe smaller.

4    And I saw that, and I saw it being sprayed in

5    kind of like, like somewhat side-to-side and then

6    eventually just kind of like hit my face and I

7    stopped really being able to see them.  It was

8    like kind of like staggering backwards and was, I

9    couldn't really see where I was going and like,

10   yes.

11        Q     Did you feel the officer was spraying,

12   was aiming the spray at you?

13             MR. ABBOTT:  Objection.

14             THE WITNESS:  I don't know

15   specifically where it was aiming.

16             BY MR. KETCHAM-COLWILL:

17        Q     How close were you to the officer

18   spraying?

19        A     Maybe like ten, ten, 15 feet.

20        Q     Did you see other people who were

21   sprayed at the same time?

22             MR. ABBOTT:  Objection.  If you know.

1          THE WITNESS:  Yes, I saw people being

2    sprayed.

3          MR. KETCHAM-COLWILL:  About how many

4    people were subjected to that instance of

5    spraying?

6          MR. ABBOTT:  Objection.

7          THE WITNESS:  In the amount of time I

8    could see, I could see a couple people directly

9    be sprayed, but I don't know how many people were

10   sprayed.  More than a couple people.

11         BY MR. KETCHAM-COLWILL:

12   Q    I'm going to direct you to the bottom

13   of Page 1 of your notes here.  Again, Defendant's

14   Exhibit 23.  The last black bullet says, police

15   advancing.  And then the second bullet below that

16   says, pepper spray, use of batons.

17         Did you see the police use any other

18   devices during their advance?

19   A    I mentioned the shields and that would

20   be, that would be it.

21   Q    Did you ever see a police officer

22   strike someone with a baton while holding the

150

1    baton with only one hand?

2         A    I believe any -- what is kind of a

3    blur is that there would have been both the

4    officers that were actually in holding the

5    shields, as well as just like other officers like

6    behind them and like in between them.

7              So that kind of brings up like a

8    little bit of a blur there.  But I guess I would

9    have probably seen some with one hand because

10   they would have been holding shields.  But there

11   was also other officers kind of mixed in there.

12        Q    Did you see officers who were holding

13   both shields and batons at the same time?

14        A    Yes.  Yes.

15        Q    The last bullet on the first page

16   says, advancement continues with continued use of

17   batons on protests among the congest middle who

18   have limited ability to retreat.  Is that right?

19        A    Yes.

20        Q    What do you -- What do you mean by,

21   who have limited ability to retreat?

22        A    So I think just like the middle was

161

```
1        Q    Okay, moving down the page there it

2   says, sheltering houses.

3        A    Yes.

4        Q    And then the bullet under that says,

5   expect to give initial reaction and edit later to

6   provide hindsight, is that right?

7        A    Yes, it does say that.  And I did not

8   edit it later to provide hindsight.

9        Q    So what were you referring to there

10  with sheltering houses?

11       A    So by the time I was writing this I

12  knew that some people had sheltered in a house in

13  particular.  And yes, I had just kind of like

14  heard more about that by the time I was writing

15  this, so that's just, I guess, context.  But at

16  the time I did see that people were in houses

17  that appeared to be like, yes, sheltering there.

18       Q    During any of the police advances did

19  you see people entering houses on Swann Street?

20       A    Yes.

21       Q    How many houses did you see people

22  enter?
```

162

```
 1                MR. ABBOTT:  Objection.  If you know.
 2                THE WITNESS:  I don't remember
 3     exactly.  I don't remember exactly.  I remember
 4     at least one, and I remember there was like a
 5     window open once things had settled down that
 6     people were like saying like, things like --
 7     saying that they were like okay in the house or
 8     like telling people like stay peaceful as well.
 9     Like those same type of things.  Continuing to
10     participate like through a window.
11                BY MR. KETCHAM-COLWILL:
12        Q    Did you try to enter a house at any
13     point that night?
14        A    I personally did not.
15        Q    Why not?
16        A    I don't think that opportunity was
17     every really presented to me.  And I didn't
18     really try.
19        Q    All right, next heading on the page is
20     arrest at approximately 10:30 p.m. on June 1st.
21     Is that right?
22        A    Yes.
```

163

1          Q      And I guess, can you just tell me

2     about when you were detained by police?

