# EXHIBIT 59

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


                       + + + + +


_____
                              :
IN THE MATTER OF:             :
                              :
PAMELA GOODWIN, et al.,       :
                              :
            Plaintiffs        :
                              :
      v.                      :  Case No.
                              :  1:21-cv-00806 (BAH)
DISTRICT OF COLUMBIA,         :
et al.,                       :
                              :
            Defendants        :
                              :
_____:

                  Wednesday,
                  February 28, 2024

                  Washington, D.C.


DEPOSITION OF:

                  ELIANA TROPER

called  for   examination  by  Counsel   for   the
Defendants,  pursuant  to Notice  of  Deposition,
in the Office  of  the Attorney General  for  the
District  of  Columbia,  located  at  400  Sixth
Street, N.W., when were present on behalf of
the respective parties:
```

2

APPEARANCES:


On Behalf of Defendants:

MARCUS D. IRELAND, ESQ
RICHARD P. SOBIECKI, ESQ
AMANDA C. PESCOVITZ, ESQ
GREGORY KETCHAM-COLWILL, ESQ
Assistant Attorneys General
Equity Section, Civil Litigation Division
400 Sixth Street NW
Suite 10100
Washington, D.C. 20001
(202) 805-7495
amanda.pescovitz1@dc.gov


On Behalf of Plaintiffs:

REBECCA LIVENGOOD, ESQ
GABRIEL DIAZ, ESQ
NICHOLAS ABBOTT, ESQ
Relman Colfax, PLLC
1225 19th Street NW
Suite 600
Washington, DC 20036
202-728-1888
rlivengood@relmanlaw.com
gdiaz@relmanlaw.com
nabbott@relmanlaw.com

CONTENTS

WITNESS            DIRECT  CROSS  REDIRECT  RECROSS

E. Troper            5      196      222


EXHIBIT NO.                                      PAGE

43    Plaintiff Response to Defendant's       40
        First set of Interrogatories
        (Attorney's eyes only)
44    First Amendment Compliant and           88
        Jury Demand
45    Email sent by Ms. Troper, 6/2/2020      178
46    Email sent by plaintiff, 6/22/2020      189
47    Email sEnt by plaintiff 6:17 PM,        203
        6/2/2020
48    Text message exchange from              209
        Plaintiff's phone
49    Series of text messages,                211
        continuation of Exhibit 48

