# EXHIBIT 60

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+ + + + +

_____ :
                                  :
IN THE MATTER OF:                 :
                                  :
PAMELA GOODWIN, et al.,           :
                                  :
         Plaintiffs,              :
                                  :
    v.                            :  Case No.
                                  :  1:21-cv-00806
DISTRICT OF COLUMBIA, et al.,     :
                                  :
         Defendants.              :
                                  :
_____ :

              Monday,
              February 5, 2024

              Washington, D.C.


DEPOSITION OF:

              JENNY LAZO

called for examination by Counsel for the
Defendant, pursuant to Notice of Subpoena, in the
Office of the Attorney General of the District of
Columbia, located at 400 Sixth Street, N.W.,
Washington, D.C., when were present on behalf of
the respective parties:

APPEARANCES:

On Behalf of Defendants:

GREGORY KETCHAM-COLWILL, ESQ.
AMANDA C. PESCOVITZ, ESQ.
MARCUS D. IRELAND, ESQ.
Assistant Attorney General
Equity Section, Civil Litigation Division
400 Sixth Street, N.W.
Suite 10100
Washington, D.C. 20001
(202) 805-7495
amanda.pescovitz1@dc.gov

On Behalf of Plaintiffs:

GABRIEL DIAZ, ESQ.
NICHOLAS ABBOTT, ESQ.
Relman Colfax, PLLC
1225 19th Street NW
Suite 600
Washington, D.C. 20036
(202) 728-1888
(202) 728-0848
gdiaz@relmanlaw.com
nabbott@relmanlaw.com

3

# CONTENTS

WITNESS                DIRECT CROSS REDIRECT RECROSS

Jenny Lazo                5       --       --         --


EXHIBIT NO.                                          PAGE

6      Witness's Answers to Interrogatories
       (11 pgs) . . . . . . . . . . . . . . . . . .21
7      Photograph of Text Messages  . . . . . . . .48
8      Photograph, Bates No. PL_951 . . . . . . . .60
9      Photograph, Bated No. PL_956 . . . . . . . .61
10     Photograph, Bates No. PL_971 . . . . . . . .63
11     Photograph, Bates No. PL_969 . . . . . . . .65
12     Photograph, Bates No. PL_973 . . . . . . . .65
13     Video, Bates No. PL_982  . . . . . . . . . .71
14     Video, Bates No. PL_991  . . . . . . . . . .75
15     Video, Bates PL_983. . . . . . . . . . . . .81
16     Video, Bates PL_501.  . . . . . . . . . . . .91
17     Video, Bates PL_502. . . . . . . . . . . . 131
18     Photograph, Bates PL_1183. . . . . . . . . 175
19     PL_1184. . . . . . . . . . . . . . . . . . 178
20     Photograph, Bates PL_964 . . . . . . . . . 191
21     Photograph, Bates PL_960 . . . . . . . . . 193

 1              MR. KETCHAM-COLWILL:  Do you then

 2    understand or read this text message conversation

 3    to suggest that you sent the first text in blue

 4    either on June 1st, 2020 or before?

 5              MR. DIAZ:  Objection to form.

 6              THE WITNESS:  I'm not sure.

 7              BY MR. KETCHAM-COLWILL:

 8        Q    Was Toni at the protest on May 29th,

 9    30th, or 31st?

10        A    No.

11        Q    Did she attend the protests on June

12    1st?

13        A    No.

14        Q    You stated before you left your home

15    on June 1st sometime in the afternoon.  Is that

16    correct?

17        A    Sorry?

18        Q    When did you leave your home on June

19    1st?

20        A    Sometime during the day.

21        Q    Where did you go from your home?

22        A    Lafayette.

```
 1          Q     How did you -- What transportation did

 2     you take to get to Lafayette Square?

 3          A     I drove.

 4          Q     Where did you park that day?

 5          A     By the National Mall.

 6          Q     Did you drive into D.C. with anyone?

 7          A     No.

 8          Q     Were you meeting anyone in D.C. on

 9     June 1st?

10          A     No.

11          Q     Where was the first place you went

12     after you parked your car at the mall on June

13     1st?

14          A     To Lafayette Square.

15          Q     Do you remember about what time you

16     arrived at Lafayette Square?

17          A     I'm not sure of the time.

18          Q     Do you remember if it was before 7:00

19     p.m.?

20          A     I don't remember.

21          Q     About how many people were at

22     Lafayette Square when you arrived?
```

1          A      When I got there, I wasn't paying

2     attention to how many people, but there were

3     several people.

4          Q      Would you say there were more than 100

5     people there at Lafayette Square when you

6     arrived?

