# EXHIBIT 61

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+ + + + +

```
_____
                              :
IN THE MATTER OF:             :
                              :
PAMELA GOODWIN, et al.,       :
                              :
          Plaintiffs          :
                              :
     v.                       : Case No.
                              : 1:21-cv-00806 (BAH)
DISTRICT OF COLUMBIA,         :
et al.,                       :
                              :
          Defendants          :
                              :
_____:
```

Thursday,
January 18, 2024

Via Videoconference

DEPOSITION OF:

ALLISON LANE

called for examination by Counsel for the
Defendants, pursuant to Notice of Deposition,
when were present on behalf of the respective
parties:

APPEARANCES:

On Behalf of Plaintiffs:

REBECCA LIVENGOOD, ESQ.
NICHOLAS ABBOTT, ESQ.
Relman Colfax, PLLC
1225 19th Street, NW
Suite 600
Washington, D.C. 20036
202-728-1888
rlivengood@relmanlaw.com


On Behalf of Defendants:

AMANDA PESCOVITZ, ESQ.
MARCUS IRELAND, ESQ.
GREGORY KETCHAM-COLWILL, ESQ.
Assistant Attorneys General
Office of the Attorney General for the District
of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
202-805-7495 (Pescovitz)
amanda.pescovitz1@dc.gov

CONTENTS

WITNESS                DIRECT CROSS REDIRECT RECROSS

Allison Lane             4      191


EXHIBIT NO.                                        PAGE

Defendants
1  Tweet from 6/1/20 at 9:56 pm. . . . . . . . 137
2  Tweet from 6/1/20 at 10:07 pm . . . . . . . 139
3  Tweet from 6/1/20 at 10:07 pm . . . . . . . 141
4  Tweet from 6/1/20 at 10:43 pm . . . . . . . 142
5  Tweet from 6/1/20 at 10:19 pm . . . . . . . 147

Plaintiff
78 Google Maps screenshot. . . . . . . . . . . 193

```
 1                    MS. PESCOVITZ:  Yes.  Yes.  Totally.
 2                    MS. LIVENGOOD:  Allison, does that
 3      work?
 4                    THE WITNESS:  That works.
 5                    MS. PESCOVITZ:  How much time would
 6      you like, Allison -- Ms. Lane, sorry.
 7                    THE WITNESS:  We can do like 10
 8      minutes, five, 10 minutes.  Does that work?
 9                    MS. LIVENGOOD:  All right.
10                    MS. PESCOVITZ:  That sounds good.
11      Let's go off the record.
12                    (Whereupon, the above-entitled matter
13      went off the record at 9:48 a.m. and resumed at
14      10:01 a.m.)
15                    THE VIDEOGRAPHER:  Back on the record
16      at 10:01 a.m.
17                    BY MS. PESCOVITZ:
18          Q     All right.  So, before the break, I
19      said we're going to turn to June 1st, 2020.  So
20      where was your, where were you currently living
21      on June 1st, 2020?
22          A     The address I was living at was 3827
```

43

1     14th Street NW.

2          Q     And how long have you been at that

3     address?

4          A     I believe I moved there in 2018, so I

5     think that was, what, three years at that time?

6          Q     And what was your plan for that day,

7     if you had one?

8               MS. LIVENGOOD:  Object to form.

9               THE WITNESS:  I had plans to go on a

10    bike ride that day.

11              BY MS. PESCOVITZ:

12         Q     Around what time were you going to go

13    on a bike ride?

14         A     I went on a bike ride around,

15    somewhere around noon.

16         Q     And where did you ride your bike?

17         A     I rode a bike through Capitol Hill and

18    ended on the mall.

19         Q     Around what time did you get to the

20    mall?

