# EXHIBIT 82

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - -x

PAMELA GOODWIN, et          :

al.,                        :

      Plaintiffs,    :    Civil Action No.

  v.                        :    1:21-cv-00806-BAH

DISTRICT OF COLUMBIA,       :

et al.,                     :

      Defendants.    :

- - - - - - - - - - - - - -x


Deposition of SERGEANT FRANK EDWARDS

Conducted Virtually

Thursday, March 7, 2024

10:26 a.m. (EST)




Job No.: 55154

Pages: 1 - 153

Reported By: Michelle Taylor

Edwards, Sergeant Frank                                    March 7, 2024

2

1        Deposition of SERGEANT FRANK EDWARDS, conducted

2    virtually:

3

4

5

6

7

8

9        Pursuant to notice, before Michelle Taylor,

10    Notary Public in and for the State of Missouri.

11

12

13

14

15

16

17

18

19

20

21

22

Edwards, Sergeant Frank                                    March 7, 2024

3

```
1                    A P P E A R A N C E S

2         ON BEHALF OF PLAINTIFFS:

3              NICHOLAS ABBOTT, ESQUIRE

4              REBECCA LIVENGOOD, ESQUIRE

5              RELMAN COLFAX, PLLC

6              1225 19th Street, Northwest

7              Suite 600

8              Washington, D.C. 20036

9              (202) 728-1888

10

11         ON BEHALF OF DEFENDANTS:

12              RICHARD SOBIECKI, ESQUIRE

13              TERESA QUON, ESQUIRE

14              OFFICE OF THE ATTORNEY GENERAL

15              400 6th Street, Northwest

16              Washington, D.C. 20001

17              (202) 727-3400

18

19

20

21

22
```

Edwards, Sergeant Frank                                    March 7, 2024

4

1                        C O N T E N T S

2

3     EXAMINATION OF SERGEANT FRANK EDWARDS          PAGE

4     BY MR. ABBOTT                                    5

5

6

7                      E X H I B I T S

8                  (Attached to transcript.)

9      EDWARDS DEPOSITION EXHIBITS                    PAGE

10    Exhibit 130 Bates Number ending in 16984       12

11    Exhibit 131 Bates Number ending in 17369       22

12    Exhibit 132 Bates Number ending in 17044       24

13    Exhibit 133 Bates Number ending in 4343        28

14    Exhibit 134 Bates Number ending in 936         30

15    Exhibit 135 Bates Number ending in 4007        64

16    Exhibit 136 Bates Number ending in 17315       69

17    Exhibit 137 Bates Number ending in 17239      116

18    Exhibit 138 Responses                         122

19    Exhibit 139 Bates Number ending in 17382      136

20

21

22

Edwards, Sergeant Frank                                    March 7, 2024

20

1    **experienced officers who graduate the academy, we**

2    **have done field training exercise on civil unrest.**

3         Q   So that is part of the CDU certification

4    and CDU recertification?

5         A   **It's part of the basic.  It's not part of**

6    **the annual recertification.  It all depends on,**

7    **you know -- we change it up annually.**

8         Q   We will get back into the civil

9    disturbance unit training later on.  But I just

10   want to at a high level go through the rest of

11   these topics.

12        Body worn cameras.  Are you familiar with

13   any trainings that MPD delivers with respect to

14   body worn cameras?

15        A   **Well, I am.  During our presentation of**

16   **CDU basic class and recertification, we go over**

17   **the general order with the body worn camera.**

18        Q   Are you familiar with any other trainings?

19        A   **I am not.**

20        Q   Do you provide training -- strike that.

21        Does MPD provide training on the use of

22   force?

Edwards, Sergeant Frank                          March 7, 2024

21

1        A   MPD does prepare members for the use of

2   force and gives several blocks of instruction.

3        Q   And what trainings does MPD give on use of

4   force?

5        A   Again, it's tiered, so they get it in the

6   Metropolitan Police Academy, both in basic

7   training, and they also get it when they go to

8   PDT.  So that's an annual in-service training.

9   They also get it when they come to an overview,

10  when they come to CDU training and the CDU recert.

