# EXHIBIT 83

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - X

PAMELA GOODWIN, et al.,           :

   Plaintiffs,                    :

       v.                       :   Civil Action No.

DISTRICT OF COLUMBIA, et          :   1:21-cv-00806-BAH

al.,                              :

   Defendants.                    :

- - - - - - - - - - - - - - - X

               Friday, January 12, 2024

      Deposition of OFFICER STEVEN QUARLES, a

witness herein, called for examination by counsel for

Plaintiffs in the above-entitled matter, pursuant to

notice, the witness being duly sworn by Stephanie

Barnes, a Notary Public in and for the District of

Columbia, taken via Zoom, at 9:05 a.m., Friday,

January 12, 2024, and the proceedings being taken

down by Stenotype by Stephanie Barnes, and

transcribed under her direction.

2

1  APPEARANCES:

2

3      On behalf of the Plaintiffs:

4          NICHOLAS ABBOTT, ESQ.

5          GABRIEL DIAZ, ESQ.

6          Relman Colfax, PLLC

7          1225 19th Street, Northwest

8          Suite 600

9          Washington, D.C.  20036

10         (202) 728-1888

11         Nabbott@relmanlaw.com

12         Gdiaz@relmanlaw.com

13

14     On behalf of the Defendants:

15         RICHARD SOBIECKI, ESQ.

16         AMANDA PESCOVITZ, ESQ.

17         MARCUS IRELAND, ESQ.

18         GREG KETCHAM-COLWILL, ESQ.

19         Office of the Attorney General

20         400 6th Street, Northwest

21         Washington, D.C.

22         (202) 805-7512

23         Richard.sobiecki@dc.gov

24

25

```
 1                        C O N T E N T S

 2    WITNESS                     EXAMINATION BY COUNSEL FOR

 3    OFFICE STEVEN QUARLES       PLAINTIFFS      DEFENDANTS

 4         BY MR. ABBOTT               5

 5         BY MR. SOBIECKI                            110

 6

 7                         E X H I B I T S

 8    QUARLES EXHIBIT NO.                               PAGE

 9    Exhibit No. 37 - Bates Number Ending 00003284      17

10    Exhibit No. 38 - Bates Number Ending 3211          19

11    Exhibit No. 39 - Bates Number Ending 3139          23

12    Exhibit No. 40 - Bates Number Ending 2820          25

13    Exhibit No. 42 - Bates Number Ending 3064          27

14    Exhibit No. 43 - Bates Number Ending 0901          28

15    Exhibit No. 44 - Bates Number Ending 7505          40

16    Exhibit No. 45 - Bates Number Ending 13342         42

17    Exhibit No. 46 - Bates Number Ending 14919         45

18    Exhibit No. 47 - Bates Number Ending 14918         51

19    Exhibit No. 48 - Bates Number Ending 14956         55

20    Exhibit No. 49 - Bates Number Ending 14978         57

21    Exhibit No. 50 - Bates Number Ending 16175         81

22    Exhibit No. 51 - Bates Number Ending 15033         84

23    Exhibit No. 52 - Bates Number Ending 6093          85

24    Exhibit No. 52 - Bates Number Ending 11646         91

25    Exhibit No. 53 - Bates Number Ending 15672        107
```

