# EXHIBIT 7

1

                    UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - X

PAMELA GOODWIN et al.,              :

     Plaintiffs,                    :

            v.                      :   Civil Action No.

DISTRICT OF COLUMBIA et             :   1:21-cv-00806-BAH

al.,                                :

     Defendants.                    :

- - - - - - - - - - - - - - - X

                         Washington, D.C.

                         Friday, February 23, 2024

            Deposition of CHIEF PETER NEWSHAM, a

witness herein, called for examination by counsel for

Plaintiffs in the above-entitled matter, pursuant to

notice, the witness being duly sworn by Stephanie

Barnes, a Notary Public in and for the District of

Columbia, taken at the offices of Relman Colfax,

PLLC, 1225 19th Street, Northwest, 6th Floor,

Washington, D.C. 20036, at 9:57 a.m., Friday,
February 23, 2024, and the proceedings being taken
down by Stenotype by Stephanie Barnes, and

transcribed under her direction.

Newsham, Chief Peter                              February 23, 2024

2

```
1    APPEARANCES:

2

3         On behalf of the Plaintiffs:

4              REBECCA LIVENGOOD, ESQ.

5              NICHOLAS ABBOTT, ESQ.

6              Relman Colfax, PLLC

7              1225 19th Street, Northwest

8              Suite 600

9              Washington, D.C.  20036

10             (202) 728-1888

11             Rlivengood@relmanlaw.com

12             Nabbott@relmanlaw.com

13

14        On behalf of the Defendants:

15             RICHARD SOBIECKI, ESQ.

16             Office of the Attorney General

17             400 6th Street, Northwest

18             Washington, D.C.

19             (202) 805-7512

20             Richard.sobiecki@dc.gov

21

22
```

Newsham, Chief Peter                                    February 23, 2024

3

1                    C O N T E N T S

2    WITNESS                    EXAMINATION BY COUNSEL FOR

3    CHIEF PETER NEWSHAM        PLAINTIFFS    DEFENDANTS

4         BY MS. LIVENGOOD           4

5         BY MR. SOBIECKI                        197

6

7                    E X H I B I T S

8    NEWSHAM EXHIBIT NO.                          PAGE

9    Exhibit No. 102 - D.C. Municipal Regulations    28

10                   Title 6-A800 - Chief of Police

11   Exhibit No. 103 - First Amendment Assemblies    47

12                   & Mass Force Demonstrations

13                   Presentation

14   Exhibit No. 104 - Bates Stamped                 68

15                   DC_2021-cv-00806-00017437

16   Exhibit No. 105 - Bates Stamped                 82

17                   DC_2021-cv-00806-00005786

18   Exhibit No. 106 - Bates Stamped                 87

19                   DC_2021-cv-00806-00005642

20   Exhibit No. 107 - Bates Stamped                 93

21                   DC_2021-cv-00806-00015433

22   Exhibit No. 108 - Bates Stamped                 120

Newsham, Chief Peter                                    February 23, 2024

4

1                     DC_2021-cv-00806-00003791

2    Exhibit No. 109 - Bates Stamped                175

3                     DC_2021-cv-00806-00013082

4    Exhibit No. 110 - LIVE: Situation Update       181

5                     June 3

6    Exhibit No. 111 - Bates Stamped                188

7                     DC_2021-cv-00806-00005796

8    Exhibit No. 112 - Bates Stamped                191

9                     DC_2021-cv-00806-00009870

10   * Exhibits attached to transcript.

11   PREVIOUSLY MARKED EXHIBITS                     PAGE

12   Exhibit No. 23                                 46

13   Exhibit No. 36                                 174

14   Exhibit No. 37                                 168

15   Exhibit No. 52                                 168

16   Exhibit No. 60                                 43

17   Exhibit No. 90                                 97

18   * Exhibits not attached to transcript.

19

20

21

22

Newsham, Chief Peter                          February 23, 2024

13

1    ago.  What do you know about this lawsuit?        12:32:20

2        **A.    Other than what my attorney has told me,**   12:32:20

3    **not a heck of a lot.**                          12:32:20

4        Q.    Okay.  Do you know what events it        12:32:20

5    concerns?                                         12:32:20

6        **A.    The arrests on Swann Street, if I**    12:32:20

7    **understand.**                                   12:32:20

8        Q.    Okay.  And that's on June 1st, 2020?    12:32:20

9        **A.    Yes.**                                12:32:20

10       Q.    Okay.  And am I understanding correctly  12:32:20

11   that you're retired from MPD?                      12:32:20

12       **A.    I did retire from MPD.**              12:32:20

13       Q.    And when was that?                       12:32:20

14       **A.    January 2nd of 2021.**                12:32:20

15       Q.    Okay.  Was there any time between        12:32:20

16   June 1st -- or I'm sorry.  Was there any time before 12:32:20

17   you retired with MPD that you're aware of that MPD  12:32:20

18   took steps to respond to this lawsuit?             12:32:20

19           MR. SOBIECKI:  Object to form.             12:32:20

20           And I would just encourage you not to go   12:32:20

21   into any discussions with counsel.  So apart from  12:32:20

22   those discussions, you may answer.                 12:32:20

Newsham, Chief Peter                                    February 23, 2024

14

| | |
|---|---|
| 1 | THE WITNESS:  I don't know exactly when | 12:32:20 |
| 2 | this lawsuit was filed.  I would assume, if it was | 12:32:20 |
| 3 | filed while I was the chief, that the attorneys | 12:32:20 |
| 4 | probably did some work on the case, that would be my | 12:32:20 |
| 5 | assumption. | 12:32:20 |
| 6 | BY MS. LIVENGOOD: | 12:32:20 |
| 7 |     Q.    Okay.  Other than work attorneys -- and | 12:32:20 |
| 8 | I'm certainly not asking for any communications with | 12:32:20 |
| 9 | attorneys -- do you recall taking any steps as chief | 12:32:20 |
| 10 | with MPD to respond to this lawsuit? | 12:32:20 |
| 11 |     MR. SOBIECKI:  Object to form. | 12:32:20 |
| 12 |     THE WITNESS:  I do not remember doing | 12:32:20 |
| 13 | that.  I'm not saying that I didn't, but I don't | 12:32:20 |
| 14 | remember doing that.  It was a long time ago. | 12:32:20 |
| 15 | BY MS. LIVENGOOD: | 12:32:20 |
| 16 |     Q.    Before you retired from MPD, did you use a | 12:32:20 |
| 17 | cell phone in connection with your work there? | 12:32:20 |
| 18 |     A.    I did. | 12:32:20 |
| 19 |     Q.    And do you know what the phone number was | 12:32:20 |
| 20 | of that? | 12:32:20 |
| 21 |     A.    I do. | 12:32:20 |
| 22 |     Q.    What was it? | 12:32:20 |

Newsham, Chief Peter                                    February 23, 2024

15

| 1 | **A.    (202) 345-1015.** | 12:32:20 |

Q.    Do you know whether that cell phone was    12:32:20
searched in connection with this lawsuit?    12:32:21

**A.    I don't know.**    12:32:21

Q.    You don't recall being asked?    12:32:21

**A.    I just don't know, yeah.**    12:32:21

Q.    Okay.  And did you send text messages for    12:32:21
work as part of -- with that cell phone?    12:32:21

**A.    I did.**    12:32:21

Q.    Did you have any practice of retaining    12:32:21
those text messages?    12:32:21

**A.    I did not.**    12:32:21

Q.    Did you have any practice with respect to    12:32:21
deleting the text messages?    12:32:21

**A.    Do I have a practice of deleting them?  I**    12:32:21
**do delete text messages, yes.**    12:32:21

Q.    When?    12:32:21

MR. SOBIECKI:  Object to form.    12:32:21

THE WITNESS:  When?    12:32:21

BY MS. LIVENGOOD:    12:32:21

Q.    How often?    12:32:21

**A.    I usually delete text messages that I feel**    12:32:21

Newsham, Chief Peter                                    February 23, 2024

16

| | | |
|---|---|---|
| 1 | are kind of like not work-related.  So if something | 12:32:21 |
| 2 | is work-related, I don't think I would have deleted | 12:32:21 |
| 3 | it. | 12:32:21 |
| 4 | Q.    Okay.  So your practice is to retain text | 12:32:21 |
| 5 | messages that you believe are work-related? | 12:32:21 |
| 6 | A.    Yes. | 12:32:21 |
| 7 | Q.    Do you -- okay. | 12:32:21 |
| 8 | And were you told, at any point, to | 12:32:21 |
| 9 | preserve documents in connection with this | 12:32:21 |
| 10 | litigation? | 12:32:21 |
| 11 | A.    I probably was; that's kind of a pro forma | 12:32:21 |
| 12 | activity with multiple lawsuits.  So there probably | 12:32:21 |
| 13 | was a communication, at some point when the suit was | 12:32:21 |
| 14 | filed, that I needed to retain documents relative to | 12:32:21 |
| 15 | this case. | 12:32:21 |
| 16 | Q.    And did you take the steps that you were | 12:32:21 |
| 17 | directed to take there? | 12:32:21 |
| 18 | A.    I did, because I don't have the | 12:32:21 |
| 19 | opportunity to destroy documents that would be | 12:32:21 |
| 20 | associated with this. | 12:32:21 |
| 21 | Q.    And why not? | 12:32:21 |
| 22 | A.    It just doesn't -- it's not in my course | 12:32:21 |

Newsham, Chief Peter                                    February 23, 2024

22

| | | |
|---|---|---|
| 1 | A.    Yes. | 12:32:23 |
| 2 | Q.    What is your highest level of education? | 12:32:23 |
| 3 | A.    I have a law degree from the University of | 12:32:23 |
| 4 | Maryland. | 12:32:23 |
| 5 | Q.    And when did you get that? | 12:32:23 |
| 6 | A.    In 2020 -- no.  I don't remember.  I think | 12:32:23 |
| 7 | it was 2020. | 12:32:23 |
| 8 | Q.    When did you start classes toward your law | 12:32:23 |
| 9 | degree? | 12:32:23 |
| 10 | A.    '96.  I think it was a four-year process. | 12:32:23 |
| 11 | Q.    And I'm sorry.  Was it 1996 to 2000? | 12:32:23 |
| 12 | A.    Help me out. | 12:32:23 |
| 13 | I think so, yes. | 12:32:23 |
| 14 | Q.    Okay. | 12:32:23 |
| 15 | A.    That sounds good. | 12:32:23 |
| 16 | Q.    Okay. | 12:32:23 |
| 17 | MR. SOBIECKI:  Your recollection is | 12:32:23 |
| 18 | whatever it is or is not. | 12:32:23 |
| 19 | THE WITNESS:  Yeah, '96 to 2000. | 12:32:23 |
| 20 | BY MS. LIVENGOOD: | 12:32:23 |
| 21 | Q.    Okay.  And other than your law degree, do | 12:32:23 |
| 22 | you hold any professional certifications? | 12:32:23 |

Henderson Legal Services

202-220-4158                         www.hendersonlegalservices.com

Newsham, Chief Peter                                    February 23, 2024

23

| 1 | A. No. | 12:32:23 |

1      A.    No.      12:32:23

2      Q.    Are you a member of any clubs?      12:32:23

3      A.    I mean, I was a member of -- I'm a member      12:32:23

4    of the International Association of Chiefs of Police,      12:32:23

5    the National Association of Black Law Enforcement      12:32:23

6    Officers, the Police Executive Research Forum.  I was      12:32:24

7    a member of Major Cities Chiefs.      12:32:24

8      Q.    Which of those are you still a member of?      12:32:24

9      A.    The first three.      12:32:24

10      Q.    And since you retired from MPD, what have      12:32:24

11    you been doing for work?      12:32:24

12      A.    I -- in February 1st of 2021, I became the      12:32:24

13    chief in Prince William County.      12:32:24

14      Q.    And you still are in that role?      12:32:24

15      A.    Yes.      12:32:24

16      Q.    Okay.  With MPD, when did you become chief      12:32:24

17    there?      12:32:24

18      A.    In 2016, I became the interim chief.      12:32:24

19      Q.    And then when did you -- when did that      12:32:24

20    role become not interim?      12:32:24

21      A.    I think in May of 2017.      12:32:24

22      Q.    Can you help me understand the reporting      12:32:24

Newsham, Chief Peter                    February 23, 2024

24

| | | |
|---|---|---|
| 1 | structure within MPD?  Who reported to you when you | 12:32:24 |
| 2 | were chief? | 12:32:24 |
| 3 | A.    The assistant chiefs. | 12:32:24 |
| 4 | Q.    And how many assistant chiefs are there? | 12:32:24 |
| 5 | A.    If my memory served me correct, I think | 12:32:24 |
| 6 | there are six. | 12:32:24 |
| 7 | Q.    And are those done by district? | 12:32:24 |
| 8 | A.    No. | 12:32:24 |
| 9 | Q.    How -- what are the roles of the assistant | 12:32:24 |
| 10 | chiefs? | 12:32:24 |
| 11 | A.    It's done by responsibility.  I think | 12:32:24 |
| 12 | there was two patrol chiefs, chief for internal | 12:32:24 |
| 13 | affairs, chief for homeland security, chief for | 12:32:24 |
| 14 | corporate support and a chief for criminal | 12:32:24 |
| 15 | investigations. | 12:32:24 |
| 16 | Q.    And was Assistant Chief Carroll one of the | 12:32:24 |
| 17 | assistant chiefs at that time? | 12:32:24 |
| 18 | A.    Yes. | 12:32:24 |
| 19 | Q.    And which category was he in? | 12:32:24 |
| 20 | A.    For homeland security. | 12:32:24 |
| 21 | Q.    Was there only one assistant chief for | 12:32:24 |
| 22 | homeland security at that time? | 12:32:24 |

