# EXHIBIT 9

Carroll, Jeffery                                    February 27, 2024

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


PAMELA GOODWIN, et al.,          :

    Plaintiffs,                   :

 v.                               :   Civil Action No.

DISTRICT OF COLUMBIA, et al.,:   1:21-cv-00806-BAH

    Defendants.                   :

_____

Tuesday, February 27, 2024

Washington, D.C.

Deposition of JEFFERY CARROLL, witness

herein, called for examination by counsel for the

Plaintiffs in the above-entitled matter, pursuant

to notice, the witness being duly sworn by Barbara

J. Moore, a Notary Public in and for the District

of Columbia, taken at the offices of RELMAN COLFAX,

PLLC, 1225 19th Street, N.W., Suite 600,

Washington, D.C., commencing at 10:05 a.m., and the

proceedings being taken down by Stenotype by

BARBARA MOORE, CRR, RMR, and transcribed under her

direction.

Carroll, Jeffery                                    February 27, 2024

2

```
 1    APPEARANCES:

 2

 3            On Behalf of the Plaintiffs:

 4                NICHOLAS ABBOTT, ESQ.

 5                REBECCA LIVENGOOD, ESQ.

 6                RELMAN COLFAX, PLLC

 7                1225 19th Street, N.W., Suite 600

 8                Washington, D.C.  20036

 9                nabbott@relmanlaw.com

10                rlivengood@relmanlaw.com

11

12          On behalf of the Defendants:

13                RICHARD SOBIECKI, ESQ.

14                OFFICE OF THE ATTORNEY GENERAL

15                400 6th Street, N.W.

16                Washington, D.C.  20001

17                richard.sobiecki@dc.gov

18

19

20

21

22
```

Carroll, Jeffery                                        February 27, 2024

3

1                    TABLE OF CONTENTS

2      WITNESS                                    PAGE

3      JEFFERY CARROLL

4      BY ATTORNEY LIVENGOOD                        5

5      BY ATTORNEY SOBIECKI                       270

6                       EXHIBITS

7      EXHIBIT       DESCRIPTION                  PAGE

8      Exhibit 109   Email string                  43

9      Exhibit 113   Document Bates-stamped        50
                     DC_2021-cv-00806-00007450
10
       Exhibit 114   Document Bates-stamped        50
11                   DC_2021-cv-00806-00011523

12     Exhibit 115   Document Bates-stamped        53
                     DC_2021-cv-00806-00003374
13
       Exhibit 116   Document Bates-stamped        55
14                   DC-2021-cv-00806-00003372

15     Exhibit 117   Document Bates-stamped        61
                     DC_2021-cv-00806-00010021
16
       Exhibit 118   Document Bates-stamped        68
17                   DC-2021-cv-00806-00007381

18     Exhibit 119   Document Bates-stamped        83
                     DC_2021-cv-00806-00007147
19
       Exhibit 120   Document Bates-stamped       163
20                   DC_2021-cv-00806-00012146

21     Exhibit 121   Document Bates-stamped       167
                     DC_2021-cv-00806-00005631
22

Carroll, Jeffery                                    February 27, 2024

4

```
 1   EXHIBIT         DESCRIPTION                    PAGE

 2   Exhibit 122   Document Bates-stamped          181
                   DC_2021-cv-00806-00011357
 3
     Exhibit 123   Document Bates-stamped          233
 4                 DC_2021-cv-00806-00015815

 5   Exhibit 124   Document Bates-stamped          237
                   DC_2021-cv-00806-00016154
 6
     Exhibit 125   Document Bates-stamped          256
 7                 DC_2021-cv-00806-00014826

 8   Exhibit 126   Document Bates-stamped          258
                   DC_2021-cv-00806-00014827
 9
     Exhibit 127   Document Bates-stamped          261
10                 DC_2021-cv-00806-00011438

11   Exhibit 128   Document Bates-stamped          263
                   DC_2021-cv-00806-00010096
12
     Exhibit 129   Document Bates-stamped          267
13                 DC_2021-cv-00806-00016294

14

15   **Exhibit 109 retained by counsel***

16

17

18

19

20

21

22
```

Carroll, Jeffery                                   February 27, 2024

12

1      A.      Approximately four or five months,
2   maybe.
3      Q.      And before that, what was your role?
4      A.      I was the assistant chief of the
5   Homeland Security Bureau.
6      Q.      How long were you in that role?
7      A.      A little over six years.
8      Q.      What was your role before that?
9      A.      I was the commander of the Special
10  Operations Division.
11     Q.      How long were you commander of the
12  Special Operations Division?
13     A.      About a year and a half.
14     Q.      I've lost -- do you remember about
15  when you became assistant chief of Homeland
16  Security?
17     A.      April 2017.
18     Q.      So from about 2015 to 2017 you were
19  commander of Special Operations?
20     A.      Yes, but before I was the SOD
21  commander, I was the Third District commander for
22  about three months.

Carroll, Jeffery                                    February 27, 2024

13

1          Q.      I live in that district.

2          **A.      Best district in the city.**

3          Q.      I agree.  I'm sorry, you were Third

4    District commander for about --

5          **A.      About three years.**

6          Q.      You had been at SOD before that?

7          **A.      I was a captain at SOD for about a**

8    **year, year and a half there.**

9          Q.      Do you have a cell phone that you

10   use for work?

11         **A.      Yes.**

12         Q.      What is the phone number?

13         **A.      (202)437-8198.**

14         Q.      Have you ever received instruction

15   about retaining work-related text messages on that

16   phone?

