# EXHIBIT 10

```
                                                                    1

                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF COLUMBIA

     - - - - - - - - - - - - - - -x

     PAMELA GOODWIN, et           :

     al.,                         :

               Plaintiffs,        :    Civil Action No.

        v.                        :    1:21-cv-00806-BAH

     DISTRICT OF COLUMBIA,        :

     et al.,                      :

               Defendants.        :

     - - - - - - - - - - - - - - -x



               Deposition of SERGEANT FRANK EDWARDS

                       Conducted Virtually

                    Thursday, March 7, 2024

                        10:26 a.m. (EST)




     Job No.: 55154

     Pages: 1 - 153

     Reported By: Michelle Taylor
```

2

1      Deposition of SERGEANT FRANK EDWARDS, conducted

2   virtually:

3

4

5

6

7

8

9      Pursuant to notice, before Michelle Taylor,

10   Notary Public in and for the State of Missouri.

11

12

13

14

15

16

17

18

19

20

21

22

                                                                 3

1            A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFFS:

3         NICHOLAS ABBOTT, ESQUIRE

4         REBECCA LIVENGOOD, ESQUIRE

5         RELMAN COLFAX, PLLC

6         1225 19th Street, Northwest

7         Suite 600

8         Washington, D.C. 20036

9         (202) 728-1888

10

11   ON BEHALF OF DEFENDANTS:

12        RICHARD SOBIECKI, ESQUIRE

13        TERESA QUON, ESQUIRE

14        OFFICE OF THE ATTORNEY GENERAL

15        400 6th Street, Northwest

16        Washington, D.C. 20001

17        (202) 727-3400

18

19

20

21

22

```
                                                                    4
 1                        C O N T E N T S

 2

 3    EXAMINATION OF SERGEANT FRANK EDWARDS              PAGE

 4    BY MR. ABBOTT                                        5

 5

 6

 7                          E X H I B I T S

 8                    (Attached to transcript.)

 9     EDWARDS DEPOSITION EXHIBITS                       PAGE

10    Exhibit 130 Bates Number ending in 16984            12

11    Exhibit 131 Bates Number ending in 17369            22

12    Exhibit 132 Bates Number ending in 17044            24

13    Exhibit 133 Bates Number ending in 4343             28

14    Exhibit 134 Bates Number ending in 936              30

15    Exhibit 135 Bates Number ending in 4007             64

16    Exhibit 136 Bates Number ending in 17315            69

17    Exhibit 137 Bates Number ending in 17239           116

18    Exhibit 138 Responses                              122

19    Exhibit 139 Bates Number ending in 17382           136

20

21

22
```

1       A   Riot control agents, RCAs, and the
2   extended impact weapon.
3       Q   And is this module as part of CDU
4   training?
5       A   For basic now, I don't know what year it
6   changed, but we just give a familiarization to the
7   basic class.  For CDU recert, it is.
8       Q   Is this training part of basic or part of
9   recert?
10      A   A little bit of both.
11      Q   Is this training delivered to members
12  going through both basic and recert training?
13      A   It is in different phases, but on the
14  extended impact weapon, the basic officers do not
15  get certified.
16      Q   Do you know who received the specific
17  training that we are looking at?
18      A   It could be anybody who attends basic CDU
19  and anybody who attends CDU recert.
20      Q   And who developed this training?
21      A   The domestic security office.  I don't
22  know who personally developed this, but -- again,

120

1     **this is a template from the manufacturer, our**

2     **service, our platforms of the different delivery**

3     **systems.**

4          Q  I'm going to go to slide 32 here.

5             Does this capture the types of force that

6     MPD members are trained on?

7          **A  Well, there's one missing, but yes.**

8          Q  What's missing here?

9          **A  Deadly.**

10         Q  And do I understand correctly, based on

11    the notes -- which I will highlight here -- that

12    the use of line and wedge formations with or

13    without protective riot shields move a crowd that

14    that's the use of physical force?

15         **A  Yes.**

16         Q  I'm going to pull up what's previously

17    been introduced as Plaintiff's Exhibit 106.

18            Do you recognize this document?

19         **A  I do.**

20         Q  Did MPD provide any formal or informal

21    training related to this curfew?

22            MR. SOBIECKI:  Objection.  Exceeds the

1    scope.
2           If you know, you can answer.
3           THE WITNESS: Formal training, no. But
4    again, I'm going to go back, Counsel, that --
5    issue this via e-mail -- teletype and the
6    executive order is all members are responsible to
7    read it and adhere to it.
8    BY MR. ABBOTT:
9       Q  Just to be clear to the scope objection, I
10   am not going to ask you to get into interpreting
11   this curfew or anything like that. I just want to
12   know what formal or informal training was provided
13   to members regarding this curfew.
14          MR. SOBIECKI: Yeah. My objection is that
15   the topic doesn't include training relating to
16   curfews. And also, there are two other specific
17   topics specifically directed towards the curfew.
18   I will object to all of the questions, but not to
19   slow us down, I'll just have a standing objection
20   on that.
21          If you have any personal knowledge with
22   regard --

```
1            THE WITNESS:  I do not have any personal
2    knowledge.
3            MR. SOBIECKI:  Let him ask the question,
4    if you can.
5            THE WITNESS:  I'm sorry.
6    BY MR. ABBOTT:
7       Q   I'm going to introduce this as Plaintiff's
8    Exhibit 138.  It does not have a Bates
9    number Defendant's District of Columbia responses
10   to separate request for admission.
11           (EDWARDS Deposition Exhibit 138 marked for
12   identification and attached.)
13   BY MR. ABBOTT:
14      Q   On page 3, under response 12, it says:
15   Admit the defendant did not provide MPD officers
16   any training on responding to First Amendment
17   assemblies from May 25, 2020, through June 2,
18   2020.
19           It also says:  The District admits that
20   after -- it has not identified any classes offered
21   from May 25, 2020, through June 2, 2020, that were
22   specifically focused on First Amendment
```