# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+ + + + +

_____
                              :
IN THE MATTER OF:             :
                              :
PAMELA GOODWIN,               :
                              :
          Plaintiff           :
                              :
     v.                       : Case No.
                              : 1:21-cv-00806 (BAH)
DISTRICT OF COLUMBIA,         :
                              :
          Defendant           :
                              :
_____:

          Tuesday,
          April 2, 2024

          Washington, D.C.


DEPOSITION OF:

          PAMELA GOODWIN

called for examination by Counsel for the
Defendant, pursuant to Notice of Subpoena, in the
Office of the Attorney General of the District of
Columbia, located at 400 Sixth Street, N.W., when
were present on behalf of the respective parties:

APPEARANCES:

On Behalf of Defendant:

MARCUS D. IRELAND, ESQ.
AMANDA PESCOVITZ, ESQ.
GREGORY KETCHAM-COLWILL, ESQ.
Assistant Attorney General
400 Sixth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 702 2910
marcus.ireland@dc.gov


On Behalf of Plaintiff:
GABRIEL DIAZ, ESQ.
ELLORA ISRANI, ESQ.
Relman Colfax, PLLC
1225 19th Street, N.W.
Suite 600
Washington, D.C. 20036
(202) 728-1888
gdiaz@elmanlaw.com

CONTENTS

WITNESS                DIRECT  CROSS  REDIRECT  RECROSS

PAMELA GOODWIN          5       114    128       131
                                       132

EXHIBIT NO.                                      PAGE
Defendant
50      Screenshot of Text Messages. . . . . . . .19
51      Plaintiff's Responses to . . . . . . . . .26
        Interrogatories
52      Google Maps Printout . . . . . . . . . . .37
53      Photos Screenshot. . . . . . . . . . . . .80
54      Screenshot of Text Messages. . . . . . . .83
55      Screenshot of Text Messages. . . . . . . .94
56      Screenshot of Text Messages. . . . . . . .98

1          MR. DIAZ:  Objection as to form.  You

2    can answer.

3          THE WITNESS:  How did the day start?

4    It was gloomy.

5          BY MR. IRELAND:

6      Q    And why was it gloomy?

7      A    Because that was when my fianc,e --

8      Q    I'm sorry.  If at any point you need

9    a break, just let us know, okay.  I hate to bring

10   up these questions, but when did you lose your

11   fianc,e?

12     A    April 26, 2020.

13     Q    And was your fianc, the father of your

14   child?

15     A    No.

16     Q    No.  So what was your plan for that

17   day in June?

18     A    I didn't have any plan.

19     Q    Okay.  When did you decide to go out

20   to the protest?

21     A    I didn't decide to go to the protest.

22     Q    Okay.  Walk me through how you ended

1    up at the protest?

2         A    My niece had asked me did I want to

3    take a walk, and we could walk to the monument.

4    So we decided to walk down the street.  We were

5    going towards, kind of down 7th Street, we got to

6    Pennsylvania Avenue and they were headed towards

7    the White House, it was a bunch of people, and we

8    were on the sidewalk.  And I told my niece, I

9    said, I always see stuff like this on TV but I

10   never witnessed it.  And we were walking on the

11   sidewalk just talking and just walking.  And we

12   ended up walking, well they was in the street,

13   but we were walking on the sidewalk.

14        Q    Do you happen to remember around what

15   time that was?

16        A    It was early during the day.

17        Q    Early?

18        A    I don't remember the exact time.

19        Q    Do you have kind of an estimate, was

20   it before --

21        A    Between 12:00 and 2:00.

22        Q    Between 12:00 and 2:00 so like early

1   afternoon?

2        A     Yes.

3        Q     And what was the weather like, do you

4   know?

5        A     I remember the sun was out.

6        Q     Okay.  You said that you were walking

7   down towards the monuments and then saw on around

8   Pennsylvania, people heading to the White House

9   and you decided to join?

10            MR. DIAZ:  Objection.

11            THE WITNESS:  No.

12            MR. DIAZ:  Misstates testimony.  You

13   can answer.

