# EXHIBIT 26

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


PAMELA GOODWIN, et al.,          :

    Plaintiffs,                  :

    v.                           :    Civil Action No

DISTRICT OF COLUMBIA, et al.,:    1:21-cv-00806-BAH

    Defendants.                  :

_____

Tuesday, February 6, 2024

Held Remotely

Deposition of DANIEL HARRINGTON, a
witness herein, called for examination by counsel
for the Plaintiffs in the above-entitled matter,
pursuant to notice, the witness being duly sworn by
Barbara J. Moore, a Notary Public in and for the
District of Columbia, taken at the offices of
RELMAN COLFAX, PLLC, 1225 19th Street, N.W., Suite
600, Washington, D.C., commencing at 10:00 a.m.,
and the proceedings being taken down by Stenotype
by BARBARA MOORE, CRR, RMR, and transcribed under
her direction.

Harrington, Daniel                                      February 6, 2024

2

```
1    APPEARANCES:

2

3              On Behalf of the Plaintiffs:

4                   NICHOLAS ABBOTT, ESQ.

5                   REBECCA LIVENGOOD, ESQ.

6                   RELMAN COLFAX, PLLC

7                   1225 19th Street, N.W., Suite 600

8                   Washington, D.C.  20036

9                   nabbott@relmanlaw.com

10                  rlivengood@relmanlaw.com

11

12             On behalf of the Defendants:

13                  RICHARD SOBIECKI, ESQ.

14                  OFFICE OF THE ATTORNEY GENERAL

15                  400 6th Street, N.W.

16                  Washington, D.C.  20001

17                  richard.sobiecki@dc.gov

18

19

20

21

22
```

Harrington, Daniel                                    February 6, 2024

3

1                        TABLE OF CONTENTS

2    WITNESS                                          PAGE

3    DANIEL HARRINGTON

4    By Attorney Livengood                               4

5

6                          EXHIBITS

7    EXHIBIT         DESCRIPTION                     PAGE

8
     Exhibit 79    Use of Force report                63
9
     Exhibit 80    Instructor Guide                   71
10
     Exhibit 81    Incident report                    82
11
     Exhibit 82    MPD Standard Operating             86
12                 Procedures

13   Exhibit 83    Body-worn camera footage          130

14   Exhibit 84    Body-worn camera footage          161

15   Exhibit 85    Body-worn camera footage          175

16   Exhibit 86    Body-worn camera footage          179

17   Exhibit 87    Body-worn camera footage          205

18   Exhibit 88    Email                             206

19   Exhibit 89    Email chain                       213

20   Exhibit 90    Handling First Amendment          219
                   Assemblies and Mass
21                 Demonstrations

22   Exhibit 91    General Order of Crowd            220

Harrington, Daniel                                    February 6, 2024

26

1          Q.      And are you a member of any social
2    organizations?
3          A.      No.
4          Q.      Okay.   Any clubs?
5          A.      No.   I'm trying to remember.   No.   I
6    mean, I may have been like a part of a running club
7    at some point, but I don't think -- you know,
8    paying membership dues, I think I'm too old.   I
9    don't remember.
10         Q.      Are you a member of any political
11   groups?
12         A.      No.
13         Q.      Do you hold any other positions
14   other than your job with MPD?
15         A.      No, not currently.
16         Q.      When you say "not currently," are
17   you --
18         A.      No, I've never worked outside
19   employment or part-time or anything like that.   I
20   guess I consider going to school part of my outside
21   work.
22         Q.      Any volunteer positions?

Harrington, Daniel                                    February 6, 2024

27

1          A.      No.

2          Q.      So you mentioned that you were a

3    captain with SOD; is that right?

4          A.      Yes.

5          Q.      What does SOD stand for?

6          A.      **Special Operations Division.**

7          Q.      And in June of 2020, you were a

8    captain in the Sixth District; is that right?

9          A.      Yes.

10         Q.      Did you do any work with SOD in the

11   time that you were a captain in the Sixth District?

