# EXHIBIT 29

1

```
                UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - X

 PAMELA GOODWIN, et al.,         :

    Plaintiffs,                  :

         v.                      :   Civil Action No.

 DISTRICT OF COLUMBIA, et        :   1:21-cv-00806-BAH

 al.,                            :

    Defendants.                  :

- - - - - - - - - - - - - - - X
```

                        Washington, D.C.

                        Wednesday, December 6, 2023

         Deposition of LIEUTENANT CARLOS MEJIA, a
witness herein, called for examination by counsel for
Plaintiffs in the above-entitled matter, pursuant to
notice, the witness being duly sworn by Stephanie
Barnes, a Notary Public in and for the District of
Columbia, taken at the offices of Relman Colfax,
PLLC, 1225 19th Street, Northwest, 6th Floor,
Washington, D.C. 20036, at 9:32 a.m., Wednesday,
December 6, 2023, and the proceedings being taken
down by Stenotype by Stephanie Barnes, and
transcribed under her direction.

                                                               2

1    APPEARANCES:
2
3        On behalf of the Plaintiffs:
4             GABRIEL DIAZ, ESQ.
5             NICHOLAS ABBOTT, ESQ.
6             REBECCA LIVENGOOD, ESQ.
7             Relman Colfax, PLLC
8             1225 19th Street, Northwest
9             Suite 600
10            Washington, D.C.  20036
11            (202) 728-1888
12            Gdiaz@relmanlaw.com
13            Nabbott@relmanlaw.com
14            Rlivengood@relmanlaw.com
15
16       On behalf of the Defendants:
17            RICHARD SOBIECKI, ESQ.
18            AMANDA PESCOVITZ, ESQ.
19            Office of the Attorney General
20            400 6th Street, Northwest
21            Washington, D.C.
22            (202) 805-7512
23            Richard.sobiecki@dc.gov
24
25

3

```
 1                    C O N T E N T S

 2    WITNESS                       EXAMINATION BY COUNSEL FOR

 3    LIEUTENANT CARLOS MEJIA      PLAINTIFFS   DEFENDANTS

 4        BY MR. DIAZ                   4

 5        BY MR. SOBIECKI                            228

 6

 7                      E X H I B I T S

 8    MEJIA EXHIBIT NO.                                 PAGE

 9    Exhibit No. 7 - Training History Report          51

10    Exhibit No. 8 - Riot Control Agents and          93

11                    The Extended Impact Training Slides

12    Exhibit No. 9 - FEMA Training Slides             95

13    Exhibit No. 10 - First Amendment Training Slides  95

14    Exhibit No. 11 - October 21, 2020 Memorandum    100

15    Exhibit No. 12 - Commanding Officer's           104

16                    Commendation

17    Exhibit No. 13 - E-mails                        123

18    Exhibit No. 14 - MPD CIC Alert E-mail           131

19    Exhibit No. 15 - E-mails                        136

20    Exhibit No. 16 - Report of Investigation        161

21    Exhibit No. 17 - Audio                          175

22    Exhibit No. 18 - Video                          222

23    Exhibit No. 19 - Deployment of Munitions Report 217

24    * Exhibits attached to transcript.

25
```

```
 1   BY MR. DIAZ:                                           10:17:54
 2       Q.    So the first category is kind of like        10:17:55
 3   straightforward HR-type like files.  Is that what I'm  10:17:58
 4   understanding you to be saying?                        10:18:02
 5       A.    Yes.                                         10:18:04
 6       Q.    Or documents rather.                         10:18:06
 7             Okay.  And then the second category is       10:18:08
 8   documents relating to -- like when you say             10:18:10
 9   investigations, can you explain what you mean?         10:18:13
10             MR. SOBIECKI:  Object to form.               10:18:16
11             THE WITNESS:  It would be any internal       10:18:17
12   investigation regarding that individual.               10:18:20
13   BY MR. DIAZ:                                           10:18:20
14       Q.    Of like wrongdoing, for example?  Is that    10:18:22
15   what you mean?                                         10:18:25
16       A.    It could also be right doing.                10:18:25
17       Q.    Okay.  So commendations or evaluations as    10:18:29
18   well -- right -- would be in there?                    10:18:35
19       A.    Yes.                                         10:18:37
20       Q.    Okay.  So you stated that you are            10:18:38
21   currently a lieutenant?                                10:18:46
22       A.    That's correct.                              10:18:47
23       Q.    What's your badge number?                    10:18:48
24       A.    L 363.                                       10:18:50
25       Q.    What is a CAD number?                        10:18:52
```

