# EXHIBIT 30

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

+ + + + +

_____
                                :
IN THE MATTER OF:               :
                                :
PAMELA GOODWIN, et al.,         :
                                :
          Plaintiffs,           :
                                : Civil Action No.
     v.                         : 1:21-cv-00806-BAH
                                :
DISTRICT OF COLUMBIA,           :
et al.,                         :
                                :
          Defendants.           :
                                :
_____:

                    Monday,
              December 11, 2023

              Washington, D.C.


DEPOSITION OF:

               ANDREW HOROS

called for examination by Counsel for the
Plaintiffs, pursuant to Notice of Deposition,
in the offices of Relman Colfax, PLLC, located
at 1225 19th Street, N.W., when were present on
behalf of the respective parties:

APPEARANCES:

On Behalf of Plaintiffs:

REBECCA LIVENGOOD, ESQ.
NICHOLAS ABBOTT, ESQ.
Relman Colfax, PLLC
1225 19th Street, N.W.
Suite 600
Washington, D.C. 20036
202-728-1888
rlivengood@relmanlaw.com
nabbott@relmanlaw.com


On Behalf of Defendants:

RICHARD SOBIECKI, ESQ.
AMANDA PESCOVITZ, ESQ.
D.C. Office of the Attorney General
400 6th Street, N.W.
Washington, D.C. 20001
202-805-7512
richard.sobiecki@dc.gov
amanda.pescovitz1@dc.gov

CONTENTS

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Andrew Horos | 4 | 267 | -- | -- |

EXHIBIT

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 20 | Training History Report | 21 |
| 21 | Email from Robert Glover 6/12/2020 | 48 |
| 22 | CDU UOF presentation | 66 |
| 23 | 1st Amendment assemblies training | 89 |
| 24 | Another training presentation | 109 |
| 25 | General Order Use of Force, 11/2/2017 | 127 |
| 26 | GO less lethal weapons 1/1/2022 | 129 |
| 27 | SOP: Handling 1st Amendment Assemblies | 132 |
| 28 | Operations Manual | 142 |
| 29 | Email from Robert Glover 6/1/2020 | 164 |
| 30 | BWC footage | 178 |
| 31 | MPD reportable force report 6/1/2020 | 222 |
| 32 | 6/1/2020 1st Amendment 2200 sitrep | 225 |
| 33 | IAD ROI Lieutenant Andrew Horos | 234 |
| 34 | First audio recording IAD interview | 239 |
| 35 | Second audio recording IAD interview | 242 |
| 36 | MPD memorandums | 245 |
| 37 | Video elevation of police line | 250 |

1    for each.

2            Q    Okay.

3            A    The group that we ended up following

4    from the downtown area was the largest group,

5    it had the most going on.  So I believe I just

6    stuck with them because Inspector Glover was

7    with that group, so I just stayed there.

8            Q    And was Inspector Glover the one who

9    was giving you orders in that period?

10           A    Yes, ma'am.

11           Q    Okay. And how were you getting those

12   orders?

13           A    Face to face.  I was with him --

14           Q    Okay.

15           A    -- most of the time.

16           Q    Was he giving any orders over the

17   phone?

18           A    Not that I can recall.

19           Q    Okay.  What about over radio?

20           A    Yes.

21           Q    Okay.  And would that have been the

22   SOD channel that you were describing before?

```
 1            A     Yes, ma'am.

 2            Q     Okay.  Do you have a call sign on --

 3      for the channel?

 4            A     Back then I was 8600.

 5            Q     Okay.  And was that call sign just

 6      assigned to you all the time?

 7            A     That was my call sign.  When I got

 8      back to SOD, every official has their own call

 9      sign.  It's since changed a couple times.

10            Q     Okay.    Do   you   remember   what

11      Inspector Glover's call sign was?

12            A     He   would   have   been   Cruiser   50

13      because he was an inspector at that time.

14            Q     Okay.  Did  Inspector  Glover email

15      any orders while you were on duty?

16            A     While we were on duty?

17            Q     Mm-hmm.

18            A     Not that I can recall.  I received

19      from him and others with orders in them.  I

20      just don't know when they were.

21            Q     Okay.  Do you get -- at the time,

22      were you getting email notifications on your
```

1    phone?

