# EXHIBIT 35

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - X

PAMELA GOODWIN, et al.,        :

   Plaintiffs,                 :

       v.                       : Civil Action No.

DISTRICT OF COLUMBIA, et       : 1:21-cv-00806-BAH

al.,                           :

   Defendants.                 :

- - - - - - - - - - - - - - - X

               Friday, January 12, 2024

      Deposition of OFFICER STEVEN QUARLES, a

witness herein, called for examination by counsel for

Plaintiffs in the above-entitled matter, pursuant to

notice, the witness being duly sworn by Stephanie

Barnes, a Notary Public in and for the District of

Columbia, taken via Zoom, at 9:05 a.m., Friday,

January 12, 2024, and the proceedings being taken

down by Stenotype by Stephanie Barnes, and

transcribed under her direction.

2

```
 1   APPEARANCES:
 2
 3       On behalf of the Plaintiffs:
 4           NICHOLAS ABBOTT, ESQ.
 5           GABRIEL DIAZ, ESQ.
 6           Relman Colfax, PLLC
 7           1225 19th Street, Northwest
 8           Suite 600
 9           Washington, D.C.  20036
10           (202) 728-1888
11           Nabbott@relmanlaw.com
12           Gdiaz@relmanlaw.com
13
14       On behalf of the Defendants:
15           RICHARD SOBIECKI, ESQ.
16           AMANDA PESCOVITZ, ESQ.
17           MARCUS IRELAND, ESQ.
18           GREG KETCHAM-COLWILL, ESQ.
19           Office of the Attorney General
20           400 6th Street, Northwest
21           Washington, D.C.
22           (202) 805-7512
23           Richard.sobiecki@dc.gov
24
25
```

3

```
 1                    C O N T E N T S

 2    WITNESS                     EXAMINATION BY COUNSEL FOR

 3    OFFICE STEVEN QUARLES       PLAINTIFFS     DEFENDANTS

 4         BY MR. ABBOTT                5

 5         BY MR. SOBIECKI                            110

 6

 7                       E X H I B I T S

 8    QUARLES EXHIBIT NO.                             PAGE

 9    Exhibit No. 37 - Bates Number Ending 00003284    17

10    Exhibit No. 38 - Bates Number Ending 3211        19

11    Exhibit No. 39 - Bates Number Ending 3139        23

12    Exhibit No. 40 - Bates Number Ending 2820        25

13    Exhibit No. 42 - Bates Number Ending 3064        27

14    Exhibit No. 43 - Bates Number Ending 0901        28

15    Exhibit No. 44 - Bates Number Ending 7505        40

16    Exhibit No. 45 - Bates Number Ending 13342       42

17    Exhibit No. 46 - Bates Number Ending 14919       45

18    Exhibit No. 47 - Bates Number Ending 14918       51

19    Exhibit No. 48 - Bates Number Ending 14956       55

20    Exhibit No. 49 - Bates Number Ending 14978       57

21    Exhibit No. 50 - Bates Number Ending 16175       81

22    Exhibit No. 51 - Bates Number Ending 15033       84

23    Exhibit No. 52 - Bates Number Ending 6093        85

24    Exhibit No. 52 - Bates Number Ending 11646       91

25    Exhibit No. 53 - Bates Number Ending 15672       107
```

1    * Exhibits retained by counsel.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

