# EXHIBIT 56

# Message

| | |
|---|---|
| **From:** | Boone, William P CIV USARMY MDW (USA) [william.p.boone2.civ@mail.mil] |
| **Sent:** | 6/1/2020 12:41:34 PM |
| **To:** | Glover, Robert (MPD) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=77aad91a8568499eb03b721ebfb55da0-Robert Glov] |
| **Subject:** | RE: [Non-DoD Source] Re: Commanding General/Provost Marshal Inquiry - Local LE (UNCLASSIFIED) |
| **Importance:** | High |

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

CLASSIFICATION: UNCLASSIFIED

Bob,

Thank you.  Understood.

Appreciate the update.

R/Pat

WILLIAM "PAT" BOONE
Senior Law Enforcement Liaison
Provost Marshal Protection Directorate
Law Enforcement - Special Operations

Joint Force HQ-National Capital Region
Military District of Washington

111 Fourth Ave, Bldg #45
Fort Lesley J. McNair, DC 20319
Office VOIP : 202-902-0152
Cell: 202-369-4658
william.p.boone2.civ@mail.mil

******LAW ENFORCEMENT SENSITIVE********CAUTION:  This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, Title 18 United States Code 2510-2521, is confidential and may be legally privileged.  This message may contain law enforcement sensitive information. Do not disseminate, which includes forwarding the contents of this message, without the approval the sender.  If you are not the addressee, you may not copy or deliver it to anyone else or use it in any unauthorized manner.  To do so is prohibited and may be unlawful.  If you receive this e-mail by mistake, advise the sender immediately by using the reply facility in your e-mail software

-----Original Message-----
From: Glover, Robert (MPD) [mailto:robert.glover@dc.gov]
Sent: Monday, June 1, 2020 8:29 AM
To: Boone, William P CIV USARMY MDW (USA) <william.p.boone2.civ@mail.mil>
Subject: [Non-DoD Source] Re: Commanding General/Provost Marshal Inquiry - Local LE (UNCLASSIFIED)

Good morning

I think there are some legal issues that would prohibit AD MP usage against civilians due to the PC concerns. They have no concurrent jurisdiction either in DC off post.

Large numbers that are exceeded 4K last night.

Yes injuries to officers last night with most being very minor.

Inspector Robert T. Glover
Metropolitan Police Department
Homeland Security Bureau
Lead - Inaugural Planning Committee
Special Operations Division

```
Special Events Branch
2850 New York Avenue, NE
Washington, DC 20002
Desk: 202-671-6532
Cell: 202-497-1162
Station: 202-671-6511
Planning: 202-671-6522
Admin: 202-671-6510
Email: robert.glover@dc.gov
"We are here to help"
```

> On Jun 1, 2020, at 07:03, Boone, William P CIV USARMY MDW (USA) <william.p.boone2.civ@mail.mil> wrote:
>
> CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).
>
>
> CLASSIFICATION: UNCLASSIFIED
>
> Good Morning Bob.
>
> The use active duty MP soldiers to assist LE is in discussion (0900hrs), but not approved yet.  Provost Marshal is gathering information from USPP, MPD and DCARNG will provide enough feedback to back brief Army Senior Leadership on last night's event. We're hoping that AD MP soldiers is activate from surrounding installations to assist our LE partners.  Any information to help support would be greatly appreciated.
>
> * Estimated protestor numbers
> * Arrest
> * Officer Injured
> * etc......
>
> R/Pat
>
> WILLIAM "PAT" BOONE
> Senior Law Enforcement Liaison
> Provost Marshal Protection Directorate Law Enforcement - Special
> Operations
>
> Joint Force HQ-National Capital Region Military District of Washington
>
> 111 Fourth Ave, Bldg #45
> Fort Lesley J. McNair, DC 20319
> Office VOIP : 202-902-0152
> Cell: 202-369-4658
> william.p.boone2.civ@mail.mil
>
> ******LAW ENFORCEMENT SENSITIVE********CAUTION:   This e-mail
> (including
> attachments) is covered by the Electronic Communications Privacy Act,
> Title
> 18 United States Code 2510-2521, is confidential and may be legally privileged.  This message may contain law enforcement sensitive information.
> Do not disseminate, which includes forwarding the contents of this
> message, without the approval the sender.  If you are not the
> addressee, you may not copy or deliver it to anyone else or use it in
> any unauthorized manner.  To do so is prohibited and may be unlawful.
> If you receive this e-mail by mistake, advise the sender immediately
> by using the reply facility in your e-mail software
>
>
>
>
>
>
>
> CLASSIFICATION: UNCLASSIFIED

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov<https://coronavirus.dc.gov/>.


CLASSIFICATION: UNCLASSIFIED