# EXHIBIT 57

*Goodwin, et al. v. District of Columbia, et al.*, Case No. 1:21-CV-00806 (BAH)

**Plaintiffs' Claims**

| Claim | Basis for Claim | Plaintiffs | Defendants |
|---|---|---|---|
| **First Amendment** | Retaliation and Selective Enforcement Based on Arrest and Conditions of Confinement | All Plaintiffs | Glover<br>Newsham<br>District of Columbia |
| | Retaliation Based on Use of Force | Goodwin<br>Lane<br>Lazo<br>Troper<br>Pearlmutter | Crisman |
| | Retaliation Based on Use of Force | Remick<br>Surio | Horos<br>Glover |
| **Negligence Per Se** | First Amendment Assemblies Act | All Plaintiffs | All Defendants |
| **Fourth Amendment** | Oleoresin Capsicum (OC) Spray | Goodwin<br>Lane<br>Lazo<br>Troper<br>Pearlmutter | Crisman |
| | OC Spray | Remick<br>Surio | Horos |
| | Mechanical Force | Remick<br>Surio | Horos<br>Glover |
| **Assault and Battery** | OC Spray | Goodwin<br>Lane<br>Lazo<br>Troper<br>Pearlmutter | Crisman<br>District of Columbia |
| | OC Spray | Remick<br>Surio | Horos<br>District of Columbia |