UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAMELA GOODWIN,** *et al.*,<br><br>   **Plaintiffs,**<br><br>   v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>   **Defendants.** | **Civil Action No. 1:21-cv-00806-BAH** |

### DEFENDANTS' SUPPLEMENTAL EXHIBIT LIST

Exhibits cited for the first time in Defendants' Responses to Plaintiffs' Statement of Material Facts:[1]

 Exhibit 104: Rule 30(b)(6) Deposition of District of Columbia (Mar. 8, 2024)

 Exhibit 105: Body-Worn Camera Footage, Officer Loveday, DC_2021-cv-00806-00020129

 Exhibit 106: Deposition of Officer James Crisman (Jan. 16., 2024)

 Exhibit 107: Body-Worn Camera Footage, Lieutenant John Terry, DC_2021-cv-00806-00015323, (Clip [20:34:59—20:37:07])

 Exhibit 108: Deposition of Commander Robert Glover (Feb. 16, 2024)

 Exhibit 109: Lazo Cell Phone Video 2 (20200601_204638), PL_0000983

 Exhibit 110: Deposition of Captain Daniel Harrington (Feb. 6, 2024)

 Exhibit 111: WhatsApp Messages, PL_0001263

---

[1] Exhibits 105, 107, 109, and 115 are audio/visual files located at the same box folder as Defendants' audio/visual files submitted as exhibits in support of Defendants' Motion for Summary Judgment, accessible at the following link:

https://oagdc.box.com/s/sjlf1k1yjqyaah9fkshaxy8r70wx5za3.

Defendants will also be providing copies to the Court and Plaintiffs via flash drive.

Exhibit 112:   CCN _ 20081383 - Combined Reports, DC_2021-cv-00806-00019837

Exhibit 113:   CCN _ 20080435 - Combined Reports, DC_2021-cv-00806-00020106

Exhibit 114:   Plaintiffs' 30(b)(6) Notice and Plaintiffs' Letter Memorializing the Parties' Agreement on Topics

Exhibit 115:   Body-Worn Camera Footage, Officer Gibson, DC_2021-cv-00806-00006089, (Clip [01:42:21–01:47:21])

Exhibit 116:   Deposition of Commander John Haines (Mar. 5, 2024)

Exhibit 117:   Deposition of Chief Peter Newsham (Feb. 23, 2024)

Date: November 7, 2024.                    Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

/s/ Honey Morton
HONEY MORTON [1019878]
Assistant Chief, Equity Section

/s/ Richard P. Sobiecki
RICHARD P. SOBIECKI [500163]
GREGORY KETCHAM-COLWILL [1632660]
AMANDA C. PESCOVITZ [1735780]
MARCUS D. IRELAND [90005124]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7512
Email: richard.sobiecki@dc.gov

*Counsel for Defendants*