**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PAMELA GOODWIN**, *et al.*, | |
| **Plaintiffs,** | |
| v. | **Civil Action No. 1:21-cv-00806-BAH** |
| **DISTRICT OF COLUMBIA**, *et al.*, | |
| **Defendants.** | |

**CONSENT MOTION TO EXTEND THE DEADLINE**
**FOR THE PARTIES TO SUBMIT A JOINT STATUS REPORT**

Defendants District of Columbia, Peter Newsham, Robert Glover, Andrew Horos, Carlos Mejia, James Crisman, and Steven Quarles (together, the District) move under Rule 6(b)(1)(A) to extend by ten days—or until March 28, 2025—the Parties' deadline to file the joint status report ordered by the Court on February 27, 2025. *See* Order [92] at 3. In its February 27, 2025 Order, the Court directed the Parties to "jointly submit a status report advising the Court whether the parties request referral for mediation or choose to proceed to trial on the remaining claims and, if the latter, . . . to propose three dates for trial and provide the estimated duration of the trial." *Id.* The current deadline for the Parties to submit that joint status report is March 18, 2025. *Id.*

Rule 6(b)(1)(A) permits extensions of deadlines on a showing of "good cause." Good cause generally exists where there is a "valid reason for delay." *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012). Good cause exists to extend the Parties' joint status report deadline. Officer Crisman's deadline to appeal the Court's decision that he is not entitled to qualified immunity from certain Plaintiffs' Fourth Amendment claims is March 28, 2025. An extension of the joint status report deadline until that date would allow counsel for the District to state in

the joint status report whether Officer Crisman is appealing the Court's decision. Plaintiffs consent to the requested relief.

This is the District's first motion to extend the deadline to file the joint status report. No other deadline will be affected by the grant of this Motion. Because Plaintiffs consent to this brief extension, neither party is prejudiced. Pursuant to Local Rule 7(a), this Motion includes all supporting points of law and authority. A proposed order follows, as required by Local Rule 7(c).

Dated: March 17, 2025.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Gregory Ketcham-Colwill*
RICHARD P. SOBIECKI [500163]
GREGORY KETCHAM-COLWILL [1632660]
AMANDA C. PESCOVITZ [1735780]
MARCUS D. IRELAND [90005124]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-8069
Email: richard.sobiecki@dc.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PAMELA GOODWIN**, *et. al.*, | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 1:21-cv-00806-BAH** |
| **DISTRICT OF COLUMBIA**, *et al.*, | |
| **Defendants.** | |

## <u>ORDER</u>

Upon consideration of Defendants' Consent Motion to Extend the Deadline for the Parties to Submit a Joint Status Report (Motion) and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Parties will jointly submit the status report ordered in the Court's February 27, 2025 Order by March 28, 2025.

**SO ORDERED**.

Date: _____

_____
**BERYL A. HOWELL**
Judge, United States District Court