UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAMELA GOODWIN**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-00806-BAH |

### DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S FEBRUARY 27, 2025 ORDER

Defendants District of Columbia (the District), Peter Newsham, Robert Glover, Andrew Horos, Carlos Mejia, James Crisman, and Steven Quarles (collectively, Defendants) move for partial reconsideration of the Court's February 27, 2025 Order [92] and Opinion [93], which denied Defendants' motion for summary judgment on Plaintiffs' claim under the District of Columbia's First Amendment Assemblies Act. The grounds for this request are set forth in the accompanying Memorandum of Points and Authorities. A proposed order is also attached. Counsel for Defendants has conferred with counsel for Plaintiffs, and Plaintiffs oppose the requested relief.

Date: April 4, 2025.

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

                                    */s/ Honey Morton*
                                    HONEY MORTON [1019878]
                                    Assistant Chief, Equity Section

                                  */s/ Gregory Ketcham-Colwill*
                                    RICHARD P. SOBIECKI [500163]
                                    GREGORY KETCHAM-COLWILL [1632660]
                                    AMANDA C. PESCOVITZ [1735780]
                                    MARCUS D. IRELAND [90005124]
                                    Assistant Attorneys General
                                    Civil Litigation Division
                                    400 6th Street, NW
                                    Washington, D.C. 20001
                                    Phone: (202) 805-7512
                                    Email: richard.sobiecki@dc.gov

                                    *Counsel for Defendants*