UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMELA GOODWIN, *et al.*,

    *Plaintiffs*,

v.

DISTRICT OF COLUMBIA, *et al.*,

    *Defendants*.

Case No. 1:21-cv-00806 (BAH)

### STIPULATION OF DISMISSAL OF NEGLIGENCE PER SE CLAIMS AGAINST CERTAIN DEFENDANTS

    IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs Pamela Goodwin, Allison Lane, Jenny Lazo, Jesse Pearlmutter, Osea Remnick, Priyanka Surio, and Eliana Troper, and Defendants District of Columbia, Peter Newsham, Robert Glover, Andrew Horos, Carlos Mejia, James Crisman, and Steven Quarles (collectively, "the Parties") that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the negligence *per se* claims for violations of the First Amendment Assemblies Act of all Plaintiffs against Defendants Andrew Horos, Carlos Mejia, James Crisman, and Steven Quarles be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees, including expert witness fees. This stipulation shall not otherwise affect the above-captioned action.

Date: April 14, 2025

/s/ Rebecca Livengood
Rebecca Livengood [DCD Bar ID: 1674010]
Jennifer Klar [DCD Bar ID: 479629]
Tara Ramchandani [DCD Bar ID: 999720]
Ellora Israni [DCD Bar ID: 1740904]
RELMAN COLFAX PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
Phone: (202) 728-1888
rlivengood@relmanlaw.com
jklar@relmanlaw.com
tramchandani@relmanlaw.com
eisrani@relmanlaw.com

*Counsel for Plaintiffs*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

HONEY MORTON
Assistant Chief, Equity Section

/s/ Richard P. Sobiecki
RICHARD P. SOBIECKI [500163]
GREGORY KETCHAM-COLWILL [1632660]
MARCUS D. IRELAND [90005124]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7495
Email: richard.sobiecki@dc.gov

*Counsel for Defendants*