**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PAMELA GOODWIN, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 1:21-cv-00806-BAH** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Pamela Goodwin, Allison Lane, Jenny Lazo, Jesse Pearlmutter, Osea Remick, Priyanka Surio, and Eliana Troper and Defendants District of Columbia, Peter Newsham, Robert Glover, and James Crisman, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that this action should be dismissed with prejudice, each party to bear their own costs.

Dated: September 10, 2025.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Richard P. Sobiecki*
RICHARD P. SOBIECKI [500163]
GREGORY KETCHAM-COLWILL [1632660]
AMANDA C. PESCOVITZ [1735780]

MARCUS D. IRELAND [90005124]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 702-2910
Email: marcus.ireland@dc.gov

*Counsel for Defendants*

/s/ *Rebecca Livengood*

Rebecca Livengood [DCD Bar ID: 1674010]
Tara Ramchandani [DCD Bar ID: 999720]
Jennifer Klar [DCD Bar ID: 479629]
Ellora Israni [DCD Bar ID: 1740904]
Ashley Brickhouse (admitted pro hac vice)
RELMAN COLFAX, PLLC
1225 19th St NW, Suite 600
Washington, DC 20036
Tel: 202-728-1888
Fax: 202-728-0848
rlivengood@relmanlaw.com
tramchandani@relmanlaw.com
jklar@relmanlaw.com
eisrani@relmanlaw.com
abrickhouse@relmanlaw.com

*Attorneys for Plaintiffs*