3          A      So yes, as I sort of started to

4     describe, I don't know how many people I was

5     lined up with, but I was lined up into kind of

6     through like an assembly line.  Took a picture of

7     us with -- like got our information.  Took our

8     personal belongings and put us into like a police

9     van.

10              And so I guess it would have been ten

11    to 12 people with me that, and I think there was

12    four or five on my side of the van.  It was sort

13    of like a divided, a divided van.

14         Q      About how long were you on Swann

15    Street before you were detained?

16         A      From -- a few hours total.  From the

17    time that we were initially like blocked in, I

18    think it probably might have been three or four

19    hours.  Maybe two to three.

20         Q      When the police detained you, was

21    there anything about the way in which they

22    detained you that you found to be inappropriate?

1    first message there has a timestamp of June 8th,

2    2020, 7:51 p.m.  Do you recognize that phone

3    number?

4         A    I don't.

5         Q    The message says, the police were

6    lying, I didn't see one person attempt to kid

7    down any private residence.  If that was their

8    justification for arresting us then they are full

9    of shit.  Did I read that right?

10        A    You read it right and I'm, yes.

11        Q    Do you know who sent that message?

12        A    I don't.

13        Q    And then he clarifies in the next

14   message that he meant kick.  Is that right?

15        A    Yes.

16        Q    And then there are a few messages.

17   And another one at, with a timestamp of 6/8/2020,

18   7:52 p.m. someone says, they're actually was one

19   person who banged on someone's door, but that was

20   after we were boxed in during all the craziness,

21   however everyone around told that person to cool

22   it.  Did I read that right?

180

1           A      You did.

2           Q      Do you recognize that phone number?

3           A      I don't.

4           Q      Do you know who sent this message?

5           A      I don't.

6           Q      Did you see someone bang on someone's

7      door while you were on Swann Street?

8           A      Yes, I think I did see someone bang on

9      a door, but I'm not sure if I saw what this is

10     describing.

11          Q      Did you see, when -- can you tell me

12     about the instance of someone banging on a door

13     that you saw?

14          A      I generally remember on both sides of

15     the street people knocking on doors asking to be

16     let in.

17          Q      Did you see any of those people kick

18     a door?

19          A      I did not see that.

20          Q      Did you see anyone acting aggressively

21     towards anybody who lived in the houses on Swann

22     Street?

181

1        A      No.

2        Q      All right.  I'm going to move down to

3   Page 20, which is Bates PL1282.  Just one message

4   on this page.  Has a timestamp of 6/8/2022, 11:06

5   p.m., a phone number.  Do you recognize that

6   phone number?

7        A      I don't.

8        Q      The message says, I have video

9   evidence of everyone saying don't do that, but

10  not of the kicking.  But yes, it was after being

11  boxed in.  Do you know who sent this message?

12       A      I don't know who sent it.

13       Q      Have you ever seen the video that the

14  message is referring to?

15       A      I'm not sure which --

16             MR. ABBOTT:  Objection.

17             THE WITNESS:  -- video that would be.

18             MR. KETCHAM-COLWILL:  Have you seen a

19  video of people telling someone, I'll rephrase.

20  Have you seen a video of someone banging or

21  kicking on a door and other people telling that

22  person don't do that?

1    were being arrested for violation of curfew?

2         A     I was not told what I was arrested

3    for.

4         Q     Okay.  I am going to turn back to your

5    notes.

6               (Off-microphone comments.)

7               MR. ABBOTT:  Twenty-thee.

8               THE WITNESS:  Twenty-three.

9               MR. KETCHAM-COLWILL:  Twenty-three,

10   sorry.