```
 1              BY MR. SOBIECKI:
 2        Q    Sure.    In   this   lawsuit   are   you
 3   alleging that you suffered any injuries as a
 4   result of the defendant's conduct on June 1st,
 5   2020?
 6              MR. ABBOTT:  Repeat the objection.
 7              THE WITNESS:  Yes.  I am alleging that
 8   I was pepper sprayed, and it took several days
 9   for that to clear up.
10              BY MR. SOBIECKI:
11        Q    Did you suffer any injuries other than
12   pepper spray?
13              MR. ABBOTT:  I'm going to object to
14   form in terms of injury.
15              (Simultaneous speaking.)
16              THE WITNESS:  If you consider mental
17   health   and   other   psychological   things   an
18   injury, then yes, I'm also alleging those too.
19              BY MR. SOBIECKI:
20        Q    Yeah.  So I want to get the whole
21   picture of what effects you are claiming you
22   suffered based on what happened on June 1st.
```

1    So let's start with the pepper spray.  Were you

2    exposed to pepper spray on June 1st?

3         A    Yes.

4         Q    And what happened -- what -- did you

5    experience any effects of the pepper spray

6    after June 1st?

7         A    Yes.

8         Q    And what effects did you experience?

9         A    This is not a comprehensive list.  But

10   off the top of my head I can recall

11   experiencing, like, lung pain and just

12   generally trouble breathing and generally just

13   hard, you know, just hard to continue focusing

14   and such.

15        Q    And for how many hours or days did you

16   experience those effects?

17        A    It's been a few years so I can't give

18   you an exact number, but it was at least three

19   or four days.

20        Q    Did you see a doctor for any of these

21   symptoms?

22        A    I don't recall.

1       Q   You don't recall one way or the other

2    whether you saw a doctor?

3       A   I don't think I did, but I see doctors

4    fairly often, especially at that time as I was

5    pursuing surgery, so I might have incidentally

6    discussed it with doctors.

7       Q   Why didn't you seek treatment from a

8    doctor for the effects of the pepper spray that

9    you experienced for several days after June

10   1st?

11           MR. ABBOTT:  Object to form.

12           THE WITNESS:  I would be speculating,

13   it's been so long since then, if I were to give

14   an answer.

15           BY MR. SOBIECKI:

16      Q   So you don't know why -- you can't

17   recall why you didn't see a doctor for these?

18      A   I can't recall this far off, no.

19      Q   All right.  So we've talked about the

20   pepper  spray.   What  other  injuries  did  you

21   suffer as a result of what happened on June

22   1st, 2020?

1            MR. ABBOTT:  Same objection to form.

2            THE WITNESS:  Again, this won't be a

3      comprehensive list.  This is just the things

4      that I remember immediately in this moment. But

5      that things include, you know, being anxious

6      and scared to just go about the city, a lot of

7      depression as a result of just seeing so much

8      of MPD participate in what occurred on Swann

9      Street, and just significant mental -- negative

10     mental health effects.

11            BY MR. SOBIECKI:

12      Q   What do you mean by significant mental

13     health effects?

14      A   Anxiety, depression.  You know, it's

15     hard to explain that stuff -- get that stuff

16     into words without a therapist but, you know,

17     just it was hard to function.

18      Q   So you mentioned anxiety, you were

19     scared to go about the city, depression.  Any

20     other  mental  health  effects  that  you

21     experienced after June 1st?

22      A   I don't want to say a hard -- I don't

1    concerned the individuals were trying to break

2    into their houses?

3              MR. ABBOTT:   Objection.  Asked and

4    answered.

5              THE WITNESS:  I don't know if any -- I

6    don't know -- the house I was in, the resident

7    did not try to call 9-1-1.  I'm not aware of

8    the actions anyway for any other residences on

9    the street.

10             BY MR. SOBIECKI:

11        Q    Paragraph 60, please.

12        A    Yes. I did read it.

13        Q    Do you see in the second sentence of

14   paragraph 60 it says, MPD officers maintained

15   the perimeter around Swann Street and prevented

16   anyone from leaving the area?

17        A    I do see that, yes.

18        Q    Is that accurate to your knowledge?

19        A    You know, with the caveat that they

20   let people who they weren't enforcing the

21   curfew against go in and out of the area, yes.

22        Q    Did   you   personally   see   officers

117

```
 1    maintain a perimeter on Swann Street?

 2         A    You would have to specify times for me

 3    to be specific and give you correct answers.

 4         Q    Do you recall at what time officers no

 5    longer maintained a perimeter on Swann Street?

 6         A    They no longer maintained a perimeter

 7    by the end of the curfew.

 8         Q    But do you have any sense of before

 9    that when the perimeter was ended?

10         A    I don't have a sense of exactly when

11    they ended the perimeter.

12         Q    And up until the end the curfew, did

13    you personally see officers maintaining the

14    perimeter?

15         A    I personally saw officers both out

16    front and out back at various times of the

17    night and into the morning.