7          A      I'm not sure.

8          Q      Did you see any interactions between

9     protestors and Police at Lafayette Square on June

10    1st?

11         A      Can you rephrase your question please?

12         Q      Did you talk to any police officers at

13    Lafayette Square on June 1st?

14         A      No.

15         Q      Did any police officers say anything

16    to you?

17         A      No.

18         Q      Did you observe any other protestors

19    speaking with the Police at Lafayette Square on

20    June 1st?

21         A      No.

22         Q      Did you observe any protestors acting

1    aggressively towards the Police at Lafayette

2    Square?

3         A    No.

4         Q    Did you witness protestors throw

5    anything at Police at Lafayette Square on June

6    1st.

7         A    No.

8         Q    Did you observe -- Sorry, strike that.

9              Did you hear any announcements of the

10   curfew that was going into effect that night

11   while you were at Lafayette Square?

12        A    No.

13             MR. KETCHAM-COLWILL:  Were you ever

14   ordered to disperse while you were at Lafayette

15   Square on June 1st?

16             MR. DIAZ:  Objection as to form.

17             THE WITNESS:  Could you repeat your

18   question please?

19             BY MR. KETCHAM-COLWILL:

20        Q    Were you ever ordered to leave

21   Lafayette Square on June 1st?

22        A    No.

1      Q      Did you observe Police acting

2   aggressively towards protestors on June 1st at

3   Lafayette Square?

4      A      I would consider it aggressive to

5   throw a can of some sort of gas probably a few

6   feet away from me where no one was doing anything

7   towards the Police.  It was unwarranted, so I

8   consider that to be aggressive.

9      Q      So Police threw some sort of cannister

10  with something -- some sort of gas in it towards

11  you on June 1st at Lafayette Square?

12     A      It landed a few feet in front of me.

13     Q      Was that the first active aggression

14  that you saw from the Police on June 1st at

15  Lafayette Square?

16     A      Yes.

17            MR. DIAZ:  Objection withdrawn.

18            BY MR. KETCHAM-COLWILL:

19     Q      Did you feel any effects from whatever

20  was in that cannister?

21     A      It didn't affect me directly because

22  it was blowing the other way.

1      Q      What happened after that cannister was

2      thrown in your direction?

3      A      I got out of Lafayette.

4      Q      Did you see any other -- Did you see

5      the Police throw anything else while you were

6      getting out of Lafayette Square?

7      A      I wasn't focused on what they were

8      doing.

9      Q      Did you see the Police push anyone

10     while you were getting out of Lafayette Square?

11     A      I still wasn't focused on what they

12     were doing.

13     Q      Did you see Police make any physical

14     contact with any protestors while you were

15     getting out of Lafayette Square?

16     A      I was not focused on what they were

17     doing.

18     Q      And as I asked earlier, do you know if

19     the police officers in Lafayette Square on June

20     1st were MPD officers or federal officers?

21     A      I'm not sure.

22     Q      Do you remember what time it was when

1    you left Lafayette Square on June 1st?

2         A    I'm not sure what time it was.

3         Q    Where did you go after you left

4    Lafayette Square?

5         A    I started heading north on 14th.

6         Q    Why did you do that?

7         A    To stay within the group.

8              MR. KETCHAM-COLWILL:  You were with a

9    group of protestors who had been at Lafayette

10   Square?

11             MR. DIAZ:  Objection as to form.  You

12   can answer.

13             THE WITNESS:  Can you rephrase your

14   question please?

15             MR. KETCHAM-COLWILL:  Were you with a

16   group of people when you left Lafayette Square?

17             MR. DIAZ:  Objection as to form.  You

18   can answer.

19             THE WITNESS:  I was acting by myself,

20   but the group that was still protesting is who I

21   followed and joined in with.

22             MR. KETCHAM-COLWILL:  Do you know --

1    Strike that.  Where was the next place you

2    stopped after leaving Lafayette Square?

3                MR. DIAZ:  Objection.

4                THE WITNESS:  The next place I

5    stopped?  I don't remember.

6                MR. KETCHAM-COLWILL:  Okay.  I'm going

7    to pull up another photo.  This -- No, not that

8    one.  What happened to my chronological order?

9    You know what?  I'm going to use this.  Maybe the

10   other ones will be a little bit better.  Okay.

11               MS. PESCOVITZ:  If you click in the

12   corner, you can make it full screen.

13               MR. KETCHAM-COLWILL:  Yeah.  Okay.

14   This is Defendant's Exhibit 8.  It's Bates No.

15   PL_951.

16               (Whereupon, the document referred to

17   was marked as Defendant's Exhibit 8 for

18   identification.)