21         A     I was on the mall I'd say before 4:00

22    p.m., like 4:00 or 5:00 p.m.

```
1          Q     And were you on a personal bike or a
2     city bikeshare?
3          A     I rode a city bikeshare.
4          Q     Was your initial plan to go to the
5     mall on your bike?
6          A     I did not have biking plans.  I just
7     was riding a bike that day.  So I did not have a
8     plan to end at the mall.
9          Q     Did you make any stops along the way?
10         A     I stopped for a snow cone.
11         Q     And where was that?
12         A     It was on the mall.  That's when I
13    stopped on the mall.
14         Q     And you said you left for a bike ride
15    around noon?
16         A     Yes.
17         Q     So you were, you took a bike ride for
18    about four or five hours?
19         A     I think so.  I don't recall how long
20    the bike ride was.
21         Q     Were you biking by yourself or with
22    any friends?
```

```
 1            A      I was with a friend.

 2            Q      What friend?

 3            A      I believe his name was Randy.

 4            Q      All right.  And did you meet up at

 5     your house and then go bike riding or did you

 6     meet up somewhere along the route?

 7            A      We met up at a Capital Bikeshare stand

 8     that was -- oh my gosh, it was closer to

 9     downtown.  I don't remember exactly where it was,

10     but it was not at my house, so.

11            Q      And how did you know Randy?

12            A      We had worked together.

13            Q      About how long had you known Randy?

14            A      I don't recall.  I'd say maybe a year.

15            Q      Do you recall if it was your idea or

16     his idea to go for a bike ride?

17            A      I think it was his idea.

18            Q      Do you know if he had any plans for

19     the rest of the day?

20            A      I do not know if he had any plans.

21            Q      Which of you had thought to go to the

22     mall?
```

 1                    MS. LIVENGOOD:  Object to form.

 2                    THE WITNESS:  I don't recall, but I

 3      just remember us riding around and just, perhaps

 4      just taking right turns to see where they took

 5      us, but I don't remember us having a specific

 6      plan or intention of ending up at the mall.

 7                    BY MS. PESCOVITZ:

 8          Q     And when you got to the mall, you got

 9      off, you returned the bikes?

10          A     We returned the bikes.  And got snow

11      cones.

12          Q     And got snow cones.  After you had

13      snow cones, where did you go?

14          A     We separated.

15          Q     So where, do you know, if you know,

16      where Randy went?

17          A     I do not know where he went.

18          Q     All right.  But where did you go?

19          A     I was texting a friend, and I believe

20      -- I don't remember where we met up, but a friend

21      texted me to come to the protest.

22          Q     Do you remember what, sorry, do you

1    remember what friend?

2         A    My friend was Miriam.  I believe it

3    was my friend, Miriam.  I do not recall exactly

4    which friend, but I think it was my friend

5    Miriam.

6         Q    And when you say that they texted you

7    to go to a protest, was there a specific location

8    that they texted you to go to?

9         A    I remember the text said that there

10   was a protest at the White House.

11        Q    So you went from the mall to the White

12   House?

13        A    Yes.

14        Q    I guess I should also say, the mall is

15   a large place.  Do you know whereabouts on the

16   mall you were?

17        A    I do not recall where I was, what

18   cross streets.  I know probably more towards the

19   middle where the grass is patchier, but not -- I

20   don't recall exactly where that is.

21        Q    Would you say you were kind of close

22   to the Washington Monument or not?

```
 1                    MS. LIVENGOOD:  Object to form.
 2                    THE WITNESS:  I do not know that
 3        answer.
 4                    BY MS. PESCOVITZ:
 5            Q       No worries.  And so did you walk to
 6        the White House from where you were on the mall?
 7            A       I did.
 8            Q       And when you got there, did you meet
 9        up with your friend?
10            A       I did meet up with my friend.
11            Q       Did you meet up with any other people
12        that you knew?
13            A       There were other people there that I
14        knew, but I did not intend to go with them.  So I
15        did see people that I knew at the protest.
16            Q       And around what -- I guess, where by
17        the White House did you go?
18            A       I was not able to get close to the
19        White House, so the closest I was -- what is
20        that, 15th Street that's like -- well, I guess,
21        yes, 15th is after 14th, so yes, that's 15th
22        Street.  And then whatever street that is that's
```

49

1    closest to the White House is the closest I could

2    get.

3         Q    And do you remember about what time

4    that was?

5         A    I know that it was before nightfall,

6    and it being summertime, I cannot tell you what

7    time I got there.

8         Q    When you were with your friend, were

9    you in a large group or just the two of you?

10                   MS. LIVENGOOD:  Object to form.

11                   THE WITNESS:  I just met up with my

12   friend.

13                   BY MS. PESCOVITZ:

14        Q    So were you and your friend alone

15   where you were located or were there other

16   people?

17        A    Were there other people at the

18   protest?

19        Q    Yes.

20        A    Yes.  There were other people at a

21   protest.

22        Q    About how many would you estimate?

1        A        There were thousands of people at the

2    protest.

3        Q        Once you got to this protest and met

4    up with your friend, then what happened?