11       Q   And what is PDT?

12       A   Patrol development training.  It's just an

13  in-service for experienced officers, which we have

14  to -- the members of the Metropolitan Police have

15  to go every year.

16       Q   We will come back to that one as well.

17           Does MPD provide training on the use of

18  chemical irritants?

19       A   Can you classify that one more time.

20       Q   Yeah.  Does MPD provide training on the

21  use of OC spray?

22       A   We do.

Edwards, Sergeant Frank                          March 7, 2024

22

1       Q  And what training is that?

2       **A  OC.  It's called OC training and it's**

3   **given in basic level at the Metropolitan Police**

4   **Academy.**

5       Q  Going to pull up what's going to be

6   Plaintiff's Exhibit 131.

7           (EDWARDS Deposition Exhibit 131 marked for

8   identification and attached.)

9   BY MR. ABBOTT:

10      Q  And this document begins at Bates Number

11  ending in 17369.

12          Do you recognize this document?

13      **A  I do.**

14      Q  What is this document?

15      **A  This is a lesson plan created by Richard**

16  **Khory for grenadier training.**

17      Q  Is this separate from the training related

18  to OC spray?

19      **A  It's in addition to.  So OC's basic**

20  **training is done at the academy.  We just deal**

21  **with the large canister that we call the Mark 46**

22  **and Mark 9.  That is just a manufacture's label.**

Edwards, Sergeant Frank                                      March 7, 2024

23

1       Okay.  It's a large canister.  So we do not

2       certify the members in OC; the Metropolitan Police

3       Academy does.  We just deal with the large

4       canisters of it.

5           Q  And when you say "we," are you referring

6       to DSO?

7           A  DSO.  I'm sorry.  The DSO office.

8           Q  Going back to Exhibit 113, does MPD

9       provide -- sorry.  Any other trainings other than

10      the OC specific training you mentioned on chemical

11      irritants?

12          A  Well, there's what we call CS, which is

13      tear gas.  And DSO does provide that training

14      also.

15          Q  And finally, on arrests, does MPD provide

16      training on the -- on arrests?

17              MR. SOBIECKI:  Object to form.  Vague.

18              If you understand, you can answer.

19              THE WITNESS:  MPD does do training on

20      arrests.  Again, it starts in a basic recruit

21      class.  And then we reinforce it when they come to

22      CDU training and recertification, we call

Edwards, Sergeant Frank                                    March 7, 2024

24

1    something we call high-volume arrests.

2    BY MR. ABBOTT:

3        Q   Okay.  I'm just going to note at the top,

4    we will come back to Topic 7, which is separate

5    from the training topic, but we'll come back to

6    that later on.

7        **A   Okay.**

8        Q   Share my screen again and designate what

9    will be Plaintiff's Exhibit 132.

10           (EDWARDS Deposition Exhibit 132 marked for

11    identification and attached.)

12    BY MR. ABBOTT:

13        Q   And this starts at the page with Bates

14    Number ending 17044.

15           Do you recognize this document?

16        **A  I know it's a general order.  I do not**

17    **recog -- I mean I'm old, so I don't know if I ever**

18    **saw this -- that document in 2008.  I've been on**

19    **before 2008.**

20        Q   Was this document in effect as of June 1,

21    2020?

22        **A   It appears so.**

Edwards, Sergeant Frank                                    March 7, 2024

101

1    deployed, yes, they're not going to drop the

2    shield.  You know what I mean, so yes.

3        Q  So in that context, officers are trained

4    to move the crowd back using physical force?

5        A  Correct.

6        Q  Does that apply where there are multiple

7    lines of individuals and the individual may not be

8    able to move back?

9        A  Well -- I'm going to say clarify.

10       Q  Yeah.  So in the context of a mass

11   demonstration or mass gathering of persons, there

12   are multiple rows of individuals such that an

13   individual can't move back without encountering an

14   obstacle, does that affect the training that is

15   given to MPD officers regarding the moving

16   forward --

17       A  Yes.  It's a judgment and common sense.

18   If you get something who is elderly or young, we

19   are not going to use physical force on them, or if

20   there is a light pole or a stairs or a car's in

21   their way, we're not going to push them on the

22   car, you know.  Nor are they trained that way, nor

Edwards, Sergeant Frank                                    March 7, 2024

102

1    do I believe, you know, any officer who's working

2    for the Metropolitan Police Department will think

3    that was a good decision to do.