 1    * Exhibits retained by counsel.
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                              72
1       Q.   You said before you had not participated        10:52:19
2   in an encirclement before; is that right?                10:52:24
3       A.   No.  I never said that before.                  10:52:29
4       Q.   Oh, I'm sorry.  Have you participated an        10:52:33
5   encirclement before?                                     10:52:36
6       A.   You mean before that?  Before that              10:52:38
7   particular day?                                          10:52:41
8       Q.   Yes.                                            10:52:43
9       A.   Oh, I'm sorry.  Yeah, I did say that.           10:52:43
10      Q.   So that was the first time you                  10:52:47
11  participated in an encirclement?                         10:52:49
12      A.   Yes.                                            10:52:54
13      Q.   Did you receive any specific direction,         10:52:54
14  either in the staging area or once you arrived at        10:52:59
15  Swann Street, about how to conduct an encirclement?      10:53:04
16      A.   Can you say that one more time?  Repeat         10:53:08
17  the question.                                            10:53:10
18      Q.   Yeah.                                           10:53:11
19           So did you receive directions about how to      10:53:12
20  conduct an encirclement before you arrived at Swann      10:53:15
21  Street or while you were on Swann Street?                10:53:20
22      A.   No.                                             10:53:22
23      Q.   What was your reaction when you were told       10:53:22
24  to move the police line forward?                         10:53:27
25      A.   I just moved forward.                           10:53:30
```

                                                                          73

| | | | |
|---|---|---|---|
| 1 | Q. | Did you think it was a good idea? | 10:53:32 |
| 2 | | MR. SOBIECKI: Object to form. | 10:53:36 |
| 3 | | THE WITNESS: That's not really up to me | 10:53:37 |
| 4 | to decide. | | 10:53:40 |
| 5 | BY MR. ABBOTT: | | 10:53:41 |
| 6 | Q. | After the police line moved forward, did | 10:53:44 |
| 7 | you see any criminal activity? | | 10:53:49 |
| 8 | **A.** | **I don't recall.** | 10:53:50 |
| 9 | Q. | Did you use force after the police line | 10:53:52 |
| 10 | moved forward? | | 10:54:06 |
| 11 | **A.** | **I don't recall.** | 10:54:08 |
| 12 | Q. | Do you recall using your shield? | 10:54:09 |
| 13 | **A.** | **Yes.** | 10:54:16 |
| 14 | Q. | What do you recall about that? | 10:54:16 |
| 15 | **A.** | **Just that I was directed to have the** | 10:54:19 |
| 16 | **shield. They instructed us to move forward, and I** | | 10:54:24 |
| 17 | **moved forward with my shield.** | | 10:54:30 |
| 18 | Q. | And did anyone stop you from moving | 10:54:33 |
| 19 | forward? | | 10:54:36 |
| 20 | | MR. SOBIECKI: Object to form. | 10:54:37 |
| 21 | | THE WITNESS: No. | 10:54:38 |
| 22 | BY MR. ABBOTT: | | 10:54:38 |
| 23 | Q. | Did any protesters get in the way of the | 10:54:42 |
| 24 | advancing police line? | | 10:54:46 |
| 25 | **A.** | **Yes, because they were standing there, so** | 10:54:48 |

74

| | | |
|---|---|---|
| 1 | yes. | 10:54:56 |
| 2 | Q. And how did you respond to the ones who | 10:54:56 |
| 3 | were standing there? | 10:55:01 |
| 4 | A. I had to move forward. | 10:55:02 |
| 5 | Q. And if you encountered someone -- or did | 10:55:06 |
| 6 | you encounter anyone who refused to move back? | 10:55:09 |
| 7 | A. I don't recall. I just, as I stated, I | 10:55:15 |
| 8 | just moved forward. | 10:55:20 |