Newsham, Chief Peter                              February 23, 2024

25

| | | |
|---|---|---|
| 1 | A.    Yes. | 12:32:24 |
| 2 | Q.    And was Assistant Chief Carroll the | 12:32:24 |
| 3 | assistant chief for homeland security the whole time | 12:32:24 |
| 4 | you were in the role of police chief? | 12:32:24 |
| 5 | A.    I don't remember. | 12:32:24 |
| 6 | Q.    And who did you report to when you were | 12:32:24 |
| 7 | police chief? | 12:32:24 |
| 8 | A.    There was a deputy city administrator or a | 12:32:24 |
| 9 | city administrator -- yeah, deputy city | 12:32:24 |
| 10 | administrator. | 12:32:24 |
| 11 | Q.    And who was that? | 12:32:24 |
| 12 | A.    Kevin Donahue. | 12:32:24 |
| 13 | Q.    Was he in that role the whole time you | 12:32:24 |
| 14 | were chief? | 12:32:24 |
| 15 | A.    I believe, yes. | 12:32:24 |
| 16 | Q.    And so you did not report directly to the | 12:32:24 |
| 17 | mayor? | 12:32:24 |
| 18 | A.    I would oftentimes meet with the mayor, | 12:32:25 |
| 19 | sometimes alone and then sometimes with Kevin. | 12:32:25 |
| 20 | Q.    How often did you meet with the mayor when | 12:32:25 |
| 21 | you were chief? | 12:32:25 |
| 22 | A.    It was pretty frequent, once a week maybe. | 12:32:25 |

Newsham, Chief Peter                                    February 23, 2024

26

| | | | |
|---|---|---|---|
| 1 | Q. | Did you talk to the mayor by phone? | 12:32:25 |
| 2 | **A.** | **Yes.** | 12:32:25 |
| 3 | Q. | How often? | 12:32:25 |

4    **A.    Whenever something needed to be**    12:32:25
5    **communicated to her.  Something serious would happen,**    12:32:25
6    **I would either text, or if it was really serious, I**    12:32:25
7    **would call her.**    12:32:25
8    Q.    About how often would you say you texted    12:32:25
9    with the mayor?    12:32:25
10    **A.    Again, it's hard to say.  Maybe a couple**    12:32:25
11    **of times a week.**    12:32:25
12    Q.    And what about phone calls?    12:32:25
13    **A.    Fewer than the texts.**    12:32:25
14    Q.    Also, I should say, since you're currently    12:32:25
15    an acting chief, if something comes up during the day    12:32:25
16    that you need to pause for, that's completely fine;    12:32:25
17    just ask.    12:32:25
18    **A.    Thank you.**    12:32:25
19    Q.    As chief, what were your responsibilities?    12:32:25
20    MR. SOBIECKI:  Object to form.    12:32:25
21    THE WITNESS:  I had responsibility for    12:32:25
22    providing police services to the District of    12:32:25

Newsham, Chief Peter                                    February 23, 2024

31

1    you were police chief?                                    12:32:27

2          A.    I'm sure I did.                               12:32:27

3          Q.    And do you recall promulgating any            12:32:27

4    regulations when you were the police chief?               12:32:27

5          A.    I know the department was involved in the     12:32:27

6    promulgation of regulations, but being intimately         12:32:27

7    involved, no.                                             12:32:27

8          Q.    Did you supervise that promulgation of        12:32:27

9    regulations?                                              12:32:27

10         A.    It was probably brought to my attention.      12:32:27

11         Q.    Was there someone within the department       12:32:27

12   who was responsible for promulgating regulations?         12:32:27

13         A.    The general counsel.                          12:32:27

14         Q.    Same with rules?                              12:32:27

15         A.    Yes.                                          12:32:27

16         Q.    And what about orders?                        12:32:27

17         A.    The general orders were left to the police    12:32:27

18   department.  They would be reviewed by the general        12:32:27

19   counsel, but we would in -- on the sworn side, be         12:32:27

20   more involved in that than the other, the rules and       12:32:27

21   regulations.                                              12:32:27

22         Q.    More involved in drafting the general         12:32:27

Henderson Legal Services

202-220-4158                          www.hendersonlegalservices.com

Newsham, Chief Peter                         February 23, 2024

32

| 1 | orders? | 12:32:27 |
| 2 | A.    More involved in making changes, if | 12:32:27 |
| 3 | necessary, or drafting, if necessary. | 12:32:27 |
| 4 | Q.    Got it. | 12:32:27 |
| 5 | And are standard -- what category among | 12:32:27 |
| 6 | those three do the standard operating procedures fall | 12:32:27 |
| 7 | under? | 12:32:27 |
| 8 | A.    SOPs are developed within the individual | 12:32:27 |
| 9 | units. | 12:32:27 |
| 10 | Q.    Of MPD? | 12:32:27 |
| 11 | A.    Yes. | 12:32:27 |
| 12 | Q.    And are they developed on the sworn side? | 12:32:27 |
| 13 | A.    Yes. | 12:32:27 |
| 14 | Q.    So they're not developed by the general | 12:32:27 |
| 15 | counsel's office? | 12:32:27 |
| 16 | A.    No. | 12:32:27 |
| 17 | Q.    Looking at 800.16. | 12:32:27 |
| 18 | A.    .16, did you say? | 12:32:27 |
| 19 | Q.    Yes. | 12:32:27 |
| 20 | "The chief of police shall have the | 12:32:27 |
| 21 | authority to plan and prescribe departmental policies | 12:32:27 |
| 22 | within the limits of overall policy enunciated by the | 12:32:27 |

Newsham, Chief Peter                                    February 23, 2024

33

| | | |
|---|---|---|
| 1 | mayor and the council, to include the coordination, | 12:32:27 |
| 2 | direction, and control of all Metropolitan Police | 12:32:27 |
| 3 | programs, services, and operations." | 12:32:27 |
| 4 | Do you see that? | 12:32:27 |
| 5 | **A.     I do.** | 12:32:27 |
| 6 | Q.     Was that part of your responsibility when | 12:32:27 |
| 7 | you were police chief? | 12:32:27 |
| 8 | **A.     Generally, yes.** | 12:32:27 |
| 9 | Q.     Any way in which it was not part of your | 12:32:27 |
| 10 | responsibility when you were police chief? | 12:32:27 |
| 11 | MR. SOBIECKI:  Object to form. | 12:32:27 |
| 12 | THE WITNESS:  Yeah.  I'm not sure what | 12:32:27 |
| 13 | you're asking me. | 12:32:27 |
| 14 | BY MS. LIVENGOOD: | 12:32:27 |
| 15 | Q.     Because you said, generally, yeah.  So is | 12:32:27 |
| 16 | there any distinction you're making there? | 12:32:27 |
| 17 | **A.     I think so, yeah.  I think that to the** | 12:32:27 |
| 18 | **extent that, you know, it was something that needed** | 12:32:27 |
| 19 | **the chief's attention, then yes.** | 12:32:28 |
| 20 | Q.     And then the next one, 800.17, concerning | 12:32:28 |
| 21 | advising the mayor and the council on matters | 12:32:28 |
| 22 | relating to police service, responsibility, and | 12:32:28 |

Newsham, Chief Peter                        February 23, 2024

34

1  operation.  Was that part of your role as police          12:32:28

2  chief?                                                     12:32:28

3      **A.    When I was the chief of police, I would**      12:32:28

4  **regularly meet with the mayor to talk about police**     12:32:28

5  **service.  And then, I would appear before the**          12:32:28

6  **judiciary committee based off of when they wanted to**   12:32:28

7  **see or conduct their oversight responsibilities.**       12:32:28

8      Q.    Okay.  And then 800.19:  The chief of            12:32:28

9  police shall have the authority to approve all             12:32:28

10  weapons to be used by members of the department.          12:32:28

11          Was part of your role?                            12:32:28

12      **A.    I believe, yes.**                              12:32:28

13      Q.    And in that capacity, when you were chief,      12:32:28

14  did you approve the use of OC spray by police             12:32:28

15  officers?                                                 12:32:28

16          MR. SOBIECKI:  Object to form.                    12:32:28

17          THE WITNESS:  That preceded me as chief.          12:32:28

18  BY MS. LIVENGOOD:                                         12:32:28

19      Q.    Did you change the authorization with          12:32:28

20  respect to OC spray at all when you were police           12:32:28

21  chief?                                                    12:32:28

22      **A.    Not that I remember.**                         12:32:28

Henderson Legal Services

35

| | |
|---|---|
| 1 | Q.    Did you change anything about the nature | 12:32:28 |
| 2 | of OC spray cannisters the department was using when | 12:32:28 |
| 3 | you were police chief? | 12:32:28 |
| 4 | MR. SOBIECKI:  Object to form. | 12:32:28 |
| 5 | THE WITNESS:  I don't -- | 12:32:28 |
| 6 | MS. LIVENGOOD:  Oh, I'm sorry.  I just | 12:32:28 |
| 7 | want to make sure that I'm -- what was the objection | 12:32:28 |
| 8 | there? | 12:32:28 |
| 9 | MR. SOBIECKI:  Object to form.  I'm not | 12:32:28 |
| 10 | sure I have your question again -- right.  What do | 12:32:28 |
| 11 | you mean by cannisters?  What changes did you make? | 12:32:28 |
| 12 | I didn't understand. | 12:32:28 |
| 13 | BY MS. LIVENGOOD: | 12:32:28 |
| 14 | Q.    The question was:  Did you make any | 12:32:28 |
| 15 | changes with respect to the kind of OC spray | 12:32:28 |
| 16 | canisters the police department was using when you | 12:32:28 |
| 17 | were police chief? | 12:32:28 |
| 18 | MR. SOBIECKI:  Yeah.  I'm not sure what | 12:32:28 |
| 19 | cannisters -- | 12:32:28 |
| 20 | MS. LIVENGOOD:  Okay. | 12:32:28 |
| 21 | THE WITNESS:  I don't have a specific | 12:32:28 |
| 22 | recollection of doing that. | 12:32:28 |

Newsham, Chief Peter                               February 23, 2024

36

| | | |
|---|---|---|
| 1 | BY MS. LIVENGOOD: | 12:32:28 |
| 2 | Q.    Okay. | 12:32:28 |
| 3 | **A.    But it could have happened.** | 12:32:28 |
| 4 | Q.    Okay.  And then do you see 800.20:  The | 12:32:28 |
| 5 | chief of police shall have the power to delegate | 12:32:28 |
| 6 | authority and assign functions to officials and | 12:32:28 |
| 7 | personnel of the department in such degree as in his | 12:32:28 |
| 8 | or her judgment is necessary to establish and | 12:32:28 |
| 9 | maintain efficiency and good administration? | 12:32:28 |
| 10 |        Do you see that? | 12:32:29 |
| 11 | **A.    I do.** | 12:32:29 |
| 12 | Q.    Was that part of your job? | 12:32:29 |
| 13 | **A.    Yes.** | 12:32:29 |
| 14 | Q.    You mentioned that there were some things | 12:32:29 |
| 15 | in here that were not part of your job, such as the | 12:32:29 |
| 16 | band and debts. | 12:32:29 |
| 17 |        Is there anything that was part of your | 12:32:29 |
| 18 | job that was not mentioned? | 12:32:29 |
| 19 | **A.    I think we could spend most of day going** | 12:32:29 |
| 20 | **over the -- kind of the intricacies of this because I** | 12:32:29 |
| 21 | **think this is very dated.  So I wouldn't accept every** | 12:32:29 |
| 22 | **single word as something that I would consider** | 12:32:29 |