17         **A.      Yes.**

18         Q.      What is the instruction?

19         **A.      I have to retain anything if there's**

20   **litigation hold.**

21         Q.      Have you followed that instruction?

22         **A.      Yes.**

Carroll, Jeffery                                        February 27, 2024

14

1          Q.      So you have text messages still
2     saved on your cell phone?
3          **A.      I still have -- all the cell phones**
4     **were all obtained as part of the litigation hold.**
5          Q.      And when you say "litigation hold,"
6     do you mean with respect to this litigation?
7          **A.      Yes.**
8          Q.      Were you -- as part of that
9     litigation hold, were you told to preserve any
10    documents?
11         **A.      I don't have any documents.  I mean,**
12    **nothing -- litigation hold has a whole list of**
13    **things.  Anything electronic, you know, paper**
14    **documents, anything related to the underlying**
15    **lawsuits.  There's a whole like -- basically**
16    **anything, like, potentially related.**
17         Q.      Do you know whether your text
18    messages were collected in connection with this
19    litigation?
20         **A.      I know I turned over my phone.**
21         Q.      Do you know whether your email was
22    searched in connection with the litigation?

Carroll, Jeffery                                    February 27, 2024

15

1          A.      I don't specifically, no.

2          Q.      And you said you don't have any

3    files related to this litigation?

4          A.      No.

5          Q.      Without telling me your address,

6    where do you live?

7          A.      Chesapeake Beach, Maryland.

8          Q.      How long have you lived there?

9          A.      Approximately nine years.

10         Q.      Have you ever lived in the district?

11         A.      No.

12         Q.      What's your highest level of

13   education?

14         A.      I have a master's degree.

15         Q.      Where was that from?

16         A.      GW.

17         Q.      When did you get that?

18         A.      2017.

19         Q.      What's the subject of your master's?

20         A.      It's Security and Safety Leadership,

21   I believe.

22         Q.      Do you have any professional

Carroll, Jeffery                                    February 27, 2024

16

1    certifications?

2           A.      Other than being a police officer,

3    no.

4           Q.      Are you a member of any clubs?

5           A.      I'm a leader of the Boy Scouts.

6           Q.      Okay.  How long have you been doing

7    that?

8           A.      I think my son is in the Cub Scouts

9    for, I don't know, four years, approximately.

10          Q.      Do you can any other positions other

11   than your role with MPD, either paid or volunteer?

12          A.      I'm an adjunct professor at

13   Georgetown University.

14          Q.      What's the subject?

15          A.      Intelligence.

16          Q.      Are you teaching a class this

17   semester?

18          A.      Yes.

19          Q.      What is it on?

20          A.      Law enforcement intelligence.

21          Q.      In your role -- so you were

22   assistant chief for Homeland Security in June of

Carroll, Jeffery                                    February 27, 2024

17

1    2020; is that right?

2            **A.      Yes, I was.**

3            Q.      In that role, who did you report to?

4            **A.      I reported to the chief of police?**

5            Q.      Directly?

6            **A.      Yes.**

7            Q.      And how often did you meet with the

8    chief of police when you were in that role?

9            **A.      We would meet -- the entire command**

10   **staff meets -- met at least twice a week for**

11   **priority reviews, and then periodically we would**

12   **meet in between that.**

13           **So at least twice a week we would meet as a**

14   **command staff.  We would also have executive staff**

15   **meetings periodically.  And then at times it would**

16   **be meetings with me and the chief.**

17           Q.      Those were face-to-face meetings?

18           **A.      Yes.  It was -- there may have been**

19   **some Teams in there, but we didn't use Teams in**

20   **there as much as we do nowadays.**

21           Q.      Did you ever talk on the phone to

22   the chief of police?

Carroll, Jeffery                                    February 27, 2024

18

1          A.      I'm sure at some point.

2          Q.      How often would you say?

3          A.      I can't say exactly.  Occasionally I

4    would.

5          Q.      What about texting?

6          A.      Probably at some point.  I can't say

7    for sure.

8          Q.      As you reported to the chief of

9    police station, who did you supervise?

10          A.      I supervised the Homeland Security

11    Bureau.  So at that time it was the Office of

12    Intelligence, their Joint Strategic Tactical

13    Analysis Command Center and the Special Operations

14    Division.

15          Q.      So it was intelligence, Special

16    Operations Division --

17          A.      And the Joint Strategic and Tactical

18    Analysis Command Center.

19          Q.      Who from the Office of Intelligence

20    reported to you?

21          A.      So the Office of Intelligence was at

22    that time, 2017, at that time they were actually

Carroll, Jeffery                                    February 27, 2024

20

1    robbery that occurs, they'll do a workup on that to

2    provide the information to the detectives that will

3    follow up and investigate crimes that occur.

4            Those are the main portions of the JSTACC.

5    And then the Office of Intelligence, at that time

6    they were calling it the Intelligence Division, it

7    was renamed after January 6.

8            Q.    Okay.  Why was it renamed, do you

9    know?

10           A.    It was broken apart into Criminal

11   Intelligence and Homeland Security Intelligence.  T

12   criminal intelligence, whenever violent crime --

13                    (Reporter admonition.)

14                    (Discussion held record.)

15   BY ATTORNEY LIVENGOOD:

16           Q.    So you said Carolyn Montagna was the

17   head?

18           A.    Montagna.  She was the director.

19           Q.    Did she report directly to you?

20           A.    She did.

21           Q.    And was she a sworn officer?

22           A.    No, she's a civilian.

Carroll, Jeffery                                          February 27, 2024

21

1          Q.      Is that typically held by a

2     civilian?

3          A.      It depends.  We've had commanders

4     over that unit.  We've had inspectors, rank

5     inspectors over that unit.  We had, prior to

6     Carolyn, I think two commanders before, we had a

7     civilian that was over that unit.  So it just

8     depends.

9          Q.      And so -- and then did someone from

10    SOD report directly to you?

11         A.      The commander of SOD reported to me.

12         Q.      In June of 2020, who was that?

13         A.      It was Commander Rivera.

14         Q.      Was Commander Rivera working in June

15    of 2020?