14            BY MR. IRELAND:

15       Q     No?  You didn't decide to join the

16   protest?

17       A     I didn't join.

18       Q     What were you still heading to the

19   monuments?

20       A     We just was walking along, yes.  We

21   were headed that way, yes.

22       Q     Heading towards the monuments?

1    you mean by that?

2         Q    So if they were Metropolitan Police

3    Department --

4         A    Yes, they were.

5         Q    If they were Metro Police?  If they

6    were National Guard, Secret Service, do you

7    recall?

8         A    I saw Metropolitan Police.

9         Q    You saw MPD, did you see any other

10   type of police force?

11        A    I don't remember.

12        Q    Okay.  And you said that you were made

13   to leave the White House area, how did that

14   happen?

15             MR. DIAZ:  Objection as to form.  You

16   can answer.

17             THE WITNESS:  They just said we had to

18   leave the area.

19             BY MR. IRELAND:

20        Q    Or what?

21        A    Yes, they just said to leave the area.

22        Q    And did they say why you had to leave?

```
 1          A      They didn't, I didn't hear them say

 2     it.

 3          Q      Okay.  Did you witness anyone else

 4     having interactions with the police?

 5                 MR. DIAZ:  Objection as to form.  You

 6     can answer if you know.

 7                 THE WITNESS:  No.

 8                 BY MR. IRELAND:

 9          Q      While you were there, did you witness

10     any violence or vandalism by protesters or

11     individuals near the street?

12          A      No.

13          Q      Did you witness any protesters or

14     individuals throwing things at police?

15          A      No.

16          Q      Did you hear any curfew announcements

17     made while you were around the White House?

18          A      No.

19          Q      Did you hear police issue any warnings

20     about the curfew?

21          A      No.

22          Q      Did you hear any officers make any
```

1    mention of the curfew while you were around the

2    White House?

3         A    No.

4         Q    Did you see any protesters having

5    conversations with police officers?

6         A    No.

7         Q    Do you recall the police officers

8    saying anything other than to leave?

9         A    No.

10        Q    Did you see police threaten anyone?

11        A    No.

12        Q    Did you witness any police behavior

13   that you believed to be inappropriate?

14        A    No.

15        Q    And did you hear any orders to

16   disperse or go home?

17        A    Just disperse, not go home.

18        Q    And do you recall how they said that,

19   like what was the substance of what they said?

20        A    I'm not sure the exact words.

21        Q    Okay.  They just said to leave the

22   area?

```
 1          A     Mm-hmm, leave the area.

 2          Q     Do you, I know you've already said

 3   that you weren't really paying attention to the

 4   time, but do you happen to recall what time you

 5   were asked to leave the area?

 6          A     No.

 7          Q     And was them telling you to leave the

 8   only thing that impacted your decision to leave

 9   the White House area?

10               MR. DIAZ:  Objection to form.  You can

11   answer.

12               THE WITNESS:  Yes, I was -- yes.

13               BY MR. IRELAND:

14          Q     Did you leave with anyone else?

15          A     My niece.

16          Q     Anyone other than your niece?

17          A     No.

18          Q     Did you follow anyone while you were

19   leaving?

20          A     No, well yes.  The crowd was going up

21   14th Street so we decided to keep walking.

22          Q     And you just were following the crowd?
```

```
 1          A      Yes, it was --

 2          Q      As you --

 3          A      I was just getting out.

 4          Q      And do you happen to have an estimate

 5    on how many people were in the crowd that you

 6    were walking with along?

 7          A      No.

 8          Q      Did you know anyone other than your

 9    niece?

10          A      Yes, I seen one other person.

11          Q      And who was that?

12          A      He was from my church.

13          Q      And what's their name?

14          A      His name is -- I forgot his name.

15          Q      Okay.  What was your plan when you

16    left this area?

17          A      Just keep walking, I was clearing my

18    mind.

19          Q      And what were you clearing your mind

20    from?

21          A      The loss of my fianc,e.

22          Q      So you weren't headed home when you --
```

1       ?