12         A.      **Yes, I did.**

13         Q.      What capacity?

14         A.      **Part of my additional duty**

15   **assignments in the Sixth District was to be the CDU**

16   **captain.  CDU is our Civil Disturbance Unit.  So I**

17   **was responsible for maintaining the rosters of**

18   **personnel assigned to the platoons, make sure they**

19   **got training.  And then if there were deployments,**

20   **responsible for making sure that they were filled**

21   **along with the staff.**

22         Q.      Let's just through each of those.

Harrington, Daniel                                    February 6, 2024

28

1   What does it mean to maintain the rosters?

2          A.     It's four platoons and there's seven

3   squads times four officers, so that's 28 officers

4   plus four sergeants and a lieutenant.  So that's,

5   what, 33, if my math is, just not my strong suit.

6          Q.     Four sergeants?

7          A.     For one squad, and each squad has a

8   sergeant and one lieutenant is the platoon leader.

9   So people get transferred, people get sick, people

10  get hurt, people go, whatever, they leave.  So I

11  had to make sure that that roster is filled with

12  that number of people.

13         Q.     Okay.  And how do you do that?

14         A.     Beg and sometimes steal.  Sometimes

15  just moving people around, and sometimes people

16  that may be in a reserve capacity activated or put

17  in some active platoon.

18         Q.     Are the folks who are put in CDU

19  platoons, are there any special requirements for

20  the training they have?

21         A.     Well, there's initial CDU training

22  that we get at some point, and there's refreshers,

Harrington, Daniel                              February 6, 2024

34

1    **require attention, I would be in roll call.**

2            Q.      So you mentioned when you were watch

3    commander -- sorry, when you were CDU captain in

4    the Sixth District, you had four platoons under

5    you; is that right?

6            A.      **Technically five, but the fifth was**

7    **a non-used.  It was really -- the only time the**

8    **fifth platoon ever got used was inaugurations,**

9    **primarily.**

10           Q.      Was the fifth platoon in use on

11   June 1, 2020?

12           A.      **I don't believe so.**

13           Q.      And you mentioned of the four

14   platoons, one was 62 and one was 64; is that right?

15           A.      **I'm sorry, what was the question**

16   **again?**

17           Q.      So there were four to five platoons

18   that you were overseeing; right?

19           A.      **Yes.**

20           Q.      One of those was 62; is that right?

21           A.      **Yes.**

22           Q.      And one was 64?

Harrington, Daniel                                    February 6, 2024

35

1          A.      Yes.

2          Q.      And what were the other two?

3          A.      61 and 63.

4          Q.      Okay.  And so 61 and 63 were not

5    hard platoons or light platoons; is that right?

6          A.      Yes.

7          Q.      Do you recall which platoons were on

8    Swann Street on the night of June 12020?

9          A.      From my District, 62.

10         Q.      Just 62?

11         A.      I don't recall 64 being there.

12         Q.      And what about 61?

13         A.      No, no.  There was a squad, I

14   believe a squad -- a squad from -- I believe it was

15   the evening tour at 6D was there at some point, but

16   it was people from the section who worked the

17   evening of duty, and then we were told to respond

18   up to Swann Street, but it wasn't one of the

19   organized regular platoons like 61, -2  or -3.

20         Q.      Was it a CDU platoon?

21         A.      They were in a CDU capacity.  I

22   don't know if they had a CDU designator or how that

Harrington, Daniel                                      February 6, 2024

36

1    worked.

2              Q.     So you mentioned that every officer

3    gets CDU training; is that right?

4              A.     Yes.  I won't say that 100 percent

5    of every single person working has CDU training.  I

6    can't say that, but the CDU training is something

7    that we all go through.  Is there someone who may

8    be listed and didn't get it, whatever reason, I

9    mean, that's a possibility.

10             Q.     Okay.  Is there a difference in the

11   CDU training that officers in the evening tour who

12   were not in the platoon received as compared to

13   officers who were in platoon 61?

14             A.     I don't remember who specifically

15   from 6D came.  But they may have had CDU training,

16   but just not serving in a CDU capacity.  Like I

17   said, if they were a 28-year veteran, I may not

18   have them in a CDU, but that doesn't mean they

19   weren't CDU trained or were not CDU certified at

20   some point in their career.

21             It's just, that's where the flexibility

22   when one, sort of the newer kids came in -- I call

Harrington, Daniel                                    February 6, 2024

153

1          Q.      Okay.  And where were you ordering

2    them to form a line?