| | | | |
|---|---|---|---|
| 1 | **A.** | **It's a Computer Assisted Number.** | 10:19:00 |
| 2 | Q. | What is it used for? | 10:19:02 |
| 3 | **A.** | **For identifying individual officers.** | 10:19:05 |
| 4 | Q. | When would a badge number be used as | 10:19:08 |
| 5 | opposed to a CAD number? | | 10:19:14 |
| 6 | **A.** | **It can vary.** | 10:19:15 |
| 7 | Q. | Give me some examples. | 10:19:17 |
| 8 | **A.** | **If you were going in service with a** | 10:19:19 |
| 9 | **dispatcher, you would use your CAD number.** | | 10:19:22 |
| 10 | Q. | Okay.  What's your CAD number? | 10:19:25 |
| 11 | **A.** | **3930.** | 10:19:27 |
| 12 | Q. | And when you speak over the radio, is | 10:19:29 |
| 13 | there like an identifying number that you personally | | 10:19:35 |
| 14 | would use? | | 10:19:37 |
| 15 | **A.** | **Yes.** | 10:19:38 |
| 16 | Q. | What is that? | 10:19:38 |
| 17 | **A.** | **8701.** | 10:19:39 |
| 18 | Q. | And that number, the 8701 number, like | 10:19:42 |
| 19 | what is that number called?  Like what type of number | | 10:19:50 |
| 20 | is that? | | 10:19:53 |
| 21 | | Let me know if the question doesn't make | 10:19:54 |
| 22 | sense. | | 10:19:56 |
| 23 | **A.** | **Doesn't make sense.** | 10:19:56 |
| 24 | Q. | Okay.  So, for example, your L 363 is your | 10:19:57 |
| 25 | badge number.  8701 is what kind of number of yours? | | 10:20:01 |

|    |    |    | 24 |
|---|---|---|---|
| 1 | **A.** | **Call sign.** | 10:20:06 |
| 2 | Q. | Call sign. | 10:20:07 |
| 3 | | MR. SOBIECKI: Lieutenant, I don't think | 10:20:10 |
| 4 | we're there, but if at any point, we get into sort of | | 10:20:12 |
| 5 | sensitive law enforcement information, we can | | 10:20:12 |
| 6 | designate that confidential. Again, we're not there, | | 10:20:12 |
| 7 | but if we do, let us know. | | 10:20:18 |
| 8 | | THE WITNESS: Okay. | 10:20:18 |
| 9 | BY MR. DIAZ: | | 10:20:18 |
| 10 | Q. | And that call sign is something that's | 10:20:21 |
| 11 | been assigned to you throughout your career and | | 10:20:24 |
| 12 | doesn't change, or is that not the case? | | 10:20:26 |
| 13 | **A.** | **That's not -- that's not the case.** | 10:20:29 |
| 14 | Q. | Can you explain how that works? | 10:20:31 |
| 15 | **A.** | **8701 would be my call sign because of** | 10:20:33 |
| 16 | **where I'm assigned right now.** | | 10:20:38 |
| 17 | Q. | Understood. | 10:20:40 |
| 18 | | And so was 8701 your call sign on June 1st | 10:20:41 |
| 19 | of 2020? | | 10:20:46 |
| 20 | **A.** | **I may have been the evening watch** | 10:20:47 |
| 21 | **commander, so I had a different call sign.** | | 10:20:50 |
| 22 | Q. | So your call sign might change from day to | 10:20:53 |
| 23 | day? | | 10:20:56 |
| 24 | | MR. SOBIECKI: Object to form. | 10:20:56 |
| 25 | | THE WITNESS: No. | 10:20:57 |