2           A    Yes.

3           Q    And would you open them if it was

4    from Inspector Glover as it came in?

5           A    It depends what was going on.  If

6    there was nothing going on, then I might have

7    if we were sitting around.  But for a good

8    chunk  of  that  night,  we  were  moving  so  I

9    probably wouldn't have.

10          MS. LIVENGOOD:  Okay.  Okay.  This

11   will be -- oh, no.  Sorry, can we take a quick

12   break?  I think that I left the exhibit list in

13   the  other  room,  and  that's  going  to  make

14   everything take forever.  Can we go off the

15   record for a second?

16          MS. PESCOVITZ:  Yes.

17          MR. SOBIECKI:  Sure.

18          MS. LIVENGOOD:  Okay.  Sorry.  I'll

19   be two seconds.

20          (Whereupon,    the    above-entitled

21   matter went off the record at 1:22 p.m. and

22   resumed at 1:23 p.m.)

```
1     would not be -- I would not be deploying them
2     or moving them around.
3          Q     Okay.
4          A     That would be up to the individual
5     districts.
6          Q     Okay.
7          A     If   we    needed    more    resources
8     downtown, then, for example, nothing was going
9     down, nothing was occurring at Minnesota Avenue
10    in 6D, one example would be 6D CDU, can you
11    respond from the district to a certain area
12    downtown.    And  then  it  would  be  under  my
13    direction.
14         Q     Okay.  Okay.  And so this is called
15    the  patrol  district  platoon  deployment.    Is
16    that right?
17         A     Yes.
18         Q     Was there a name for the category of
19    platoons that you were in charge of assigning?
20         A     So  they're  all  numbered.   There's
21    five in each district.  For example, 1D would
22    be 11, 12, 13, 14, 15.  And depending on which
```

169

1    ones we pull downtown, those would be the ones

2    that I would be in charge of.

3          Q    Okay.

4          A    So they'd be numerically titled.

5          Q    Okay.   But there wasn't like a

6    catch-all category that you were --

7          A    No, ma'am.

8          Q    -- in charge of?

9          A    Okay.

10         Q    And you don't remember whether

11   you've read this contemporaneously?

12         A    I don't remember this.

13         Q    Okay.   Do you have an understanding

14   of what Inspector Glover means when he says, If

15   we get large crowd swells into these areas, we

16   will establish lines quickly?

17         A    I do.

18         Q    And what is that?

19         A    The days leading up to this day, the

20   first we had widespread rioting in basically

21   the whole downtown area.   So Georgetown, you

22   know,   all   in   the   areas   where   there's

1    businesses, U Street, Georgia Avenue.  There's

2    a Walmart I believe up there.  Ivy City has

3    retail stores, like the Nike and the Target.

4            So  I  believe  that  when  he  says

5    establish lines, it would be have them in an

6    area that they could be deployed to establish a

7    line in front of a business or a place that

8    could be looted or, you know, windows broken.

9        Q   Okay.  So a police line to prevent

10    damage.  Is that right?

11        A   Yes, ma'am.

12        Q   Okay.  And  you  don't  read  it  as

13    referring to encirclement?

14        A   The only part that says encircle is

15    it says, Ideal places to encircle and arrest if

16    we need to.  And that looks like it was 6 and

17    7D on the bridge.

18        Q   Okay.

19        A   That would be the only mention of

20    encirclement.

21        Q   Okay.  As  far  as  you  know,  were

22    there any groups encircled on the bridges -- on

171

1    either bridge?

2         A    Not that I'm aware of.

3         Q    Okay.  Is that your -- would you

4    have known about it if --

5         A    Yes.

6         Q    -- there were?  And why is that?

7         A    Because it would have been an area -

8    - it would have most likely been an area or a

9    group   that   would   have   been   coming   from   the

10   downtown area leaving outbound to one of these

11   groups.

12        Q    Got it.  And so if it was a group

13   coming from the downtown area, you would know

14   about   it   by   virtue   of   deploying   platoons

15   downtown?

16        A    That's correct.

17        Q    I'm sorry.  Okay.  If it wasn't a

18   group coming from downtown area, is there any

19   reason that you would have known about it?