73

| | | |
|---|---|---|
| 1 | Q. Did you think it was a good idea? | 10:53:32 |
| 2 | MR. SOBIECKI: Object to form. | 10:53:36 |
| 3 | THE WITNESS: That's not really up to me | 10:53:37 |
| 4 | to decide. | 10:53:40 |
| 5 | BY MR. ABBOTT: | 10:53:41 |
| 6 | Q. After the police line moved forward, did | 10:53:44 |
| 7 | you see any criminal activity? | 10:53:49 |
| 8 | **A. I don't recall.** | 10:53:50 |
| 9 | Q. Did you use force after the police line | 10:53:52 |
| 10 | moved forward? | 10:54:06 |
| 11 | **A. I don't recall.** | 10:54:08 |
| 12 | Q. Do you recall using your shield? | 10:54:09 |
| 13 | **A. Yes.** | 10:54:16 |
| 14 | Q. What do you recall about that? | 10:54:16 |
| 15 | **A. Just that I was directed to have the** | 10:54:19 |
| 16 | **shield. They instructed us to move forward, and I** | 10:54:24 |
| 17 | **moved forward with my shield.** | 10:54:30 |
| 18 | Q. And did anyone stop you from moving | 10:54:33 |
| 19 | forward? | 10:54:36 |
| 20 | MR. SOBIECKI: Object to form. | 10:54:37 |
| 21 | THE WITNESS: No. | 10:54:38 |
| 22 | BY MR. ABBOTT: | 10:54:38 |
| 23 | Q. Did any protesters get in the way of the | 10:54:42 |
| 24 | advancing police line? | 10:54:46 |
| 25 | **A. Yes, because they were standing there, so** | 10:54:48 |

74

| | | | |
|---|---|---|---|
| 1 | | **yes.** | 10:54:56 |
| 2 | Q. | And how did you respond to the ones who | 10:54:56 |
| 3 | | were standing there? | 10:55:01 |
| 4 | A. | **I had to move forward.** | 10:55:02 |
| 5 | Q. | And if you encountered someone -- or did | 10:55:06 |
| 6 | | you encounter anyone who refused to move back? | 10:55:09 |
| 7 | A. | **I don't recall. I just, as I stated, I** | 10:55:15 |
| 8 | | **just moved forward.** | 10:55:20 |
| 9 | Q. | And do you recall anything that impeded | 10:55:21 |
| 10 | | your ability to move forward? | 10:55:25 |
| 11 | A. | **The people that were standing there.** | 10:55:28 |
| 12 | Q. | And did you use force against any of those | 10:55:30 |
| 13 | | people? | 10:55:35 |
| 14 | A. | **I just used my shield.** | 10:55:35 |
| 15 | Q. | Did you push anyone with your shield? | 10:55:38 |
| 16 | A. | **Yes.** | 10:55:44 |
| 17 | Q. | How did protesters respond when you pushed | 10:55:44 |
| 18 | | them with your shield? | 10:55:55 |
| 19 | A. | **I don't recall.** | 10:55:58 |
| 20 | Q. | Did you document using force in any way? | 10:55:58 |
| 21 | A. | **No.** | 10:56:09 |
| 22 | Q. | Do you recall about how many protesters | 10:56:09 |
| 23 | | you pushed with your shield? | 10:56:13 |
| 24 | A. | **No.** | 10:56:15 |
| 25 | Q. | Had you received training on how to use | 10:56:16 |

75

| | | |
|---|---|---|
| 1 | your shield in that context? | 10:56:21 |
| 2 | **A.** Yes. | 10:56:24 |
| 3 | MR. SOBIECKI: Object to form. | 10:56:25 |
| 4 | BY MR ABBOTT: | 10:56:26 |
| 5 | Q. And what did that training instruct you to | 10:56:27 |
| 6 | do? | 10:56:29 |
| 7 | **A. To move forward while using your shield to** | 10:56:30 |
| 8 | **protect yourself, as well as still adequately moving** | 10:56:34 |
| 9 | **the police line.** | 10:56:40 |
| 10 | Q. Did you observe any demonstrators who | 10:56:41 |
| 11 | couldn't move back because there were people behind | 10:56:50 |
| 12 | them; they were trapped between the crowd and the | 10:56:53 |
| 13 | police line? | 10:56:57 |
| 14 | A. I don't recall. | 10:56:59 |
| 15 | Q. According to the training you've received, | 10:56:59 |
| 16 | how should you respond in that situation? | 10:57:02 |
| 17 | A. I don't recall. | 10:57:06 |
| 18 | Q. Did you need approval from anyone to use | 10:57:08 |
| 19 | your physical shield to push protesters? | 10:57:19 |
| 20 | **A. No. Once I was instructed to have the** | 10:57:23 |
| 21 | **shield when we got out, I was able to use it whenever** | 10:57:26 |
| 22 | **they said move forward.** | 10:57:32 |
| 23 | Q. And the sergeant you were reporting to at | 10:57:34 |
| 24 | that time, your supervisor, where he was located when | 10:57:40 |
| 25 | the line moved forward? | 10:57:43 |