11              BY MR. KETCHAM-COLWILL:

12        Q     Defense Exhibit 23 are your notes of

13   June 1st.  The second page, which is Bates PL557,

14   looking at the header, Bus time of arrival -

15   Uncertain, do you see that?

16        A     Mm-hmm.

17        Q     The second bullet says, trying to get

18   comfortable with handcuffs/body position, is that

19   right?

20        A     Yes, it does.

21        Q     At any point between leaving Swann

22   Street and the time this video depicts, which you

1    said is arriving at the Academy, or at least

2    that's what you thought -- I'll rephrase that.

3                    At any point between leaving Swann

4    Street and arriving at the Academy did you

5    request your handcuffs be loosened or removed?

6        A    So I just want to clarify that I don't

7    know when this video was taken, I just can

8    recognize the setting, but it was at the Academy

9    that I began asking for that.

10       Q    Did you hear anybody else make a

11   request regarding their zip ties prior to

12   arriving at the Academy?

13                   MR. ABBOTT:  Objection.  If you know.

14                   THE WITNESS:  I don't recall that.

15                   BY MR. KETCHAM-COLWILL:

16       Q    The third bullet there says,

17   lighthearted conversation, commiserating, but

18   joking as well, strong sense of community.  Is

19   that right?

20       A    It does, yes.

21       Q    Who were you having lighthearted

22   conversation with?

1       A       Just with people around me on the bus,

2    yeah.

3       Q       How many people were on the bus?

4               MR. ABBOTT:  Objection.  If you know.

5               THE WITNESS:  Just to clarify, we're

6    talking about at the convention center?

7               BY MR. KETCHAM-COLWILL:

8       Q       I guess let's go through the vehicles.

9    How many -- Do you recall how many people were in

10   the van in which you left Swann Street?

11      A       Yeah.  I had said that it was either

12   four to five on each side on two sides, so it was

13   -- I guess that would be ten or something around

14   that ballpark.

15      Q       Okay.  Do you remember who was in that

16   van with you?

17      A       I remember Doug Farley was directly to

18   my right and then I believe Jimmy Cary, who I

19   have also -- He was somewhere in there.  From

20   there I am not sure exactly, but I was generally

21   around some of the people who were on that van

22   like as I was being transported, so like the

208

```
 1              THE WITNESS:  Putting a number on it
 2     is speculating a little bit.  I believe it is
 3     more than three.
 4              BY MR. KETCHAM-COLWILL:
 5         Q    So they say -- sorry.  Your notes say,
 6     they really couldn't help us with any
 7     information, but you just mentioned that they did
 8     inform you were not being charged with rioting,
 9     is that right?
10         A    Exactly.  So I wasn't told in that
11     conversation -- well, it wasn't a direct
12     conversation, but I wasn't really told what I was
13     being charged with, I was just told what I was
14     not being charged with and that was a source of
15     comfort.
16         Q    Why couldn't they provide relief of
17     discomfort caused by cuffs?
18         A    So --
19              MR. ABBOTT:  Objection.
20              THE WITNESS:  This is when -- at least
21     in terms of the narrative of my notes this is
22     when I can specifically say that I was asking to
```

1      have my handcuffs, my zip ties moved from behind

2      me to in front of me.

3                  They were just like -- they were

4      causing a lot of discomfort in my shoulder and my

5      back, and I was asking and told that that wasn't

6      a decision they could make but that they would

7      ask a supervisor, and that's what I was being

8      told at that time.

9          Q      Do you know if they ever asked a

10     supervisor about changing the position of your

11     cuffs?

12                 MR. ABBOTT:  Objection.  If you know.

13                 THE WITNESS:  I don't know if they

14     asked a supervisor.  There was a point where they

15     took us off the buses and had us take like a

16     picture, take mugshots again, and it was

17     confusing why that was happening a second time

18     when it had already happened.

19                 There was a supervisor present and I

20     asked that person directly if I could have my

21     handcuffs moved in front, or my zip ties moved in

22     front of my body, and this was some time after

1    these requests, and then it would still continue

2    to be some time before that request was honored

3    but eventually it did happen.