18         Q    And -- I'm sorry.  You were inside Mr.

19    Duhey?

20         A    Dubey.

21         Q    Dubey.  Until -- do you recall

22    approximately what team you entered Mr. Duhey's
```

118

1      house?

2          A    I couldn't tell you off the top of my

3      head, but it was the time when the -- few

4      seconds after the MPD officers started closing

5      the kettle.

6          Q    If were to tell you that was around

7      9:00 o'clock would that seem reasonable?

8          A    That sounds reasonable.

9              MR. ABBOTT:    I'm going to object.

10             BY MR. SOBIECKI:

11         Q    And what time -- do you recall what

12     time you left Mr. Duhey's house?

13         A    I left I believe it was after the

14     curfew.

15         Q    And I'll represent the curfew ended at

16     6:00 a.m. So do you recall it being around 6:00

17     a.m.?

18         A    That sounds correct.

19         Q    Okay.  Do you recall how many officers

20     you saw outside of Mr. Duhey's house when the

21     curfew ended?

22         A    I don't recall seeing a -- I don't

1    recall seeing any officers at that time.

2         Q    Okay.  Do you recall at what time the

3    officers left the outside of Mr. Duhey's house?

4         A    I mean, some officers left throughout,

5    you know, the night so it depends on your

6    definition of left in this case.

7         Q    Do you recall there being a time

8    before curfew when there were no officers

9    outside Mr. Duhey's house?

10        A    That would be difficult to say yes

11   because I don't know if MPD had cars down the

12   road or if they were around the corner or

13   anything like that.

14        Q    Can we look at paragraph 61, please?

15        A    Mm-hm.

16        Q    Did you personally see officers use

17   violent physical force to seize, incapacitate,

18   and effectuate the arrest of individuals?

19             MR. ABBOTT:  Object to form.

20             THE WITNESS:  Yes. I saw them use

21   physical force to close the kettle which was to

22   effectuate the arrests.

153

1    out?

2         A    I was on the west side of the U.S.

3    Capitol doing a protest there.

4         Q    Did you agree with Mayor Bowser's

5    decision to impose a curfew on May 31st?

6         A    I don't recall if I agreed at that

7    time or not.

8         Q    Well, sitting here today, do you

9    agree with that decision?

10        A    I do not agree with the specifics of

11   her curfew.

12        Q    What about the specifics do you not

13   agree with?

14        A    A, there was an absurd number of

15   exceptions to the curfew like food delivery

16   drivers should not have been excepted, in my

17   opinion.  That's just one example I can recall

18   off the top of my head.

19        Q    All right.

20             On June 1st, 2020, did you become

21   aware at any time that Mayor Bowser had imposed

22   a curfew beginning at 7:00 p.m. for June 1st?

154

```
 1          A    Yes.

 2          Q    Do you recall how you found out?

 3          A    I don't recall how I found out.

 4          Q    Do you recall when you found out?

 5   Specifically, did you find out before 7:00 p.m.

 6          A    I don't recall -- sorry, can you

 7   repeat the question again?

 8          Q    Sure, sure.

 9               I'll rephrase it.

10               Did you know about the June 1st

11   curfew before 7:00?

12          A    Yes.

13          Q    Okay.  And so, I kind of want to

14   walk through June 1st, 2020 in a little more

15   detail.

16               Did you attend the protest on June

17   1st, 2020?

18          A    Yes.

19          Q    Do you recall the first protest you

20   attended on June 1st?