19               BY MR. KETCHAM-COLWILL:  Ms. Lazo, do

20   you recognize this photo?

21        A    I remember seeing it.

22        Q    Did you take this photo?

1        Q      Which officer?

2        A      The African-American officer.

3        Q      And what did you mean when you asked,

4    "Doesn't this hurt you?"

5        A      We're fighting against police

6    brutality towards minorities, and I would hope

7    he'd understand.

8        Q      Did he say anything in response?

9        A      No.

10       Q      Did any of the police officers say

11   anything in response?

12              MR. DIAZ:  Objection, form.

13              THE WITNESS:  No.

14              BY MR. KETCHAM-COLWILL:

15       Q      That was no?

16       A      Sorry?

17       Q      Did any of the police officers say

18   anything in response to what you said?

19       A      No.

20              MR. KETCHAM-COLWILL:  All right.  I'm

21   going to play another minute or so, starting at

22   the 41 minute mark.

123

1              (Video played.)

2              BY MR. KETCHAM-COLWILL:

3       Q       Paused at 42:10.  You were near the

4   front -- you were near the police line when the

5   police line started moving east on Swann Street.

6   Is that right?

7              MR. DIAZ:  Objection.

8              THE WITNESS:  I'm not sure which

9   direction, but I was near the police line.

10             BY MR. KETCHAM-COLWILL:

11      Q       Did you hear the police say anything

12  before they started moving?

13      A       No.

14      Q       What did you do when the police

15  started moving in your direction?

16      A       I moved away.

17      Q       Did the police make any physical

18  contact with you?

19      A       No.

20      Q       Did you see police make physical

21  contact with other people?

22      A       Yes.

```
 1        Q      What kind of physical contact did you

 2    observe?

 3        A      People being pushed to the ground.

 4        Q      How did the people -- how did the

 5    police push these people to the ground?

 6               MR. DIAZ:  Objection as to form.

 7               THE WITNESS:  I'm not sure how.

 8               BY MR. KETCHAM-COLWILL:

 9        Q      Did you see police push with their

10    arms and hands?

11        A      I'm not sure how, but I know it was

12    against the protestors.

13        Q      Did you see police push people with

14    their shields?

15        A      I'm not sure how.

16        Q      Did you see police strike anyone with

17    a baton?

18        A      I don't recall.

19        Q      Did you see police kick anybody?

20        A      No.

21        Q      Did you see the police tackle anyone?

22        A      No.
```

1      Q     Did you see the police throw anything

2   at protestors on Swann Street?

3      A     No.

4      Q     Did you see police spray pepper spray

5   on Swann Street?

6      A     I don't know what they sprayed.

7      Q     Did you see police spray something on

8   Swann Street?

9      A     Something was sprayed.

10     Q     Did you see them spray?

11     A     Directly, no.

12     Q     How did you learn that police had

13   sprayed something?

14     A     I'm not sure.  I just know that there

15   was something sprayed.

16     Q     Did you see other protestors entering

17   houses on Swann Street after the police started

18   moving in your direction?

19     A     I did not.

20     Q     You saw protestors entering Rahul's

21   house after police started moving in your

22   direction.  Is that right?

```
 1          A     Right.

 2          Q     But you didn't see anybody entering

 3    other houses?  Is that right?

 4          A     I didn't see.

 5                MR. KETCHAM-COLWILL:  Okay.  I'm going

 6    to play a 4-minute segment now, picking up where

 7    we left off at 42:10.

 8                (Video played.)

 9                MR. KETCHAM-COLWILL:  Paused at 46

10    minutes 10 seconds.

11                BY MR. KETCHAM-COLWILL:

12          Q     During that segment, you were in the

13    house of Rahul Dubey.  Is that right?

14          A     That's right.

15                MR. DIAZ:  Where did we stop?

16                MR. KETCHAM-COLWILL:  46:10.

17                BY MR. KETCHAM-COLWILL:

18          Q     Soon after you entered Rahul's house,

19    you said "Respect this man's house."  Is that

20    right?

21          A     Yes.

22          Q     Why did you say that?
```

```
 1          A     Because this is someone that opened
 2     the door for us, and the least we could do is
 3     respect his house.
 4          Q     Were you seeing anybody who you
 5     thought was not respecting his house?
 6          A     No.
 7          Q     Were you worried other people coming
 8     into his house would not respect it?
 9          A     I wasn't -- I didn't think anyone
10     would, but it doesn't hurt to say.
11          Q     Have you been exposed to pepper spray
12     prior to entering Rahul's house on June 1st?
13                MR. DIAZ:  Objection as to form.
14                THE WITNESS:  No.
15                BY MR. KETCHAM-COLWILL:
16          Q     But you ultimately experienced effects
17     of pepper spray while you were in Rahul's house?
18     Is that right?
19          A     I felt effects of some sort of spray.
20          Q     When did you begin to feel those
21     effects?
22          A     While I was in the house.
```