5        A        When we got to the protest we were not

6    permitted to move towards the protest.  So we

7    were kind of, so we could see the protest that

8    was like outside of the White House as we're

9    standing, like, I don't know street that is.

10   It's 14th and, it's like just south of where

11   that, where McPherson Square is.  I don't

12   remember the cross street.  I think it's like,

13   what, F or G?

14            So we were like where the Cheesecake

15   Factory is now.  But like, we're at like that

16   street, and we're trying, we're just like, we

17   wanted to like move forward to see like where the

18   protest is.

19            And like a giant crowd had formed, but

20   the police had formed a like line or they had

21   started to gather on 15th Street, so we weren't

22   able to pass over like to the street where --

1    that's in front of the White House.

2            So we were just stopped there.  And

3    we're standing there and we're looking around and

4    we're seeing what other protesters are, you know,

5    kind of getting an idea of what is happening

6    around us for a while.

7        Q    When you say for a while, do you have

8    a sense of how long?

9        A    I mean for a while in the sense that

10   I don't, it felt uncomfortable for a while, so

11   that could be maybe five minutes, 30 minutes.  It

12   took a while, it took some time for us to assess

13   what was happening around us.  So --

14       Q    And so when you say --

15       A    I --

16       Q    Oh.  Sorry.  When you say that you

17   were not permitted to get to the White House,

18   what are you referring to?

19       A    I'm referring to the police line that

20   was in front of, that was separating the two, the

21   protests from people that were walking towards

22   the protest.

1      Q     And what were -- what was that police

2      line doing?

3      A     They were just standing there when we

4      got there.  They -- yeah, they just weren't

5      permitting people to go forward.  There were bike

6      police.  There were just different police that

7      were in different uniforms that were just not

8      permitting people to move forward towards the

9      protest.

10     Q     Did you have any conversations with

11     any of those police officers?

12     A     I did not speak to the police

13     officers.

14     Q     Did you see anybody have conversations

15     with those police officers?

16     A     I did see people speaking to police

17     officers.

18     Q     Did you hear what they were saying?

19     A     I do not recall their conversations.

20     Q     Did you observe any behavior from

21     those police that you found to be inappropriate?

22          MS. LIVENGOOD:  Object to form.

```
 1                  THE WITNESS:  I don't recall anything

 2       specifically upon my arrival at, like, 15th

 3       Street.

 4                  BY MS. PESCOVITZ:

 5          Q      You said upon your arrival, did there

 6       come a time that you observed conduct that you

 7       found to be inappropriate?

 8          A      On June 1st?

 9          Q      At 15th Street.

10          A      No.  Well, I think that, you know, as

11       we get further into this, I think that like how

12       it was announced that there was a curfew was

13       inappropriate.

14          Q      And how was the curfew announced?

15          A      It was just announced by, you know,

16       cops moving towards protesters and then

17       dispersing us in different directions.

18          Q      Was it announced, like, what, how did

19       you know that there was a curfew?

20          A      They said, there's a curfew, you need

21       to leave, and then started walking towards us.

22          Q      And was that the first that you had
```

54

```
 1    heard of a curfew?

 2         A    Yes.

 3         Q    Were you aware that there had been a

 4    curfew the previous night?

 5         A    No.

 6         Q    At what time, do you know, if --

 7    strike that.  Around what time did they, did they

 8    say that there was a curfew?

 9              MS. LIVENGOOD:  Object to form.

10              THE WITNESS:  I honestly don't know

11    what time it was.  I do not recall the time.

12              BY MS. PESCOVITZ:

13         Q    And were you still on 15th Street near

14    McPherson Square when this happened?

15         A    Yes.

16         Q    And you said that the police started

17    to come toward you?

18         A    Yes.

19         Q    Were they also on 15th Street?

20         A    When they were walking towards us?

21         Q    Yes.

22         A    Yes.
```

1      Q      And which direction were they walking?

2      A      They were, so their backs were to the

3  White House and then they were walking towards

4  us.  So I'm not certain what direction that is,

5  but they were walking us away from the White

6  House.

7      Q      And what did you do at that time?

8      A      I walked away from the police

9  officers.

10      Q      In what direction?

11      A      Opposite, away from 15th Street, so I

12  guess towards 14th Street.

13      Q      Were you still with your friend?

14      A      Yes.

15      Q      And were you and your friend alone or

16  in a larger group?