4        Q   MPD officers are trained absent any of

5    those circumstances that you listed to push the

6    crowd back?

7        A   You have to clarify it.  Are we trained to

8    move a crowd back, I said, yes, if they're in CDU

9    and they get it in their -- it's part of the

10   formations.

11       Q   Okay.

12       A   What was your context?  I don't --

13       Q   In a context if there's a crowd of

14   individuals, officers are directed to use physical

15   force to move the crowd back.

16       A   Are they noncompliant?

17       Q   If an individual is noncompliant.

18       A   Yeah, if the group is noncompliant,

19   correct.  They could -- they can use physical

20   force and they may be directed to move them back

21   at a half step.

22       Q   Are officers trained on the use of batons

Edwards, Sergeant Frank                                    March 7, 2024

103

1    in the context of a civil disturbance?

2        **A   Yes.**

3        Q   Let me just stop sharing just so you can

4    see it better.

5        **A   Stop seeing.  Stop sharing.**

6        Q   What sort of batons are officers trained

7    to use in the context of a civil disturbance?

8        **A   The one name is called an expandable baton**

9    **made by Monadnock.  But they are trained on --**

10   **from our -- my generic term right now, it's going**

11   **to be a riot baton.  But the proper word is**

12   **expandable baton.  Okay?  And they're trained**

13   **under expandable ASP.**

14       Q   In the CDU context, are officers trained

15   to use the riot baton, the ASP baton or both?

16       **A   They could use either one.**

17       Q   Are officers equipped with both of those

18   batons?

19       **A   Definitively, I am not going to answer**

20   **that for all the officers.  However, when you go**

21   **to CDU, a part of your protective gear is a riot**

22   **baton.  Okay.  And then patrol function -- but**

Edwards, Sergeant Frank                                March 7, 2024

104

1    **they don't have to have both on a planned**

2    **activation.**

3        Q   Are officers trained to use their batons

4    to move protesters?

5        **A   Yes.**

6        Q   Under what circumstances?

7        **A   To move back a crowd, physical force,**

8    **they're not complying with the laws and they're**

9    **using either physical defiance or mechanical**

10   **defiance.  Officers are trained to hold a baton,**

11   **the riot baton, expandable baton from a 45-degree**

12   **angle from their right hip.**

13       Q   And are you saying -- are officers trained

14   on the use of riot shields in the context of a

15   civil disturbance?

16       **A   They are.  They are -- control.  And they**

17   **use it in patrol also for cell extractions, maybe**

18   **somebody who needs guidance to be arrested, you**

19   **know.  So we use different kind of techniques --**

20       Q   And in the context of civil disturbance,

21   are officers trained to use their riot shields to

22   move a crowd?

Edwards, Sergeant Frank                                    March 7, 2024

105

1          A   They are.  It's the same, in lieu of a

2      baton.

3          Q   Okay.  Does MPD -- you said MPD conducts

4      trainings on the conduct of high-volume arrests in

5      the context of CDU training?

6          A   Correct.

7          Q   Does that module include training on the

8      considerations -- the considerations in

9      determining whether to conduct a high-volume

10     arrest?

11         A   Decisionmaking ability?

12         Q   Yeah.

13         A   Is that what you're answering?

14         Q   Yes.

15         A   The answer is that can be a yes, no and

16     maybe.  So a platoon leader is -- decisionmaking

17     if the resources are there.  So they are

18     instructed, platoon leader only.  If they engage a

19     crowd and we don't have logistic support, i.e.,

20     the patrol wagons to remove the subjects, you know

21     they have to have that decisionmaking.  They have

22     to have everything there ready to go before they

Edwards, Sergeant Frank                                March 7, 2024

106

1    incorporate that.

2        Q   Is that part of CDU recert or CDU basic?

3        A   I think it's both.  I'm pretty sure it's

4    both.  However, it's a consideration, it's not a

5    matter of fact.  And they have to push it up to

6    the real life, realtime, push it up to a different

7    decisionmaker.