| 9 | Q. And do you recall anything that impeded | 10:55:21 |
| 10 | your ability to move forward? | 10:55:25 |
| 11 | A. The people that were standing there. | 10:55:28 |
| 12 | Q. And did you use force against any of those | 10:55:30 |
| 13 | people? | 10:55:35 |
| 14 | A. I just used my shield. | 10:55:35 |
| 15 | Q. Did you push anyone with your shield? | 10:55:38 |
| 16 | A. Yes. | 10:55:44 |
| 17 | Q. How did protesters respond when you pushed | 10:55:44 |
| 18 | them with your shield? | 10:55:55 |
| 19 | A. I don't recall. | 10:55:58 |
| 20 | Q. Did you document using force in any way? | 10:55:58 |
| 21 | A. No. | 10:56:09 |
| 22 | Q. Do you recall about how many protesters | 10:56:09 |
| 23 | you pushed with your shield? | 10:56:13 |
| 24 | A. No. | 10:56:15 |
| 25 | Q. Had you received training on how to use | 10:56:16 |

                                                                    75

| | | |
|---|---|---|
| 1 | your shield in that context? | 10:56:21 |
| 2 | **A.**   Yes. | 10:56:24 |
| 3 | MR. SOBIECKI:  Object to form. | 10:56:25 |
| 4 | BY MR ABBOTT: | 10:56:26 |
| 5 | Q.   And what did that training instruct you to | 10:56:27 |
| 6 | do? | 10:56:29 |
| 7 | **A.   To move forward while using your shield to** | 10:56:30 |
| 8 | **protect yourself, as well as still adequately moving** | 10:56:34 |
| 9 | **the police line.** | 10:56:40 |
| 10 | Q.   Did you observe any demonstrators who | 10:56:41 |
| 11 | couldn't move back because there were people behind | 10:56:50 |
| 12 | them; they were trapped between the crowd and the | 10:56:53 |
| 13 | police line? | 10:56:57 |
| 14 | **A.**   I don't recall. | 10:56:59 |
| 15 | Q.   According to the training you've received, | 10:56:59 |
| 16 | how should you respond in that situation? | 10:57:02 |
| 17 | **A.**   I don't recall. | 10:57:06 |
| 18 | Q.   Did you need approval from anyone to use | 10:57:08 |
| 19 | your physical shield to push protesters? | 10:57:19 |
| 20 | **A.**   No.  Once I was instructed to have the | 10:57:23 |
| 21 | **shield when we got out, I was able to use it whenever** | 10:57:26 |
| 22 | **they said move forward.** | 10:57:32 |
| 23 | Q.   And the sergeant you were reporting to at | 10:57:34 |
| 24 | that time, your supervisor, where he was located when | 10:57:40 |
| 25 | the line moved forward? | 10:57:43 |

                                                                          76

| | | | |
|---|---|---|---|
| 1 | A. | I don't recall. | 10:57:45 |
| 2 | Q. | Was he part of the police line with you, | 10:57:47 |
| 3 | | or was he behind you? | 10:57:50 |
| 4 | | MR. SOBIECKI: Objection. Asked and | 10:57:52 |
| 5 | | answered. | 10:57:54 |
| 6 | | THE WITNESS: Yeah, I don't recall. | 10:57:54 |
| 7 | BY MR. ABBOTT: | | 10:57:58 |
| 8 | Q. | Were you authorized to use OC spray? | 10:58:00 |
| 9 | A. | **Was I was authorized? No.** | 10:58:03 |
| 10 | Q. | Do you carry OC spray? | 10:58:07 |
| 11 | A. | **Yes.** | 10:58:11 |
| 12 | Q. | Did you have OC spray with you? | 10:58:11 |
| 13 | A. | **Yes.** | 10:58:13 |
| 14 | Q. | What type of OC spray did you have with | 10:58:16 |
| 15 | | you? | 10:58:20 |
| 16 | A. | **We carry, on our duty belt, like a -- like** | 10:58:21 |
| 17 | | **a little canister.** | 10:58:27 |
| 18 | Q. | Do you know if it was an MK9? | 10:58:35 |
| 19 | A. | **It's not an MK9, no.** | 10:58:39 |
| 20 | Q. | Do you know the type that it is? | 10:58:42 |
| 21 | A. | **I don't.** | 10:58:44 |
| 22 | Q. | And so you had that OC spray with you, but | 10:58:45 |
| 23 | | you were not authorized to use it? | 10:58:49 |
| 24 | A. | **It's not that I wasn't authorize to use** | 10:58:52 |
| 25 | | **it. I just didn't use it.** | 10:58:54 |