Newsham, Chief Peter                                February 23, 2024

37

1    **within, but generally, yes, if that helps you.**        12:32:29

2        Q.    It does.                                         12:32:29

3        **A.    Okay.**                                        12:32:29

4        Q.    As a general matter, was there any part of       12:32:29

5    your job -- I understand what you're saying about          12:32:29

6    what is in here.  As a general matter, was there any       12:32:29

7    part of the job of police chief that is not in here?       12:32:29

8        **A.    I'm sure --**                                  12:32:29

9            MR. SOBIECKI:  Object to the extent the            12:32:29

10   chief is being asked to list and detail all the            12:32:29

11   responsibilities he had as the chief of a major            12:32:29

12   metropolitan city.                                         12:32:29

13           THE WITNESS:  Yeah, I'm sure there are.            12:32:29

14   BY MS. LIVENGOOD:                                          12:32:29

15       Q.    That there are things not mentioned in           12:32:29

16   here?                                                      12:32:29

17       **A.    Yes.**                                         12:32:29

18       Q.    Do any jump to mind?                             12:32:29

19           MR. SOBIECKI:  Object to form.                     12:32:29

20           THE WITNESS:  For example, I don't think           12:32:29

21   it says anything about keeping the public informed of      12:32:29

22   major events in here.  I don't think it talks             12:32:29

46

```
1    whether it was?                                    12:32:32
2         A.    It doesn't look familiar to me at all.  12:32:32
3         Q.    Okay.  Does that lead you -- do you have 12:32:32
4    any conclusion, based on that, as to whether it was 12:32:32
5    provided to MPD officers while you were chief?      12:32:32
6         A.    I do not.                                12:32:32
7         Q.    Okay.  Can you please turn to Tab 4 in   12:32:32
8    your binder.  This has not been introduced before.  12:32:32
9    This will be Plaintiff's 103.                       12:32:32
10            (NEWSHAM Exhibit No. 103 was marked for    12:32:32
11    identification.)                                   12:32:32
12    BY MS. LIVENGOOD:                                  12:32:32
13         Q.   And it is Bates number -- I'll say the   12:32:32
14    full one now, and then I'll just do the ending digits 12:32:32
15    going forward -- DC_2021-cv-00806-00015789.        12:32:32
16            Have you ever seen this PowerPoint before? 12:32:32
17         A.   It does not look familiar.               12:32:32
18         Q.   Okay.  Do you whether it was ever given to 12:32:32
19    MPD officers?                                       12:32:32
20         A.   I do not.                                12:32:32
21            MR. SOBIECKI:  Object to form.             12:32:32
22    BY MS. LIVENGOOD:                                  12:32:32
```

Newsham, Chief Peter                         February 23, 2024

47

1     Q.    Okay.  All right.  Chief Newsham, have you      12:32:32

2   ever heard the phrase "encirclement" in the context    12:32:32

3   of policing mass demonstrations?                        12:32:32

4     **A.    Probably.  I think now they have a term**      12:32:32

5   **that they use for that, and I forget what it is,**     12:32:32

6   **but -- I can't remember.  There is a term because it** 12:32:33

7   **just came up, I want to say, in New York.**            12:32:33

8     Q.    Do you have an understanding as to what         12:32:33

9   encirclement refers to?                                 12:32:33

10    **A.    Yes.**                                          12:32:33

11    Q.    And what is that?                                12:32:33

12    **A.    It's when you restrict the movement of a**      12:32:33

13  **first amendment assembly by surrounding them with**    12:32:33

14  **police resources.**                                    12:32:33

15    Q.    When you were chief at MPD, did MPD train       12:32:33

16  officers on when encirclement was appropriate?          12:32:33

17    **A.    There was different iterations throughout**     12:32:33

18  **my career.  I want to say when Chief Ramsey was the**   12:32:33

19  **chief, it was an allowable tactic, and it changed**     12:32:33

20  **that it was no longer allowed.**                        12:32:33

21    Q.    When was it no longer allowed?                   12:32:33

22    **A.    I can't tell you when, but I know that in**      12:32:33

Newsham, Chief Peter                                    February 23, 2024

48

1    one of the -- I don't know this.  But my recollection          12:32:33

2    is that in one of the lawsuits, the department               12:32:33

3    changed policy.  I want to say Cathy Patterson may           12:32:33

4    have even changed the statute around when we could do        12:32:33

5    that.                                                        12:32:33

6        Q.    And did that change prohibit it entirely?          12:32:33

7        A.    It prohibited it from first amendment              12:32:33

8    assemblies -- restricting the movement of first             12:32:33

9    amendment assemblies.                                        12:32:33

10       Q.    And did that continue to be the rule when          12:32:33

11   you were chief?                                              12:32:33

12       A.    Yes.                                               12:32:33

13       Q.    And can you tell me about that?  What was          12:32:33

14   the nature of that prohibition?                             12:32:33

15       A.    What do you mean by that?                         12:32:33

16       Q.    So you said it prohibited restricting the         12:32:33

17   movement of the first amendment assemblies.  What do       12:32:33

18   you mean?                                                    12:32:33

19       A.    I mean, it -- the tactic was used, prior         12:32:33

20   to its prohibition, to contain first amendment             12:32:33

21   assemblies in a certain area, and we could no longer       12:32:33

22   do that.                                                     12:32:33

Newsham, Chief Peter                                    February 23, 2024

51

1       Q.    And are you aware of any training where          12:32:34

2    MPD officers are instructed to take them into custody     12:32:34

3    by means of encirclement?                                 12:32:34

4       **A.    I don't know how to answer the question.**     12:32:34

5    **If there's a group that's involved, let's say, in a**   12:32:34

6    **riot, then it would be appropriate to encircle to**     12:32:34

7    **take them into custody.**                               12:32:34

8       Q.    Okay.                                            12:32:34

9       **A.    And riots are often associated with**          12:32:34

10   **violence.**                                             12:32:34

11      Q.    So you were chief of police for MPD in May       12:32:34

12   of 2020; right?                                           12:32:34

13      **A.    I was.**                                       12:32:34

14      Q.    And do you recall the protests in late May       12:32:34

15   of 2020?                                                  12:32:34

16      **A.    Yes.**                                         12:32:34

17      Q.    Did you have any role in determining             12:32:34

18   staffing for those protests?                              12:32:34

19      **A.    Yes.**                                         12:32:34

20      Q.    And what was that role?                          12:32:34

21      **A.    I think we asked everybody to come to**        12:32:34

22   **work.**                                                 12:32:34

Newsham, Chief Peter                          February 23, 2024

52

| | | |
|---|---|---|
| 1 | Q.    Do you remember when? | 12:32:34 |
| 2 | **A.    You're talking about the weekend of the** | 12:32:34 |
| 3 | **George Floyd riots?** | 12:32:34 |
| 4 | Q.    Yes. | 12:32:34 |
| 5 | **A.    Yes.** | 12:32:34 |
| 6 | Q.    And am I remembering correctly that that | 12:32:34 |
| 7 | weekend -- so May 30th was the Saturday, May 31st was | 12:32:34 |
| 8 | a Sunday, and June 1st was the Monday? | 12:32:34 |
| 9 | **A.    Correct.** | 12:32:35 |
| 10 | MR. SOBIECKI:  Object to form.  The | 12:32:35 |
| 11 | calendar will speak for itself. | 12:32:35 |
| 12 | THE WITNESS:  Yes, that sounds right. | 12:32:35 |
| 13 | BY MS. LIVENGOOD: | 12:32:35 |
| 14 | Q.    Okay.  And when you said we asked | 12:32:35 |
| 15 | everybody to come in, do you remember when that was? | 12:32:35 |
| 16 | **A.    I want to say Saturday, we went to full** | 12:32:35 |
| 17 | **staffing.** | 12:32:35 |
| 18 | Q.    Beginning on Saturday? | 12:32:35 |
| 19 | **A.    No.  I think as we got into the real** | 12:32:35 |
| 20 | **violence of Saturday.  So there was violent activity** | 12:32:35 |
| 21 | **on Friday night, but it was contained to one small** | 12:32:35 |
| 22 | **part of the city.  Saturday night, it spread pretty** | 12:32:35 |

Newsham, Chief Peter                                    February 23, 2024

53

| | | |
|---|---|---|
| 1 | dramatically, and I want to say it was at that point | 12:32:35 |
| 2 | we decided to go to 12-hour shifts and have everybody | 12:32:35 |
| 3 | work. | 12:32:35 |
| 4 | Q.    And how long did that continue, to your | 12:32:35 |
| 5 | recollection? | 12:32:35 |
| 6 | A.    I don't remember how long, but probably | 12:32:35 |
| 7 | through the next week.  After June 1st, violent | 12:32:35 |
| 8 | activity subsided dramatically. | 12:32:35 |
| 9 | Q.    And why was that do you think? | 12:32:35 |
| 10 | A.    I don't know. | 12:32:35 |
| 11 | Q.    Are you familiar with teletypes that | 12:32:35 |
| 12 | contain staffing orders? | 12:32:35 |
| 13 | A.    Am I -- | 12:32:35 |
| 14 | MR. SOBIECKI:  Object to form. | 12:32:35 |
| 15 | THE WITNESS:  -- familiar with them? | 12:32:35 |
| 16 | BY MS. LIVENGOOD: | 12:32:35 |
| 17 | Q.    Yes. | 12:32:35 |
| 18 | A.    Yes. | 12:32:35 |
| 19 | Q.    And did you have any role in issuing those | 12:32:35 |
| 20 | teletypes? | 12:32:35 |
| 21 | A.    Yes. | 12:32:35 |
| 22 | Q.    What was that role? | 12:32:35 |

Newsham, Chief Peter                                        February 23, 2024

54

| 1 | **A.    Generally, review.** | 12:32:35 |
| 2 | Q.    Review the teletypes before they went out? | 12:32:35 |
| 3 | **A.    Usually, not always.** | 12:32:35 |
| 4 | Q.    Okay.  And would the teletypes be the best | 12:32:35 |
| 5 | evidence of staffing on a particular day? | 12:32:35 |

6    **A.    I think if you want actual staffing, you**    12:32:35
7    **would probably have to get some from some other**    12:32:35
8    **record.  The teletype's direct personnel, whether or**    12:32:35
9    **not they have to work and what hours, what shifts**    12:32:35
10    **they would work.  But whether or not they show up is**    12:32:35
11    **a different story.**    12:32:35

12    Q.    Okay.  Would teletypes be the best record    12:32:35
13    of what the orders were for staffing on a given day?    12:32:35

14    **A.    During a situation like the riots, yes,**    12:32:35
15    **probably.**    12:32:35

16    Q.    Were you working on May 30th of 2020?    12:32:35

17    **A.    Yes.**    12:32:35

18    Q.    And where were you that day?    12:32:35

19    **A.    Probably in a lot of different places.**    12:32:35

20    Q.    Were you out in the middle of the    12:32:35
21    protests?    12:32:35

22    **A.    At times, yes.**    12:32:35

Newsham, Chief Peter                                    February 23, 2024

64

| | | |
|---|---|---|
| 1 | Q. Okay. | 12:32:39 |
| 2 | A. So -- | 12:32:39 |
| 3 | Q. So it's sounds like there are sort of a | 12:32:39 |
| 4 | number of less formal channels by which information | 12:32:39 |
| 5 | comes in; is that right? | 12:32:39 |
| 6 | A. Yes. | 12:32:39 |
| 7 | Q. Are there any other formal channels | 12:32:39 |
| 8 | through which JOCC receives information? | 12:32:39 |
| 9 | A. There could very well be that I'm | 12:32:39 |
| 10 | forgetting. | 12:32:39 |
| 11 | Q. Okay. | 12:32:39 |
| 12 | A. Yes. | 12:32:39 |
| 13 | Q. But you've said all the ones you remember? | 12:32:39 |
| 14 | A. Yes. | 12:32:39 |
| 15 | Q. Were you using a radio on that weekend? | 12:32:39 |
| 16 | A. I generally will carry a radio. It would | 12:32:39 |
| 17 | be very rare for me to communicate with the radio, | 12:32:39 |
| 18 | and my ability to listen to the radio is very -- | 12:32:39 |
| 19 | there's very little of it -- opportunity for me to | 12:32:39 |
| 20 | listen to the radio, but I do carry it. When I'm in | 12:32:39 |
| 21 | my vehicle, that's when I can monitor the radio the | 12:32:39 |
| 22 | best, provided I'm not on my phone. | 12:32:39 |