16         A.      No, I believe he broke his leg

17    sometime in either late February, early March, like

18    he was out, and Inspector Robert Glover was

19    managing Special Operations Division while

20    Commander Rivera was out.

21         Q.      And was that a formal assignment for

22    Inspector Glover?

Carroll, Jeffery                                    February 27, 2024

22

1        **A.      Yes, he was the inspector of the**
2   **Special Operations Division.**
3        Q.      He was formally assigned the role or
4   responsibilities of commander when Commander Rivera
5   was out?
6        **A.      When the inspector is not there --**
7   **the inspector is the command official of any unit.**
8   **If there's an inspector and commander, the**
9   **inspector is the rank below commander so they would**
10  **assume command of the division while the commander**
11  **is out.  The acting commander who holds the rank of**
12  **inspector.**
13       Q.      How often did you meet with
14  Inspector Glover when he was in that role?
15       **A.      We would have staff meetings weekly**
16  **where all the heads of all the units within**
17  **Homeland Security Bureau would meet on Mondays.**
18       Q.      And did you ever talk to Inspector
19  Glover by phone?
20       **A.      Sure.**
21       Q.      And what about sending text
22  messages?

Carroll, Jeffery                                           February 27, 2024

23

1          A.        Probably, yes.

2          Q.      What were your responsibilities in

3     your role as Assistant Chief of Homeland Security?

4                    ATTORNEY SOBIECKI:  Objection to

5               the form.

6                    THE WITNESS:  So in that role I

7               oversaw -- managed those units that are

8               within the Homeland Security Bureau.

9     BY ATTORNEY LIVENGOOD:

10          Q.      Any other responsibilities?

11          A.      I also served as the chairman of the

12    Use of Force Review Board for several years while I

13    was the HSB assistant chief.

14          Q.      What were the years in which you

15    were the chair of the Use of Force Review Board?

16          A.       It pretty much coincided the entire

17    time that I was the Homeland Security Bureau chief.

18    Below me, Chief Mark Green (phon.) was the HSB

19    chief.  When he moved over to patrol, I took over

20    the Use of Force Review Board.  And then I left

21    that role when I went to Internal Affairs.

22          Q.      When you were assistant chief for

Carroll, Jeffery                                    February 27, 2024

41

1    arrest.

2         Other than that, for example, if we were

3    going to give warnings to disperse or whatever, we

4    would place officers strategically and make sure

5    those warnings can be heard throughout the group,

6    and provide them, but we would not encircle the

7    group until such time as we were making arrests.

8    Then we methodically handcuff them and process them

9    to be transported on the scene.

10        Q.    Okay.  And when you refer to

11   officers being strategically placed, am I

12   understanding correctly that in the First Amendment

13   assemblies context people have to be given a means

14   of leaving?

15        A.    Yes, they have to be in an area of

16   egress, you also have to give the warnings.

17        Q.    But those restrictions did not

18   govern the response on Swann Street?

19        A.    No, I would say they did not, based

20   on the fact that there was a curfew, based on the

21   criminal activity that had been engaged into by

22   that group and the warnings that had already been

Carroll, Jeffery                                February 27, 2024

42

1    provided by that group.  Warrants were put out via

2    the wireless emergency alert system.  Warnings were

3    put out over PAs throughout the districts.

4    Warnings were put out through the media.

5           So all those not-required warnings were

6    still given to individuals as well as the

7    individuals that continued to march up and down the

8    road as they destroyed property.  Obviously,

9    destroying property and setting police cars on fire

10   is not protected First Amendment activity.

11          Q.    We'll go through each of those, but

12   that's very helpful.

13          After George Floyd was killed in May of

14   2020, there were protests around the country;

15   right?

16          A.    There were.

17          Q.    Did those protests in other parts of

18   the country affect policing in D.C. at all?

19                ATTORNEY SOBIECKI:  Object to

20         form.

21                THE WITNESS:  What do you mean?

22

Carroll, Jeffery                                        February 27, 2024

43

1          Q.     So can you turn to Tab 10 in your

2    binder.  This will be Plaintiffs' 109.  We'll just

3    mark them in here if that's okay, and I'll keep

4    track of them for the record.

5                         ^^(Exhibit 109 was marked

6                    for identification.)

7          Q.     Can you take a minute to review

8    that.

9          **A.     I did.**

10         Q.     This is an email exchange between

11   you and Shane Lamond; is that right?

12         **A.     That's correct.**

13         Q.     And Shane Lamond -- this is on

14   May 28, 2020?

15         **A.     Yes.**

16         Q.     And he alerts you to the incendiary

17   of this incident in other parts of the country.

18         Do you see that?

19         **A.     Yes, ma'am.**

20         Q.     You say, "We have to keep a close

21   eye."

22         **A.     Yes.**

Carroll, Jeffery                                    February 27, 2024

66

1    a teletype, once it gets approved, it gets emailed

2    out to the email distribution list.  It also gets

3    loaded on our internal homepage or wherever the

4    teletype is stored at, so any member could go in

5    and see the teletype.

6         Q.    Do officers receive them in their

7    emails?

8         A.    Yes, it gets emailed out to the

9    department.  There's an email address that's called

10   HQteletype.  It pushes out these forms as well.

11        Q.    So officers received this

12   notification at 6:20 on June 1 in their emails?

13        A.    Sometime close to 6:20.  Usually

14   once it comes out -- the time on here, the teletype

15   units, the units publish these.  As you can kind of

16   see from my earlier one where I said, "Please

17   publish the attached," it gets emailed to the

18   teletype units.  That's the unit that falls under

19   the JSTACC.  They issued the numbers, you'll see at

20   the bottom there's a teletype number, a date and

21   time, and when they publish it through the

22   software, then it may gets pushed out.  So there

Carroll, Jeffery                                           February 27, 2024

67

1    may be some officers that get it in various times

2    but within a few minutes usually.

3          Q.    That whole process you described

4    takes a few minutes?

5          A.    It gets received and has to be

6    uploaded, and then it gets emailed out to a

7    distribution list.  So it's not -- you might get it

8    two minutes after me, for example.