2              A      No, when we left, no.

3              Q      You were just continuing to walk?

4              A      Continue walking.

5              Q      All right.  So you said that you were

6       heading up 14th, did you take a straight path up

7       14th?

8              A      Yes.

9              Q      And you don't recall how far north you

10      went on 14th?

11             MR. DIAZ:  Objection.  Misstates prior

12      testimony.  You can answer.

13             THE WITNESS:  Just a few blocks up U

14      Street, past U Street.

15             MR. DIAZ:  Do you need a minute, or

16      are you good?

17             MR. IRELAND:  Do you need a break?

18             THE WITNESS:  Uh-huh, yes.

19             MR. IRELAND:  Yes.  If we could go off

20      the record.

21             VIDEOGRAPHER:  We are off the record

22      at 10:53.

49

```
1              (Whereupon, the above-entitled matter
2      went off the record at 10:53 a.m. and resumed at
3      11:03 a.m.)
4              VIDEOGRAPHER:  We are on the record at
5      11:03.
6              BY MR. IRELAND:
7      Q      I believe you just said that you were
8      a few blocks past U Street is how far north on
9      14th you went, is that correct?
10     A      Yes.
11     Q      Okay.  And were you just following the
12     crowd that way as part of your walk or were you
13     independently choosing where you were going?
14     A      Just following the crowd.
15     Q      And do you happen to know who was
16     leading the crowd?
17     A      No.
18     Q      Were you still walking on the
19     sidewalks like when you were around the White
20     House, or were you --
21     A      Yes.
22     Q      And while walking on the sidewalks,
```

```
1    did you talk to any other protesters about where

2    they were going or what they were doing?

3                MR. DIAZ:  Objection as to form.  You

4    can answer.

5                THE WITNESS:  No.

6                BY MR. IRELAND:

7        Q    All right.  Did you discuss or hear

8    any discussion of a curfew or a need to disperse?

9        A    No.

10       Q    Did you damage any buildings,

11   vehicles, or other property while walking up

12   14th?

13       A    No.

14       Q    Did you witness any acts of vandalism

15   by other protesters --

16       A    No.

17       Q    -- while walking on 14th?

18                MR. DIAZ:  Let him finish the answer,

19   let him finish the question.

20                BY MR. IRELAND:

21       Q    Did you witness any broken windows?

22       A    No.
```

```
 1          Q      Any graffiti?

 2          A      No.

 3          Q      Any car damage?

 4          A      No.

 5          Q      Any fires?

 6          A      No.

 7          Q      Did you try to separate from the group

 8    at any point?

 9          A      Yes.

10          Q      At what point was that?

11          A      On Swann Street.

12          Q      On Swann.  And where did you try to

13    go?

14          A      Home.

15          Q      And prior to Swann Street, did you try

16    to break away from the group at any point?

17          A      No.

18          Q      Did you want to break away from the

19    group at any point prior to Swann Street?

20          A      I wasn't with the group, I was just

21    walking home.

22          Q      But did you ever try to break away
```

```
1     from the group that you had been like following?
2          A      No.
3          Q      And did you want to?
4          A      No.
5          Q      And why not?
6          A      Because I was just walking.
7          Q      Did you have any interactions with the
8     police officers while you were heading north up
9     14th Street?
10         A      No.
11         Q      Did you witness any police while you
12    were walking up 14th Street?
13         A      Yes.
14         Q      And where did you see them?
15         A      In the front of the crowd and then in
16    the back of the crowd.
17         Q      And were they police officers on foot,
18    were they in vehicles?
19         A      Vehicles.
20         Q      Vehicles.  And how many did you see?
21         A      I'm unsure of the question as to
22    police officers or cars?
```

1        Q      Both, so if you, since you said that

2    you saw them in vehicles, if you know how many

3    police were in the cars?

4        A      I don't know how many.

5        Q      How many vehicles did you see there?

6        A      Two.

7        Q      Two.  Two in the front and the back or

8    just one in the front and one in the back?