3          **A.      Fifteenth and Swann.**

4          Q.      And why were you ordering them to do

5    that?

6          **A.      I believe -- that's where we drove**

7    **where we were directed to go to.**

8          Q.      To hold the line at 15th and

9    Swann?

10         **A.      Yes.**

11         Q.      Who gave you that direction?

12         **A.      Glover would have given it.**

13                ATTORNEY LIVENGOOD:  Could you go

14           to 21:05 -- continue.

15                      (Video played)

16         Q.      At this point, was there a line

17    established at 15th and Swann?

18         **A.      I don't -- I'm not sure if that's**

19    **15th or 14th.  I may be wrong, but I thought**

20    **15th was one way north.  It looks like there's**

21    **cars facing in both directions.**

22         Q.      We can keep watching it.  I believe

Harrington, Daniel                                          February 6, 2024

154

1    those are police cars.  I believe that 14th was

2    more commercial than 15th.

3            A.     Yeah.  It makes sense.  I don't know

4    if that's --

5                        (Video played)

6            Q.     Does that clarify for you where this

7    is?

8            A.     I'm sorry?  I wasn't watching.

9            Q.     Do you know which intersection?

10           A.     Fifteenth.

11           Q.     Fifteenth and Swann?

12           A.     Fifteenth and Swann, yes, ma'am.

13           Q.     So when you arrived at 15th and

14    Swann, was there a police line established at the

15    intersection of 15th and Swann?

16           A.     According to that video, yes, there

17    was.

18           Q.     Okay.  And so am I understanding

19    that this is a -- here it's at 9:06, you arrived a

20    couple minutes before that; right?  You arrived, we

21    saw you arrive at 15th and Swann?

22           A.     Yes.

Harrington, Daniel                                    February 6, 2024

155

1          Q.     And at that point, were people free
2     to leave Swann?
3          **A.     No.**
4          Q.     Could anyone enter through the
5     police line at that point?
6          **A.     No.**
7                ATTORNEY LIVENGOOD:  Nick, can you
8          please go to 21:06.  Actually not.  Let's
9          watch from here.
10                        (Video played)
11          Q.     What was that person holding that we
12     saw the yellow --
13          **A.     Can you go back a frame or two.**
14     **That would be a 40-millimeter, like a**
15     **less-than-lethal.**
16          Q.     What is that?
17          **A.     It delivers a less-than-lethal**
18     **round, or it could deliver munitions systems.**
19          Q.     Less-than-lethal round of what?
20          **A.     Like a full baton type of thing or**
21     **it could be used for munitions.**
22          Q.     Do you know what it was authorized

Harrington, Daniel                                    February 6, 2024

156

1    for at that point?

2         A.    No, no.

3         Q.    And what were you saying to that

4    person?

5         A.    I don't know.  I didn't catch it.

6                    (Video played)

7         A.    I can't tell.

8                    (Video played)

9         Q.    What was on -- what was that officer

10   wearing that you were pointing to?

11        A.    Gear.  Gear.

12        Q.    Okay.  And then what happened to

13   your body camera at that point?

14        A.    It looks like I turned it off.

15        Q.    Do you know why?

16        A.    No, I don't.

17        Q.    Were you -- was that at a point

18   where you would have been permitted to turn it off?

19              ATTORNEY SOBIECKI:  Object to

20        form.  Calls for speculation.

21              THE WITNESS:  Well, I wasn't

22        disciplined and my numbers weren't drawn,

Harrington, Daniel                                    February 6, 2024

172

1              ATTORNEY SOBIECKI:  Object to

2        form.

3              THE WITNESS:  In a CDU capacity?

4     BY ATTORNEY LIVENGOOD:

5        Q.    Yes.

6        A.    No.  Like on the districts?  I had

7    not in a CDU capacity.

8        Q.    Okay.  And in the districts it was

9    just the juvenile curfew; right?

10       A.    Yes.

11       Q.    So you had reinforced a city-wide

12   curfew before?

13       A.    No, I don't know that in my 20-some

14   preceding years we didn't have one, that I

15   remember.