25

| | | |
|---|---|---|
| 1 | BY MR. DIAZ: | 10:20:57 |
| 2 | Q.   Help me understand. | 10:20:59 |
| 3 | **A.   It could be one of two or three different** | 10:20:59 |
| 4 | **call signs.** | 10:21:03 |
| 5 | Q.   Right.  So like your call sign -- that's | 10:21:03 |
| 6 | what's I'm asking.  So in your job, you might have | 10:21:08 |
| 7 | different assignments -- right -- from one day to | 10:21:12 |
| 8 | another; correct? | 10:21:15 |
| 9 | **A.   Yes.** | 10:21:17 |
| 10 | Q.   All right.  And then what call sign you | 10:21:17 |
| 11 | use depends on what assignment you have on that given | 10:21:19 |
| 12 | evening or day? | 10:21:23 |
| 13 | **A.   Yes.** | 10:21:24 |
| 14 | Q.   Okay.  So 8701 is a call sign that you use | 10:21:24 |
| 15 | at what time or for what assignment? | 10:21:30 |
| 16 | Sorry. | 10:21:33 |
| 17 | **A.   If I don't have a specific other** | 10:21:34 |
| 18 | **assignment.** | 10:21:37 |
| 19 | Q.   Okay.  And what are the other ones that | 10:21:37 |
| 20 | you might use, the other call signs? | 10:21:39 |
| 21 | **A.   It would probably be 800.** | 10:21:41 |
| 22 | Q.   What's 800 for? | 10:21:44 |
| 23 | **A.   That is the call sign for the watch** | 10:21:45 |
| 24 | **commander of the special operations division.** | 10:21:49 |
| 25 | Q.   Any others that you might use? | 10:21:50 |

151

| | | |
|---|---|---|
| 1 | From our side, I believe we did in-person | 14:00:08 |
| 2 | when we saw people on the street, and we used PAs to | 14:00:11 |
| 3 | let people know. | 14:00:14 |
| 4 | Q.   What's the PA? | 14:00:15 |
| 5 | A.   The Public Address System on a car. | 14:00:16 |
| 6 | Q.   Is that -- what is LRAD, L-R-A-D? | 14:00:19 |
| 7 | A.   It's a long range acoustic device. | 14:00:23 |
| 8 | Q.   How is LRAD different from a PA? | 14:00:27 |
| 9 | A.   An LRAD is much more powerful. | 14:00:29 |
| 10 | Q.   And a PA is sort of like attached to a | 14:00:33 |
| 11 | police cruiser, necessarily? | 14:00:38 |
| 12 | A.   Yes. | 14:00:39 |
| 13 | Q.   Is there any recording done of information | 14:00:39 |
| 14 | broadcast through PAs? | 14:00:48 |
| 15 | A.   No. | 14:00:50 |
| 16 | Q.   Is there any -- do you have to log it at | 14:00:50 |
| 17 | all? | 14:00:54 |
| 18 | A.   No. | 14:00:54 |
| 19 | Q.   Is there any -- and how about LRADs?  Same | 14:00:54 |
| 20 | questions. | 14:01:01 |
| 21 | A.   No. | 14:01:02 |
| 22 | Q.   Okay.  Did you personally give any | 14:01:02 |
| 23 | warnings to people to go home in the way that you | 14:01:18 |
| 24 | discussed in the briefing? | 14:01:22 |
| 25 | A.   Yes. | 14:01:23 |

152

| | | | |
|---|---|---|---|
| 1 | Q. | Where did you do that, and how often? | 14:01:23 |
| 2 | A. | **I couldn't say, but many times throughout** | 14:01:26 |
| 3 | **the evening.** | | 14:01:30 |
| 4 | Q. | Did you do it over LRAD? | 14:01:31 |
| 5 | A. | **No.** | 14:01:35 |
| 6 | Q. | Did you do it over PA? | 14:01:36 |
| 7 | A. | **I believe I did.** | 14:01:38 |
| 8 | Q. | Okay.  Were you in -- were you driving in | 14:01:40 |
| 9 | a car that night? | | 14:01:43 |
| 10 | A. | **Yes.** | 14:01:44 |
| 11 | Q. | Does your car have a Dash Cam that records | 14:01:44 |
| 12 | what -- that records? | | 14:01:50 |
| 13 | A. | **No.** | 14:01:52 |
| 14 | Q. | What was your -- at the time that you | 14:01:52 |
| 15 | notified -- that you state that you notified people | | 14:02:14 |
| 16 | to go home, I guess, first, where -- can you identify | | 14:02:19 |
| 17 | any specific locations where you did that? | | 14:02:25 |
| 18 | A. | **No.  Not off the top of my head.** | 14:02:28 |
| 19 | Q. | Do you recall any people's reactions to | 14:02:33 |
| 20 | you telling them to go home? | | 14:02:42 |
| 21 | A. | **Yes.** | 14:02:44 |
| 22 | Q. | What were they? | 14:02:44 |
| 23 | A. | **Most were compliant.** | 14:02:45 |
| 24 | Q. | They were compliant? | 14:02:48 |
| 25 | A. | **Yes.** | 14:02:49 |