20        A    Yeah.   I   would   have   most   likely

21   known about it even if they weren't coming from

22   downtown if we're talking about mass arrests or

191

1   every line.  So I knew there was multiple CDU

2   lines.  I didn't know where they needed another

3   SOD official.

4        Q    Okay.   And  did  you  and  Inspector

5   Glover discuss at all moving the police lines

6   towards each other?

7        A    I don't remember when we discussed

8   it.  It was at some point discussed how that

9   arrest would take place.

10       Q    Okay.  And that would be how the

11  police lines would close in?

12       A    That's correct.

13       Q    Okay.  When you arrived, were you

14  able to see -- I see there are a number of

15  police, as you mentioned, already having formed

16  a line, right, on 15th and -- you're on 14th

17  and Swann?

18       A    Yes, ma'am.

19       Q    Were  you  able  to  see  past  the

20  officers into Swann Street?

21       A    I could.  Yes.

22       Q    And what did you see then?

1          A    It's a long block.    I couldn't

2     really see.  I saw a small group on the 14th

3     Street side because there was an alley right

4     there, I believe blocked by MPD as well.  But I

5     couldn't see much further past that.

6          Q    Okay.  In the small group that you

7     could see, did you observe any conduct that

8     seemed disruptive -- seemed violent in any way?

9          A    Not that I could recall.

10          Q    Did you see anyone kicking on doors

11     from 14th and Swann?

12          A    No, ma'am.

13          Q    Okay.    And we can keep watching.

14     I'm wondering if there's a -- yeah.  We can

15     keep watching.

16                    (Video recording played.)

17          Q    And is the thing that we just saw in

18     front of your body camera that was in your

19     hand, was that the --

20          A    In my hand -- in my left hand it

21     looks like?

22          Q    It looked like maybe your right hand

193

```
 1      moved in front of the body camera.  Did you see
 2      that a couple minutes ago?
 3            A     I did.  And I keep seeing my radio.
 4            Q     Yes.
 5                  (Simultaneous speaking.)
 6            A     So in the left.
 7            Q     Is that your left your hand is --
 8            A     Yeah.  Yes, ma'am.
 9            Q     -- holding your radio?
10            A     It looks like it.  Yeah.
11            Q     Okay.  And you mentioned that the
12      normal  OC  spray  canister  you  have  has  a
13      holster.  Is that right?
14            A     That's correct.
15            Q     Does the MK9 have a holster?
16            A     It does.
17            Q     And were you -- is that an MK9 in
18      your --
19            A     That is.
20            Q     -- hand that you just got?  Okay.
21      And how far was that -- what minute is that? At
22      4:28 --
```

1      Q    What do you recall?

2      A    I remember this 15th Street side

3    moving.

4      Q    Got it.  And you -- I thought that I

5    understood you to be saying that when you got

6    to 15th, you decided the 14th Street side

7    should move in?

8      A    That is correct.

9      Q    Okay.  But your recollection is that

10   the 15th side -- the 15th Street side moved in?

11     A    That's correct.

12     Q    And why did that happen?

13     A    When we were on the line, visually

14   see people in the block pounding on doors and

15   attempting to kick in doors on our side.

16     Q    And that was --

17     A    On the 15th Street side.

18     Q    I'm sorry.

19     A    On the 15th Street side.  So I --

20          (Simultaneous speaking.)

21     Q    And that was before any line was --

22     A    That's correct.

1        Q    Okay.    And so then what was the

2   decision?

3        A    To move in from the 15th Street side

4   to stop that behavior.

5        Q    Okay.  So the line moving in, it

6   allowed MPD to affect the arrest.  Is that

7   right?

8        A    It was more -- decisions more made

9   to stop to prevent any sort of burglaries.  I

10  didn't know -- we didn't know who was in the

11  locations.  We didn't know if there was people

12  in there.  A lot of reasons.  Obviously, you

13  don't want someone kicking in your door in case

14  there's firearms in the house.  And for the

15  safety of the people inside the house and also

16  the people on the outside of the house that

17  were trying to gain entry.