                                                                          76

| | | | |
|---|---|---|---|
| 1 | A. | I don't recall. | 10:57:45 |
| 2 | Q. | Was he part of the police line with you, | 10:57:47 |
| 3 | | or was he behind you? | 10:57:50 |
| 4 | | MR. SOBIECKI:  Objection.  Asked and | 10:57:52 |
| 5 | | answered. | 10:57:54 |
| 6 | | THE WITNESS:  Yeah, I don't recall. | 10:57:54 |
| 7 | BY MR. ABBOTT: | | 10:57:58 |
| 8 | Q. | Were you authorized to use OC spray? | 10:58:00 |
| 9 | A. | Was I was authorized?  No. | 10:58:03 |
| 10 | Q. | Do you carry OC spray? | 10:58:07 |
| 11 | A. | Yes. | 10:58:11 |
| 12 | Q. | Did you have OC spray with you? | 10:58:11 |
| 13 | A. | Yes. | 10:58:13 |
| 14 | Q. | What type of OC spray did you have with | 10:58:16 |
| 15 | | you? | 10:58:20 |
| 16 | A. | We carry, on our duty belt, like a -- like | 10:58:21 |
| 17 | | a little canister. | 10:58:27 |
| 18 | Q. | Do you know if it was an MK9? | 10:58:35 |
| 19 | A. | It's not an MK9, no. | 10:58:39 |
| 20 | Q. | Do you know the type that it is? | 10:58:42 |
| 21 | A. | I don't. | 10:58:44 |
| 22 | Q. | And so you had that OC spray with you, but | 10:58:45 |
| 23 | | you were not authorized to use it? | 10:58:49 |
| 24 | A. | It's not that I wasn't authorize to use | 10:58:52 |
| 25 | | it.  I just didn't use it. | 10:58:54 |

                                                                92

| | | |
|---|---|---|
| 1 | identification.) | 11:20:03 |
| 2 | BY MR. ABBOTT: | 11:20:03 |
| 3 | Q.   I'm going to share my screen. | 11:20:03 |
| 4 | Do you see that? | 11:20:10 |
| 5 | **A.   Yes.** | 11:20:11 |
| 6 | Q.   And I'll once again represent to you that | 11:20:16 |
| 7 | is your body-worn camera footage; is that okay? | 11:20:20 |
| 8 | **A.   Yes.** | 11:20:24 |
| 9 | Q.   I'm going to start at time stamp 1:44. | 11:20:24 |
| 10 | (Video played.) | 11:20:36 |
| 11 | BY MR. ABBOTT: | 11:20:36 |
| 12 | Q.   I'm going to pause at 1:51. | 11:20:46 |
| 13 | What's happening here? | 11:20:49 |
| 14 | **A.   We were instructed to form a line, it** | 11:20:51 |
| 15 | **looks like, in front of -- in front of the bike** | 11:20:56 |
| 16 | **platoon.** | 11:21:00 |
| 17 | Q.   And was the bike platoon already there | 11:21:01 |
| 18 | when you got there? | 11:21:04 |
| 19 | **A.   Yes.** | 11:21:05 |
| 20 | Q.   And is the bike platoon its own CDU unit, | 11:21:05 |
| 21 | or part of CDU? | 11:21:12 |
| 22 | **A.   Yeah.  They're their own CDU unit.** | 11:21:12 |
| 23 | Q.   Okay.  Had you received instructions that | 11:21:17 |
| 24 | they would already be there? | 11:21:19 |
| 25 | **A.   I don't recall.** | 11:21:22 |

```
                                                              93
1      Q.    I'm going to play this starting at 1:51.      11:21:22
2            (Video played.)                                11:21:31
3   BY MR. ABBOTT:                                          11:21:31
4      Q.    Pausing at 1:55.                               11:21:37
5            Do you see the people in the left part of      11:21:40
6   the frame --                                            11:21:42
7      A.    Yes.                                           11:21:45
8      Q.    -- where my cursor is?                         11:21:45
9            And what do they appear to be doing?           11:21:48
10     A.    They appear to just be watching.               11:21:51
11     Q.    Did you make any effort to determine           11:21:57
12  whether they were violating the curfew?                 11:22:02
13     A.    No.  I was instructed to go get on the         11:22:06
14  line.  So anybody who wasn't in front of the line,     11:22:10
15  that wasn't my concern at the time.                    11:22:13
16     Q.    Do you know why those people were not          11:22:15
17  arrested for violating the curfew?                      11:22:18
18     A.    I don't.                                       11:22:20
19     Q.    Had you received instructions on how to        11:22:20
20  interact with people who were in front of police line   11:22:26
21  who were encircled on Swann Street?                     11:22:31
22     A.    I don't recall.  Just told to get on the      11:22:34
23  line, I got on the line.                                11:22:37
24     Q.    Did you have authorization to arrest the       11:22:40
25  people located here in the left part of the frame?      11:22:43
```