4                    BY MR. KETCHAM-COLWILL:

5          Q     When you say it did happen --

6          A     The zip ties removed from behind my

7    back to in front of my body.

8          Q     Okay.  About how long after you

9    arrived at the Academy did that occur?

10         A     So from the time that I was arrested

11   on Swann Street through the rest of the night I

12   didn't have like a clock or anything, but it was

13   hours for sure that we were on these buses.

14                    The sun was coming up I believe when

15   we were finally entering the building that I

16   described that we were moved to, so it was hours.

17         Q     Were others on your bus also making

18   requests related to their zip ties?

19                    MR. ABBOTT:  Objection.  If you know.

20                    THE WITNESS:  I don't remember

21   specific requests but people were complaining.

22                    BY MR. KETCHAM-COLWILL:

211

1          Q     Did the police address anybody else's

2     requests related to their zip ties?

3               MR. ABBOTT:  Objection.  If you know.

4               THE WITNESS:  I don't recall that.

5               BY MR. KETCHAM-COLWILL:

6          Q     All right.  I am looking now at the

7     sixth bullet on this page, PL558.  It says, the

8     people around me continued to have conversation

9     recounting the events as well as joking around.

10    What do you recall about that conversation?

11         A     I am not sure about the specifics of

12    just like what this is referring to, but as I

13    kind of mentioned like, you know, we were talking

14    and, yeah.

15         Q     What kind of joking around were you

16    doing?

17         A     I don't remember specifically.  Like

18    -- I don't remember specifically, honestly.

19         Q     Do you remember people laughing?

20         A     Yeah, generally.

21         Q     All right.  The next bullet says,

22    Justin Higgins is an interesting character but I

234

1    who said try to socially distance which felt kind

2    of like a slap in the face.  Like, there's no

3    room to socially distance but you're telling us

4    to.  And it was just more things like that.  I

5    can remember that officer and I can kind of --

6    and I can remember another officer.  And yeah, I

7    don't -- I don't remember why else he might've

8    been patronizing.

9        Q    So you remember two -- interacting

10   with two officers while you were in the

11   classroom.  Is that right?

12       A    Correct.

13       Q    Did either of those officers ever say

14   anything critical of the Black Lives Matter

15   movement?

16       A    No, not that I recall.

17       Q    Did they say anything critical of

18   protestors in general?

19       A    No, not that I recall.

20       Q    Next bullet says, he left and then

21   came back with a box of five to ten water bottles

22   and no sandwiches.  The next bullet says, people

1    started getting frustrated by the food being

2    flaunted and not provided.  One or two people got

3    sandwiches and then no one else.  People started

4    heckling the officers.  Does this all -- is this

5    consistent with your memory today?

6         A    Yes.

7         Q    Did you get one of the five to ten

8    water bottles referenced here?

9         A    I don't think so.  I'm positive not to

10   the sandwiches.  I don't think I got water.  I

11   can say with more certainty than that, that I

12   didn't.

13        Q    Were you one of the people who started

14   heckling the officers?

15        A    No.

16        Q    About how many people were heckling

17   the officers?

18        A    I can specifically remember this

19   interaction between these two young boys, like,

20   that maybe were high school aged.  I noted that

21   they were high school aged in a couple bullets.

22   That's the most vivid memory.  I don't recall if

236

1    there was others.

2         Q    Okay.  And you're referring to this

3    bullet, a few down that starts with two high

4    school aged Black boys were especially heckling?

5         A    Yes.

6         Q    Do you recall anyone else apart from

7    those two people heckling police officers?

8         A    Especially the word heckling, like, I

9    would say that's -- that's -- my memory of that

10   is specific to those individuals as opposed to,

11   like, I don't know remember in general.  But if

12   people were complaining about not having the

13   sandwiches or anything like that, I don't have a

14   specific memory.  But it could've been.

15        Q    There's another bullet about five down

16   from the top -- five bullets from the top.  It

17   says, trying to crack jokes, he mostly came off

18   corny and just caused people to start chastising

19   him for the sandwiches.  You're referring to a

20   police officer here?