21          A    Yes, it was the Tony McDade protest

22   in Dupont Circle, well it started in Dupont
```

1    Circle.

2        Q    Do you recall approximately about

3    what time you headed there?

4        A    I can't recall the exact time off

5    the top of my head.

6        Q    Was it during the day?

7        A    Yes.

8        Q    Were you anywhere near Lafayette

9    Park at any time on June 1st?

10        A    Yes.

11        Q    When did you -- strike that.

12            After you were at the Tony McDade

13    protest at Dupont Circle, where did you go from

14    there?

15        A    With the caveat that these

16    directions aren't going to be precise, but

17    they're going to be general directions through

18    the City.

19            We went slightly northeast from

20    Dupont Circle to that -- I can't remember the

21    name of it, but it's like the place with like

22    the steakhouse over there that like very queer

1    friendly steakhouse.

2                Then, went southwards from there.

3    We might have gone side to side a little bit,

4    but we went southwards from there to the

5    northeast corner of Lafayette eventually.  And

6    we might have taken some winding turns along

7    the way, but that's the general direction we

8    went.

9         Q    And you've been say, they, were you

10   with a group of people?

11        A    Yes.

12        Q    Okay.  Do you recall approximately

13   what time you arrived at Lafayette Park?

14        A    No.

15        Q    Was it -- do you recall whether it

16   was close to 7:00 or before 7:00?

17        A    I can't recall of the top of my

18   head.

19        Q    Okay.  Were you at Lafayette Park

20   when federal law enforcement officers cleared H

21   Street?

22                MR. ABBOTT:  Objection, if you know.

1          THE WITNESS:  I was -- not as the

2     clearing was in progress.

3          MR. SOBIECKI:  Had you left the area

4     before the clearing started?

5          THE WITNESS:  No.

6          BY MR. SOBIECKI:

7     Q    Did  you  see  any  aspects  of  the

8     federal law enforcement officers clearing of H

9     Street?

10    A    No, I did not witness the clearing.

11    Q    What did you do after -- well, at

12    some point, did you leave Lafayette Park on

13    June 1st?

14    A    Yes.

15    Q    Where did you go from there?

16    A    Walked pretty much straight north,

17    then general directions, if I had a map in

18    front of me, but we ended up on that street

19    that's like just south of 14th Street with like

20    the red church on it and the big mural of like

21    the two women, that big circle near the center

22    of town.

1          And then, went north on 14th Street.

2     I believe you already asked me some questions

3     about the travel on 14th.

4          Q    Did you plan to return home at 7:00

5     p.m. on June 1st, 2020?

6          A    I    planned    to    be    home    at

7     approximately that time.

8          Q    And why didn't you go home at 7:00

9     p.m.?

10         A    I didn't go home because, as I was

11    walking north with the group on 14th Street, we

12    had heard about the clearing that occurred at

13    Lafayette Park.

14         And so, I was like -- I was not

15    going to leave by myself and I didn't know

16    anyone else at the protest.

17         And so, I went up with the group up

18    towards   14th   Street   and   wanted   to   take   the

19    shortest distance home.

20         And as I was looking west -- I live

21    near -- almost exactly at Dupont Circle near

22    20th and O.

1    after 7:00 p.m.  You're deciding whether to

2    walk home.  You decide not to walk home and

3    we're exploring those reasons.  And you said it

4    was based on what happened at Lafayette Park.

5    And so, I want to know -- I'm trying to find

6    out what you understood had happened at

7    Lafayette Park that went into your thinking

8    that night.

9         A    Yes, so --

10              MR. ABBOTT:  Object to form.

11              THE WITNESS:  As best as I recall, I

12    recall being made aware of the horses and the

13    kind of the large push of groups kind of

14    outwards.   I was only aware of what had

15    happened on the northeast corner in some depth.

16    But was aware that at least Secret Service had

17    participated in the clearing.

18              There were horses present.  People

19    were talking about, like, tear gas and pepper

20    spray, but I don't -- I knew non-lethal weapons

21    were used, yes.

22              MR. SOBIECKI:  And do you recall

173

1    whether you thought those same actions would be