1          Q      At what point after you entered the
2     house did you begin to feel those effects?
3                 MR. DIAZ:  Objection as to form.
4                 THE WITNESS:  Minutes after.
5                 BY MR. KETCHAM-COLWILL:
6          Q      Were other people -- strike that.  Did
7     you see people entering Rahul's house who had
8     been sprayed by the police with something?
9                 MR. DIAZ:  Objection, foundation.
10                THE WITNESS:  Could you rephrase the
11    question, please?
12                BY MR. KETCHAM-COLWILL:
13         Q      Did you see people enter Rahul's house
14    who seemed to have been pepper sprayed?
15                MR. DIAZ:  Objection.
16                THE WITNESS:  I saw people entering
17    Rahul's house that had been sprayed with
18    something.
19                BY MR. KETCHAM-COLWILL:
20         Q      You did not know what they had been
21    sprayed with.
22         A      No.

```
1          Q      Is that right?  Did you see them get

2     sprayed?

3                 MR. DIAZ:  Objection.

4                 THE WITNESS:  I did not see them get

5     sprayed.

6

7                 BY MR. KETCHAM-COLWILL:

8          Q      Did you see who sprayed them?

9          A      No.

10         Q      At the end of that clip there, you

11    said "The police literally came up his steps and

12    maced the fuck out of everybody."  Is that right?

13         A      That's what I said.

14         Q      Did you see police come up Rahul's

15    steps?

16         A      I did not see police come up his

17    steps.

18         Q      So that wasn't true?

19                MR. DIAZ:  Objection.

20                THE WITNESS:  Can't say if it's true

21    or not.

22                BY MR. KETCHAM-COLWILL:
```

155

1          A      Right.

2          Q      Had you experienced numbness in your

3    legs or hands prior to June 1st, 2020?

4          A      No.

5          Q      Okay.  Your response then says,

6    "Plaintiff also experienced a lack of appetite

7    for several days after the incident."  Is that

8    true?

9          A      Yes.

10         Q      Were you able to eat anything at all,

11   or just less than normal?

12         A      I didn't have an appetite for a few

13   days.

14         Q      The response continues, "Plaintiff

15   also suffered from persistent coughing symptoms

16   that lasted for much longer."  Did that coughing

17   ultimately subside?

18         A      Over time.

19         Q      It says it lasted for much longer.

20   How long did it last?

21         A      Approximately, I'm not sure.

22         Q      Approximately how long?

```
 1          A      I'm not sure how long that lasted.

 2          Q      Did it last for more than one month?

 3          A      Yes.

 4          Q      More than two months?

 5          A      I don't know.

 6          Q      You no longer have the persistent

 7    coughing, though.  Is that correct?

 8          A      Right.

 9          Q      Did you see a doctor for any of the

10    conditions mentioned in your interrogatory

11    response?

12          A      No.

13          Q      Did you see a nurse or any other

14    healthcare provider for any of those conditions?

15          A      No.

16          Q      Did you take any medication for any of

17    those conditions?

18          A      No.

19          Q      Have you completely recovered from the

20    physical injuries you suffered on June 1st, 2020?

21                 MR. DIAZ:  Objection as to form and

22    foundation.
```

```
1                  THE WITNESS:  Physically, yes.

2                  BY MR. KETCHAM-COLWILL:

3        Q     Do the physical injuries listed in

4    your interrogatory response have any impact on

5    your daily life today?

6        A     Today, no.

7        Q     In your opinion, how much money would

8    fully compensate you for the physical injuries

9    you suffered on Swann Street on June 1?

10                 MR. DIAZ:  Objection, calls for a

11   legal conclusion.  That's for the jury to

12   determine.

13                 THE WITNESS:  I don't know.

14                 BY MR. KETCHAM-COLWILL:

15       Q     Would you say it's more than $1,000?

16                 MR. DIAZ:  Asked and answered.

17   Objection.  Same objections as before.

18                 THE WITNESS:  I don't know.

19                 BY MR. KETCHAM-COLWILL:

20       Q     All right.  Turning to interrogatory

21   number 6, starts on page 6.  Interrogatory 6

22   states, "If you allege you have suffered any
```