17      A      We were in a large group.

18      Q      Did you, or anyone that you heard --

19  strike that.  Did you have an idea of where you

20  wanted to walk to?

21      A      Well, we really didn't have a choice.

22  So we were walking, so we were walking towards

1    14th Street and then there was a police blockade

2    to the -- it's like past, I guess, like 13th, so

3    like kind of like past McPherson Square, so we

4    had to take a right.

5            We then took a left onto, I think,

6    like M Street.  So basically we did a big walk

7    around, let's say, like Freedom Plaza.  Then we

8    walked back up north.  Then were, there were

9    police blockades that were, you know, making us

10   have these turns.

11           So like we couldn't go further south,

12   we couldn't go further west, so we just were

13   going where like the police were not.  So we were

14   just like taking a left or, and the police behind

15   us, so we couldn't turn around.

16           So we just kept going, like, taking

17   the turns that were not blocked by police.  And

18   then we ended up back on 14th Street and walking

19   north on 14th Street.

20       Q    So I'm going to step back a bit.  You

21   said that there were police and so you turned

22   away.  Were you told that you had to turn away

1    from where the police were?

2              MS. LIVENGOOD:  Object to form.

3              THE WITNESS:  I didn't think it was

4    safe to walk into the police or -- yes, I think

5    it seems inherent that if a person is blocking a

6    street that you should not walk there.  So I

7    didn't walk into the police.

8              MS. PESCOVITZ:  Did you or your friend

9    ever think to break off from the larger group?

10             THE WITNESS:  My friend did --

11             MS. LIVENGOOD:  Object to form.  Go

12   ahead.

13             THE WITNESS:  So my friend did leave

14   the protest.

15             BY MS. PESCOVITZ:

16        Q    And do you know why?

17        A    She didn't feel safe.

18        Q    And did you leave at -- did you leave

19   the protest with your friend?

20        A    I did not leave the protest with my

21   friend.

22        Q    Why did you not leave the protest with

1          BY MS. PESCOVITZ:

2          Q      Did you observe any protestors

3     standing on top of vehicles?

4          A      No.

5                 MS. LIVENGOOD:  Object to form.  I

6     object to the vagueness because the timeframe is

7     very unclear with these questions.

8                 MS. PESCOVITZ:  Prior to the police

9     line moving, what was your observation of the

10    crowd on Swann Street?

11                MS. LIVENGOOD:  Object to form.

12                THE WITNESS:  Prior to the police line

13    moving on 15th and S, was that the question?

14                BY MS. PESCOVITZ:

15         Q      When you were already on -- When you

16    had already been moved on to Swann Street.

17         A      I would say frightened.  I didn't

18    understand why I was on Swann Street or why I had

19    moved into a street.

20         Q      When as you testified, the police

21    officers started hitting you with shields, were

22    they saying anything?

110

```
 1              A     Move back.

 2              Q     Were they saying anything else?

 3              A     I only heard move back and then I got

 4        hit with a shield and pepper sprayed.

 5              Q     When you say you were hit with a

 6        shield, where on your body were you hit?

 7              A     The front of my body.  So I was --

 8        when I saw, you know, the indication of a police

 9        officer pushing, I turned.  So I'm like getting

10        hit and trying to get away, so like the front of

11        my body -- like the front -- like I guess I was

12        standing on the side so --

13              Q     And how many times were you hit with

14        the shield?

15              A     Just once.

16              Q     At that time, were you able to step

17        back and be away from the police officer?

18              A     So I was pushed into the crowd of

19        people that were behind me.  I stumbled back.  A

20        gentleman caught me and I was getting pepper

21        sprayed -- He caught me.  And then I -- you know,

22        somebody in the crowd is pulling me towards, you
```

1    know, the side away from the police officers or

2    at least attempting to.

3              And then at that point, I'm -- sorry -

4    - somebody's just yelling to go into a home and I

5    just -- I just followed where people were

6    running.  Can I have a minute, please?

7              MS. LIVENGOOD:  Absolutely.

8              THE WITNESS:  Yeah.

9              THE VIDEOGRAPHER:  Going off the

10   record at 11:31 a.m.

11             (Whereupon, the above-entitled matter

12   went off the record at 11:31 a.m. and resumed at

13   11:35 a.m.)

14             THE VIDEOGRAPHER:  Back on the record

15   at 11:35 a.m.