8        Q   And so according to that training, what

9    are the justifications -- sorry.  Let me strike

10   that.

11       So according to the training you just

12   mentioned, what are the considerations that

13   justify making a high-volume arrest?

14       A   Well, 95 percent of them either are

15   breaking the law or willfully defiant.  And it can

16   be an area from a walk-in emergency egress to a

17   hospital or to a road that is in dire need, and

18   they won't comply.  It could be as simple or as

19   extreme as violent protesters destroying property,

20   destruction of property, you know, that we have to

21   take them and there is no -- and they're not

22   willing to deescalate, and not willing to comply,

Edwards, Sergeant Frank                                March 7, 2024

128

```
1     there are seven.  It says "Use of Chemical
2     Irritants."
3          A  I see it.
4          Q  Are you prepared to testify on this topic?
5             MR. SOBIECKI:  And I'll just note
6     subsequent correspondence has modified and
7     clarified to stop it, but with that said, please
8     answer.
9             THE WITNESS:  Yes.
10    BY MR. ABBOTT:
11         Q  And do you understand this topic to
12    encompass the use of OC spray by MPD members?
13         A  Yes.
14         Q  And you understand that this topic
15    encompasses not just training but the policy
16    itself?
17         A  Yes.
18         Q  I'm going to go to Plaintiff's
19    Exhibit 131.  It's Bates Number ending in 17382.
20            Are you familiar with this general order?
21         A  I saw it before.
22         Q  Was this general order in effect as of
```

Edwards, Sergeant Frank                                    March 7, 2024

129

1    June 1, 2020, to your knowledge?

2        A  Definitely, I can't answer that.  They

3    update them all the time, so I am not clear on

4    exact date.

5        Q  What are the different types of OC

6    compressed air delivery systems that MPD uses?

7        A  Definitely, I can tell you we have a

8    Mark-3, a Mark-4, Mark-9, and a Mark-46.

9        Q  And is Mark oftentimes abbreviated --

10       A  It's just a label we call it, you know.

11       Q  Under what circumstances according to MPD

12   policy are officers authorized to use OC spray?

13       A  Well, again, we're talking about it's an

14   officer's discretion, number one for the

15   individual cans and canisters -- actively resisted

16   to make it short and sweet, somebody who is not

17   complying with the member's request or orders or

18   commands.

19       Q  So when a person is noncompliant, any

20   other circumstances?

21       A  Well, again, it's a whole bunch of them.

22   Just to give a short -- it's noncompliance, the

Edwards, Sergeant Frank                           March 7, 2024

130

1    subject is acting erratic, may present a weapon,

2    put on purposes, easy to brace or making

3    threatening gestures.  And again, it all goes back

4    to compliance and an actively resister.

5        Q  Do those -- under what circumstances

6    are officers --

7           Let me strike that.

8           Under what circumstances is the use of an

9    MK-9 authorized under MPD policy?

10       A  Under the same circumstances.  It can be

11   at the discretion of an incident commander or a

12   platoon leader.  It can be an individual who is a

13   grenadier.  And again, if he actively resists and

14   is noncompliant, people who are going to try to

15   breach a line.

16          If it's under a CDU line and we are

17   holding a venue and the subjects are trying to --

18   and not complying or actively resisting or going a

19   little bit higher than that, and they're trying to

20   get into a place, we can use it to affect for them

21   to not to breach it, for them to decease, maybe

22   disorient them, disable them, to change their

Edwards, Sergeant Frank                                    March 7, 2024

131

1    **mindset of not to keep doing that illegal**

2    **behavior.**

3        Q   And that applies to the MK-9?

4        **A   It does.**

5        Q   Are there anymore stringent requirements

6    that apply to the use of an MK-9 versus an MK-4?

7        **A   Yes.   Are you talking about distance,**

8    **without getting into the weeds?  Or I could get**

9    **into the weeds.   The problem is distance.   There's**

10   **a minimal distance, there's a maximum distance.**

11   **There's -- you know, there's all that good stuff.**

12       Q   So let's start about -- let's start at

13   what the requirements are for it to be used

14   according to MPD policy, and then we can -- we

15   can --

16       **A   Actively resisting, breach of a line.**

17   **There are a couple under CDU.  For public safety.**

18       Q   And so the use of OC spray, is it

19   authorized to move a crowd in the context of a CDU

20   activation?