Newsham, Chief Peter                          February 23, 2024

65

1      Q.    And when you said there's very little    12:32:39

2  opportunity for you to listen to your radio, why is   12:32:39

3  that?                                                  12:32:39

4      **A.    Because I'm usually talking to other**    12:32:39

5  **people and communicating on my phone, and I'm**     12:32:39

6  **communicating in other, different ways.**           12:32:39

7      Q.    Did you communicate to other people who   12:32:39

8  were reporting to you on that -- your phone, that     12:32:39

9  weekend?                                               12:32:39

10     **A.    Yes.**                                    12:32:39

11     Q.    And was that by text message?             12:32:39

12     **A.    I'm sure, yes.**                          12:32:39

13     Q.    And also by phone call?                   12:32:39

14     **A.    Yes.**                                    12:32:39

15     Q.    Do you have a call sign on the radio?     12:32:39

16     **A.    I believe it's Cruiser 1.**              12:32:39

17     Q.    Okay.  Now, we've talked about May 30th,  12:32:39

18  that you don't remember exactly where you were, but  12:32:39

19  you've listed lots of different places.               12:32:39

20          On May 31st, do you remember where you     12:32:39

21  were?                                                  12:32:39

22     **A.    The same as the 30th.  I was in a lot of** 12:32:39

Newsham, Chief Peter                           February 23, 2024

66

1    different places.                                    12:32:39

2         Q.    Sometime on May 31st, were you out with   12:32:39

3    protesters?                                          12:32:39

4         A.    I believe that I probably was.  Rioters, I 12:32:39

5    would call them, as opposed to the protesters.       12:32:39

6         Q.    And sometime on May 31st, were you in the  12:32:39

7    JOCC command center?                                 12:32:39

8         A.    I would say that, yes, I was.             12:32:39

9         Q.    You said rioters on May 31st instead of   12:32:39

10   protesters.  Why do you make that distinction?       12:32:39

11        A.    Because that's -- we had wide-scale       12:32:39

12   rioting on the 30th and the 31st.                    12:32:39

13        Q.    Was there also protesting?                12:32:39

14        A.    I don't remember much protesting.  I      12:32:40

15   remember a lot of people involved in very violent    12:32:40

16   behavior.                                            12:32:40

17        Q.    At any point in the day, do you           12:32:40

18   remember protesting as compared to the rioting?      12:32:40

19        A.    Maybe earlier in the day, there was some  12:32:40

20   folks that were protesting.  As we got into the dark, 12:32:40

21   it became large-scale riots.                         12:32:40

22        Q.    Was there any mass arrests made on        12:32:40

Newsham, Chief Peter                              February 23, 2024

67

1    May 30th?                                            12:32:40

2        **A.    There were arrests made throughout the**   12:32:40

3    **weekend.  I don't believe any of them were mass**   12:32:40

4    **arrests.**                                          12:32:40

5        Q.    On either May 30th or May 31st?            12:32:40

6        **A.    I don't remember.  I don't remember, so I**  12:32:40

7    **can't say.  Yeah, I think most of the group arrests**  12:32:40

8    **happened on June 1st.  That's my recollection.  But I**  12:32:40

9    **know that there were certainly arrests made on**    12:32:40

10   **Saturday and Sunday.**                              12:32:40

11       Q.    Can you please turn to -- I believe it's   12:32:40

12   Tab 46 in your binder.  Let me make sure.  Yes, Tab  12:32:40

13   46.  This will be Plaintiff's 104, and it is the     12:32:40

14   Bates number ending 17437.                           12:32:40

15           (NEWSHAM Exhibit No. 104 was marked for      12:32:40

16   identification.)                                     12:32:40

17   BY MS. LIVENGOOD:                                    12:32:40

18       Q.    And can you take a minute to just look     12:32:40

19   over this document, and look up when you're done,    12:32:40

20   please.                                              12:32:40

21       **A.    You want me to look through all this?**    12:32:40

22       Q.    You can just skim it.                      12:32:40

83

| | | |
|---|---|---|
| 1 | A. What do you mean? | 12:32:47 |
| 2 | Q. How did you tell MPD officers to warn the | 12:32:47 |
| 3 | people who were out after curfew? | 12:32:47 |
| 4 | A. Probably to Jeff. We probably had those | 12:32:47 |
| 5 | conversations with assistant chiefs. | 12:32:47 |
| 6 | Q. And when you say Jeff, you mean Jeff | 12:32:47 |
| 7 | Carroll? | 12:32:47 |
| 8 | A. Yes. | 12:32:47 |
| 9 | Q. So you told Assistant Chief Carroll and he | 12:32:47 |
| 10 | told other members of MPD? | 12:32:48 |
| 11 | A. Yes. | 12:32:48 |
| 12 | Q. Did officers have discretion as to whether | 12:32:48 |
| 13 | to arrest someone under the curfew on May 31st? | 12:32:48 |
| 14 | A. I would say yes. | 12:32:48 |
| 15 | Q. And why would you say that? | 12:32:48 |
| 16 | A. Because there were -- if people were in | 12:32:48 |
| 17 | other parts and had people who were out in violation | 12:32:48 |
| 18 | of the curfew, they had the authority to make the | 12:32:48 |
| 19 | arrest. So they could decide to do it or not. | 12:32:48 |
| 20 | Q. And was that -- | 12:32:48 |
| 21 | A. That's discretion. | 12:32:48 |
| 22 | Q. Was that true for the June 1st curfew as | 12:32:48 |

Newsham, Chief Peter                                   February 23, 2024

84

1   well?                                              12:32:48

2        A.    What do you mean by that?              12:32:48

3        Q.    That they had the authority to arrest or  12:32:48

4   not to arrest?                                     12:32:48

5        A.    The question you're asking me is difficult  12:32:48

6   to answer.  So it depends on the circumstance.  If  12:32:48

7   you want to talk about Swann Street, we can talk    12:32:48

8   about that.  If you want to talk about everything   12:32:48

9   that was going on across the city, officers around  12:32:48

10  the city, if they found somebody out in violation of  12:32:48

11  the curfew, could make an arrest or not, depending on  12:32:48

12  whether or not the person, after being warned,      12:32:48

13  decided to go in.  So they did have some discretion  12:32:48

14  there, yes.                                        12:32:48

15         The arrest up on Swann Street was a        12:32:48

16  command-level decision to make an arrest, and there  12:32:48

17  was no discretion for the individual officers.     12:32:48

18       Q.    Understood.  And we'll get to that.     12:32:48

19         Just so that I'm understanding, the         12:32:48

20  discretion that you were referring to, to make an   12:32:48

21  arrest or not make an arrest, did that apply on     12:32:48

22  June 1st as well as May 31st?                       12:32:48

Newsham, Chief Peter                                    February 23, 2024

85

1    A.    Yes.                                            12:32:48

2    Q.    And you said whether they made an arrest        12:32:48

3  would depend on circumstances; is that right?          12:32:48

4    A.    Correct.                                        12:32:48

5    Q.    One of the circumstances you mentioned was      12:32:48

6  telling someone to go home and whether or not that      12:32:48

7  person left; is that right?                             12:32:48

8    A.    Correct.                                        12:32:48

9    Q.    Were there any other circumstances that         12:32:48

10 governed whether an officer should make an arrest for   12:32:48

11 a curfew violation?                                     12:32:48

12   A.    I can't think of any.                           12:32:48

13   Q.    Okay.  Were people allowed to remain            12:32:48

14 protesting after the curfew went into effect on         12:32:48

15 June 1st?                                               12:32:49

16   A.    Anybody that was out after the curfew, the      12:32:49

17 direction was to give them a warning to disperse, and   12:32:49

18 if they didn't, then they would be arrested.  So that   12:32:49

19 was the direction.                                      12:32:49

20   Q.    And that direction was given to MPD?            12:32:49

21   A.    Yes.  And that was for everybody.  Didn't       12:32:49

22 matter if you were protesting or whatever you were      12:32:49

Newsham, Chief Peter                                February 23, 2024

87

```
1        Q.    Can you please turn to the page with Bates    12:32:49
2   number ending 5643, the next page.  So we've been        12:32:49
3   discussing a curfew on May 31st and a curfew on June      12:32:49
4   1st.                                                      12:32:49
5            Is this the curfew that was in effect on         12:32:49
6   the evenings of June 1st and June 2nd?                    12:32:49
7        A.    Yes.                                           12:32:49
8        Q.    And there is similar language about the        12:32:49
9   warning in the second paragraph there.  Do you see        12:32:49
10  that?                                                     12:32:49
11       A.    I do.                                          12:32:49
12       Q.    And then in the third paragraph, similar       12:32:49
13  language about when a decision is made to arrest.  Do     12:32:49
14  you see that?                                             12:32:50
15       A.    Yes.                                           12:32:50
16       Q.    And in that third paragraph, do you see        12:32:50
17  where it says:  When the decision is made to arrest,      12:32:50
18  the SOD detail commander or district watch commander,     12:32:50
19  as appropriate, shall determine whether the arrest        12:32:50
20  will be custodial or noncustodial?                        12:32:50
21           Do you see that?                                 12:32:50
22       A.    I do.                                          12:32:50
```

Henderson Legal Services

202-220-4158                           www.hendersonlegalservices.com

Newsham, Chief Peter                                February 23, 2024

88

| 1  | Q.   What does that mean? | 12:32:50 |

1    Q.    What does that mean?                          12:32:50

2    A.    **It's whether or not they would be taken**    12:32:50

3    **into custody or they'd be issued what's called a 61D.**    12:32:50

4    Q.    And what is a 61?                              12:32:50

5    A.    **It's a -- it's -- essentially, it's a**     12:32:50

6    **document that requires that somebody either pay a**    12:32:50

7    **fine or show up in court to dispute a violation of**    12:32:50

8    **the law.**                                        12:32:50

9    Q.    Is there another term you're familiar with    12:32:50

10   to refer to a 61D?                                  12:32:50

11   A.    **No.**                                       12:32:50

12   Q.    Okay.  In the case of a 61D, does the         12:32:50

13   person who is subject to the noncustodial arrest, are    12:32:50

14   they are free to leave after the discussion with the    12:32:50

15   officer?                                            12:32:50

16   A.    **After they're issued the 61D, yes,**        12:32:50

17   **provided we can identify the person.**            12:32:50

18   Q.    And the 61D is a piece of paper that they     12:32:50

19   receive?                                            12:32:50

20   A.    **It is.**                                    12:32:50

21   Q.    They're not taken to another location with    12:32:50

22   the officer?                                        12:32:50

Newsham, Chief Peter                                February 23, 2024

89

| 1 | A.    No. | 12:32:50 |
| 2 | Q.    When someone is taken to another location | 12:32:50 |
| 3 | with the officer for processing, is that a custodial | 12:32:50 |
| 4 | arrest? | 12:32:50 |
| 5 | A.    Yes. | 12:32:50 |
| 6 | Q.    Were officers given any direction as to | 12:32:50 |
| 7 | whether they should conduct custodial or noncustodial | 12:32:50 |
| 8 | arrests? | 12:32:50 |
| 9 | A.    The direction looks like it's in here -- | 12:32:50 |
| 10 | to either talk to the SOD commander or their district | 12:32:50 |
| 11 | commander. | 12:32:50 |
| 12 | Q.    Were those commanders given any direction | 12:32:50 |
| 13 | about when to authorize a custodial versus a | 12:32:50 |
| 14 | noncustodial arrest? | 12:32:50 |
| 15 | A.    I don't remember.  I don't know if they | 12:32:50 |
| 16 | were. | 12:32:51 |
| 17 | Q.    And where -- where did directions about | 12:32:51 |
| 18 | the curfew come from? | 12:32:51 |
| 19 | A.    What do you mean by that? | 12:32:51 |
| 20 | Q.    Within MPD, who was responsible for | 12:32:51 |
| 21 | issuing guidance as to how to implement the curfew? | 12:32:51 |
| 22 | A.    This is the order right here that lays out | 12:32:51 |

Newsham, Chief Peter                                    February 23, 2024

90

1    how it should be.                                      12:32:51

2        Q.    Did the SOD detail commanders and district   12:32:51

3    watch commanders receive this order?                   12:32:51

4        A.    I would assume, yes.                          12:32:51

5        Q.    Beyond this order, are you aware of any       12:32:51

6    guidance they received about how to implement the      12:32:51

7    curfew?                                                 12:32:51

8        A.    I don't remember any, so --                   12:32:51

9        Q.    Would you have known about any guidance       12:32:51

10   they received?                                          12:32:51

11       A.    There could have been conversations of        12:32:51

12   that type of thing, sure.                               12:32:51

13       Q.    That you would have known about?              12:32:51

14       A.    Yes.                                           12:32:51

15       Q.    Okay.  And you don't recall any?             12:32:51

16       A.    Right.                                         12:32:51

17       Q.    And who is the SOD detail commander?         12:32:51

18       A.    Depends on the detail.                        12:32:51

19       Q.    How so?                                        12:32:51

20       A.    Depends on the day, the event.  So it's       12:32:51

21   whoever's in charge of the scene at the time.           12:32:51

22       Q.    Okay.  And is there a position of            12:32:51

Newsham, Chief Peter                                February 23, 2024

91

| | | |
|---|---|---|
| 1 | commander for SOD? | 12:32:51 |
| 2 | **A.    There was.** | 12:32:51 |
| 3 | Q.    Was there in June of 2020? | 12:32:51 |
| 4 | **A.    Yes.** | 12:32:51 |
| 5 | Q.    And who was that? | 12:32:51 |
| 6 | **A.    Robert Glover.** | 12:32:51 |
| 7 | Q.    And was that his official title within | 12:32:51 |
| 8 | MPD? | 12:32:51 |
| 9 | **A.    I believe he was a commander, might have** | 12:32:51 |
| 10 | **been an inspector.** | 12:32:51 |
| 11 | Q.    Is it possible that he was serving in the | 12:32:51 |
| 12 | commander role while Commander Rivera was on leave? | 12:32:51 |
| 13 | **A.    Could be.** | 12:32:51 |
| 14 | Q.    You don't remember? | 12:32:51 |
| 15 | **A.    No.** | 12:32:51 |
| 16 | Q.    Okay.  But you remember him acting as SOD | 12:32:51 |
| 17 | commander? | 12:32:51 |
| 18 | **A.    You know, I don't remember, but I know** | 12:32:51 |
| 19 | **that Glover was involved and was the incident** | 12:32:51 |
| 20 | **commander on Swann Street.** | 12:32:51 |
| 21 | Q.    Can you please turn to the next tab, 37. | 12:32:51 |
| 22 | This will be Plaintiff's 107. | 12:32:51 |