9          Q.    Got it, okay.  Were you

10   communicating by radio on June 1, 2020?

11         A.    I am sure I was.

12         Q.    What is your call sign on the radio?

13         A.    At that time it would have been

14   Cruiser 5.

15         Q.    Okay.  And is that different from

16   DSO-5?

17         A.    Yes.

18         Q.    How so?

19         A.    DSO-5 would be members assigned to

20   the Domestic Security Operations unit, and 5 would

21   be their call sign.

22         Q.    So Cruiser 5?

Carroll, Jeffery                                    February 27, 2024

68

1          **A.        Yes.**

2          Q.     Is Cruiser specific to any rank?

3          **A.        It means you're an official.  So**

4     **you're either the rank of sergeant or above.**

5          Q.     Okay.  So you were -- you mentioned

6     the days kind of bled together from May 29 on for

7     the next several days, but were you working that

8     weekend?

9          **A.        I was working the entire time, yes.**

10         Q.     Okay.  And can you turn to Tab 11,

11    please.

12         **A.        Sure.**

13         Q.     This will be Plaintiff's

14    Exhibit 118.

15                        (Exhibit 118 was marked for

16                        identification.)

17         Q.     And it's Bates number ending -7381.

18         **A.        Yes, ma'am.**

19         Q.     Take a second to read that and let

20    me know when you're done.

21         **A.        (Witness complies with request.)**

22         **I'm done.**

Carroll, Jeffery                                          February 27, 2024

104

1       BY ATTORNEY LIVENGOOD:

2           Q.    So understood that there could be an

3    overall incident commander and then commanders for

4    various incidents?

5           A.    I think the technical term is area

6    commander.  Multiple incidents would fall

7    underneath the control, and area command, the NMS

8    terminology.  There can be multiple incidents that

9    may have their own individual incident commander.

10          So I think if we were going to kind of talk

11   about the multiple incidents, he would be area

12   commander technically overseeing the overall

13   operations.  But it depends.  If it goes down to

14   one thing going on, then he's the incident

15   commander.  An area command is developed when

16   there's multiple incidents occurring, usually in a

17   somewhat close geographic area.

18          Q.    Okay.  Am I understanding correctly,

19   though, that Commander Glover was responsible for

20   the operation overall from May 30 to June 1?

21          A.    That's correct.

22          Q.    How do you know that he was in that

Carroll, Jeffery                                      February 27, 2024

105

1    role?

2          **A.     I mean, I was there with him.**

3          Q.     Was he formally designated as being

4    in that role?

5          **A.     I mean --**

6                  ATTORNEY SOBIECKI:  Object to

7            form.

8                  THE WITNESS:  As far as like, I

9            don't think there was like a "I declare

10           you the incident commander," but it was

11           clearly understood that he was the

12           incident commander.  There was no

13           question about that.

14   BY ATTORNEY LIVENGOOD:

15         Q.     And you understood that?

16         **A.     I did.**

17         Q.     Did Chief Newsham understand that?

18                ATTORNEY SOBIECKI:  Object to

19           form.

20         Q.     As far as you know.

21         **A.     As far as I know, yes.  I don't**

22   **recall having a specific conversation about who was**

Carroll, Jeffery                                          February 27, 2024

106

1   the incident commander and who wasn't.

2          Q.     Okay.  Do you know what the CIC

3   watch commander is?

4          A.     Sure.  So it's an official that

5   works in the CIC.  Usually it's a lieutenant or a

6   sergeant.

7          Q.     What is the CIC again?

8          A.     It's the Command Information Center.

9          Q.     What's the relationship between the

10  Command Information Center?  Is the Command

11  Information Center --

12         A.     It's always active.  It's always

13  active.  The JOCC comes up for major incidents.

14         Q.     You mentioned the Text Tips.  Do

15  they run through the Command Information Center?

16         A.     They do.

17         Q.     Who was the CIC watch commander in

18  June of 2020, do you know?

19         A.     I don't know.

20         Q.     Is that someone that you have

21  contact with?

22         A.     They would.  As incidents occur,

Carroll, Jeffery                                    February 27, 2024

126

1    that discretion?

2          **A.      I'm not aware.**

3          Q.      Did you provide Commander Glover

4    with any direction about how to exercise discretion

5    in that paragraph?

6          **A.      I don't recall giving him any.**

7          Q.      Do you recall any guidance from

8    Chief Newsham about how to exercise the discretion

9    in that paragraph?

10         **A.      I don't recall any.**

11         Q.      Okay.  It was left to Commander

12   Glover's discretion?

13         **A.      Or the district watch commander.**

14   **Every district has their own district watch**

15   **commander.**

16         Q.      Who was the district watch

17   commander?

18         **A.      I don't know.**

19         Q.      Could it have been Commander Amalin

20   (phon.)?

21         **A.      So the watch commander is usually**

22   **the lieutenant or captain that serves as the watch**

Carroll, Jeffery                                    February 27, 2024

127

1    **commander.**

2         Q.     And what's the distinction between

3    the watch commander and the --

4         **A.     The commander is the commanding**

5    **official of the overall district.  The watch**

6    **commander is the person that's responsible for that**

7    **shift.**

8         Q.     Got it.  Do you know who the watch

9    commander was between 7:00 and 9 p.m. in the Third

10   District on June 1?

11        **A.     I don't.**

12        Q.     Do you recall having any

13   conversations with that person that night?

14        **A.     I don't know who it is.  I can't**

15   **really say.**

16        Q.     Okay.  And other than -- I know we

17   talked about to Commander Glover.  Other than that,

18   do you recall any direction being given about how

19   to exercise discretion to conduct a custodial or

20   noncustodial arrest?

21        **A.     Yeah.**

22        Q.     Other than the information contained

Carroll, Jeffery                                February 27, 2024

128

1    in the executive order, do you recall any guidance

2    that was given to MPD officers about how to enforce

3    the June 1 curfew?