9        A      No.  One in the back and one in the

10   front.

11       Q      And what were the police doing, what

12   did you observe the police doing?

13       A      Driving slowly.

14       Q      Driving slowly.  Were the police

15   officers, were the vehicles moving with the

16   group?

17       A      Yes.

18       Q      Did the police say anything, do

19   anything, other than the follow the group?

20       A      No, I don't know.

21       Q      And were the police officers who were

22   following like in sight or were they further

55

```
 1    you while you were heading up north on 14th?
 2              MR. DIAZ:  Objection as to form.
 3              MR. IRELAND:  Did the police confront
 4    other protesters and individuals while you guys
 5    were heading up 14th?
 6              MR. DIAZ:  Objection as to form.  You
 7    can answer.
 8              THE WITNESS:  No.
 9              BY MR. IRELAND:
10        Q     Did the police officers yell at you or
11    other protesters or individuals?
12        A     No.
13        Q     Did police threaten you or other
14    individuals?
15        A     No.
16        Q     Did police say anything to you or
17    other protesters or individuals that were heading
18    up 14th?
19        A     No.
20        Q     Did you hear any other protesters
21    saying anything to the police?
22        A     No.
```

```
 1          Q      Did you hear any orders to disperse or
 2     go home while heading up 14th?
 3          A      No.
 4          Q      Did you hear any curfew announcements?
 5          A      No.
 6          Q      Had you received any other texts at
 7     this point about the curfew?
 8          A      Not that I know of.
 9          Q      Did police officers try to take
10     anything from you?
11          A      No.
12          Q      Did you witness any use of force by
13     police while walking up 14th?
14          A      No.
15                 MR. DIAZ:  Objection.  Just give a
16     pause in case --
17                 THE WITNESS:  Okay.
18                 BY MR. IRELAND:
19          Q      So that was a no?
20          A      Yes.
21          Q      Did you witness any physical contact
22     with police while walking up 14th Street?
```

```
 1          A      No.
 2          Q      Did you witness police fire anything
 3    into the crowd while walking up 14th Street?
 4          A      No.
 5          Q      And you said that you had made it a
 6    few blocks north of 14th, that's as far as you
 7    made it going up?
 8          A      No, I said U Street.
 9          Q      A few blocks up from U or on U is as
10    far as you made it?
11                 MR. DIAZ:  Objection as to
12    characterization of testimony.  You can answer
13    the question.
14                 THE WITNESS:  We were on 14th, but we
15    made it a few blocks up past U Street.
16                 BY MR. IRELAND:
17          Q      So you made it, while on 14th, a few
18    blocks north of --
19          A      Yes.
20          Q      -- U?  That's just what I wanted to
21    make sure.  And you don't recall the street name?
22          A      No.
```

```
1            A      I don't remember.

2            Q      How far south on 15th did you walk?

3            A      We went down to Swann Street, that's

4     the block we were on.

5            Q      You went south to Swann?

6                   MR. DIAZ:  Are you able to, if you

7     want to keep it up, you can, but if not, you can

8     pull it down.

9                   THE WITNESS:  Yes.

10                  MR. DIAZ:  Right over your mouth, I

11    think it makes it difficult to understand.

12                  THE WITNESS:  Okay.

13                  MR. DIAZ:  You can put it up.

14                  MR. IRELAND:  Yes, as long as it

15    doesn't impact the --

16                  THE WITNESS:  Oh, no.

17                  BY MR. IRELAND:

18           Q      So you walked south to Swann?

19           A      Yes.

20           Q      Did you get further than Swann?

21           A      No.

22           Q      Did any of the group go further than
```

1    Swann?

2              MR. DIAZ:  Objection.

3              THE WITNESS:  I have no idea.  I don't

4    know.

5              MR. IRELAND:  And where were you in

6    relation to the crowd?

7              MR. DIAZ:  Objection as to form.  You

8    can answer.

9              THE WITNESS:  When the crowd turned,

10   we were on the sidewalk, so we just kept walking.

11   But I don't know if some of them went, kept going

12   or turned.