16       Q.    When Lieutenant Horos said, "No,

17   we're locking them up," do you understand that to

18   be an order coming from Lieutenant Horos?

19       A.    No.

20       Q.    Who was that coming from?

21       A.    Captain Glover.

22       Q.    And why?

Harrington, Daniel                                    February 6, 2024

173

1          A.      He was the incident commander.

2          Q.      Would he have been authorized to

3    give you an order to arrest?

4          A.      No.  It's a little -- the dynamic is

5    a little different because this is a SOD operation.

6    I know I outrank him, but I'm attached to SOD.  So

7    this is a SOD operation.  I'm familiar with a CDU,

8    so I'm taking some leadership because of the -- in

9    some cases there wasn't -- but, like, he couldn't

10   tell me what to do, necessarily, or order me to do

11   something.

12         But if it came from SOD, his higher-ups and

13   he's relaying that word directly to me, then yeah.

14   I would follow that.

15         Q.      And so did you understand him to be

16   relying on a directive from a higher-up?

17         A.      Yeah, I noticed that he wasn't

18   making the decisions himself, yes.  Sorry, it was a

19   little long-winded.

20         Q.      Take your time.  We've got all day.

21         A.      No, no.

22         Q.      Did you have any opinion about that

Harrington, Daniel                                    February 6, 2024

174

1    decision?

2          **A.        No.**

3          Q.        Did you have any discussion about

4    the decision to arrest everyone on Swann Street?

5          **A.        I don't recall.  I don't remember**

6    **specifically.  I'm not saying I didn't, but I just**

7    **don't remember.**

8          Q.        Did you have any understanding as to

9    why people were being arrested?

10         **A.        Well, the curfew was in effect.  And**

11   **then yes, so that would probably be my overriding**

12   **awareness that the curfew was in effect.**

13         Q.        And I know that you asked if they

14   were going to give warnings and Lieutenant Horos

15   said no.  Did you, in fact, hear a warning to

16   disperse given on Swann Street that night?

17         **A.        I did not.**

18                    ATTORNEY LIVENGOOD:  Nick, I'm

19             going to introduce Plaintiffs' 85.  This

20             is --

21                         (Discussion held off the

22                    record.)

Harrington, Daniel                                  February 6, 2024

175

```
 1                    (Exhibit 85 was marked for

 2               identification.)

 3                    ATTORNEY LIVENGOOD:  So this will

 4          be Plaintiffs' 85, and the Bates Number,

 5          I think, it's -14.

 6                    (Video played)

 7     BY ATTORNEY LIVENGOOD:

 8          Q.    Do you recognize that scene?

 9                    ATTORNEY SOBIECKI:  Object to

10          form.

11                    THE WITNESS:  I'm sorry.  15 and

12          Swann Street.

13     BY ATTORNEY LIVENGOOD:

14          Q.    On the same night that we've just

15     been looking at?

16          A.    I'm assuming, yes.

17          Q.    Okay.  And you mentioned the crowd

18     on the west side.  Can you see, is that a view of

19     the crowd on the west side?

20          A.    It appears to be, yes, yes.

21                    ATTORNEY LIVENGOOD:  Nick, can you

22          go back, please, to Plaintiffs' 84 to
```

Harrington, Daniel                              February 6, 2024

176

```
1              21:29:07.

2                       (Video played)

3        Q.     Did you hear when you said, "Let's

4  go, let's do this"?

5        A.     Yes.

6        Q.     Do you know what you were referring

7  to?

8        A.     The line, they wanted the line moved

9  into Swann Street.

10       Q.     And who wanted the line moved into

11 Swann Street?

12       A.     I don't remember who gave that

13 directly.

14       Q.     But it wasn't a decision you had

15 made?

16       A.     No.

17       Q.     And so you were communicating a

18 decision from higher-up?

19       A.     Yes.

20       Q.     Do you know what the basis was for

21 the decision?

22       A.     No, I don't.
```

Harrington, Daniel                                      February 6, 2024

177

1          Q.     Do you know how it was communicated

2    to you?

3          A.     **I don't recall, I don't remember.**

4          Q.     Is there any -- I know when you were

5    in the car on the radio, we were able to hear it on

6    the body cam.  Is that right?