153

| | | |
|---|---|---|
| 1 | Q.   How do you know? | 14:02:49 |
| 2 | **A.   Because they waved and said, "Thanks for** | 14:02:51 |
| 3 | **letting me know.  I'm on my way home."** | 14:02:56 |
| 4 | Q.   And you said most were complaint.  Those | 14:02:59 |
| 5 | who were not compliant, I guess, what did they do? | 14:03:02 |
| 6 | **A.   A number of them swore at me, but they** | 14:03:05 |
| 7 | **went on their way.** | 14:03:10 |
| 8 | Q.   So you say they went on their way, meaning | 14:03:11 |
| 9 | you understood them to be going home? | 14:03:19 |
| 10 | MR. SOBIECKI:  Object to form. | 14:03:22 |
| 11 | THE WITNESS:  Either home or work. | 14:03:23 |
| 12 | BY MR. DIAZ: | 14:03:23 |
| 13 | Q.   Okay. And how would you know -- well -- | 14:03:26 |
| 14 | and I guess -- let me withdraw that. | 14:03:29 |
| 15 | And even those people who you say, you | 14:03:33 |
| 16 | know, they swore at you, but they sort of did what | 14:03:38 |
| 17 | you told them to do; right? | 14:03:43 |
| 18 | **A.   Yeah.  Yes.** | 14:03:44 |
| 19 | Q.   And so were there any circumstances in | 14:03:45 |
| 20 | which you can recall that day telling people to go | 14:03:49 |
| 21 | home where they did not? | 14:03:52 |
| 22 | **A.   Not on an individual basis.** | 14:03:54 |
| 23 | Q.   What does that mean? | 14:04:02 |
| 24 | **A.   I believe we were telling the crowd that** | 14:04:03 |
| 25 | **was marching up 14th Street that eventually went down** | 14:04:07 |

| | | |
|---|---|---|
| 1 | THE WITNESS: These are things that | 14:27:09 |
| 2 | happened regularly on the fly. | 14:27:10 |
| 3 | BY MR. DIAZ: | 14:27:10 |
| 4 | Q. Including in this instance? | 14:27:16 |
| 5 | **A. Yes.** | 14:27:21 |
| 6 | Q. Okay. And once the group was going south | 14:27:21 |
| 7 | on 14th, MPD officers continued to try to cut it | 14:27:27 |
| 8 | off -- right -- to set police lines to cut the group | 14:27:37 |
| 9 | off; right? | 14:27:40 |
| 10 | **A. Yes.** | 14:27:41 |
| 11 | Q. And the idea there was to try to sort of | 14:27:41 |
| 12 | stop them and apprehend the group; right? | 14:27:45 |
| 13 | **A. Yes.** | 14:27:51 |
| 14 | Q. And ultimately, where that was successful | 14:27:51 |
| 15 | was on Swann Street; right? | 14:27:54 |
| 16 | **A. That's correct.** | 14:27:56 |
| 17 | Q. Do you recall the path that the group took | 14:27:57 |
| 18 | to get from where you were up by Harvard or Columbia | 14:28:03 |
| 19 | to Swann Street? | 14:28:11 |
| 20 | **A. I don't know. I was not in the front of** | 14:28:16 |
| 21 | **the group as they headed southbound. But, I think,** | 14:28:20 |
| 22 | **the majority of the group went southbound on** | 14:28:24 |
| 23 | **14th Street, and then they turned down Swann.** | 14:28:28 |
| 24 | Q. They made a right on Swann? | 14:28:32 |
| 25 | **A. Whatever direction that is from 14th to** | 14:28:34 |

173

| | | |
|---|---|---|
| 1 | **15th.** | 14:28:39 |
| 2 | Q.   Going south? | 14:28:40 |
| 3 | **A.   Up south they went.** | 14:28:41 |
| 4 | Q.   Okay. | 14:28:44 |
| 5 | **A.   Right.** | 14:28:45 |
| 6 | Q.   And your understanding of this path they | 14:28:46 |
| 7 | walked, would this be anything you observed, or what | 14:28:49 |
| 8 | you were told either by somebody else, or after the | 14:28:52 |
| 9 | fact? | 14:28:55 |
| 10 | **A.   Based on radio transmissions.** | 14:28:55 |
| 11 | Q.   Okay.  Do you have any body-worn camera | 14:28:59 |
| 12 | footage from when you were with the group on | 14:29:13 |
| 13 | 14th Street? | 14:29:19 |
| 14 | MR. SOBIECKI:  Object to form. | 14:29:20 |
| 15 | THE WITNESS:  All of the body-worn camera | 14:29:21 |
| 16 | footage is downloaded onto Evidence.com. | 14:29:24 |
| 17 | BY MR. DIAZ: | 14:29:24 |
| 18 | Q.   So your understanding of the body-worn | 14:29:28 |
| 19 | camera footage you have is, one, let's say, an | 14:29:34 |
| 20 | eight-minute clip from when you were done on Swann | 14:29:37 |
| 21 | Street; is that right? | 14:29:44 |
| 22 | MR. SOBIECKI:  Objection.  Misstates | 14:29:45 |
| 23 | testimony. | 14:29:48 |
| 24 | THE WITNESS:  I don't know how long the | 14:29:49 |
| 25 | footage is. | 14:29:52 |