18       Q    Okay.  So --

19       A    Safety concerns.

20       Q    Okay.  So one reason the police line

21  moved was you saw people kicking doors and you

22  were trying to get them to stop?

```
 1            A    Yes, ma'am.

 2            Q    Before you made that decision, had

 3     there been a decision for the police lines to

 4     move to affect an arrest?

 5            A    Yes, ma'am.  That was discussed.

 6            Q    Okay.

 7            A    So --

 8            Q    So  the  moving  of  the  police  line

 9     served at least those two purposes?

10            A    To  affect  the  arrest,  and  also

11     prevent any burglaries and any damage.  That is

12     correct.

13            Q    Okay.   We  talked  about  in  the

14     decision to arrest that Inspector Glover said

15     it was to prevent further looting and damage.

16     Is that right?

17            A    Yes, ma'am.

18            Q    Did Inspector Glover say anything --

19     any  other  reason  for  conducting  the  mass

20     arrests?

21            A    I don't recall.  It was mostly to

22     stop the riotous behavior.
```

```
1           Q    Okay.  Are you aware of any other
2      reason to conduct the mass arrest?
3                MR. SOBIECKI:  Object to form.
4                THE  WITNESS:   I  don't  --  why
5      Commander Glover would have made the decision?
6                BY MS. LIVENGOOD:
7           Q    Yes.
8           A    I don't know other than to stop that
9      behavior.
10          Q    Okay.  Do you recall any discussion
11     of whether it would be possible to disperse the
12     crowds without arrest?
13               MR. SOBIECKI:  Objection.  Calls for
14     speculation.
15               BY MS. LIVENGOOD:
16          Q    Just  do  you  recall  that  being
17     discussed at all?
18          A    It  was  the  original  plan  when  we
19     were downtown was for the group to leave on
20     their own.
21          Q    Okay.  And what was done to affect
22     that?
```

1              THE WITNESS:  So, yes, I don't know

2     when  that  occurred,  but  that  call  was  made

3     earlier than the -- obviously, the Swann Street

4     incident.

5              BY MS. LIVENGOOD:

6         Q    Okay.  Before the police lines were

7     established on Swann Street?

8         A    That's correct.

9         Q    And do you know who made that call?

10        A    I believe it was Inspector Glover.

11        Q    Okay.  Did Inspector Glover discuss

12    that with you at all?

13        A    No, ma'am.

14        Q    Okay.  And I think I understand this

15    from your last answer that people were not free

16    to leave on Swann, but there was no warning to

17    disperse given on Swann after you arrived.  Is

18    that right?

19        A    That's correct.

20        Q    Okay.  So I know you explained why

21    it was decided to move the line from 15th east

22    towards 14th on Swann.  Were you the person who

204

```
1    made the decision to move that line?

2         A    I don't remember -- I don't recall

3    if it was me or me with other officials that

4    were on this side, on 15th Street side.

5         Q    Okay.    And who were the other

6    officials who were on the 15th Street side?

7         A    There were quite a few white shirts.

8    I'm not entirely sure who all --

9         Q    Okay.    It looked like you saw

10   Captain Harrington.  Is that right?

11        A    At least.  Yeah.

12        Q    Okay.

13        A    At least Captain Harrington.

14        Q    Okay.    And do you recall where

15   Inspector Glover was?

16        A    I believe he was still on the 14th

17   Street side at this time.

18        Q    Okay.    And so am I understanding

19   correctly, you just don't remember whether it

20   was you or alone or you in consultation with

21   the other supervisors who were on 15th Street?

22        A    That's correct.
```

1        Q    Okay.  Do you have the authority to

2    make the decision to move the police line from

3    15th?

4        A    I would.

5        Q    Okay.  And what's the basis for your

6    authority to do that?

7        A    I was one of the -- well, I was a

8    CDU Branch director and, although the incident

9    commander wasn't on that side, if he was still

10   on 14th street side, I was witnessing, you

11   know, criminal behavior, possibly injury to

12   others and them as well.  So that would have

13   been exigent circumstances where we could have

14   pushed from that side under my direction.

15       Q    Okay.  And am I understanding

16   correctly that not every officer who was on the

17   15th Street side could have made the decision

18   to move the line forward?  Is that right?

19       A    That's correct.

20       Q    Okay.  Could every lieutenant have

21   made that decision?

22       A    Yes, ma'am.