94

| | | |
|---|---|---|
| 1 | MR. SOBIECKI:  Object to form. | 11:22:47 |
| 2 | THE WITNESS:  No. | 11:22:48 |
| 3 | BY MR. ABBOTT: | 11:22:48 |
| 4 | Q.   And why not? | 11:22:49 |
| 5 | MR. SOBIECKI:  Object to form. | 11:22:53 |
| 6 | THE WITNESS:  I don't recall. | 11:22:54 |
| 7 | BY MR. ABBOTT: | 11:22:55 |
| 8 | Q.   Noting that time stamp in the upper | 11:23:00 |
| 9 | right-hand corner of this video is 21:05, and that | 11:23:04 |
| 10 | this is after the curfew went into effect, do those | 11:23:10 |
| 11 | people appear to be in violation of the curfew? | 11:23:14 |
| 12 | **A.   Yes.** | 11:23:18 |
| 13 | MR. SOBIECKI:  Object to form. | 11:23:19 |
| 14 | BY MR. ABBOTT: | 11:23:20 |
| 15 | Q.   And as a police officer, are you | 11:23:20 |
| 16 | authorized to conduct arrests for people who are | 11:23:27 |
| 17 | violating the law? | 11:23:29 |
| 18 | **A.   Yes.** | 11:23:30 |
| 19 | Q.   And since these people were violating the | 11:23:31 |
| 20 | law, were you authorized then to arrest them? | 11:23:34 |
| 21 | MR. SOBIECKI:  Object to form, misstates | 11:23:40 |
| 22 | prior testimony. | 11:23:42 |
| 23 | THE WITNESS:  They could have been subject | 11:23:43 |
| 24 | to arrest, yes. | 11:23:45 |
| 25 | BY MR. ABBOTT: | 11:23:47 |

```
1      Q.    Was there anything special about this              11:23:47
2  curfew, relative to other laws that you conduct              11:23:51
3  arrests for, that made you not conduct arrests?              11:23:56
4            MR. SOBIECKI:  Object to form.                     11:23:59
5            THE WITNESS:  I had never been in a                11:24:00
6  situation where there was a curfew going on, so this         11:24:03
7  was my first one.                                            11:24:06
8  BY MR. ABBOTT:                                               11:24:07
9      Q.    And did you receive particular                     11:24:07
10 instructions on how to enforce a curfew?                     11:24:10
11     A.    I don't recall.                                    11:24:14
12     Q.    I'm going to play this video again,                11:24:18
13 starting at 1:55.                                            11:24:26
14           (Video played.)                                    11:24:28
15 BY MR. ABBOTT:                                               11:24:28
16     Q.    Pausing at 2:16.                                   11:24:52
17           Can you tell me what's happening here?             11:24:55
18     A.    We were on a police line, and there was            11:24:59
19 some protesters in front of us.                              11:25:05
20     Q.    Did you feel in danger?                            11:25:09
21     A.    I don't recall.                                    11:25:12
22     Q.    I'm going to fast forward to 13:10 of this         11:25:13
23 video.                                                       11:25:26
24           (Video played.)                                    11:25:39
25 BY MR. ABBOTT:                                               11:25:39
```