21        A    Yes.

22        Q    And then the next bullet says, he came

237

1    back in to say they were running low on water but

2    that they had milk.  People were frustrated by

3    the lack of sandwiches and replied snarkily.

4    People said they wanted it.  The milk never came.

5                Did you -- strike that.  Looking back

6    up a few bullets, it says food -- people started

7    getting frustrated by the food being flaunted and

8    not provided.  Do you see that?

9         A    Yes.

10        Q    Did you feel like the police officers

11   were flaunting food with you?

12        A    I did.

13        Q    Did you feel they were intentionally

14   not providing food?

15              MR. ABBOTT:  Objection.

16              THE WITNESS:  I'm not sure of their

17   intention.

18              BY MR. KETCHAM-COLWILL:

19        Q    What makes you say they were flaunting

20   food?

21        A    I think the combination of saying that

22   they were going to be providing them while not

238

1   with the -- what I would seem to describe here,

2   like, trying to speak lightheartedly or joke and

3   coming off as patronizing.  I think a combination

4   of those things kind of amounted to flaunting.

5        Q    Did you feel they were -- why did you

6   feel -- apologies.  Did you have any feeling

7   about why they were flaunting food at you?

8             MR. ABBOTT:  Objection.

9             THE WITNESS:  I'm not sure of why they

10  were -- why they were doing what they were doing.

11            BY MR. KETCHAM-COLWILL:

12       Q    Did you feel -- sorry.  I think I

13  already asked this.  Did you feel they were

14  intentionally withholding food from you?

15            MR. ABBOTT:  Objection.  Asked and

16  answered.

17            THE WITNESS:  I did answer I don't

18  know their -- what their intentions were.

19            BY MR. KETCHAM-COLWILL:

20       Q    Did you feel they were not giving you

21  food because of your protest activities that day?

22            MR. ABBOTT:  Objection.

```
 1                THE WITNESS:  I don't know why they

 2      weren't giving us the food.

 3                BY MR. KETCHAM-COLWILL:

 4          Q     All right.  The seventh bullet from

 5      the top says, still on PL559, people who went to

 6      the bathroom from that point started coming back

 7      with sandwiches, some with two to give to a

 8      friend.  But they never brought in sandwiches.

 9      Is that consistent with your memory?

10          A     I don't have a strong memory of it.

11      But I think I remember it generally as true.

12          Q     And then I'm going to skip the next

13      two bullets.  And it says, when I went to the

14      bathroom, there was a bag of PB&Js overflowing

15      from a translucent trash bag and plenty of water

16      outside the door.  I grabbed one to give to

17      someone else.  I wanted to eat a hot meal when I

18      was out.  Is that right?

19          A     Yeah, it does say that.

20          Q     And is that all consistent with your

21      memory?

22          A     It's consistent with my memory, yeah.
```

240

```
1         Q    How long were you in the classroom
2    before you went to the bathroom?
3         A    I would estimate less than hour.  But
4    yeah, I would estimate 30 minutes.
5         Q    Did you request to go to the bathroom?
6         A    I did.
7         Q    Did you have to -- after you requested
8    to go to the bathroom, did you have to wait to
9    actually go to the bathroom?
10        A    I don't recall.  But I don't think it
11   was long after my request.  But I don't remember
12   the specifics of it.
13        Q    Did you see other people request to
14   use the bathroom while you were in the classroom?
15        A    At that point, it was -- like, what I
16   don't recall is if, like, they needed to assemble
17   the groups, like, a few requests needed to be
18   made and then we went.  Or if it was just, like,
19   immediate, you asked and then somebody brought
20   you.  But there was requests being made and
21   people at that stage were able to go to the
22   bathroom.
```

241

1        Q      Do you recall anyone complaining about

2    -- do you recall anyone in the classroom

3    complaining about not being able to go to the

4    bathroom?

5        A      I would consider the bathrooms to be

6    after the point where there was an issue with

7    being able to use them.