2    taken outside of the area around Lafayette

3    Park?

4            THE WITNESS:  I did think that they

5    could potentially be taken outside of Lafayette

6    Park.

7            BY MR. SOBIECKI:

8        Q    And why did you think that?

9        A    Because what occurred at Lafayette

10   Park was such a violation of the Constitution

11   that, if Trump isn't upholding the very basic

12   First Amendment rights, I don't expect him to

13   uphold any rights.

14       Q    Okay.  Again, orient you, it's after

15   7:00 on June 1st.  You're with a group of

16   people, fair?

17       A    Yes.

18       Q    Do you recall how many people were

19   with your group around say like, I'm not being

20   exact, 7:30-ish?

21       A    I --

22            MR. ABBOTT:  Objection, if you know.

1              THE WITNESS:  I cannot recall.  I

2       can't recall -- if you gave -- I can't recall

3       at  7:30  p.m.  exactly  how  many  people  were

4       around me.

5              MR. SOBIECKI:  All right.  So, from

6       when  you  left  Lafayette  Park  to  when  you

7       arrived at Swann Street, I'd like to know if

8       you recall the biggest that the group got.

9              THE WITNESS:  It was definitely over

10      300.  And I think it was at least 450, but

11      beyond that, I -- it would be pure speculation.

12              BY MR. SOBIECKI:

13          Q    Could it have been as many as 1,000?

14          A    Potentially.

15          Q    And by the time you got on Swann

16      Street,  the  group  was  significantly  smaller

17      than a 1,000, right?

18          A    If you consider about 270 people,

19      maybe  more  than  that  to  be  significantly

20      smaller than a 1,000, yes.

21          Q    Okay.  Well, again, let's take out -

22      - if at some point there was a 1,000 people in

1    your group, and then, at Swann Street, it was

2    approximately 250, that would be 750 less.

3         A    Yes.

4         Q    Fair?

5         A    Yes.

6         Q    Do you have any idea where the

7    individuals who were -- strike that.

8              At some point before Swann Street,

9    the group was larger than 250 people, right?

10             MR. ABBOTT:  Objection, if you know.

11             THE WITNESS:  I mean, on Swann

12   Street, it was larger than 250 as well.  So,

13   yes.

14             MR. SOBIECKI:  Do you know, and

15   again, I'm asking do you know, where

16   individuals went if they -- when they left your

17   group before Swann Street?

18             THE WITNESS:  No.

19             MR. SOBIECKI:  But some people left

20   the group before you got to Swann Street,

21   right?

22             MR. ABBOTT:  Objection.

1          THE WITNESS:  That presumes that we

2     had a cohesive group and that people didn't

3     walk with us for just a block or two and then

4     depart.  But yes.

5          MR. SOBIECKI:  So, based on your

6     recollection, the group was fluid, for lack of

7     a better term?  People were coming and going?

8          MR.    ABBOTT:        Objection,

9     mischaracterizes testimony.

10          THE WITNESS:  I wouldn't --

11          MR. SOBIECKI:  Well, I'm asking.

12          THE WITNESS:  I wouldn't define it

13     as fully fluid, because the group that marched

14     up  14th  Street  wasn't,  like,  constantly

15     changing.

16          BY MR. SOBIECKI:

17     Q    But it changed some?

18     A    Yes.

19     Q    So, again, and I'm not trying to say

20     it  was  completely  static,  but  some  people

21     stayed with the group the entire time, other

22     people came and went, is that fair?

1          A    I don't -- yes, yes, that's correct.

2                    MR. SOBIECKI:  Okay, almost there.

3                    All right, I'd like show you --

4                    MR. ABBOTT:  I just want to jump in,

5     we've gone for about an hour.

6                    MR. SOBIECKI:  We've been going like

7     40 minutes, I think.

8                    MR. ABBOTT:  All right, all right.

9                    MR. SOBIECKI:  Yes, we've probably

10    gone here.

11                   Do you want to take a break or do

12    you want to keep going?

13                   THE WITNESS:  I'm pretty good.  I

14    think we can keep going.

15                   MR. SOBIECKI:  Okay.

16                   MR. ABBOTT:  I --

17                   MR. SOBIECKI:  Well, look, let me

18    say this, I think I can be done in about 45

19    minutes.

20                   If you'd like a break, we can take

21    five now or we can just kind of wrap up.  So,

22    whatever you guys would like to do.

1          MR. ABBOTT:  I think we should take