16             BY MS. PESCOVITZ:

17        Q    Great.  And I'll just reiterate again,

18   Ms. Lane, if you ever need breaks at any point,

19   just as you just did, please let us know.  We'll

20   be happy to accommodate them.  I understand that

21   this is a lot to talk about and so, I want to

22   make this as painless as possible for you.

1           When you said that you were being
2    pepper -- when you said you were being pepper
3    sprayed, did you see the officer who did that?
4           A    No.
5           Q    Were you being -- do you know if you
6    were being sprayed specifically?
7                MS. LIVENGOOD:  Object to form.
8                MS. PESCOVITZ:  Was an officer -- did
9    they put the pepper spray right into your face?
10               MS. LIVENGOOD:  Object to form.
11               THE WITNESS:  No.  Nobody just put the
12   pepper spray can in my face.
13               BY MS. PESCOVITZ:
14          Q    Did you see the spray can?
15          A    No.
16          Q    But you felt the effects of pepper
17   spray?
18          A    I did feel the effects of pepper
19   spray.
20          Q    At that time, then you said that you
21   had stumbled back and someone caught you.
22   Correct?

113

```
 1          A     Yes.

 2          Q     And then you moved towards the house?

 3          A     Yes.

 4          Q     Before we continue that way, other

 5    than being struck by a shield and being exposed

 6    to pepper spray, did you have any other physical

 7    contact with police while you were on Swann

 8    Street?

 9          A     Just being hit by a shield and being

10    pepper sprayed.

11          Q     And I know this probably all happened

12    very fast, so did you witness any other -- any

13    other people being hit by shields while you were

14    on Swann Street?

15          A     I don't remember anybody else at that

16    moment.

17          Q     Did you --

18                (Simultaneous speaking.)

19          Q     Oh, sorry.

20          A     I just remember, you know, being

21    completely stunned when I'm being hit and being

22    pepper sprayed.  So I don't know what else was
```

114

```
1    going on around me at that moment.

2         Q    Did you observe anyone else who was

3    feeling the effects of pepper spray?

4         A    Everybody was being pepper sprayed.

5    There was a cloud of smoke around everybody, so

6    we're all trying to shield ourselves from being

7    further pepper sprayed.

8         Q    Did you observe the police make

9    physical contact with other people other than

10   with shields or pepper spray?

11        A    I don't -- I don't know other than

12   what was happening to me at that moment.  I do

13   know that there was an entire police line of

14   people being pushed by a line of police officers

15   with shields.  I know my friends next to me got

16   hit by shields.  I know that -- So anybody that

17   was in the vicinity of the police at that time

18   was getting hit by shields that I know of.

19        Q    Did you see anyone get hit with

20   batons?

21        A    I don't remember.

22        Q    Did you see anyone get moved with
```

115

1    hands -- not with a shield, just with hands?

2         A     I don't know about that either.

3         Q     And what effects of pepper spray were

4    you experiencing?

5         A     So being pepper sprayed, it's in my

6    eyes, in my nose.  There was just a giant cloud

7    of like pepper smoke around me.  So like my face

8    was itching and tingly and it's in my lungs.  I'm

9    starting to cough.

10        Q     And how long was that going on?

11        A     How long was the effect of the pepper

12   spray?

13        Q     Yes.

14        A     I can't say for certain, but it felt

15   like it could have been an hour.

16        Q     You said then that you were being

17   pulled and told to go into a house.  Did you do

18   so?

19        A     Yes.

20        Q     And what house was the address?

21              MS. LIVENGOOD:  Object to form.

22              BY MS. PESCOVITZ:

1      Q     If you know, what was the address of

2  the house?

3      A     I don't know the address.

4      Q     Do you know who the resident of the

5  house was?

6      A     Rahul Dubey.

7      Q     And did you meet Mr. Dubey as you went

8  into the house?

9      A     Rahul Dubey was outside on his front

10  porch yelling get in the house and he's waving

11  people into his home.  He's just yelling get in

12  the house and just waving his arm to get in the

13  house.  So I ran in the house.

14      Q     About how many people would you say

15  went into the house?

16      A     Hundreds.

17      Q     And when you got into the house, did

18  you at some point meet Mr. Dubey?

19      A     Yes.

20      Q     At what point did you meet Mr. Dubey?

21      A     I don't recall exactly how it happened

22  as there were just people everywhere.  But at

1    some point, I just asked whose house this was?