21       **A   We don't use it to move a crowd.   The OC**

22   **is only authorized on individuals who are in a**

Edwards, Sergeant Frank                                    March 7, 2024

132

1    crowd.

2        Q   And you mentioned before the context in

3    which a CDU -- in which a police line in a CDU

4    context may instruct the crowd to move back.

5            Does MPD policy authorize the use of OC

6    spray to move a crowd in that context?

7        **A   We only authorize individuals getting**

8    **sprayed who are in the crowd.  We don't -- we**

9    **don't spray the crowd.**

10       Q   Does it authorize the use of OC spray

11   against individuals to move those persons back?

12       **A   Who won't comply and who's actively**

13   **resisting the officer's commands.  The answer**

14   **would be absolutely yes, it's trying to breach it.**

15       Q   Does MPD policy authorize the use of OC

16   spray to protect property?

17       **A   There is a contingent up there.  There's a**

18   **lot of property being destroyed or broken.  We can**

19   **OC the -- the pepper spray to the individual.**

20   **Again, he or she will either be warned to stop,**

21   **cease, direct, comply.  But maybe at that time, no**

22   **warning may be given.**

Edwards, Sergeant Frank                                    March 7, 2024

133

1      Q   Are MPD officers required to issue a

2   warning that OC spray will be used on a subject

3   before that spray is used?

4      **A   When practical.  You know, for the most**

5   **part, we want it, but there are tactical**

6   **situations where they're trained, they don't have**

7   **to, for exigent circumstances.**

8      Q   And what are those tactical situations?

9      **A   Well, these are just scenarios that I'm**

10  **coming up with off the top of my head, Counsel.**

11  **You got it?  Okay.  I don't want to be documented**

12  **that I'm the expert because I'm not.  But right**

13  **now --**

14     Q   I do want to note for the record that --

15  well, sorry.  Go ahead.

16     **A   I'm talking about patrol and CDU now**

17  **because you're asking me about that.  But if you**

18  **wanted just a CDU function -- but if there's a**

19  **subject who's assaulting a counter demonstrator or**

20  **a counter protestor in the crowd, and he's**

21  **actually going to -- we're not going to issue a**

22  **warning.  We will hopefully take action.  We want**

Edwards, Sergeant Frank                                      March 7, 2024

134

1      him to cease and stop from assaulting that

2      behavior.  It's a little bit elevated than active

3      resister.  That's one of the reasons that you're

4      not practical.

5            Another practical, if they're running at

6      the police line, yeah, you only have so much

7      reaction time.  Maybe it's 1.4 seconds, 1.2

8      seconds to react in that, you might not have that

9      coordination to do all that and you would be

10     allowed.  That's absent exigent circumstances.

11        Q  I do want to note for the record that you

12     are the designated witness for MPD on this topic.

13     And so in light of that knowledge, is there any

14     difference in your opinion?  And respond to that

15     question.

16        A  No.

17        Q  According to MPD policy, are members

18     required to provide persons who have been the

19     subject of OC spray with the opportunity to wash

20     the affected area after they have been the subject

21     of OC spray?

22        A  Absolutely, if practical.  If the subject

Edwards, Sergeant Frank                                      March 7, 2024

135

1    gets pepper spray or OC spray -- they're all the

2    same, pepper, OC, interchangeable -- and they run

3    away, the answer is yes, they should get, you

4    know, cleansed down, decon immediately.  But if

5    they run away and MPD doesn't have -- to tell the

6    suspect -- because most of them won't come back

7    because they know they're going to be arrested.

8         However, if they are in our custody, yes,

9    we will flush their eyes out -- water.  If there

10   is wind, we'll have them put sand in the direction

11   of the wind to blow the contaminates out.  We'll

12   reassure them it's going to be okay -- you might

13   experience some burning sensation, some tightening

14   of the chest whenever they talk.  And we reassure

15   them, they are going to be okay as long as they

16   listen to the instructions of the officer.  And if

17   it continues after a certain amount of time, we

18   will get them medical attention.