Newsham, Chief Peter                                February 23, 2024

94

| | | |
|---|---|---|
| 1 | guidance to MPD about how the curfew related to the | 12:32:52 |
| 2 | First Amendment Assemblies Act? | 12:32:52 |
| 3 | **A.    No.** | 12:32:52 |
| 4 | Q.    You don't recall any guidance like that? | 12:32:52 |
| 5 | **A.    I don't remember that, no.** | 12:32:52 |
| 6 | Q.    Okay.  Turning back to Plaintiff's 106, | 12:32:52 |
| 7 | Tab 37 in your binder.  Do you see, on page ending in | 12:32:52 |
| 8 | Bates number 5643, the next page, where it says, | 12:32:52 |
| 9 | "executive order," there at the top left? | 12:32:52 |
| 10 | **A.    Yes.** | 12:32:52 |
| 11 | Q.    What executive order does that refer to? | 12:32:52 |
| 12 | **A.    I think it's from me.  It is from me.** | 12:32:52 |
| 13 | Q.    Okay.  So this was an order that you | 12:32:52 |
| 14 | issued? | 12:32:52 |
| 15 | **A.    Correct.** | 12:32:52 |
| 16 | Q.    Okay.  Do you see, on the second page | 12:32:52 |
| 17 | there -- I'm sorry -- beginning on the page that | 12:32:52 |
| 18 | says, "executive order," Bates number ending 5643, | 12:32:52 |
| 19 | where it says, "exemptions"? | 12:32:53 |
| 20 | Do you see that? | 12:32:53 |
| 21 | **A.    Yes.** | 12:32:53 |
| 22 | Q.    Can you please just take a minute to skim | 12:32:53 |

Newsham, Chief Peter                                    February 23, 2024

95

| 1 | the exemptions listed there. | 12:32:53 |
|---|---|---|

1    the exemptions listed there.                        12:32:53

2        A.    I see them.                               12:32:53

3        Q.    Do you remember any guidance given to MPD  12:32:53

4    officers about how to identify whether particular    12:32:53

5    conduct fell within one of those exemptions?         12:32:53

6        A.    I think it's self-explanatory.            12:32:53

7        Q.    Would someone picking up takeout food fall 12:32:53

8    within one of those exemptions?                      12:32:53

9            MR. SOBIECKI:   Object to form.             12:32:53

10           THE WITNESS:   It does not appear to be.     12:32:53

11   No, it doesn't appear like it's in here.             12:32:53

12   BY MS. LIVENGOOD:                                    12:32:53

13       Q.    And do you recall MPD receiving any        12:32:53

14   guidance on that point?                              12:32:53

15       A.    The guidance is the guidance here in the   12:32:53

16   executive order.                                     12:32:53

17       Q.    Is the order itself?                       12:32:53

18       A.    Yes.                                       12:32:53

19       Q.    Okay.                                      12:32:53

20           Okay.  Can you please turn to Tab 5 of      12:32:53

21   your binder.  This has previously been introduced as 12:32:53

22   Plaintiff's Exhibit 90.                              12:32:53

Newsham, Chief Peter                              February 23, 2024

96

| | | |
|---|---|---|
| 1 | (PLAINTIFF'S Exhibit No. 90 was | 12:32:53 |
| 2 | referenced.) | 12:32:53 |
| 3 | BY MS. LIVENGOOD: | 12:32:53 |
| 4 | Q.    Have you seen this document before? | 12:32:53 |
| 5 | **A.    Probably, yes.** | 12:32:53 |
| 6 | Q.    Okay.  And this is the Standard Operating | 12:32:53 |
| 7 | Procedures For Handling First Amendment Assemblies | 12:32:53 |
| 8 | and Mass Demonstrations. | 12:32:53 |
| 9 | Do you see that? | 12:32:53 |
| 10 | **A.    That's what it says, yes.** | 12:32:53 |
| 11 | Q.    It's very long, so you certainty don't | 12:32:53 |
| 12 | need to review the whole thing, but do you want to | 12:32:53 |
| 13 | just take a minute to see if it is something you're | 12:32:53 |
| 14 | familiar with? | 12:32:53 |
| 15 | **A.    I don't have immediate familiarity with** | 12:32:53 |
| 16 | **it.  I am sure, in the course of my career, I have** | 12:32:53 |
| 17 | **seen it.** | 12:32:53 |
| 18 | Q.    Are you aware of the First Amendment | 12:32:53 |
| 19 | Assemblies Act in D.C.? | 12:32:53 |
| 20 | **A.    I am.** | 12:32:53 |
| 21 | Q.    How do you know about it? | 12:32:53 |
| 22 | **A.    I've been involved with the handling of** | 12:32:53 |

113

| | | |
|---|---|---|
| 1 | Q.    Were you listening to that radio | 12:33:00 |
| 2 | channel -- to a radio channel? | 12:33:00 |
| 3 | **A.    I was listening to that at some point, so** | 12:33:00 |
| 4 | **I heard some portions of that.** | 12:33:00 |
| 5 | Q.    And I'm sorry.  I said a radio channel. | 12:33:00 |
| 6 | You were listening to the radio channel over which | 12:33:00 |
| 7 | Commander Glover was giving those instructions? | 12:33:00 |
| 8 | **A.    Yes.** | 12:33:00 |
| 9 | Q.    In this document, can you please turn to | 12:33:00 |
| 10 | page ending in 3689, so it's just one page earlier. | 12:33:00 |
| 11 | Can you please take a moment to review Section D, | 12:33:00 |
| 12 | Incident Commander Responsibilities, and just look up | 12:33:00 |
| 13 | when you're done. | 12:33:00 |
| 14 | **A.    Okay.** | 12:33:00 |
| 15 | Q.    Does this capture your understanding of | 12:33:00 |
| 16 | what Commander Glover's responsibilities were that | 12:33:00 |
| 17 | evening? | 12:33:00 |
| 18 | **A.    I don't know how to answer that.** | 12:33:00 |
| 19 | Q.    Well, what is your understanding of what | 12:33:00 |
| 20 | Commander Glover's responsibilities were? | 12:33:00 |
| 21 | **A.    For the Swann Street incident --** | 12:33:00 |
| 22 | Q.    Yes. | 12:33:00 |

Newsham, Chief Peter                                February 23, 2024

114

1      A.      -- when he arrived on the scene and prior          12:33:00

2    to his arrival?                                               12:33:00

3      Q.      Yes.                                                12:33:00

4      A.      His responsibilities were to -- he had            12:33:00

5    responsibility to warn the group that they were in           12:33:00

6    violation of the curfew.  And then he had                    12:33:00

7    responsibility to get operational personnel into            12:33:00

8    position to make the arrests when they failed to             12:33:00

9    disperse.  And then his operational responsibility          12:33:00

10   was to ensure that the arrests were effectuated.            12:33:00

11     Q.      So with those as his responsibilities, was        12:33:00

12   Commander Glover authorized to give the order to             12:33:00

13   encircle that group?                                         12:33:00

14     A.      Sure.  Oh, yeah.                                  12:33:00

15     Q.      And was he authorized to give the order to         12:33:00

16   arrest?                                                      12:33:01

17     A.      Yes.                                               12:33:01

18     Q.      Where were you when the group was marching         12:33:01

19   up 14th Street?                                              12:33:01

20     A.      I don't -- don't remember.                        12:33:01

21     Q.      Do you remember whether you were in the            12:33:01

22   JOCC room?                                                   12:33:01

Newsham, Chief Peter                              February 23, 2024

115

| | | |
|---|---|---|
| 1 | A.    I don't think I was. | 12:33:01 |
| 2 | Q.    Why not? | 12:33:01 |
| 3 | A.    Because that's not my recollection. | 12:33:01 |
| 4 | Q.    But you don't recall where you were? | 12:33:01 |
| 5 | A.    No. | 12:33:01 |
| 6 | Q.    And at any point between when the group | 12:33:01 |
| 7 | was marching up 14th Street and when the arrest -- | 12:33:01 |
| 8 | when the processing finished, did you go to Swann | 12:33:01 |
| 9 | Street? | 12:33:01 |
| 10 | A.    I don't think that I did. | 12:33:01 |
| 11 | Q.    Did you go to 14th Street? | 12:33:01 |
| 12 | A.    I don't believe that I did.  I may have, | 12:33:01 |
| 13 | so I just don't remember. | 12:33:01 |
| 14 | Q.    And do you recall where you were at any | 12:33:01 |
| 15 | point in that period? | 12:33:01 |
| 16 | A.    No. | 12:33:01 |
| 17 | Q.    Why didn't you go to that -- to | 12:33:01 |
| 18 | 14th Street? | 12:33:01 |
| 19 | A.    I'm not saying that I didn't, because I | 12:33:01 |
| 20 | don't remember.  If I chose not to go, it was because | 12:33:01 |
| 21 | there's no need for me to go. | 12:33:01 |
| 22 | Q.    Why was there no need for you to go? | 12:33:01 |

Newsham, Chief Peter                                    February 23, 2024

116

1        A.    Because they sufficient command personnel          12:33:01

2  there to handle the situation, sufficient resources         12:33:01

3  there at hand.  They didn't need the chief of police.        12:33:01

4        Q.    And was that because Commander Glover was         12:33:01

5  authorized to carry out everything he needed to do to        12:33:01

6  affect that arrest?                                          12:33:01

7        A.    That's part of it, yes.                          12:33:01

8        Q.    What is the other part?                          12:33:01

9        A.    There was no need for my presence.               12:33:01

10       Q.    And why not?                                     12:33:01

11       A.    What value would I add by being there?           12:33:01

12       Q.    You mentioned Pershing Park earlier; is          12:33:01

13 that right?                                                  12:33:01

14       A.    I did.                                           12:33:01

15       Q.    Were you the official who gave the order         12:33:01

16 to arrest at Pershing Park?                                  12:33:01

17       A.    I was.                                           12:33:01

18       Q.    And you were not the chief at that time;         12:33:01

19 right?                                                       12:33:01

20       A.    I was not.                                       12:33:01

21       Q.    And you mentioned Chief Ramsey was the           12:33:01

22 chief?                                                       12:33:01

Newsham, Chief Peter                                February 23, 2024

117

| | | |
|---|---|---|
| 1 | **A.**    **He was.** | 12:33:01 |
| 2 | Q.    Did he come to the scene then? | 12:33:01 |
| 3 | **A.**    **He did.** | 12:33:01 |
| 4 | Q.    And how did Chief Ramsey's presence on the | 12:33:01 |
| 5 | scene affect your decision-making that day? | 12:33:02 |
| 6 | MR. SOBIECKI:  Objection, lack of | 12:33:02 |
| 7 | foundation. | 12:33:02 |
| 8 | THE WITNESS:  It didn't. | 12:33:02 |
| 9 | BY MS. LIVENGOOD: | 12:33:02 |
| 10 | Q.    Did you view there being any benefit to | 12:33:02 |
| 11 | Chief Ramsey being on the scene that day? | 12:33:02 |
| 12 | **A.**    **No.** | 12:33:02 |
| 13 | Q.    Do you see under the portion you just | 12:33:02 |
| 14 | reviewed, under 2 -- excuse me -- under D, 2A, do you | 12:33:02 |
| 15 | see the second sentence there:  If the assembly | 12:33:02 |
| 16 | is peaceful and adequate resources are available, | 12:33:02 |
| 17 | efforts shall be made to allow for the protest action | 12:33:02 |
| 18 | to continue by redirecting vehicular and pedestrian | 12:33:02 |
| 19 | traffic around the incident? | 12:33:02 |
| 20 | Do you see that? | 12:33:02 |
| 21 | **A.**    **I do see that.** | 12:33:02 |
| 22 | Q.    Was that done on 14th Street and Swann | 12:33:02 |

Newsham, Chief Peter                    February 23, 2024

125

```
1   were there.  We may have driven by the scene, but I     12:33:05
2   don't think that we did when the arrests were being    12:33:05
3   made.                                                   12:33:05
4        Q.   Do you have any recollection of personally    12:33:05
5   witnessing any behavior by that group?                  12:33:05
6        A.   The group on 14th Street?                      12:33:05
7        Q.   Yes.                                           12:33:05
8        A.   I don't have a recollection of that.           12:33:05
9        Q.   And so you mentioned that the group was        12:33:05
10  going up -- was marching up 14th Street.                12:33:05
11       A.   My understanding, yes.                         12:33:05
12       Q.   And at some point, began throwing the         12:33:05
13  bottles?                                                12:33:05
14       A.   There were reports they were throwing         12:33:05
15  bottles.                                                12:33:05
16       Q.   And you heard those reports from Chief        12:33:05
17  Carroll; is that right?                                 12:33:05
18       A.    I don't think he would report something     12:33:05
19  like that to me.  I don't know where I heard it from,  12:33:05
20  but I received that information.                        12:33:05
21       Q.   Why would Chief Carroll not report           12:33:05
22  something like that to you?                             12:33:05
```