4           A.     I don't recall anything else.

5           Q.     Did you have any discussion with

6    anyone at any point about the impact of the curfew

7    on First Amendment assemblies?

8           A.     I don't recall.  I can't say for

9    sure.

10          Q.     Do you recall having any discussion

11   with anyone about the exemptions to the curfew?

12          A.     I don't recall.

13          Q.     You mentioned that the SOP for First

14   Amendment assemblies does not apply in situations

15   where crowds are engaged in violence.

16          Am I understanding that correctly?

17          A.     I wouldn't say that.  I would say

18   riotous activity.

19          Q.     Riotous activity, okay.  Is riotous

20   activity -- does the fact of a group engaging in

21   riotous activity -- I'm sorry.  Does not apply --

22   does not applying the First Amendment SOP to a

Carroll, Jeffery                                    February 27, 2024

129

1    group engaged in riotous activity require a formal

2    declaration of any kind?

3                    ATTORNEY SOBIECKI:  Object to

4              form.

5                    THE WITNESS:  Can you say that

6              again.

7       BY ATTORNEY LIVENGOOD:

8         Q.     Yes.  Are you aware of any incidence

9    in which the incident commander has declared a

10   group of people to be engaged in a riot?

11        **A.     Yes.**

12        Q.     When has that happened?

13        **A.     It happened on January 6.  It's**

14   **happened on other riotous scenes that occurred**

15   **during this 2020 time frame.  When specifically I'm**

16   **not aware, other than January 6 I can say.**

17        Q.     You can recall it happening on

18   January 6?

19        **A.     I've heard those radio tapes over**

20   **and over.  That's why it sticks in my mind.**

21        Q.     What is the impact of something

22   being declared a riot?

Carroll, Jeffery                                    February 27, 2024

140

1          **A.      I do not.  Not that I recall,**
2   **specifically.**
3          Q.     Do you have an understanding as to
4   what Commander Glover is saying here?
5                      ATTORNEY SOBIECKI:  Object to
6             form.
7                      THE WITNESS:  I mean, I can give
8             you my interpretation of it.
9      BY ATTORNEY LIVENGOOD:
10         Q.     What is that?
11         **A.      That if it gets to the situation**
12  **where we need to make arrests, we have probable**
13  **cause, that bridges are in place that you can do it**
14  **easily because of limited ability.  There's only**
15  **one in and one in.**
16         Q.     Do you remember what time you
17  started working on June 1?
18         **A.      I don't.**
19         Q.     Do you recall where you went first
20  on June 1?
21         **A.      I don't.**
22         Q.     And what was your role that day?

Carroll, Jeffery                                    February 27, 2024

141

1       **A.      The same thing.  I was in charge of**
2   **the whole HSB operations.**
3           Q.      Was Commander Glover reporting to
4   you?
5           **A.      He was.**
6           Q.      How frequently were you in touch
7   with Commander Glover that day?
8           **A.      Frequently.  I can't say the exact**
9   **amount of time.**
10          Q.      Do you remember how you were
11  communicating with him?
12          **A.      I mean, throughout the time period I**
13  **can say that we communicated in person, over the**
14  **phone.  I'm sure there's some group text messages**
15  **between the SOD officials that were pushed out.  We**
16  **also attended in-person meetings at various times**
17  **over that week-long period with other agencies.**
18          Q.      Were you on the radio that day at
19  all?
20          **A.      I probably was.**
21          Q.      Do you recall which channel you
22  would have been on?

Carroll, Jeffery                                    February 27, 2024

142

1         A.      If memory serves, everything was

2    pretty much on the SOD zone.  SOD events is the

3    actual channel.

4         Q.     Does each district have a channel?

5         A.     They do.

6         Q.     And do you recall whether you were

7    on the third district channel at any point that

8    night?

9         A.     I don't specifically recall.  I

10   doubt it.  We ran SOD operations.  The patrol

11   districts were still running their operations.

12   There were calls for service were coming in.  They

13   were running on their zones throughout there and

14   then, of course, the SOD CDU component was running

15   on that.  Usually we wouldn't cross over unless

16   there was some need to.

17        So I can't say for sure, but usually we

18   stay on the SOD zone for those SOD operations and

19   so that way it doesn't interrupt patrol operations

20   response.

21        Q.     Do you have any reason to think that

22   any information related to the mass demonstrations

Carroll, Jeffery                                        February 27, 2024

143

1    would have been on the Third District channel?

2         A.    I can't say for sure.

3         Q.    Okay.  And at any point that day

4    were you in Lafayette Square?

5                   ATTORNEY SOBIECKI:  Object to

6         form.

7                   THE WITNESS:  I don't recall

8         specifically.

9    BY ATTORNEY LIVENGOOD:

10        Q.    You don't recall whether you were in

11   Lafayette Square on June 1?

12        A.    I don't recall specifically.  I

13   don't believe I was.  I was in the area of like

14   17th Street, H Street, but I don't specifically

15   remember being in Lafayette Park.

16        Q.    Okay.  When were you in the area of

17   17th Street and H Street?

18        A.    On the first?

19        Q.    Yes.

20        A.    United States Park Police, I believe

21   that's the day that Park Police cleared the park,

22   cleared Lafayette Park and pushed out for their

Carroll, Jeffery                                    February 27, 2024

144

1    fencing.  So I was definitely in the area of like

2    17th Street and H Street.

3            I was also earlier in the 15th Street

4    area, 16th Street north of -- north of the White

5    House.  That whole area, I mean, throughout the day

6    I was in that area as well as other places as well.

7            Q.    Were you -- you mentioned that you

8    recall U.S. Park Police clearing the park.  Were

9    you in the area at 17th and H when that happened?

10           A.    Yes.  I was -- I believe I was at

11   the intersection of 17th and H.

12           Q.    Do you recall -- am I understanding

13   correctly that an LRAD refers to long-range

14   acoustic device?