13             MR. IRELAND:  Did you see anyone

14   continuing down that way?

15             MR. DIAZ:  Objection.  Asked and

16   answered.

17             THE WITNESS:  I don't remember.

18             BY MR. IRELAND:

19        Q    And your niece is still with you?

20        A    Yes.

21        Q    And at this point have you guys

22   witnessed any vandalism by the group?

```
 1          A      No.

 2          Q      Any throwing of anything?

 3          A      No.

 4          Q      Did you witness police officers in

 5     this area?

 6          A      When I turned off.

 7          Q      And did you witness any use of force,

 8     any fireworks, anything like that?

 9          A      No.

10          Q      So you've headed down south on 15th,

11     you've made it to Swann, what are you doing at

12     this point?

13          A      We're walking down the street.

14          Q      Walking down Swann Street.

15          A      Swann.

16          Q      Are you heading west or east?

17          A      We're heading east.

18          Q      And how far do you walk east on Swann?

19          A      We walked down it one block.

20          Q      And then what?

21          A      And then my niece, I recall her asked

22     me was I ready to go, because she was getting
```

1    tired, and I said yes, we can go home.  So we

2    started walking towards the end of the block.

3            Q    You said you wanted to walk to the end

4    of the block, is that the end of the block on

5    Swann and 14 or Swann and 15?

6            A    Swann and 14th.

7            Q    Okay.  And did you make it to the end

8    of the block?

9            A    Yes, we made it to the end of the

10   block.

11           Q    And then what?

12           A    Then I saw a group of police on bikes

13   riding past.

14           Q    Riding past?

15           A    Swann Street right there.  At Swann

16   Street, but then they stopped and got off their

17   bikes.

18           Q    And so they got off their bikes on

19   Swann?

20           A    This is Swann Street.  They rode past

21   and they got off their bikes right on Swann.

22           Q    Okay.  And what did you do?

1         A     I remember telling my niece come on,

2    let's go.  And she was like oh, she was like

3    they're not going to let us leave.  I was said

4    who, she said the police right there.

5         Q     Did you try to leave?

6         A     Yes, I went up to them.

7         Q     And what did they say?

8         A     They didn't say anything to me, they

9    was just standing there.

10        Q     They just stood.  And did they let you

11   pass --

12        A     No.

13        Q     -- did you try to pass?

14        A     I asked them and I told them that I

15   was walking trying to get some air because I had

16   just had a death in my family.  And they was just

17   standing there.

18        Q     And did the police do anything, say

19   anything, or just stand there?

20        A     Yes.

21        Q     They were just standing there?

22        A     Yes.

1      Q      And then what did you do after asking

2    them if you could pass?

3      A      I didn't do anything, I started

4    crying.

5      Q      Then what happened next?

6      A      I was informed to move back.  And then

7    my niece told me to come over there with her, and

8    then when I turned around, I was, I was sprayed.

9      Q      You were sprayed?

10     A      Yes.

11     Q      Do you know what you were sprayed

12   with?

13     A      Pepper spray.

14     Q      And that was on Swann Street?

15     A      Yes.

16     Q      Near 14th?

17     A      Yes.

18     Q      And do you happen to recall who

19   sprayed you?

20     A      No.

21     Q      Did they spray it directly at you or

22   was it in the general area?

```
1          A      They sprayed, I was, yes, they sprayed

2     directly at me.

3          Q      And what did you do next?

4          A      I ran towards my niece crying and

5     screaming.

6          Q      Okay.  And then what, did you do

7     anything else?

8          A      Well, I started rubbing my face and my

9     eyes.  And then a lady came out of her basement

10    apartment and told us to come inside, it's safe.

11         Q      And did you enter the apartment then?

12         A      Yes.

13         Q      After you entered the apartment, did

14    you witness the police doing anything?

15         A      I witnessed them trying to, to make us

16    come out.  They told us again, and they was

17    shining their lights through her blinds in her

18    house.

19         Q      And you said they came to make you

20    come out?

21         A      They knocked on the door but she told

22    them to get away.
```

1       Q    And then did they leave the house

2    after she told them to leave?