7          A.     **Yes.**

8          Q.     If you had your radio on as you were

9    walking around, would your body cam pick it up, do

10   you know?

11         A.     **If I was wearing a mic, because the**

12   **mic probably would have been on my shoulder, it may**

13   **have.**

14         Q.     Okay.  How do you normally

15   communicate on the radio when you're walking

16   around?

17         A.     **If it's just the regular way without**

18   **a mic, I would hold it and speak through it.  If**

19   **the microphone is on my shoulder, I was press it.**

20         Q.     How do you hear it?

21         A.     **It broadcasts from the speaker.  The**

22   **microphone is a speaker, too.**

Harrington, Daniel                                    February 6, 2024

179

1          Q.    Let's -- I'm sorry.

2                ATTORNEY LIVENGOOD:  Nick.  I keep

3          jumping around, can we do Plaintiffs' 86

4          and this is reference 69, Bates Number,

5          and it's Plaintiffs_000-0058.

6                     (Exhibit 86 was marked for

7                     identification.)

8                     (Video played)

9          Q.    Do you recognize what this is

10  showing?

11         **A.    A line of officers, yes.**

12         Q.    Is it the line at 15th and Swann?

13         **A.    On Swann Street, yes.**

14         Q.    Do you see on the left-hand side of

15  the screen at 12 seconds into the video there's --

16  you can see sort of a diagonal baton that the

17  officer is holding?

18         **A.    Yes.**

19         Q.    What is the name of that baton?

20         **A.    I just use "baton."**

21         Q.    You referred earlier to an ASP.  Is

22  that an ASP?

Harrington, Daniel                                    February 6, 2024

180

1          **A.        No.**

2          Q.      What's the difference between that

3    baton and an ASP?

4          **A.       So the ASP is carried by individual**

5    **officers, and this looks more like a CDU baton used**

6    **by CDU formations, by city personnel.**

7          Q.      Okay.  And you mentioned that an

8    officer wouldn't be holding both a shield and a

9    baton; correct?

10         **A.       Yes.**

11         Q.      And it looks like we see that in

12   this picture.  You have officers on the right-hand

13   side who are holding the shield.

14         Do you see that?

15         **A.       Yes.**

16         Q.      These officers on the left-hand side

17   are only holding the baton and not the shield; is

18   that right?

19         **A.       Yes, ma'am.**

20         Q.      At this point, where these officers

21   are holding batons authorized to use batons to push

22   the crowd back?

Harrington, Daniel                                    February 6, 2024

181

1          A.     I'm not sure as part of their --

2    it's part of the training that DSO does if that's

3    what they would teach them on to extend out, the

4    shields or the batons to get the crowd moved out.

5          Q.     I just want to make sure I'm

6    understanding.  Is that what they would instruct

7    them to do?

8          A.     As they were moving forward.  If

9    they're hitting resistance, if the people are,

10   like, pushing at them, they could push back.

11         Q.     Either with the baton or with the

12   shield?

13         A.     Yeah.

14         Q.     Did any member of platoon 62 have a

15   baton instead of a shield?

16         A.     I don't recall.

17         Q.     Does the use of the baton require

18   different authorization from use of the shield?

19         A.     No.

20         Q.     For both their authorized when CDU

21   is authorized to push a line; is that right?

22         A.     In situations like this, most

Harrington, Daniel                                    February 6, 2024

182

1    likely, yes, yes.

2          Q.     When you say "in situations like

3    this" --

4          A.     Yeah, so they are dressed out.

5    There's concern over violence, you know, obviously.

6    So they would be authorized to have the shields or

7    batons at the ready.

8          Q.     And then the command to push back

9    includes the command to use the shields and the

10   batons to push back.  Am I understanding that

11   right?

12         A.     It's just to move the crowd forward

13   is the command to move.  It doesn't necessarily

14   indicate that you have to use one or the other if

15   you're not having that resistance or having someone

16   assaulting you.

17         Q.     So understood that it's not a

18   mandate to use the baton or the shield.

19         A.     Yes.

20         Q.     But when the line gets the command

21   to move the crowd back, is it an authorization to

22   use the baton or the shield if they have to?