|  |  |  |
|---|---|---|
| 1 | BY MR. DIAZ: | 14:29:52 |
| 2 | Q.   But some amount of footage from when you | 14:29:52 |
| 3 | were by the alley on Swann Street; correct? | 14:29:55 |
| 4 | MR. SOBIECKI:  Object to form. | 14:29:55 |
| 5 | THE WITNESS:  Whatever is on Evidence.com | 14:29:58 |
| 6 | is what I have. | 14:30:02 |
| 7 | BY MR. DIAZ: | 14:30:02 |
| 8 | Q.   So if I don't have access to | 14:30:04 |
| 9 | Evidence.com -- that's why I'm trying to understand. | 14:30:08 |
| 10 | **A.   All right.** | 14:30:10 |
| 11 | Q.   How many pieces of -- files of body-worn | 14:30:11 |
| 12 | footage, do you understand, that your camera captured | 14:30:16 |
| 13 | on June 1st, 2020? | 14:30:20 |
| 14 | MR. SOBIECKI:  Objection to form.  Lack of | 14:30:21 |
| 15 | foundation. | 14:30:24 |
| 16 | BY MR. DIAZ: | 14:30:24 |
| 17 | Q.   If any? | 14:30:24 |
| 18 | **A.   I don't recall.** | 14:30:27 |
| 19 | Q.   You've seen -- you have some body-worn | 14:30:28 |
| 20 | camera footage from that date; correct? | 14:30:32 |
| 21 | **A.   I haven't seen any of the body-worn** | 14:30:34 |
| 22 | **footage.** | 14:30:36 |
| 23 | Q.   So you're saying that you have never seen | 14:30:37 |
| 24 | any of your body camera footage from that day? | 14:30:39 |
| 25 | **A.   I don't recall seeing it.** | 14:30:45 |

175

| | | |
|---|---|---|
| 1 | Q.   Okay.  Do you recall having watched it | 14:30:46 |
| 2 | prior to your interview with Agent Ciapa? | 14:30:50 |
| 3 | **A.    I don't recall.** | 14:30:50 |
| 4 | MR. DIAZ:  Do you have the recorded | 14:31:13 |
| 5 | interview?  So, I guess, we need to -- we'll figure | 14:31:15 |
| 6 | out how to mark this later.  We're going to mark -- | 14:31:19 |
| 7 | we're going to play the recording as evidence.  It's | 14:31:24 |
| 8 | going to be Number 17. | 14:31:29 |
| 9 | (MEJIA Exhibit No. 17 was marked for | 14:31:31 |
| 10 | identification.) | 14:31:31 |
| 11 | MR. DIAZ:  Hang on.  I'll give you a Bates | 14:31:45 |
| 12 | stamp in just a moment.  It's not logged here.  The | 14:31:49 |
| 13 | Bates stamp ends in 0327. | 14:32:00 |
| 14 | Can you play from, let's say, 03:30? | 14:32:06 |
| 15 | Let's try that.  And this is -- actually, can you | 14:32:10 |
| 16 | also -- | 14:32:14 |
| 17 | (Discussion off record.) | 14:32:17 |
| 18 | MR. DIAZ:  So this is a 12-minute | 14:32:21 |
| 19 | 34-second recording.  We're going to start it at | 14:32:24 |
| 20 | 03:30. | 14:32:30 |
| 21 | (Video played.) | 14:32:38 |
| 22 | BY MR. DIAZ: | 14:32:38 |
| 23 | Q.    So what I played for you there, you | 14:33:02 |
| 24 | recognize that as a recording of your interview with | 14:33:06 |
| 25 | Agent Ciapa? | 14:33:10 |