8        Q      During what period of the night did

9    you feel there was an issue with being able to

10   use the bathroom?

11       A      On the buses, especially the earlier

12   in the evening.  That was, like, closer to

13   arriving at the location at the academy.

14       Q      Was the request to use the bathroom

15   that you made in the fake classroom the first

16   request to use the bathroom that you had made

17   after being detained?

18       A      I believe so.

19       Q      All right.  This bullet says there was

20   a bag of PB&Js overflowing from a translucent

21   trash bag and plenty of water outside the door.

22   Which door is this referring to?

1    officer discussing or say anything about how the

2    curfew was being enforced?

3        A    I don't believe so.

4        Q    All right.  Do you still have your

5    interrogatory responses there?

6        A    I do.

7        Q    I'm going to direct you to page 4,

8    your response to Interrogatory 3.  This is

9    Defense Exhibit 22.  The interrogatory says, if

10    you allege you have suffered any injury as a

11    result of the incident referred to in the

12    complaint, describe each injury and its effect

13    upon you.  For example, types of pain, parts of

14    the body affected, and nature and duration of the

15    injury and any pain and how the severity of the

16    injury varied over time, et cetera.  Please take

17    a second to read your response.  Is your response

18    complete and accurate?

19        A    Yes.

20        Q    Do you have anything to add to it at

21    this time?

22        A    I just think that the question is

254

1    related to physical -- physical injury.  So I

2    think the answer is specific to physical injury

3    as opposed to anything emotional or anything

4    beyond physical pain.

5         Q    The response refers to difficulty

6    breathing and burning and pain in your eyes as a

7    result of the pepper spray.  Do you see that?

8         A    Yes.

9         Q    How long did those effects last?

10        A    They had multiple stages.  Initially

11   when it happened, when I was initially pepper

12   sprayed, it was strong burning round my eyes, my

13   mouth, my skin, outside of just my face.  Like,

14   around my body, especially on my hands where I'm

15   going to touch my face or just, like, where my

16   skin was exposed, especially anywhere that I

17   sweat.

18             It seemed to just kind of, like,

19   spread.  And so those were, like, the really

20   initial reactions.  And then it continued to be

21   irritated for some time.  And, like, there was

22   stages to that as well, like, what, like, was

1    burning on the skin would become, like, tingling

2    in the skin for some time after.

3            The first time I showered brought back

4    a greater sense of burning and, like, especially

5    in the -- like, in my eyes.  But really all

6    around, like, just throughout my skin.  And that

7    burning, I would say, was most intense up until

8    that point and then maybe continued as that,

9    like, tingling kind of burning in the day or two

10   following.  But I would say mainly in that period

11   and the 12 to 24 hours after that, like, shower.

12        Q    Did any effects last longer than that?

13        A    Specific to pepper spray, I don't

14   recall beyond what I just described.

15        Q    And your response also refers to

16   soreness in your wrist and back due to the

17   tightness of the zip ties defendants used.  Do

18   you see that?

19        A    I do.

20        Q    Did you experience soreness anywhere

21   other than your wrist and back?

22        A    Just, like, back and shoulders

1    generally would be where it was the most sore.

2         Q    How long did that soreness last?

3         A    Like, in the day following or

4    whatever, I felt like particularly sore.  And in

5    the week or so after, it just, like, continued,

6    like, soreness, tightness continued.

7         Q    Did the soreness subside after a week

8    or so?

9         A    Yes.

10        Q    Okay.  I'm going to bring up

11   Defendant's Exhibit 28 here.

12             (Whereupon, the above-referred to

13   document was marked as Defendant's Exhibit No. 28

14   for identification.)

15             BY MR. KETCHAM-COLWILL:

16        Q    It is Bates ending in 5608.  And it is

17   a photograph.  Do you recognize this photograph?