2     one break before we finish.  So, now is the

3     best point for that.

4          MR. SOBIECKI:  Yes, let's go off the

5     record.

6          VIDEOGRAPHER:   Off  the  record  at

7     1:43.

8          (Whereupon,   the   above-entitled

9     matter went off the record at 1:43 p.m. and

10    resumed at 1:55 p.m.)

11         VIDEOGRAPHER:   On  the  record  at

12    1:55.

13         MR.  SOBIECKI:   All  right,  Ms.

14    Troper, I'm showing you what's been marked as

15    Defendant's Exhibit 45 which is an email you

16    sent at 11:01 a.m. on June 2nd, 2020.  It has a

17    Bates stamp of PL_0000793.

18         (Whereupon,   the   above-referenced

19    document was marked as Defendant's Exhibit No.

20    45 for identification.)

21         MR. SOBIECKI:  Do you recognize this

22    email?

185

1          Q    Do  you  recall  what  you  meant  by

2     heavily armed officers?

3          A    Yes, initially, the barricade on the

4     west end of Swann Street, at Swann and 15th,

5     were -- was mostly held up by MPD officers in -

6     - on like bike MPD officers who were not in

7     full riot gear.

8                    And  then,  they  eventually  swapped

9     out with officers that were in full riot gear.

10         Q    So, just when you say heavily armed

11    officers,  what  do  you  mean  by  that?    What

12    constitutes heavily armed to you?

13         A    Heavily armed, to me, meaning, you

14    know, constitutes having extra -- significant

15    extra gear compared to the default, you know,

16    the normal MPD officer you see on the street.

17         Q    So, would having a shield be heavily

18    armed to you?

19         A    I mean, having a riot shield, yes.

20         Q    Okay.  How about having a helmet on,

21    would that be heavily armed to you?

22         A    Depends on the type of helmet and

186

1    the circumstances.

2         Q    Okay.  And then, if you continue,

3    you wrote, they then began spraying pepper

4    spray without any justification.

5              Do you see that?

6         A    Yes.

7         Q    Do you recall what you meant by

8    that?

9         A    Yes, they started pepper spraying

10   and there was no reason for them to use pepper

11   spray.

12        Q    Who is the they in that sentence?

13        A    MPD.

14        Q    How many MPD officers are you

15   referring to?

16        A    I couldn't tell you an exact number

17   at this point.

18        Q    Is it your recollection that more

19   than one MPD deployed pepper spray?

20        A    I couldn't tell you how many did.

21        Q    Okay.  So, you have no recollection

22   whether it was one or more, is that fair?

1      A    Yes, I have no recollection if it

2    was one person, multiple times or a ton of them

3    once or some combo or whatever.

4      Q    All right.

5           And  when  you  wrote,  without  any

6    justification, that's solely based on what you

7    observed that night, correct?

8      A    That  is  based  upon  what  was

9    occurring on Swann Street when they engaged in

10   the pepper spraying.

11     Q    But did you talk to any officers

12   about why they deployed pepper spray?

13     A    No,  I  was  in  the  house  at  that

14   point.

15     Q    Okay.  So, your conclusion that it

16   was without any justification is based solely

17   on your personal observations, right?

18     A    It's based on my observations on the

19   west end of Swann Street, that west end of the

20   segment between 14th and 15th of Swann.

21     Q    You  conducted  no  investigation  to

22   find out why the officers may have used their

1    pepper spray, correct?

2        A    I did not because I was there and

3    didn't need to -- I have eyes and saw them

4    deploy pepper spray without any reason.

5        Q    Well, do you know if the officers

6    deployed pepper spray to stop someone from

7    breaking into a residence one way or the other?

8              MR. ABBOTT:  Objection, if you know.

9              THE WITNESS:  I didn't see anyone

10   breaking into a residence.  So, I couldn't have

11   seen an officer stopping someone, trying to use

12   pepper spray to break into a residence.

13             MR. SOBIECKI:  Okay, my sorry was a

14   bit different.

15             Do  you  know  one  way  or  another

16   whether an officer deployed pepper spray to

17   stop someone from breaking into a residence?

18             THE WITNESS:  It would be no, since

19   I didn't see anyone breaking into a residence.

20             BY MR. SOBIECKI:

21        Q    So, you didn't see anyone trying to

22   break into a residence, but you don't know what