2    And somebody directed me towards who he might be.

3         Q    From inside the house, did you

4    continue to observe what was happening on Swann

5    Street?

6         A    I couldn't see.  I mean I did see from

7    the living room, but I wasn't like at the window

8    because the police were still outside and pepper

9    spraying inside the home.  So it wasn't safe to

10   go towards the window.  But you know, from the

11   inside of the home, I could still see that there

12   were police outside and that there are people

13   still entangled with the police.

14        Q    When you say that the police were

15   pepper spraying inside the home, were they aiming

16   the pepper spray canisters at the house?

17        A    Yes.

18        Q    And how many of them?

19        A    I don't know.

20        Q    But you saw an officer point a pepper

21   spray canister at the house?

22        A    Yes.

153

```
1              THE WITNESS:  I'm not -- I wouldn't
2    consider them close friends.  I think that we may
3    follow each other on social media, but I don't
4    remember -- I didn't make any friends in the
5    house.
6              BY MS. PESCOVITZ:
7              Did you have conversations with those
8    people after your -- after June 1st?
9         A    Yes.
10        Q    Do you know who those people were?
11        A    There were a few whose names I don't
12   remember, but I did check in with a woman named
13   Qudsia.  I don't remember her -- anything else
14   about her other than her name as it was unique to
15   me, but I don't recall anybody else that I kept
16   in contact with specifically by name.
17        Q    Did you keep in touch with Mr. Dubey?
18        A    We kept in touch for a while.
19        Q    How long did you keep in touch with
20   Mr. Dubey?
21        A    I would say a few weeks.  Maybe six
22   weeks we kept in touch.
```

1    Q    You said that you were able to leave

2    the house at around 7:00 a.m.?

3    A    Correct.

4    Q    Did you leave the house by yourself or

5    with other people?

6    A    I left with most of the people that

7    were inside of the house.

8    Q    Did you leave as one large group or in

9    smaller groups?

10    A    Are you asking how we exited the house

11    or are you asking -- I don't understand what

12    you're asking.

13    Q    Yeah.  I'm asking when 7 o'clock came,

14    did you leave the house one by one, in groups of

15    two or three, all sort of at the same time?

16                MS. LIVENGOOD:  Object to form.

17                THE WITNESS:  We left the house as

18    safely and easily as possible to leave the front

19    door of a house.  So there were groups of people,

20    one person may walk out of the house, we all

21    walked out of the house.

22                BY MS. PESCOVITZ:

1      Q      And after you left the house, where

2    did you go?

3      A      Well first, we were outside of the

4    house.  The police and reporters were waiting for

5    us.  We did an interview with a morning news

6    station and then we left.

7      Q      When you say the police and reporters

8    were waiting for you, what do you mean by waiting

9    for you?

10      A      They were outside.

11      Q      Did you speak to the police at that

12    time?

13      A      No.

14      Q      Did you speak to reporters at that

15    time?

16      A      Yes.

17      Q      Did everyone from the group speak to

18    reporters?

19      A      Yes.

20            MS. LIVENGOOD:  Object to form.

21            BY MS. PESCOVITZ:

22      Q      How many people spoke to reporters?

156

```
1          A    I don't know.
2          Q    About how long did you speak to
3   reporters?
4          A    I don't recall how long I spoke to
5   reporters.  It was not more than an hour that the
6   reporters were there.
7          Q    And after that, where did you go?
8          A    I went home.
9          Q    And how did you get home?
10         A    Well while in the house, I did -- I
11  did reach out.  I think this was on -- I don't
12  know if it was on Instagram or on Twitter, but I
13  did ask friends with vehicles to be able to pick
14  people up and take them home.  And my friend came
15  and picked me up and took me home.  My friend,
16  Steve Lemmerman.
17         Q    And do you know about what time it was
18  that you got home?
19         A    No.
20         Q    And what did you do when you got home?
21         A    Tried to sleep.
22         Q    Were you able to get to sleep?
```

1        A     No.

2        Q     How long were you unable to sleep that

3    morning?

4        A     I don't recall.  I was very tired, so

5    I don't know when I was able to get to sleep.

6        Q     Did you do anything else that day?

7        A     Cried.

8        Q     Did you do anything else that day?

9        A     No.  Crying and sleeping were my top

10   priority after that day.

11            MS. PESCOVITZ:  I think now is a good

12   time for a break if that works for you all.  And

13   then after the break as a preview, I probably

14   only have another hour or hour and a half.

15            MS. LIVENGOOD:  Should we come back at

16   ten after?