19       Q   I'm going to pull up -- I just want to

20   clarify something for the record.  Previously, we

21   have been looking at the MPD's OC spray policy,

22   and that had not previously been introduced.  So

Edwards, Sergeant Frank                                    March 7, 2024

136

1      I'm going to clarify that the general order of the

2      first page, Bates Number ending in 17382, will be

3      Plaintiff's Exhibit 139.

4           (EDWARDS Deposition Exhibit 139 marked for

5      identification and attached.)

6      BY MR. ABBOTT:

7           Q   I'm going to go back to what actually has

8      been introduced previously as Plaintiff's Exhibit

9      131.  This is the grenadier certification course

10     we were looking at earlier.

11          **A   Okay.**

12          Q   And I'm going to go to the Bates range

13     ending in 73 -- sorry.  Let me -- let me stop

14     sharing for a moment.  My apologies.  We will go

15     to Plaintiff's Exhibit 139 to page ending in Bates

16     Number -- with Bates Number ending in 17385.

17     Says, MPD vehicles will be equipped with

18     department-issued bottles of flushing solution by

19     the fleet management division.  Is that right?

20          **A   That's what it says.**

21          Q   To your knowledge, were MPD vehicles on

22     June 1st equipped with department-issued bottles

Edwards, Sergeant Frank                                    March 7, 2024

137

1      of flushing solution?

2          **A  I do not know.**

3          Q  As a matter of policy, though, those

4      vehicles are equipped with that solution?

5          **A  According to this general order, but --**

6          Q  And then at the bottom of this page

7      talking about the opportunity to wash the affected

8      areas we have been talking about, and it says that

9      those policy applies absent exceptional

10     circumstances?

11         **A  Yes.**

12         Q  What are the exceptional circumstances

13     under which --

14         MR. SOBIECKI:  Object to form.

15         You can answer.

16         THE WITNESS:  Okay.  It may be exception,

17     they're not definitively documented.  But if we

18     don't have the water or we can't get out of the

19     area or it's unsafe for the medical attention to

20     come on in -- if it's in a violent hot zone, we're

21     going to call it, and we can't get any supplies

22     in, we have to hold it or call for supplies.

Edwards, Sergeant Frank                                     March 7, 2024

138

1              The car won't have the solution of the

2      flushing system, that could have been emptied or

3      used prior to that event and it didn't have a

4      chance to get replenished.  So that would be one

5      of those circumstances.

6      BY MR. ABBOTT:

7          Q   As of June 1, 2020, did MPD provide

8      trainings on the use of OC spray?

9          **A   Prior to that we did, not on June 1st, but**

10     **yes, we -- they get what we call CDU**

11     **recertification on grenadier training.**

12         Q   And that's the training that we've been

13     looking at Exhibit 131?

14         **A   Yes, yes.**

15         Q   Does MPD use gel OC spray?

16         **A   As of what year?**

17         Q   As of today?

18         **A   As of today we do.**

19         Q   And do they use gel OC spray as of June

20     1st, 2020?

21         **A   We did not.**

22         Q   And how do you know that?

Edwards, Sergeant Frank                                    March 7, 2024

139

1      A  Well, because I'm one of the people who
2   talked about purchasing it or for the available,
3   and I was there after January 6th, when the Chief
4   Commander Ennis from the Metropolitan Police
5   Academy told us that they are going to a new
6   formula of the gel.
7      Q  What's the difference between gel spray
8   and the OC spray that was used as of June 1, 2020?
9      A  Well, a spray is a spray.  It's like a
10  mist.  And there is a big likelihood of maybe a
11  cross contamination or what they call blow-back,
12  if you have to go off something, come on back to
13  you.  Very hard to get off your clothes without
14  washing it.  A lot of officers get affected with
15  it through cross contamination.
16       The gel has very little of that and
17  affected a blow-back or -- it does give you cross
18  contamination and it takes an accuracy hit to make
19  it's effective.  Where a spray you can just get in
20  the general area of the face and some face will be
21  exposed, or gel has to be a direct shot to the
22  eyes.