Newsham, Chief Peter                           February 23, 2024

126

| | | |
|---|---|---|
| 1 | A.    Because that wasn't uncommon. | 12:33:05 |
| 2 | Q.    And so you received information that | 12:33:05 |
| 3 | bottle throwing was happening on 14th Street? | 12:33:05 |
| 4 | A.    Right. | 12:33:05 |
| 5 | Q.    Do you have any recollection as to how? | 12:33:05 |
| 6 | A.    Probably on the radio, yeah.  So I | 12:33:05 |
| 7 | probably heard a radio transmission. | 12:33:05 |
| 8 | Q.    Do you recall whether that was on the same | 12:33:05 |
| 9 | station where Commander Glover was giving | 12:33:05 |
| 10 | instructions? | 12:33:05 |
| 11 | A.    Probably was, but I don't know. | 12:33:05 |
| 12 | Q.    Do you recall hearing anything else about | 12:33:05 |
| 13 | the behavior of the group as it went up 14th Street? | 12:33:05 |
| 14 | A.    Yeah, they set a police car on fire. | 12:33:05 |
| 15 | Q.    And how did you hear that? | 12:33:05 |
| 16 | A.    Probably on the radio, and I may have | 12:33:05 |
| 17 | gotten a call from Jeff on that because that is | 12:33:05 |
| 18 | significant and uncommon and concerning. | 12:33:05 |
| 19 | Q.    Do you recall whether that happened before | 12:33:05 |
| 20 | or after the decision to arrest was made? | 12:33:05 |
| 21 | A.    I don't.  But I think the car was set on | 12:33:05 |
| 22 | fire before, but I don't know.  I don't know when | 12:33:05 |

Newsham, Chief Peter                              February 23, 2024

127

1    they decided to make an arrest.                        12:33:05

2         Q.    Is it your understanding that the car      12:33:05

3    being on fire was one of the reasons for the arrest?   12:33:05

4         A.    No.  My understanding is the reason for     12:33:05

5    the arrest was that they were in violation of the      12:33:05

6    curfew.  Nobody was charged with setting the car on    12:33:05

7    fire, as far as I know.                                12:33:05

8         Q.    Okay.  As far as you know, was anyone on    12:33:05

9    Swann Street charged with anything other than a        12:33:05

10   curfew violation?                                      12:33:05

11        A.    I don't think so.  There may have some      12:33:05

12   APOs, assault on police officers, but I don't believe  12:33:05

13   there were.                                            12:33:05

14        Q.    Okay.  Do you know whether there was ever   12:33:05

15   an investigation conducted into the police car fire?   12:33:05

16        A.    I don't.                                    12:33:06

17        Q.    You don't know whether there was?           12:33:06

18        A.    No.                                         12:33:06

19        Q.    And you don't whether anyone was ever       12:33:06

20   arrested for that?                                     12:33:06

21        A.    I'm pretty sure nobody was.                 12:33:06

22        Q.    Did you have any conversations with         12:33:06

Newsham, Chief Peter                                February 23, 2024

128

| | | |
|---|---|---|
| 1 | Commander Glover as the group was traveling up | 12:33:06 |
| 2 | 14th Street? | 12:33:06 |
| 3 | A.    None that I remember.  It would be unusual | 12:33:06 |
| 4 | for me to speak to the commander in that situation. | 12:33:06 |
| 5 | Q.    Why? | 12:33:06 |
| 6 | A.    I just -- my communication was with his | 12:33:06 |
| 7 | boss, the assistant chief. | 12:33:06 |
| 8 | Q.    Did you have any conversations with | 12:33:06 |
| 9 | Assistant Chief Carroll as the group was traveling up | 12:33:06 |
| 10 | 14th Street? | 12:33:06 |
| 11 | A.    I would say that there's a strong | 12:33:06 |
| 12 | likelihood that that occurred, yes. | 12:33:06 |
| 13 | Q.    And was your approval needed to conduct | 12:33:06 |
| 14 | the encirclement on Swann Street? | 12:33:06 |
| 15 | A.    No. | 12:33:06 |
| 16 | Q.    Why not? | 12:33:06 |
| 17 | A.    Because that's a decision that could be | 12:33:06 |
| 18 | made by the incident commander. | 12:33:06 |
| 19 | Q.    And that's pursuant to MPD policy? | 12:33:06 |
| 20 | A.    I don't know if it's policy, but that's | 12:33:06 |
| 21 | definitely our understanding, so you could probably | 12:33:06 |
| 22 | find it in the policy somewhere. | 12:33:06 |

Newsham, Chief Peter                                February 23, 2024

129

| | | |
|---|---|---|
| 1 | Q.    And was your approval needed to conduct | 12:33:06 |
| 2 | the arrest on Swann Street? | 12:33:06 |
| 3 | **A.    No.** | 12:33:06 |
| 4 | Q.    And why not? | 12:33:06 |
| 5 | **A.    Like I said, it was a clear-cut violation** | 12:33:06 |
| 6 | **of the law.  They had probable cause.  They had been** | 12:33:06 |
| 7 | **given sufficient warnings.  So all of the** | 12:33:06 |
| 8 | **requirements for an arrest were there.** | 12:33:06 |
| 9 | Q.    Do you recall consulting with Assistant | 12:33:06 |
| 10 | Chief Carroll about whether they should conduct an | 12:33:06 |
| 11 | encirclement? | 12:33:06 |
| 12 | **A.    I do not.** | 12:33:06 |
| 13 | Q.    You don't recall that? | 12:33:06 |
| 14 | **A.    I don't recall that.** | 12:33:06 |
| 15 | Q.    Do you recall consulting with Assistant | 12:33:06 |
| 16 | Chief Carroll about whether they should conduct an | 12:33:06 |
| 17 | arrest? | 12:33:06 |
| 18 | **A.    I'm pretty sure if we did have a** | 12:33:06 |
| 19 | **conversation about arrests, that it would be Jeff** | 12:33:06 |
| 20 | **telling me that they had decided to make arrests** | 12:33:06 |
| 21 | **because they had cause to do so.  He would be** | 12:33:06 |
| 22 | **notifying that an arrest was occurring but not asking** | 12:33:06 |

Newsham, Chief Peter                          February 23, 2024

130

1  **for my permission.**                                          12:33:07

2      Q.    And I know you mentioned you did not think    12:33:07

3  that you were in the JOCC room.  Do you recall seeing    12:33:07

4  any video of the march up 14th Street as it was          12:33:07

5  happening?                                               12:33:07

6      A.    **I don't remember that, no.**                12:33:07

7      Q.    And do you recall seeing any video on         12:33:07

8  Swann Street as it was happening?                        12:33:07

9      A.    **I -- I might have seen body-worn camera at** 12:33:07

10 **some point, some body-worn camera, but I don't have a** 12:33:07

11 **real -- and particularly, I don't think I saw**        12:33:07

12 **anything while it was occurring.**                      12:33:07

13     Q.    And the body-worn camera footage, that's      12:33:07

14 not streamable live anywhere, is it?                     12:33:07

15     A.    **No.**                                        12:33:07

16     Q.    That would have only have been after the      12:33:07

17 fact?                                                    12:33:07

18     A.    **Correct.  It may be streamable now, but at** 12:33:07

19 **the time, it was not.**                                 12:33:07

20     Q.    Some day it will be --                         12:33:07

21     A.    **I think they do it now, but I don't know**   12:33:07

22 **if MPD has that.**                                      12:33:07

Newsham, Chief Peter                                    February 23, 2024

133

| | | |
|---|---|---|
| 1 | A.    Phone calls. | 12:33:08 |
| 2 | Q.    And who -- | 12:33:08 |
| 3 | A.    Probably Carolyn.  I think during these | 12:33:08 |
| 4 | events, I would talk to Carolyn.  If I needed | 12:33:08 |
| 5 | information, I would call Carolyn, and she could get | 12:33:08 |
| 6 | it for me.  If she didn't have it at her fingertips, | 12:33:08 |
| 7 | she could get it. | 12:33:08 |
| 8 | Q.    Did she ever call you? | 12:33:08 |
| 9 | A.    Probably, but I think more often than not, | 12:33:08 |
| 10 | I would call her. | 12:33:08 |
| 11 | Q.    Did you receive sitrep e-mails from | 12:33:08 |
| 12 | Carolyn? | 12:33:08 |
| 13 | A.    Yeah.  I'm sure that those were sent, and | 12:33:08 |
| 14 | I saw them at some point. | 12:33:08 |
| 15 | Q.    Do you recall reviewing them during the | 12:33:08 |
| 16 | day? | 12:33:08 |
| 17 | A.    I don't recall that.  Could have, you | 12:33:08 |
| 18 | know, if I have a little bit of time. | 12:33:08 |
| 19 | Q.    Okay.  Do you recall those e-mails | 12:33:08 |
| 20 | informing the decision-making that you were doing | 12:33:08 |
| 21 | during the day? | 12:33:08 |
| 22 | A.    No. | 12:33:08 |

Newsham, Chief Peter                                    February 23, 2024

134

```
 1       Q.    Do you recall that they did not inform      12:33:08
 2  your decision-making?                                   12:33:08
 3       A.    My -- the way that I -- and my style was     12:33:08
 4  to speak to people directly as opposed to being --      12:33:08
 5  working through e-mails.                                 12:33:08
 6       Q.    And speaking to people directly, that's      12:33:08
 7  over the phone?                                          12:33:08
 8       A.    Usually or in person.                        12:33:08
 9       Q.    Okay.  I just want to make sure, I know      12:33:08
10  you said you didn't talk to Commander Glover over the   12:33:08
11  phone while the group was marching up 14th Street.       12:33:08
12       A.    I said it would be unusual if I did.  I      12:33:08
13  don't recall that.                                       12:33:08
14       Q.    Okay.  Do you have any recollection of       12:33:08
15  talking to Commander Glover over the phone at any        12:33:08
16  time on June 1st.                                        12:33:08
17       A.    I don't have a recollection of that.         12:33:08
18       Q.    Okay.                                         12:33:08
19       A.    But it could have happened, so I just        12:33:08
20  don't remember.  I would normally -- my normal          12:33:08
21  posture would be to speak to Jeff.  If, for some        12:33:08
22  reason, Jeff wouldn't pick up -- and I can't remember   12:33:08
```

Newsham, Chief Peter                                    February 23, 2024

135

| | | |
|---|---|---|
| 1 | a time Jeff didn't pick up -- I might call Glover, | 12:33:08 |
| 2 | but that would be very infrequent. | 12:33:08 |
| 3 | Q.    Do you recall talking to Commander Glover | 12:33:08 |
| 4 | about the arrests on the Swann Street any time after | 12:33:08 |
| 5 | June 1st? | 12:33:08 |
| 6 | A.    Probably, yeah. | 12:33:08 |
| 7 | Q.    When was that? | 12:33:08 |
| 8 | A.    I don't remember, but I'm sure.  I mean, I | 12:33:08 |
| 9 | would see Bob from time to time, but not any in-depth | 12:33:09 |
| 10 | conversations about the arrests. | 12:33:09 |
| 11 | Q.    Okay.  Why did you not have an in-depth | 12:33:09 |
| 12 | conversation with him about the arrests? | 12:33:09 |
| 13 | MR. SOBIECKI:  Objection. | 12:33:09 |
| 14 | THE WITNESS:  It would be outside the | 12:33:09 |
| 15 | chain of command for me to go to him unless I needed | 12:33:09 |
| 16 | something immediately. | 12:33:09 |
| 17 | BY MS. LIVENGOOD: | 12:33:09 |
| 18 | Q.    Did you have an in-depth conversation with | 12:33:09 |
| 19 | Assistant Chief Carroll about the arrest? | 12:33:09 |
| 20 | A.    I'm sure, yes. | 12:33:09 |
| 21 | Q.    Why are you sure? | 12:33:09 |
| 22 | A.    At some point, I would want to know, meet | 12:33:09 |

Newsham, Chief Peter                              February 23, 2024

136

1  with him.  You know, give me a debrief.  What do we      12:33:09
2  have?  What's going on?                                  12:33:09
3      Q.    Do you recall what Assistant Chief Carroll     12:33:09
4  said about the arrests?                                  12:33:09
5      A.    They had a large group of protesters that      12:33:09
6  were marching up 14th Street and that they began to      12:33:09
7  get aggressive.  My recollection is that warnings        12:33:09
8  were given to them that there was a curfew.  If they     12:33:09
9  didn't disperse, they would be arrested.  And then       12:33:09
10 there was a decision to make an arrest.  They got the    12:33:09
11 resources they needed.  It took some time to get the     12:33:09
12 resources in place, and they were ultimately             12:33:09
13 arrested.                                                12:33:09
14     Q.    Did you have any reaction to the arrests?      12:33:09
15     A.    A reaction?  Like, I'm not sure what you       12:33:09
16 mean by that.                                            12:33:09
17     Q.    Did you -- was there anything about the        12:33:09
18 arrest that you thought should have been done            12:33:09
19 differently?                                             12:33:09
20     A.    No.  I thought it was handled very well.       12:33:09
21     Q.    Anything about the encirclement that you       12:33:09
22 thought should have been done differently?               12:33:09