15           A.    That's correct.

16           Q.    Did you hear any warnings about the

17   curfew given over the LRAD when you were at

18   17th and H Street?

19           A.    I did.

20           Q.    And do you recall what time that

21   was?

22           A.    I can't say exactly what time it

Carroll, Jeffery                                          February 27, 2024

145

1  was.

2        Q.      But before the curfew went into

3  effect?

4        A.      I believe it was before and after

5  the curfew went into effect.

6        Q.      Do you recall how many warnings you

7  heard before the curfew went into effect?

8        A.      I don't.

9        Q.      And what about after the curfew went

10  into effect?

11        A.      I don't.

12        Q.      And you don't recall what time after

13  the curfew went into effect?

14        A.      No, but it should be captured on the

15  body-worn camera and the officers.

16        Q.      You were not wearing a body-worn

17  camera that day; right?

18        A.      No, I was not.

19        Q.      Did you have any role in directing

20  CDU units where to go?

21              ATTORNEY SOBIECKI:  Object to

22        form.

Carroll, Jeffery                                    February 27, 2024

146

1              THE WITNESS:  Where and when?

2      BY ATTORNEY LIVENGOOD:

3          Q.     On that day, on June 1, did you have

4      any role in directing CDU units?

5          A.     **Yeah, I would say I did at some**

6      **point.**

7          Q.     What role was that?

8          A.     **When I was at 17th and H with -- I**

9      **believe Commander Glover and I were both there.  I**

10     **went to 16th and I, Connecticut and I.  There was**

11     **some arrests that were made there.  There were CDU**

12     **officers that were there.**

13             **Eventually, I ended up at Swann Street**

14     **working the area.  There were CDU officers there.**

15     **After that, if memory serves, there was some sort**

16     **of a disturbance over in the area of North Capitol**

17     **Street corridor.  I was over in that area as well.**

18     **Those are the ones that stick in my mind.**

19         Q.     And let me clarify.  So am I

20     understanding that you're saying at each of those

21     locations there were CDU officers to whom you might

22     have been giving direction; is that right?

Carroll, Jeffery                                    February 27, 2024

148

1          A.        Yeah, exactly.

2          Q.        Okay.  So you went from 17th and

3     H Street, and then am I understanding correctly,

4     you went over to 16th and I Street?

5          A.        Well, eventually 17th and H

6     Street, Park Police, eventually they cleared the

7     park.  Lines were formed on 15th Street side, and

8     17th Street side.  Eventually the officers

9     marched in line formation down 17th Street.  If

10    memory serves, I think was there maybe one or two

11    arrests that were eventually made of individuals

12    that refused to disperse in violation of the

13    curfew.

14          Then there were some individuals that were

15    arrested up in the area of Connecticut and I,

16    16th and I.  How close in time that was to the

17    17th and H, again, there was so much, I can't

18    give you exact, like, time.  Was it hours between

19    or 10 minutes?  I just can't say.  I do know that I

20    ended up up there as well.

21          Q.        Okay.  Did you go from 16th and I

22    over to 14th and Swann?

Carroll, Jeffery                                    February 27, 2024

149

1          A.      I did eventually, yes.

2          Q.      Do you remember whether you drove up

3    14th Street at all in that, when you went from

4    one location to the another?

5          A.      I feel like I parked on 14th Street,

6    my car.

7          Q.      Do you recall where?

8          A.      I don't specifically.  It was close

9    to Swann Street, but I can't say specifically

10   where.

11         Q.      Was the group that was encircled on

12   Swann -- had the encirclement taken place by the

13   time you arrived at 14th and Swann?

14         A.      When I got there -- when I got

15   there, I think they were trying to arrest the

16   group.  I think there was -- you know, again I'm

17   hearing this over the radio as I'm responding up

18   there.

19              There was communications.  I feel like

20   Lieutenant Mejia and others were providing

21   information about, like, the location of the group

22   and Commander Glover was giving instructions about

Carroll, Jeffery                                    February 27, 2024

150

1    where the platoons needed to go.

2           That's how, for example, I'm aware of the

3    destruction of the property that occurred, hearing

4    that it over the radio.  I'm aware of the police

5    vehicle that the group observed or believed to have

6    observed an incendiary device or something into,

7    all that is from hearing it over the radio.  I

8    didn't see that.  I wasn't there.

9           Those were the reports that were coming

10   over the radio.  I know there were officers that

11   were in that area.  So I got to Swann Street.  In

12   that area of Swann, I feel like they were still

13   trying to kind of get them so they can make an

14   arrest.

15          Q.    Okay.  So let's just take this one

16   at a time.  So you said you heard reports over the

17   radio about property destruction.

18          Am I understanding that correctly?

19          A.    Yeah.  I believe there was, and

20   again, this happened over four years ago at this

21   point, and there was a lot of things that happened

22   in many days.  So my memory is not 100 percent

Carroll, Jeffery                                    February 27, 2024

151

1    clear on this.  I do want to make that clear.

2         But I do remember it was some sort of

3    storefront that there was a window that was damaged

4    or marked or something.  And these are things,

5    obviously, we can confirm by listening to the radio

6    recordings to get the particulars on.

7         I also do recall the group passing a police

8    car, and from the best of my memory they threw

9    something in the window trying to set it on fire is

10   what I recall.

11        Q.    And being removed?

12        A.    Being removed.

13        Q.    And that police car was also

14   something you heard about over the radio?

15        A.    It was.  I was not there.  I did not

16   see it.

17        Q.    Do you know what role the property

18   destruction played in the decision to arrest that

19   group?

20        A.    I think all of those factors, when

21   you talk about what happened in the prior days, we

22   talked about the fact that this is past curfew.  We

Carroll, Jeffery                                    February 27, 2024

170

1    better context if you listen to the radio.  The

2    CIC, they are making these based on what they're

3    hearing over the radio at the time.  So some of

4    these could be on the radio listening to the actual

5    report, which would be a better contest.