3       A    No.

4       Q    What did they do next?

5       A    They were -- after they started

6    shining their lights and then they walked to --

7    they left.

8       Q    Okay.  Other than being sprayed with

9    the pepper spray, did you see the police do

10   anything, use any force, or anything like that?

11      A    No.

12      Q    After the police had sprayed you with

13   pepper spray, what did you witness?  Or after the

14   police left, after they left the apartment --

15      A    Mm-hmm.

16      Q    What did you witness the police do?

17           MR. DIAZ:  Objection.  Misstates

18   testimony.  You can answer.

19           THE WITNESS:  I didn't witness them do

20   anything because I was inside.

21           MR. IRELAND:  Once you were inside and

22   they left, did you ever see the police again?

1          MR. DIAZ:  Objection.

2          THE WITNESS:  Yes, I did.

3          BY MR. IRELAND:

4     Q     And how did you see them?

5     A     The lady's fianc,e -- we stayed there

6     for several hours.  I don't recall how many but

7     it was awhile.  And he said, this is crazy, I'm

8     going to get you all a Uber, so you can get home.

9     And he took us out his back door and walked us

10    through the alley, but there was police officers

11    there with a barricade, and they did not say

12    anything to him but how you doing.  And they

13    spoke to us and allowed us to get -- well they

14    just opened a barricade so we could walk out.

15    Q     So the police let you leave?

16    A     They didn't say anything to him, no.

17    Q     So I just want to make sure I

18    understand.  You were walking with him?

19    A     He walked us through the backyard of

20    his house and we walked through the alley.  And

21    there was police officers, he walked us to the

22    next block, and they had that barricaded also.

1    So we went down to the barricades and he told us,

2    don't worry about anything, they'll let you out.

3    And then he said, excuse me, they're going to the

4    Uber and they opened it, they then let us out.

5        Q    And did the police say anything to you

6    as you were leaving?

7        A    No.

8        Q    And did the police say anything to

9    him?

10       A    No.

11       Q    And do you happen to know around what

12    time that was?

13       A    I don't know the exact time, but it

14    was late.

15       Q    Late at night?

16       A    Yes.

17       Q    Would it have been before midnight or

18    would it have been after midnight?

19       A    To be honest, I don't even remember

20    but it was around, it was, it was really late.

21       Q    Okay.  And while you were in the

22    apartment, you said that you had been there for a

1    while?

2         A    Yes.

3         Q    It seemed like hours, you said?

4         A    Yes.

5         Q    While you were waiting in the

6    apartment, did you ever look out the windows to

7    see the police officers on Swann Street?

8         A    No.

9         Q    No.  And while you were in the

10   apartment, did you do anything to treat the

11   effects of pepper spray that you were

12   experiencing?

13        A    She allowed me to use her restroom and

14   she, I used the restroom and she gave me a rag

15   and I just washed my face with cold water.

16        Q    And when you got sprayed with pepper

17   spray, did you witness the police make contact

18   with anyone else?

19             MR. DIAZ:  Objection as to form.  You

20   can answer.

21             THE WITNESS:  No, nobody was with me.

22             BY MR. IRELAND:

1    here in a group because we were anticipating on

2    going home.  So I don't know what went on.

3              BY MR. IRELAND:

4        Q    Okay.  So just so I understand that,

5    I'm sorry, so I'm envisioning it correct.  You

6    were now in the front of the group walking from

7    15th to 14th on Swann?

8              MR. DIAZ:  Objection.

9    Mischaracterizes the testimony.  You can answer.

10             THE WITNESS:  Yes, we were on the

11   sidewalk, we got in front of them.  Yes, because

12   they were also on the sidewalk.

13             BY MR. IRELAND:

14       Q    So the group, when you were on 15th

15   and you had just made it to Swann, was the group

16   mostly in front of you, still on 15th, and then

17   you turned on Swann and the rest of the group

18   followed behind you?  Or were you all mostly in

19   like the intersection when you turned?