18        A    There's nothing up yet.

19        Q    Oh, well, that's a problem.

20        A    No.

21        Q    I'll try again and then I'll just show

22   you on the computer.  Okay.  I'm just going to

```
1    turn the computer around.  Do you recognize that

2    photo?

3         A    Yes.

4         Q    Is that a photo after you were

5    detained?

6         A    Yes.

7         Q    Do you recall when that photo was

8    taken?

9         A    That was still on Swann Street.

10        Q    Is this an accurate portrayal of you

11   after you were detained on Swann Street?

12        A    Yes, yeah.  It's --

13        Q    And do you have any -- sorry.  I

14   didn't mean to cut you off.

15        A    No, it's okay.  It's a picture of me

16   on Swann Street.

17        Q    Do you have any reason to believe it

18   doesn't accurately portray you at this time on

19   Swann Street?

20        A    No.

21        Q    This is Defense Exhibit 29.

22                  (Whereupon, the above-referred to
```

258

1    document was marked as Defendant's Exhibit No. 29

2    for identification.)

3                    BY MR. KETCHAM-COLWILL:

4        Q    It is a photo with Bates ending in

5    5611.  Mr. Pearlmutter, do you recognize that

6    photo?

7        A    I don't recall seeing this photo

8    before.  But I recognize it as me.

9        Q    You're in this photo?

10       A    Yes.

11       Q    Do you recall when this photo was

12   taken?

13       A    I can see in the photo that there's a

14   time stamp of 2:45 on the board.

15       Q    Where are you in this photo?

16       A    That would've been, I guess, the

17   parking lot of the academy?

18       Q    Do you have any reason to believe

19   photo does not accurately portray you at this

20   time --

21       A    No.

22       Q    -- and that place?  Okay.  This will

1    be Defense Exhibit 30.

2              (Whereupon, the above-referred to

3    document was marked as Defendant's Exhibit No. 30

4    for identification.)

5              BY MR. KETCHAM-COLWILL:

6    Q    It's Bates ending in 5609.  Do you

7    recognize this picture?

8    A    I haven't seen it, but I recognize it.

9    Q    Are you in that picture?

10   A    Yes.

11   Q    When was it taken?

12   A    I can't see, but it is also on Swann

13   Street.  It's the reverse of the first image we

14   looked at just now.

15   Q    Does it show your hands zip tied?

16   A    It does.

17   Q    Do you have any reason to think this

18   picture has been altered or otherwise doesn't

19   accurately reflect your image?

20   A    No.

21   Q    Okay.  Did you see a doctor for any of

22   the physical conditions you listed in your

1    response to Interrogatory No. 3?

2         A    I did not.

3         Q    Did you treat yourself for your

4    conditions in any way?

5         A    I probably took Advil and stretched

6    and things like that but nothing beyond that.

7         Q    Any other medications for those

8    conditions?

9         A    No.

10        Q    Have you completely recovered from the

11   physical injuries you sustained on June 1st,

12   2020?

13        A    Yes.

14        Q    In your opinion, how much money would

15   fully compensate you for the physical injuries

16   you suffered on Swann Street on June 1st?

17             MR. ABBOTT:  Objection.

18             THE WITNESS:  I don't know.

19             BY MR. KETCHAM-COLWILL:

20        Q    Okay.  I'm going to direct you to

21   Interrogatory No. 6 which starts on page 6, back

22   to Defendant's Exhibit 23.  Interrogatory 6 says,

261

1    if you allege you have suffered any emotional or

2    mental health injury as a result of the incident,

3    describe fully each injury and its effect upon

4    you.  I'll give you a second to read your

5    response.

6         A    Okay.

7         Q    Is that response -- sorry, is your

8    response accurate?

9         A    Yes.

10        Q    Do you have anything to add to it at

11   this time?

12        A    I struggle to answer this question

13   only because it feels like hard to put something

14   like this into a brief paragraph.  So I think

15   it's accurate and complete.  But I don't feel

16   like it -- like, especially when talking on an

17   emotional and mental, like, damages, it doesn't

18   feel like it says enough.  But it feels explicit

19   and accurate and complete in that regard.

20        Q    Would you care to expand on anything

21   that's stated in your response at this time?

22        A    No, I mean, I could share details that