17            MS. PESCOVITZ:  Sorry, let's go off

18   the record.

19            THE VIDEOGRAPHER:  Going off the

20   record at 1:03 p.m.

21            (Whereupon, the above-entitled matter

22   went off the record at 1:03 p.m. and resumed at

1    1:12 p.m.)

2              THE VIDEOGRAPHER:  Back on the record

3    at 1:12 p.m.

4              BY MS. PESCOVITZ:

5         Q    So you testified that you were pushed

6    by a police shield.  Correct?

7         A    Yes.

8         Q    Did you suffer any injury from that?

9         A    I was sore and I had bruising on my

10   left side where the police officer made contact

11   with the shield to my body.

12        Q    Did you take any photos of your

13   bruising?

14        A    No.

15        Q    And how much pain were you in?

16        A    I don't know how to, you know,

17   quantify how much pain I was in from being hit

18   unexpectedly by a police officer.  It did not

19   feel good, I will tell you that.  I don't know

20   how to, you know, quantify my pain.

21        Q    Sometimes people do it on a scale of 1

22   to 10.  About how much pain would you say you

1    were in?

2          A    That's again very subjective for me.

3    I think 10 is hospital for me and maybe 1 is I

4    can sleep on it.  I'd probably say a 7.

5          Q    And was that amount of pain just at

6    that moment or throughout the night?

7          A    I think in the moment I was very

8    stunned and I think once I got home, I was able

9    to assess everything that had just happened to

10   me.  I recognized that I was in pain and was able

11   to really assess and kind of give myself a whole

12   scope of understanding of what I'd just been

13   through physically.

14         Q    How long did the pain last after you

15   noticed it?

16         A    That day was the most -- I was most

17   aware of it.

18         Q    And when did it go away completely?

19         A    I don't know.  Sometime during that

20   week -- the following week I would say.

21         Q    Did you have any cuts or scrapes?

22         A    I did not have any cuts or scrapes.

1      Q      Did you have any other injuries
2  besides bruising and soreness?
3      A      I think the respiratory -- you know,
4  still the coughing and my eyes and my skin
5  itching from the pepper spray.
6      Q      And how long did that last?
7      A      Hard to say again because we were in a
8  pandemic and I just removed my mask and I don't
9  know.  I would say that I definitely felt the
10  effects the next day.  I was still -- my
11  breathing was still labored the next day -- the
12  following day after being pepper sprayed.
13      Q      So on June 2nd?
14      A      Correct.
15      Q      Did that last beyond June 2nd?
16      A      I don't recall it lasting beyond June
17  2nd.
18      Q      And did any of the skin irritation
19  continue?
20      A      I don't recall the skin irritation
21  continuing beyond June 2nd.
22      Q      Other than what we've discussed, did

1    you have any other injuries?

2         A    Physically?

3         Q    Yes.

4         A    No.

5         Q    And have all the injuries -- the

6    physical injuries -- have they all healed?

7         A    Physically I would say I am healed

8    from a few years ago, yes.

9         Q    Did you see any doctors about your

10   physical injuries?

11        A    I did not see a doctor.

12        Q    Did you seek any medical attention for

13   your physical injuries?

14        A    I did not.

15        Q    Why did you choose not to seek

16   attention for them?

17             MS. LIVENGOOD:  Object to form.

18             THE WITNESS:  A couple reasons.  I was

19   very nervous about COVID at that time and I was

20   not certain how to go about -- like what sort of

21   treatment I would seek, so I think I was just

22   confused.

```
 1                    BY MS. PESCOVITZ:
 2          Q    Did you take any medications for your
 3    injuries?
 4          A    I don't recall.
 5          Q    Did your physical injuries from June
 6    1st, 2020 have any impact on what you were
 7    capable of doing throughout the rest of the
 8    summer of 2020?
 9                    MS. LIVENGOOD:  Objection to form.
10                    THE WITNESS:  I don't want to say no,
11    but I mean, I also wouldn't have noticed.  It
12    didn't stop me from working.  Unfortunately as,
13    you know, a hospitality worker, we're often used
14    to working through injury and illnesses.  So I
15    would say I've definitely been conditioned to be
16    a person that will persevere regardless.  Had I
17    been a person who's not used to injury, perhaps.
18                    BY MS. PESCOVITZ:
19          Q    When you say used to injury, what do
20    you mean by that?
21          A    Historically service industry workers
22    are uninsured and have lack of access to, you
```