Newsham, Chief Peter                                    February 23, 2024

137

1      A.      No.  In fact, I think there was an          12:33:09
2  instance where some of the people who had violated     12:33:09
3  the curfew ran into a home.  And I think that the       12:33:09
4  officers showed -- on the scenes showed a pretty good   12:33:10
5  common sense of not pursuing them into the home.        12:33:10
6  They -- technically, they could have but they didn't,   12:33:10
7  and I thought that showed sound judgment.               12:33:10
8      Q.      And you mentioned you were talking to the   12:33:10
9  assistant chiefs.  Did you play any role on June 1st    12:33:10
10 in directing CDU units where to go?                     12:33:10
11     A.      No.                                         12:33:10
12     Q.      Who was doing that?                         12:33:10
13     A.      Jeff.                                        12:33:10
14     Q.      And why was Jeff doing that?                12:33:10
15     A.      That's his role.                            12:33:10
16     Q.      Okay.  As the head of homeland security?    12:33:10
17     A.      Yes.                                         12:33:10
18     Q.      Okay.  In talking to Jeff about the march   12:33:10
19 up 14th Street, do you know whether there was any       12:33:10
20 effort made to identify bad actors within the group?    12:33:10
21          MR. SOBIECKI:  Object to form.                 12:33:10
22          THE WITNESS:  I don't know.                    12:33:10

Newsham, Chief Peter                                February 23, 2024

138

1    BY MS. LIVENGOOD:                                      12:33:10

2        Q.    Would that have been -- was that necessary   12:33:10

3    to do that?                                            12:33:10

4        **A.    It would depend on the circumstance.  If**   12:33:10

5    **somebody could identify who set the car on fire, I**   12:33:10

6    **would think that they would try to do that.  So there**   12:33:10

7    **could have been some effort to do that.  I don't**   12:33:10

8    **know.  I was wasn't there.**                         12:33:10

9        Q.    You didn't hear about any effort to do      12:33:10

10   that?                                                  12:33:10

11       **A.    I did not.**                               12:33:10

12       Q.    After Commander Glover made the decision    12:33:10

13   to arrest, could anyone have stopped that arrest from   12:33:10

14   moving forward?                                        12:33:10

15           MR. SOBIECKI:  Objection, form.              12:33:10

16           THE WITNESS:  Sure.  Yes.                    12:33:10

17   BY MS. LIVENGOOD:                                      12:33:10

18       Q.    Who could have done that?                   12:33:10

19       **A.    Any one of his superior officers could**   12:33:10

20   **have told him.**                                     12:33:10

21       Q.    And that includes Assistant Chief Carroll?   12:33:10

22       **A.    Yes.**                                     12:33:10

Henderson Legal Services

202-220-4158                    www.hendersonlegalservices.com

Newsham, Chief Peter                    February 23, 2024

139

| | | |
|---|---|---|
| 1 | Q. And you? | 12:33:10 |
| 2 | A. Yes. | 12:33:10 |
| 3 | Q. Is there anyone else above Commander | 12:33:10 |
| 4 | Glover in the chain of command? | 12:33:10 |
| 5 | A. What do you mean? | 12:33:10 |
| 6 | Q. So I understand there are six assistant | 12:33:10 |
| 7 | chiefs -- | 12:33:10 |
| 8 | A. All of the assistant chiefs could | 12:33:10 |
| 9 | conceivably give that direction to the commander. | 12:33:10 |
| 10 | Q. Understood. | 12:33:10 |
| 11 | So it's just not the person that he | 12:33:10 |
| 12 | reports to directly? | 12:33:10 |
| 13 | A. Right. But that would be unlikely. | 12:33:10 |
| 14 | Q. Why would that be unlikely? | 12:33:10 |
| 15 | A. Because he would be communicating with his | 12:33:10 |
| 16 | direct report, his boss. | 12:33:11 |
| 17 | Q. In the course of making the decision? | 12:33:11 |
| 18 | A. I -- you know, he had the autonomy to make | 12:33:11 |
| 19 | the decision. I would think that he would notify the | 12:33:11 |
| 20 | assistant chief that this was the state of affairs, | 12:33:11 |
| 21 | and then the assistant chief, in turn, would think | 12:33:11 |
| 22 | that he would have to notify me that this was | 12:33:11 |

Newsham, Chief Peter                                    February 23, 2024

140

| | | |
|---|---|---|
| 1 | occurring because it's significant. | 12:33:11 |
| 2 | Q.    And that did occur? | 12:33:11 |
| 3 | A.    Yeah. | 12:33:11 |
| 4 | Q.    And you said it would be unlikely that | 12:33:11 |
| 5 | someone senior to Commander Glover would have | 12:33:11 |
| 6 | intervened to stop the arrest.  Is that because they | 12:33:11 |
| 7 | would more likely have told him not to conduct the | 12:33:11 |
| 8 | arrests when he was discussing it with him? | 12:33:11 |
| 9 | MR. SOBIECKI:  Object to form. | 12:33:11 |
| 10 | THE WITNESS:  No.  Because they wouldn't | 12:33:11 |
| 11 | be involved in that discussion.  You know, it | 12:33:11 |
| 12 | wouldn't be their place.  They're other things going | 12:33:11 |
| 13 | on in the department.  They're not involved in | 12:33:11 |
| 14 | that communication, so it would be unlikely for them | 12:33:11 |
| 15 | to intervene in that decision-making. | 12:33:11 |
| 16 | BY MS. LIVENGOOD: | 12:33:11 |
| 17 | Q.    Got it. | 12:33:11 |
| 18 | Sorry.  I meant Assistant Chief Carroll or | 12:33:11 |
| 19 | you? | 12:33:11 |
| 20 | A.    What about us? | 12:33:11 |
| 21 | Q.    Are you saying it would have been unlikely | 12:33:11 |
| 22 | for either Assistant Chief Carroll or you to | 12:33:11 |

Newsham, Chief Peter                                February 23, 2024

141

1   intervene in that decision-making?                    12:33:11

2        A.    No.   I mean, if we thought there was a    12:33:11

3   problem with it or if it was -- you know, there was   12:33:11

4   an issue with the arrest, we would certainly have a   12:33:11

5   responsibility to, but there was no issue with the    12:33:11

6   arrests.                                              12:33:11

7        Q.    Was the arrest on Swann Street related to  12:33:11

8   COVID concerns in any way?                            12:33:11

9        A.    You know, I saw that on one of the         12:33:11

10  executive orders.  I had forgotten that this was a    12:33:11

11  period of COVID.  So I know that there was a lot of   12:33:11

12  concern in Washington, D.C., about large gatherings,  12:33:11

13  but whether or not that played any role in the        12:33:11

14  decision-making process of the arrests, you would     12:33:11

15  have to ask Glover, but I doubt it.                   12:33:11

16       Q.    And why do you doubt it?                   12:33:11

17       A.    Because I don't think that that was a      12:33:11

18  consideration.  I think what -- he had a clear-cut    12:33:11

19  violation of the law and made the arrests based off   12:33:12

20  of that.                                              12:33:12

21       Q.    Can you -- in this document that you're in 12:33:12

22  here, Plaintiff's 90, Tab 5, can you please turn to   12:33:12

Newsham, Chief Peter                                February 23, 2024

142

1    page 15 of that document.                                12:33:12

2            Okay.  Do you see the section Operational  12:33:12

3    Procedures For Mass Demonstrations, Section 9 there?  12:33:12

4        A.    Yes.                                       12:33:12

5        Q.    And then do you see paragraph C?           12:33:12

6        A.    Yes.                                       12:33:12

7        Q.    "Accordingly, it is the policy of the MPD  12:33:12

8    to avoid making arrests of substantial numbers of    12:33:12

9    persons in response to such incidents when arrest     12:33:12

10   avoidance is reasonably possible in the interest      12:33:12

11   of safety and security."                              12:33:12

12           Do you see that?                              12:33:12

13       A.    I do.                                       12:33:12

14       Q.    Did that paragraph apply to the decision   12:33:12

15   to arrest on Swann Street at all?                     12:33:12

16           MR. SOBIECKI:  Objection, asked and          12:33:12

17   answered.                                             12:33:12

18           THE WITNESS:  Yeah.  I would say no.          12:33:12

19   BY MS. LIVENGOOD:                                     12:33:12

20       Q.    Okay.  For the reasons that you gave       12:33:12

21   earlier?                                              12:33:12

22       A.    Yes.                                        12:33:12

Newsham, Chief Peter                                    February 23, 2024

147

| | | |
|---|---|---|
| 1 | seeing anybody out. | 12:33:13 |
| 2 |     Q.   In the time that you were out? | 12:33:13 |
| 3 |     A.   Yeah. | 12:33:13 |
| 4 |     Q.   And that was true on May 31st? | 12:33:13 |
| 5 |     A.   Oh, I can't say that.  There was a lot of | 12:33:13 |
| 6 | people running around on May 31st, smashing and | 12:33:13 |
| 7 | breaking things.  So I saw some of that.  They were | 12:33:13 |
| 8 | clearly out in violation of the curfew. | 12:33:13 |
| 9 |     Q.   And did you direct any arrests on | 12:33:14 |
| 10 | May 31st? | 12:33:14 |
| 11 |     A.   I did not. | 12:33:14 |
| 12 |     Q.   Why not? | 12:33:14 |
| 13 |     A.   Didn't have the occasion to do it. | 12:33:14 |
| 14 |     Q.   And why not? | 12:33:14 |
| 15 |     MR. SOBIECKI:  Objection, calls for | 12:33:14 |
| 16 | speculation. | 12:33:14 |
| 17 | BY MS. LIVENGOOD: | 12:33:14 |
| 18 |     Q.   I'm sorry.  Why didn't you have the | 12:33:14 |
| 19 | occasion to? | 12:33:14 |
| 20 |     A.   I just didn't.  There was no occasion for | 12:33:14 |
| 21 | me to direct arrests when I was out. | 12:33:14 |
| 22 |     Q.   And that was true the entire time the | 12:33:14 |

Newsham, Chief Peter                        February 23, 2024

148

| | | |
|---|---|---|
| 1 | curfew was in effect? | 12:33:14 |
| 2 | MR. SOBIECKI:  Objection. | 12:33:14 |
| 3 | THE WITNESS:  It is, yes. | 12:33:14 |
| 4 | BY MS. LIVENGOOD: | 12:33:14 |
| 5 | Q.   In your role as police chief, do you play | 12:33:14 |
| 6 | any role in supervising the arrests of -- in | 12:33:14 |
| 7 | supervising arrest processes? | 12:33:14 |
| 8 | **A.   What do you mean by that?** | 12:33:14 |
| 9 | Q.   Are there provisions that MPD has to | 12:33:14 |
| 10 | comply with when it conducts arrests? | 12:33:14 |
| 11 | **A.   There are.** | 12:33:14 |
| 12 | Q.   And are you responsible, ultimately, for | 12:33:14 |
| 13 | making sure that MPD officers comply with those | 12:33:14 |
| 14 | provisions? | 12:33:14 |
| 15 | MR. SOBIECKI:  Objection to form. | 12:33:14 |
| 16 | THE WITNESS:  I am. | 12:33:14 |
| 17 | BY MS. LIVENGOOD: | 12:33:14 |
| 18 | Q.   Did you conduct any oversight of the | 12:33:14 |
| 19 | process by which people were arrested on Swann Street | 12:33:14 |
| 20 | on June 1st, 2020? | 12:33:14 |
| 21 | **A.   I had pretty -- a great deal of** | 12:33:14 |
| 22 | **information about how the arrests were conducted, and** | 12:33:14 |

Newsham, Chief Peter                                    February 23, 2024

149

| | |
|---|---|
| 1 | I thought they were in accordance with the law. | 12:33:14 |
| 2 | Q.    And how did you have a great deal of | 12:33:14 |
| 3 | information about that? | 12:33:14 |
| 4 | A.    People communicated it to me.  There was | 12:33:14 |
| 5 | after-action reports that were done, those kinds of | 12:33:14 |
| 6 | things. | 12:33:14 |
| 7 | Q.    And the after-action reports were after it | 12:33:14 |
| 8 | was completed; is that right? | 12:33:14 |
| 9 | A.    Right. | 12:33:14 |
| 10 | Q.    Did you have any contemporaneous | 12:33:14 |
| 11 | information while the arrests were being completed? | 12:33:15 |
| 12 | A.    Not that I remember.  I mean, it -- well, | 12:33:15 |
| 13 | sure.  I mean, I had the radio communications.  I had | 12:33:15 |
| 14 | what was being told to me by Jeff Carroll and | 12:33:15 |
| 15 | probably others.  So that was the contemporaneous | 12:33:15 |
| 16 | information that I had.  And like I said, it was -- | 12:33:15 |
| 17 | what's the word that I'm thinking to use?  It was | 12:33:15 |
| 18 | very, very clear that people had violated the law and | 12:33:15 |
| 19 | that they needed to be taken into custody, and they | 12:33:15 |
| 20 | were. | 12:33:15 |
| 21 | Q.    And as far as you were hearing, were the | 12:33:15 |
| 22 | arrests conducted in an appropriate way? | 12:33:15 |