6         Q.    And that would give you a better

7    understanding of the sequence?

8         A.    Yeah, it would be a better sequence

9    because they're making these notes off of what

10   they're hearing.  They are not necessarily watching

11   this on a camera somewhere.

12        Q.    And do you know whether the 2400

13   block of 14th Street -- do you know where that

14   is?

15        A.    Probably somewhere in the area of

16   14th and Clifton, Gerard, that area.

17        Q.    That's a little bit north of

18   14th and U; is that right?

19        A.    14th and U, that would be the 1900

20   block of 14th Street, so once you go north of U

21   Street, it becomes the 2,000 block of

22   14th Street, so it's four or five blocks away.

Carroll, Jeffery                                February 27, 2024

173

1    time we had a large arrest.  I can't remember.  I

2    feel like maybe there was only two.  I feel like

3    there was three, though.

4          Q.    Do you recall how many people were

5    arrested on January 6, 2021?

6          A.    By MPD?

7          Q.    Yes.

8          A.    I believe we arrested somewhere in

9    the ballpark of 40 for curfew, and there was some

10   arrests that were made in the day before that.  So

11   probably somewhere around -- again, this is just an

12   estimate from my memory.  Probably somewhere around

13   50.  And that doesn't include anything that we made

14   in patrol operations.  That would be in relation to

15   the downtown, downtown area, the Capitol.

16         Q.    Specific to the Capitol riot?

17         A.    Yes.

18         Q.    Do you know why MPD did not arrest

19   more people during the Capitol riot on January 6?

20         A.    Sure.  The same conversation we've

21   had all along.  Resources.  One, the U.S. Capitol

22   jurisdiction is under the authority of the Capitol

Carroll, Jeffery                                        February 27, 2024

189

1                          (Video played)

2          Q.      This is paused at 6:42.  Chief

3    Carroll, did you see the people gathered on the

4    east side of 14th Street there?

5          **A.      I do.**

6          Q.      Do you know whether those people

7    were arrested?

8          **A.      I don't believe they were on Swann**

9    **Street.**

10         Q.      Do you know why they weren't

11   arrested?

12         **A.      I would assume because of the**

13   **resources that we had on the scene right there**

14   **dealing with the 100 and some people that are on**

15   **Swann Street.**

16         Q.      Do you know who those people were on

17   the east side of 14th Street?

18         **A.      I don't know.**

19         Q.      Do you know what were they doing

20   there?

21         **A.      I don't know.**

22         Q.      At some point the police lines moved

Carroll, Jeffery                                    February 27, 2024

190

1    in west from 14th Street and east from

2    15th Street; is that right?

3          **A.     That's correct.**

4          Q.     Were you there when that happened?

5          **A.     I was.**

6          Q.     Do you recall who made the decision

7    to move the line west from 14th Street?

8          **A.     I think I did.**

9          Q.     Okay.  And do you recall who made

10   the decision to move the line east from

11   15th Street?

12         **A.     I can't remember if it was me.  I**

13   **know I was in communication, I think, with**

14   **Lieutenant Horos, but definitely the decision was**

15   **made to close in so we can make the arrest.**

16         Q.     That was one decision to move the

17   line back?

18         **A.     It was.  There's alleys that feed**

19   **off of Swann Street.  So individuals, even though**

20   **they were in the lines, they were trying to get out**

21   **of there, so we were trying to encircle them so we**

22   **can make the arrest.**

Carroll, Jeffery                                February 27, 2024

191

1          Q.      Your recollection is that the lines

2    moved in to block people from going into the alley?

3          **A.      To make the arrest, yes.**

4          Q.      I'm going to show you what has

5    previously been marked Plaintiff's Exhibit 30.  And

6    we're going to start at 7:10.  This is Bates number

7    ending -5599.

8                    (Video played)

9          Q.      So this is paused at 7:15.  I'm

10   going to represent to you that this is Lieutenant

11   Horos's body camera footage.  You'll see his

12   reflection on the car as well.

13                   (Video played)

14         Q.      Were you able to hear that

15   conversation?

16         **A.      Yeah.  Which way are you going to**

17   **push them, which way, this way or that way.**

18         Q.      That was you asking Lieutenant Horos

19   that?

20         **A.      Yes.**

21         Q.      Was Lieutenant Horos the one who

22   made the decision about how to move the lines in,

Carroll, Jeffery                                    February 27, 2024

192

1    or did you make that decision?

2           A.    I'm pretty sure I made the decision.

3    I think if you watch further, you'll be able to

4    see -- I assume you'll see it somewhere.  I'm

5    pretty sure we pushed it in this way.  We pushed

6    from 14th towards 15th, and if memory serves, a

7    little bit from 15th.  More so it was from

8    14th towards 15th.

9           That's the way I remember it now.  Again,

10   we're four years and many days removed.

11          Q.    Your recollection as the reason for

12   that decision was the alleyways?

13          A.    They were all past curfew.

14          Q.    Why was it necessary to move the

15   police line?

16          A.    Individuals, they were under arrest.

17   Once you're under arrest, they're under arrest.  To

18   get them in there, and then we had to take them out

19   methodically to be processed for the arrest.

20          Q.    Okay.  Commander Glover did not make

21   the decision to move the lines in?

22          A.    I mean, as you can see from this

Carroll, Jeffery                                    February 27, 2024

193

1  video, Commander Glover, myself and Lieutenant

2  Horos were there.  Who specifically said "Move the

3  lines," I don't remember, but I know we were all in

4  agreement with moving the lines.

5          So whose voice you hear moving it, I feel

6  like I said "move the lines," but he could have

7  said it.

8          Q.    Were you authorized to make the

9  decision to move the lines in?

10         A.    Sure.

11         Q.    Was Commander Glover authorized to

12  make the decision?

13         A.    Sure.

14         Q.    What about Lieutenant Horos?

15         A.    He would have been.  He's under the

16  direction of the incident commander.