20             MR. DIAZ:  Objection as to form.  You

21   can answer.

22             THE WITNESS:  They were turning and we

```
 1      just walked around and we got in front of them
 2      and kept walking.
 3                  BY MR. IRELAND:
 4           Q      Like turned on the inside?
 5           A      Yes.
 6           Q      Okay.  So you didn't witness any
 7      individuals in the group knocking on doors?
 8           A      No.  I didn't see no one.
 9           Q      Or kicking doors?
10           A      No.
11           Q      Did you hear any sounds of kicking on
12      doors, knocking on doors?
13           A      No.
14           Q      When the officer sprayed pepper spray
15      on you, what were you doing immediately before
16      that?
17           A      I was saying, can I leave.  I told
18      them that I didn't have nothing to do with the
19      protest.
20           Q      And then he sprayed you with pepper
21      spray?
22           A      He told me to move, they said move
```

1    back.  And then I turned around, my niece told me

2    to come to her.  And I turned around, and they

3    were spraying.

4         Q    Okay.  So you were facing the police

5    line asking to leave, your niece --

6         A    I was pleading with them, can I go

7    home.

8         Q    Your niece then tells you to come back

9    towards her and so you were turning to face your

10   niece behind you?

11        A    Yes.

12        Q    And then they sprayed?  Or were you

13   facing the police line when you got sprayed with

14   pepper spray?

15        A    It was still, like within that second.

16        Q    When you turned?

17        A    Right.

18        Q    All right.  Just trying to think of

19   how far I'm going to get before.

20             MR. DIAZ:  Whatever works for you.

21             MR. IRELAND:  That's fine.

22             BY MR. IRELAND:

```
1         Q    I'm going to return to what was marked

2    as Defendant's Exhibit 51 which are the

3    Interrogatories.  So on page 4, and it's

4    Interrogatory No. 3, if you could just read the

5    response, which is at the bottom of the page with

6    the bold.  And are those answers still complete

7    and accurate to the best of your recollection

8    today?

9         A    Yes.

10        Q    What injuries did you suffer while on

11   Swann Street on June 1 and early morning of June

12   2, 2020?

13             MR. DIAZ:  Objection as to form.  You

14   can answer.

15             THE WITNESS:  You just want to know

16   just my face or --

17             BY MR. IRELAND:

18        Q    I just want to know all the injuries

19   that you feel like you suffered on June 1 and

20   June 2?  If you feel like it.

21             MR. DIAZ:  Objection as to form, you

22   can answer, if you understand it.
```

1          THE WITNESS:  Foremost, I feel

2    humiliated because I felt like it's just

3    previously, I always taught my son to respect the

4    police no matter what.  And I felt that even with

5    me telling them, nobody gave it a second thought,

6    nobody cared about my feelings on that day.

7          And I felt so humiliated because I

8    felt like he sprayed me for what, you trapped me

9    in this lady's house for what, and thank God for

10   her because who knows what had happened.

11       I felt like, I saw a different picture with

12   the police when the young man that was her

13   husband was able to bring me through a barricade.

14   And they asked him how he was doing, and no one

15   ever said nothing to, where are you coming from,

16   like, none of that.  Nobody never mentioned to

17   him anything.  It was how you doing and they

18   opened the barricade.

19       And yet, I told you a block over that I was

20   out just relieving stress, but I couldn't see.  I

21   felt pain in my face, my face was burning.  I've

22   never felt that sensation before in my life.  My

```
1    eyes was like irritated.  No amount of water I

2    put on it helped.  It's just, to be honest, I

3    wish I never even went out to get air.

4         Q    Is there anything else?

5         A    That's it.

6         Q    Okay.  So you mentioned that there was

7    a burning sensation and pain to your skin and

8    eyes?

9         A    Yes.

10        Q    And how long did that last?

11        A    It lasted, it lasted a long time.  I

12   can't, I don't know the exact time or frame it

13   lasted, but to the point where I was trying

14   things to help myself.  I was washing my face

15   with cold water, just like letting cold rags sit

16   on my face.

17        Q    So did it last for a few hours or a

18   few days, a few weeks?

19        A    It lasted, it lasted a long time,

20   because I ended up seeing my doctor about it, so

21   --

22        Q    And you said that there was irritation
```

1    on your skin and to the eyes.  It mentions in

2    your Interrogatory Response that it's ongoing and

3    persistent.  Is that still true today?