Newsham, Chief Peter                    February 23, 2024

150

| | | |
|---|---|---|
| 1 | A.    Yes. | 12:33:15 |
| 2 | Q.    In line with MPD policy? | 12:33:15 |
| 3 | A.    Yes. | 12:33:15 |
| 4 | Q.    And in your role as police chief, did you | 12:33:15 |
| 5 | have any oversight in handling of the arrestees after | 12:33:15 |
| 6 | arrests were completed? | 12:33:15 |
| 7 | MR. SOBIECKI:  Objection to form. | 12:33:15 |
| 8 | THE WITNESS:  Did I have any role? | 12:33:15 |
| 9 | BY MS. LIVENGOOD: | 12:33:15 |
| 10 | Q.    Yes. | 12:33:15 |
| 11 | A.    No. | 12:33:15 |
| 12 | Q.    Who oversaw processing of arrestees? | 12:33:15 |
| 13 | A.    I believe we had the Narcotics and Special | 12:33:15 |
| 14 | Investigations Division that would handle mass | 12:33:15 |
| 15 | arrests. | 12:33:15 |
| 16 | Q.    And am I understanding correctly that's | 12:33:15 |
| 17 | called NSID? | 12:33:15 |
| 18 | A.    Yes. | 12:33:15 |
| 19 | Q.    Did NSID have vans on the scene at Swann | 12:33:15 |
| 20 | Street to process arrests? | 12:33:15 |
| 21 | A.    I don't know. | 12:33:15 |
| 22 | Q.    Do you know who would have been | 12:33:15 |

Newsham, Chief Peter                                    February 23, 2024

162

| | | |
|---|---|---|
| 1 | 14th Street; is that right? | 13:06:38 |
| 2 | A.    We had conversations that day and | 13:06:38 |
| 3 | probably, at some point, when they were moving on | 13:06:40 |
| 4 | 14th Street. | 13:06:44 |
| 5 | Q.    Did you have any discussion with Assistant | 13:06:45 |
| 6 | Chief Carroll about the use of force at that point? | 13:06:48 |
| 7 | A.    I don't remember that, no. | 13:06:50 |
| 8 | Q.    Was Commander Glover authorized to approve | 13:06:51 |
| 9 | the use of force on Swann Street? | 13:06:55 |
| 10 | A.    Yes. | 13:06:56 |
| 11 | Q.    And why is that? | 13:06:56 |
| 12 | A.    He was the incident commander. | 13:06:57 |
| 13 | Q.    Could you have overwritten a use of force | 13:07:00 |
| 14 | decision that Commander Glover made? | 13:07:05 |
| 15 | A.    I mean, it would be difficult before it | 13:07:07 |
| 16 | was -- you know, because that's a decision that gets | 13:07:11 |
| 17 | made in realtime.  So it would be difficult to | 13:07:13 |
| 18 | override a decision made in realtime. | 13:07:18 |
| 19 | Q.    In this instance, as the encirclement was | 13:07:20 |
| 20 | being established, do you know whether there was a | 13:07:24 |
| 21 | general -- a CDU command given about use of force, | 13:07:28 |
| 22 | the encirclement? | 13:07:32 |

Newsham, Chief Peter                                    February 23, 2024

163

1      A.    I think there was specific instructions      13:07:32

2  not to use, I want to say, maybe pepper spray or       13:07:36

3  something.  I don't know.  But I do remember, now       13:07:42

4  that you raise it, that there was a communication,      13:07:44

5  that they were given instructions not to do            13:07:46

6  something, so not to use some type of force.           13:07:48

7      Q.    Did you hear that instruction as it was      13:07:51

8  being given?                                            13:07:53

9      A.    I might have, yeah.                           13:07:54

10      Q.    Over the radio?                               13:07:55

11      A.    Yeah.                                         13:07:57

12      Q.    And could you have overridden that           13:07:57

13  instruction at that point?                             13:08:00

14      A.    I can't even think of a circumstance where   13:08:01

15  I would override an incident commander on a use of     13:08:05

16  force decision --                                      13:08:07

17      Q.    And why is that?                             13:08:07

18      A.    -- in realtime.                              13:08:08

19      Q.    And why is that?                             13:08:09

20      A.    Because those decisions need to be made in   13:08:10

21  realtime or somebody could get hurt.                   13:08:12

22      Q.    Did Commander Glover need your approval to   13:08:14

Newsham, Chief Peter                                    February 23, 2024

164

| | | |
|---|---|---|
| 1 | authorize force in that case? | 13:08:22 |
| 2 | A.    No. | 13:08:23 |
| 3 | Q.    Did he need Assistant Chief Carroll's | 13:08:23 |
| 4 | approval? | 13:08:27 |
| 5 | A.    No. | 13:08:27 |
| 6 | Q.    And why not? | 13:08:29 |
| 7 | MR. SOBIECKI:  Objection. | 13:08:30 |
| 8 | THE WITNESS:  He was the incident | 13:08:31 |
| 9 | commander.  He had that authority. | 13:08:33 |
| 10 | BY MS. LIVENGOOD: | 13:08:33 |
| 11 | Q.    After that night, did you do anything to | 13:08:35 |
| 12 | review the use of force on Swann Street? | 13:08:37 |
| 13 | **A.    There was a use of force investigation** | 13:08:39 |
| 14 | **that I probably had reviewed at some point** | 13:08:44 |
| 15 | **afterwards.** | 13:08:47 |
| 16 | Q.    And you say you reviewed the investigation | 13:08:48 |
| 17 | information.  Do you remember what specifically you | 13:08:50 |
| 18 | reviewed? | 13:08:54 |
| 19 | **A.    My recollection is that there was very** | 13:08:54 |
| 20 | **little force used in the arrest.  I want to say there** | 13:08:57 |
| 21 | **was two deployments of the OC spray, and there** | 13:09:00 |
| 22 | **were -- I think there was one complaint of injury,** | 13:09:05 |

Newsham, Chief Peter                                February 23, 2024

165

1   and no transports of any injury from contact with the          13:09:07

2   police.  That's my recollection.                               13:09:11

3        Q.    And when you say, "no transports of                 13:09:13

4   injury," do you mean transports to the hospital?               13:09:16

5        A.    Correct.                                            13:09:18

6        Q.    Did you review the IAD report in this               13:09:18

7   case?                                                          13:09:22

8        A.    I probably did, yes.                                13:09:22

9        Q.    And did you review body-worn camera                 13:09:23

10  footage?                                                       13:09:27

11       A.    I might have seen some body-worn camera             13:09:27

12  footage in this case, but I don't know.                        13:09:32

13       Q.    In the course of your time as chief, did            13:09:35

14  you ever review body-worn camera footage of uses of           13:09:37

15  force?                                                         13:09:42

16       A.    Yes.                                                13:09:43

17       Q.    And what was the purpose of that review?            13:09:43

18       A.    To see what happened.                               13:09:44

19       Q.    Did you ever review body-worn camera                13:09:47

20  footage of uses of force in the context of a                   13:09:50

21  disciplinary proceeding?                                       13:09:54

22       A.    I'm sure I did.                                     13:09:55

Newsham, Chief Peter                                    February 23, 2024

174

1      **A.     That's what it says, yes.**                13:18:20

2      Q.     And at the time that you reviewed that IAD    13:18:22

3    report, did you have any reason to disagree with the   13:18:25

4    conclusion it came to?                                 13:18:28

5      **A.     I don't remember disagreeing, no.**          13:18:29

6      Q.     Okay.  And you don't remember whether you    13:18:32

7    independently looked at any video from that night?     13:18:37

8      **A.     I don't.  I think I probably did, but it's** 13:18:41

9    **been a long time.**                                   13:18:43

10     Q.     Can you please turn to Tab 49, which will    13:18:45

11   be Plaintiff's Exhibit 109, and it's -- ends with      13:18:57

12   Bates number 13082.                                    13:19:01

13            (NEWSHAM Exhibit No. 109 was marked for       13:19:18

14   identification.)                                       13:19:18

15   BY MS. LIVENGOOD:                                      13:19:18

16     Q.     Can you please take a second to review       13:19:18

17   that.                                                  13:19:20

18     **A.     Yes, I reviewed it.**                         13:19:21

19     Q.     Do you see here where you say:  MPD does     13:19:28

20   not and will not and did not deploy munitions on       13:19:33

21   peaceful protesters?                                   13:19:38

22     **A.     I do.**                                       13:19:40

Newsham, Chief Peter                                February 23, 2024

175

1      Q.    Do you believe that statement to be          13:19:41

2  consistent with the uses of OC spray on Swann Street?   13:19:44

3      **A.    Yes.**                                      13:19:47

4      Q.    Why?                                          13:19:48

5      **A.    Because munitions were not deployed and**   13:19:48

6  **those were not peaceful protesters.  Those were**     13:19:55

7  **people that were being arrested for violating curfew.** 13:19:59

8      Q.    And is OC spray considered a munition?        13:20:03

9      **A.    No.**                                       13:20:06

10     Q.    Is it considered a chemical agent?            13:20:06

11     **A.    Yes.**                                       13:20:10

12     Q.    Other than reviewing the IAD report, do       13:20:11

13 you remember anything else you did to follow up -- to   13:20:22

14 investigate the incident on Swann Street that night?    13:20:26

15     **A.    I don't recall specifically.**               13:20:28

16     Q.    You mentioned that you thought you            13:20:31

17 probably had met with Assistant Chief Carroll to        13:20:40

18 discuss it; is that right?                              13:20:43

19     **A.    I'm sure, yes.**                             13:20:45

20     Q.    Do you remember what you and Assistant        13:20:47

21 Chief Carroll discussed?                                13:20:49

22     **A.    No.**                                        13:20:49

Newsham, Chief Peter                                    February 23, 2024

176

```
 1        Q.    Do you remember anything Assistant Chief    13:20:49
 2   Carroll told you that -- I'm sorry.                    13:20:52
 3             Let me ask this:  Was your conclusion that   13:20:53
 4   MPD had acted within policy on Swann Street on June    13:20:56
 5   1st?                                                   13:21:00
 6        A.    Yes, absolutely.                            13:21:00
 7        Q.    Do you remember anything that Assistant     13:21:02
 8   Chief Carroll told you that affected that conclusion?  13:21:05
 9        A.    I mean, he told me everything that          13:21:08
10   happened so, yes, that would affect my conclusion      13:21:12
11   that there was no issues with the operation.           13:21:16
12        Q.    Can you please turn back to Plaintiff's     13:21:21
13   Exhibit 36, Tab 54 in your binder.                     13:21:26
14             MR. SOBIECKI:  Which tab?                    13:21:41
15             MS. LIVENGOOD:  54.  It's the last tab in    13:21:44
16   the binder.                                            13:21:47
17             THE WITNESS:  Oh, it's Tab 54.               13:21:48
18   BY MS. LIVENGOOD:                                      13:21:51
19        Q.    Exactly.  Plaintiff's Exhibit 36.           13:21:51
20        A.    All right.                                  13:21:51
21        Q.    Okay.  Can you please turn to the page      13:21:55
22   with Bates number ending 412.  Do you see, on the      13:21:58
```

Newsham, Chief Peter                        February 23, 2024

177

1    page ending in 412, an opportunity for tactical          13:22:18

2    improvement?                                             13:22:23

3        **A.    Are you saying three paragraphs from the**   13:22:26

4    **bottom?**                                              13:22:28

5        Q.    Yes.                                           13:22:28

6        **A.    Yes.**                                       13:22:29

7        Q.    And am I understanding here that the IAD       13:22:29

8    report concluded that an opportunity for tactical        13:22:33

9    improvement would have been not to conduct the           13:22:37

10   arrests on a residential street?                         13:22:40

11       **A.    Yes.**                                       13:22:42

12       Q.    Did you agree with that conclusion?            13:22:42

13       **A.    I think that's -- was not an alternative**   13:22:44

14   **for them.  I think that they were -- they were having**13:22:49

15   **a lot of difficulty in effecting the arrests.  So**    13:22:51

16   **I -- I mean, so do I agree with that?  I agree that**  13:22:55

17   **would be a wonderful, ideal scenario, but I don't**    13:22:59

18   **think they really had much of a choice here.**         13:23:04

19       Q.    And why didn't they have a choice?             13:23:07

20       **A.    Because it was very difficult to get the**   13:23:10

21   **group contained.**                                     13:23:13

22       Q.    And why was that?                              13:23:15