17         Q.    Okay.  Why don't we -- why don't I

18  show you a new exhibit.  So this will be

19  Plaintiff's Exhibit 122 [sic].

20              Plaintiff's Exhibit 123.

21                    (Discussion held off the

22                    record.)

Carroll, Jeffery                                      February 27, 2024

194

1          Q.    So this is not a new exhibit.  This

2    is Plaintiff's Exhibit 94 that we were looking at

3    earlier.

4          So we earlier saw a conversation on the

5    body cam footage about someone standing on the east

6    side of 14th Street who knew one of the protest

7    leaders.

8          Do you remember that?

9          **A.    Yeah, they said people in the group**

10   **or something.  Yes, I recall.**

11         Q.    So this is later in that footage,

12   and we're going to start at minute 10:07.

13                    (Video played)

14         Q.    Do you see yourself in this footage?

15         **A.    I can't tell for sure, but I think**

16   **I'm over by the tree on there.**

17         Q.    The person waving?

18         **A.    Yes.**

19                    **(Video played)**

20         Q.    I'm watching it further now at

21   10:54.  Are you the person in the white shirt in

22   kind of the middle left of the frame?

Carroll, Jeffery                                    February 27, 2024

201

1    **officials on the scene, Lieutenant Horos and other**

2    **from SOD, and I remember seeing lieutenants as**

3    **well.**

4            Q.    Is the manner of passing off command

5    that you're describing not being sort of stated and

6    formal, is that typical of the way command changes

7    hands on the scene for MPD?

8                      ATTORNEY SOBIECKI:  Object to

9              form.

10                     THE WITNESS:  I wouldn't say that

11             it's atypical.  It was clear he was in

12             command.  It was clear that the scene

13             wasn't -- there was no absence or lack of

14             command or leadership, obviously.

15    BY ATTORNEY LIVENGOOD:

16            Q.    And so that was because it had first

17    been Commander Glover and then when he left it was

18    you?

19            **A.    He was there and, obviously, I was**

20    **there.  You can see from the video, I mean, this is**

21    **a very methodical scene.  It's not officers**

22    **rampaging down the street screaming.  Very**

Carroll, Jeffery                                    February 27, 2024

202

1    methodical moving the line forward.  Very slowly as

2    we moved forward to make these arrests.

3            As you can see, Commander Glover is there,

4    Lieutenant Horos is in the area.  There's other

5    officials that we can't see from that vantage point

6    on the other side.  I do have the advantage of

7    being taller.  I can see what's going over the top

8    of the line.

9        Q.    You mentioned that you think you

10   heard about individuals kicking in doors.  Did that

11   have any impact on the decision to move the police

12   lines in?

13       A.    No.  When we were moving those

14   lines -- when those lines are going -- when you

15   talk about encirclement, you don't encircle if

16   you're arresting individuals.  When that line was

17   moving in, they're being moved in to arrest them.

18       Q.    Okay.  Do you recall after this

19   learning -- while you were still on Swann Street,

20   did you learn that people were inside, people who

21   had been encircled on Swann Street had gone into a

22   house?

Carroll, Jeffery                                    February 27, 2024

203

1           **A.       Yes.**

2           **Q.       When did you learn that?**

3           **A.       Some time when we were on the scene**

4    **because we weren't sure if they had forced their**

5    **way into a location, as in if they had broken into**

6    **a house as a burglary.**

7           **If my memory serves, that person came out**

8    **and said he let them come in there.  With that**

9    **being said, we obviously weren't going to force our**

10   **way inside of the house if they were there on the**

11   **will of the person inside.**

12          **I remember at some point later on while**

13   **still on the scene we were trying to help**

14   **facilitate the individual.  I think that the owner**

15   **lived in the residence and tried to get pizzas in**

16   **the location, we were trying to facilitate the**

17   **delivery of pizzas that were in there.**

18          **Q.       Okay.  Would the people who were in**

19   **that house have been free to leave before curfew**

20   **was over without being arrested?**

21               **ATTORNEY SOBIECKI:  Object to**

22          **form.  Calls for speculation.**

Carroll, Jeffery                                    February 27, 2024

204

1                    THE WITNESS:  Can you say it one

2          more time?

3      BY ATTORNEY LIVENGOOD:

4          Q.      Once the people were in the house,

5  they were not arrested for the curfew violation

6  while they were in the house.  Is that right?

7          A.      No.  That's a misdemeanor offense.

8  It doesn't give us the ability to go inside.  I

9  mean, we're not going to enter into a residence.

10  The occupant, we knew he was safe.  He told us he

11  allowed them in there.

12          At some point they had violated the law.

13  Could we have waited, attempted to get arrest

14  warrants and identified them and applied for arrest

15  warrants?  Yes, we could have done that, but we

16  didn't do that because we had mitigated the issues

17  that was there; right.

18          The individuals that were there, they got

19  arrested.  I'm sure there's other folks that not

20  only went into that residence, but were able to

21  exit out of the alleyways before the line moved in.

22  The same thing, they did leave the area.  They

Carroll, Jeffery                                    February 27, 2024

205

1    dispersed and no longer causing problems.  Those

2    individuals that were identified, there was

3    probable cause to make the arrest and they were

4    arrested.

5              Q.    And could the people that were

6    inside of that house -- I understand when you're

7    describing getting arrest warrants, do you mean if

8    they came out after curfew had lifted and you had

9    an arrest warrant --

10             A.    The police officers observed them in

11   violation of the law, so we could apply to the

12   Office of the Attorney General.  We could have

13   submitted an affidavit for the curfew and attempt

14   to get an arrest warrant for their arrest.  We did

15   not do that.

16             Q.    If the people in the house had come

17   out before the curfew was lifted, so they were

18   violating curfew --

19             A.    They would have been in violation of

20   the curfew.

21             Q.    Do you have any reason to think they

22   would not be arrested for that violation?