4        A    Yes.

5        Q    And your Interrogatory Response

6    mentions skin spots on the face and neck, and are

7    those still present today?

8        A    They have gotten better.

9        Q    And are you taking anything to treat

10   the skin spots or the irritation?

11       A    Yes.

12       Q    Is it medication?

13       A    Yes.

14       Q    Okay.  And are they prescription

15   medications?

16       A    Yes.

17            MR. IRELAND:  And I'm going to collect

18   the Interrogatories, and I'm handing out what

19   will be Defendant's Exhibit 53.  And this is

20   Bates stamped PL_0001260.

21            (Whereupon, the above-referred to

22   document was marked as Defendant Exhibit No. 53

1    for identification.)

2              BY MR. IRELAND:

3        Q    Do you recognize this document?

4        A    Yes.

5        Q    And what is it?

6        A    Pictures of my face.

7        Q    And are these messages that you sent

8    with these pictures?

9        A    Yes.

10       Q    And who did you send these messages

11   to?

12       A    Swann Street Squad, Swann Street.

13       Q    Is that a message group?

14       A    Yes.

15       Q    And is this sent through Facebook,

16   like Facebook messenger or Instagram?

17       A    I think it's Instagram.

18       Q    And did you take these photos?

19       A    Yes.

20       Q    And are these an accurate depiction of

21   the pictures that you took?

22       A    Yes.

1           A     Yes, I won't.

2           Q     And is that because of your experience

3     on June 1, 2020?

4           A     No, I never protested before.

5           Q     Are you less likely to express

6     political beliefs because of your experience on

7     June 1, 2020?

8           A     I just don't want to, no.  I don't

9     want to.

10          Q     But that's not because of your

11    experience, that's just because you don't want

12    to?

13                MR. DIAZ:  Objection.  You can answer.

14                THE WITNESS:  It's because of my

15    experience.

16                BY MR. IRELAND:

17          Q     And what part of your experience makes

18    it so you don't want to express your political

19    beliefs anymore?

20                MR. DIAZ:  Objection.

21                THE WITNESS:  Swann Street.

22                BY MR. IRELAND:

1      Q      Anything specific about Swann Street
2  or just the entire thing?
3      A      The whole entire street.
4      Q      Okay.  Did you observe any acts of
5  vandalism or violence by protesters or any other
6  individuals on June 1, 2020?
7      A      No.
8      Q      And did you hear any curfew
9  announcements on June 1, 2020?
10     A      No.
11     Q      Did you receive any curfew
12  announcements by text on June 1, 2020?
13     A      No.
14     Q      Did you become aware of the curfew by
15  any means prior to ending up on Swann Street on
16  June 1, 2020?
17     A      No.
18     Q      Did you hear any orders to disperse on
19  June 1, 2020?
20     A      By the White House, yes.
21     Q      Just the one at the White House?
22     A      Yes.

108

1          Q     Did you ever attempt to go home on

2     June 1, 2020, instead of staying with the group

3     that ultimately ended up on Swann Street?

4          A     No.

5          Q     Did you ever try to separate yourself

6     from the other protesters prior to arriving on

7     Swann Street on June 1, 2020?

8          A     I was always separated.  We were on

9     the sidewalk and they were in the street.

10          Q     But did you ever try to go on a

11     different route than the group?

12          A     No.

13          Q     Did you witness any violence by any

14     protesters or individuals on June 1, 2020?

15          A     No.

16          Q     Did you witness anyone throwing any

17     items at police?

18          A     No.

19          Q     Any water bottles being thrown?

20          A     No.

21          Q     Any rocks being thrown?

22          A     No.